**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SARAH JO PENDER, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:14-CV-01287-TWP-DML |
| | ) |
| PETER PECKHAM, *et al*. | ) |
| | ) |
|        Defendants. | ) |

**DEFENDANTS' DESIGNATION OF EVIDENCE**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants, Stephanie Peckham (f/k/a Peter Peckham), James Basinger, Ed Buss, Steve McCauley, Janet O'Neal, Leslie Johnson, Shirley Washington, Vanessa Tolbert, Michael Wilkerson, Stanley Knight, Michael Osburn[1], and Bruce Lemmon, hereby designates the following evidence in support of their Motion for Summary Judgment and further refer the Court to their accompanying Memorandum in Support of Motion for Summary Judgment:

    a)    Deposition Transcript of Sarah Jo Pender.

    b)    Affidavit of Janet O'Neal, with:

        1.    Exhibit 1 - Policy 02-01-111, "The Use and Operation of Adult Offender Administrative Segregation" dated September 1, 2008;

        2.    Exhibit 2 - Policy 02-01-111, "The Use and Operation of Adult Offender Administrative Segregation Unit" dated August 15, 2011;

        3.    Exhibit 3 - Policy 02-01-111, "The Use and Operation of Adult Offender Administrative Restricted Status Housing" dated February 25, 2014; and

        4.    Exhibit 4 - Policy 02-01-111, "The Use and Operation of Adult Offender Administrative Restricted Status Housing" dated June 3, 2014.

    c)    Affidavit of Steve McCauley.

---

[1] The correct spelling of Defendant is Michael Osburn, which is misspelled in the caption of Plaintiff's Complaint.

2

    d)    Affidavit of Vanessa Tolbert.

    e)    Affidavit of Michael Wilkerson.

    f)    Affidavit of James Basinger.

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Atty. No. 13999-20

Dated: February 13, 2017

*s/ Matthew K. Phillips*
Matthew K. Phillips
Deputy Attorney General
Atty. No. 28724-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Phone: (317) 234-2415
Fax:    (317) 232-7979
Email: Matthew.Phillips@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, I electronically filed the foregoing *Defendants' Designation of Evidence in Support of Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on February 13, 2017, a copy of the foregoing *Defendants' Designation of Evidence in Support of Motion for Summary Judgment* was mailed to the following non-ECF participants:

Sarah Pender
DOC #953968
INDIANA'S WOMEN'S PRISON
2596 Girls' School Road
Indianapolis, IN 46214

*s/ Matthew K. Phillips*
Matthew K. Phillips
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Phone: (317) 234-2415
Fax:    (317) 232-7979
Email: Matthew.Phillips@atg.in.gov