IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SARAH JO PENDER,                     )
                                     )
              Plaintiff,             )
                                     )
       v.                            )
                                     )
PETER PECKHAM, JAMES                 )
BASINGER, ED BUSS, STEVE             )        CASE NO.
MCCAULEY, JANET O'NEAL,              )1:14-CV-01287-TWP-DML
LESLIE JOHNSON, SHIRLEY              )
WASHINGTON, VANESSA TOLBERT,         )
MICHAEL WILKERSON, STANLEY           )
KNIGHT, MICHAEL OSBURNE and          )
BRUCE LEMMON,                        )
                                     )
              Defendants.            )


     The deposition upon oral examination of

SARAH JO PENDER, a witness produced and sworn before

me, Deanne S. Hutson, a Notary Public in and for the

County of Marion, State of Indiana, taken on behalf

of the Defendants at the Indiana Women's Prison, 2596

Girls School Road, Indianapolis, Marion County,

Indiana, on the 15th day of December, 2015, pursuant

to the Federal Rules of Civil Procedure.



CIRCLE CITY REPORTING
135 North Pennsylvania Street
Suite 1720
Indianapolis, IN 46204
(317) 635-7857

1                       A P P E A R A N C E S

2

3       FOR THE DEFENDANTS:

4       Jonathan P. Nagy
        OFFICE OF THE INDIANA ATTORNEY GENERAL
        Indiana Government Center South, 5th Floor
5       302 West Washington Street
        Indianapolis, Indiana 46204
6

7

8

9

10          I N D E X   O F   E X A M I N A T I O N

11                                               PAGE

12      DIRECT EXAMINATION..........................   3
            Questions by Jonathan P. Nagy
13

14

15

16

17

18             I N D E X   O F   E X H I B I T S

19                                               PAGE

20      Deposition Exhibit(s):

21      A - Defendant's First Interrogatories.........   28
            To Plaintiff
22

23

24

25

1   SARAH JO PENDER, having been first duly
2        sworn or affirmed to tell the truth, the whole
3        truth, and nothing but the truth related to said
4        matter, was examined and testified as follows:
5   DIRECT EXAMINATION,
6        QUESTIONS BY JONATHAN P. NAGY:
7   Q    Good morning, Sarah.
8   A    Good morning.
9   Q    My name is John Nagy.  I'm a deputy attorney
10       general for the State of Indiana.  I represent
11       all of the Defendants, including Ed Buss, James
12       Basinger, Janet O'Neal, all of the Defendants,
13       in a lawsuit that you are currently involved in
14       that's pending in the United States District
15       Court for the Southern District of Indiana.  Do
16       you understand who I am and who I represent?
17  A    Yes.
18  Q    Before we went on the record we visited a little
19       bit about the deposition process and what we
20       were going to be doing today.  I would like for
21       us to have as conversational, I guess, an
22       experience as we can.  There are a few
23       formalities, though, that I need to go through
24       with you as part of this process.
25            First, you understand that the testimony

```
 1        you are giving today is under oath, that it has
 2        the same force and effect as if we were downtown
 3        at the courthouse in front of a judge and jury?
 4   A    Yes.
 5   Q    Because the court reporter -- and these are just
 6        a few things to keep in mind.  Some people call
 7        them, I guess, ground rules.  First, let me ask
 8        you, have you ever been in a deposition before?
 9   A    One.
10   Q    And when would that have been?
11   A    During my case.
12   Q    When you say your case --
13   A    I'm sorry.  During my initial case that started
14        in 2000 that brought me to Indiana Women's
15        Prison.
16   Q    What was the, I guess, subject matter of that
17        case when we say the case?  What was that case
18        about?
19   A    Murder.
20   Q    Oh, okay.  We're talking about --
21   A    My initial criminal case.  I've never been in a
22        civil case before.
23   Q    Just a few things to keep in mind.  Because the
24        court reporter is making a transcription of our
25        visit, it's important that you answer all my
```

```
 1        questions verbally.  If you nod your head or
 2        shake your head or say uh-huh or huh-uh, she
 3        can't transcribe that.
 4    A   Okay.
 5    Q   So if you could please answer all my questions
 6        verbally.  Okay?
 7    A   Okay.
 8    Q   Along similar lines, because the court reporter
 9        is making this transcription, it's important
10        that you and I not talk at the same time.  If we
11        start talking over one another, it's difficult,
12        if not impossible, for the court reporter to
13        keep up with who's saying what.
14    A   Sure.
15    Q   So if you could, please wait for me to
16        completely finish asking you the question that
17        I'm asking before you start to answer, and in
18        return, I won't start my next question until
19        you're completely done answering the question
20        that I just asked.  Okay?
21    A   Okay.
22    Q   Now, if I've done one deposition, I've done a
23        hundred.  Nonetheless, I still have some
24        standard questions that I want to run through
25        with you.  And I'll just go down the list.  I
```

```
 1              don't trust my memory.  I'm getting older.
 2                   As to the lawsuit that we are here today
 3              to talk about, you're representing yourself in
 4              this matter; correct?
 5      A       Correct.
 6      Q       You have not retained or hired a lawyer that has
 7              appeared in this case on your behalf; correct?
 8      A       I did have -- I did retain an attorney, Mark
 9              Earnest, who appeared on my behalf when I
10              originally filed this case, and then we withdrew
11              it without prejudice and I re-filed it pro se.
12      Q       And that case that you just described for me
13              that you agreed to dismiss with prejudice, for
14              purposes of our visit today, if we have to
15              reference that at all, let's call that the 2011
16              lawsuit.
17      A       Okay.  And I'm pretty sure that it was dismissed
18              without prejudice so I could re-file the same
19              claims.
20      Q       If you don't -- if I ask you a question and
21              you're not exactly sure what it is I'm getting
22              at -- and I've been known to maybe ask unclear
23              questions in my time -- please feel free to
24              bring that to my attention.  I'll work with you
25              to maybe rephrase it and give it to you -- give
```

1      the question to you in a way that's a little bit

2      more easy to understand.   Okay?

3    A   Okay.

4    Q   We're not under any particular time pressure

5      today, although I don't anticipate this

6      deposition is going to take too long.   We do

7      have the ability to start and stop as often we

8      need to.   So if you need to take a break for any

9      reason, run to the bathroom, get a drink of

10     water, I don't know how we would do that.   I

11     don't think I can even get in the bathroom.

12     It's got a lock on it.   It's for staff only.   We

13     have the ability to start and stop as often as

14     we need to so if you need to take a break, just

15     let me know.   Okay?

16   A   Okay.   Do I get a copy of this?

17   Q   I believe you -- well, as a matter of fact, I

18     don't know if you are automatically entitled to

19     a copy.   I think you may have to pay for the

20     copy, but at the end of the deposition what we

21     generally do, you'll be given a choice whether

22     or not to waive -- what's called waiving

23     signature.   If you choose to waive signature,

24     the court reporter will just complete the

25     transcription and then that will be the final

1        copy of our visit today.  If you would like to

2        review the deposition transcript for errors,

3        that's the signature part, and then signing

4        acknowledging, yeah, the court reporter got it

5        right, I agree this transcription is correct.

6        Then you have the option of invoking signature,

7        and at that point in the future you'll be

8        provided with a copy for you to review and sign.

9        As far as you getting a copy, honestly I'm not

10       entirely sure.

11   A   Okay.

12   Q   But at a minimum, if you decided you want to

13       look it over, you would have at least one

14       opportunity to read it.

15   A   Okay.

16   Q   I know the rules can be kind of strict on what

17       we're allowed to give you, but it might not be a

18       bad idea to ask -- if you have a case worker.

19   A   Yes.

20   Q   To raise that issue with your case worker, and

21       if there is something that the case worker needs

22       from our office, then they can get with the

23       litigation liaison.  You won't be the first

24       person in the history of this facility to ask

25       that question.  So they'll probably know the

1     answer.

2         Now, prior to us visiting this morning

3     can you tell me just in your own words what did

4     you do to prepare for our visit in terms of

5     documents that you reviewed?  Did you go back

6     and look at the court filings?  What did you do

7     to prepare?

8  A  I read through the initial complaint, and I

9     gathered my notes that I had taken and provided

10    to the Attorney General in the initial discovery

11    for the 2011 case that I believe we agreed via a

12    letter that would just be included in this

13    discovery since I already provided all those

14    copies.  I read through letters and other

15    documents, medical slips and most of what has

16    been included either filed with you or in court.

17  Q  Did you speak to anyone regarding the deposition

18    and your preparation for our visit today to talk

19    a little bit about what you were going to be

20    doing, whether it was a fellow offender or case

21    worker, anybody at all?

22  A  They only know that I'm coming.

23  Q  You didn't talk to them in detail about the

24    deposition that you were giving or the testimony

25    you thought you might be offering?

1  A  No.  Was I supposed to?

2  Q  (Nodding)

3  A  I didn't think so.

4  Q  Now, I've got to ask this question.  Is there

5     anything -- as we sit here today, is there

6     anything that will prevent you from giving me

7     your full attention and answering my questions

8     accurately today?

9  A  Well, I need my papers that she took.  That was

10    part of my preparation was to bring the papers

11    so that I can reference them to give you full

12    answers, or notes that I've made to make sure I

13    remember correctly and that I couldn't just say,

14    well, I don't know, I don't remember.  I could

15    reference it and then -- so she was supposed to

16    check on that, but I don't know where she went.

17 Q  Same kind of question.  Again, I have to ask you

18    this so please don't be offended.  Are you

19    currently under the influence of any kind of

20    drugs?

21 A  I'm on psych meds.

22 Q  Anything, whether legal or illegal, that might

23    prevent you from giving full, complete and

24    accurate testimony today?

25 A  No.

1   Q   That's just a fancy of way of saying --

2   A   I'm not high.

3   Q   Okay, thank you.

4   A   I don't get offended easily so you don't have to

5       worry about that.  Do you want to take a break

6       and go find the lady?

7   Q   Let's do this.  Why don't we -- let's continue

8       our visit.  It may end up being a non-issue

9       depending on, I guess, how this plays out, but

10      if we do reach a point where you feel like we

11      probably need to get your papers for you, we can

12      stop the deposition and check in with the guards

13      and see what's going on with that.  How does

14      that sound?

15  A   All right.  I think that you may have some of

16      the papers that I might need.

17  Q   I do have -- I've got a copy of your complaint.

18      I have a copy of those interrogatory responses

19      that you made from 2011.  I just kind of have

20      some random stuff that I don't even think we're

21      even going to use.  As you can imagine, coming

22      to the prisons, we don't bring all the boxes of

23      files.  We just kind of try to keep it simple.

24          You mentioned a minute ago that you

25      currently are taking some medications.

1   A   Yes.

2   Q   And those are prescription medicines?

3   A   Yes.

4   Q   Which medicines are you taking?

5   A   Effexor.

6   Q   And what is Effexor for?

7   A   It is an antidepressant and anti-anxiety

8       medication.

9   Q   And how long have you been taking the Effexor?

10  A   Maybe four years.  It's in my medical records.

11      I had to -- Dr. Highland, the psychiatrist that

12      treated me during the five years I was in

13      segregation, she switched some of my meds

14      depending on the symptoms I was experiencing or

15      negative side effects that were happening.  When

16      I left segregation in 2013 I was on Effexor as

17      well as Remeron, Wellbutrin and Pamelor.  Since

18      then I've slowly come down, reduced the

19      milligrams of each and then also discontinued

20      two of them in an effort to get off of them, but

21      they had really bad side -- I can't --

22  Q   The Effexor, can you tell me what size dosage

23      and how many times per day do you take the

24      Effexor?

25  A   I take 150 milligrams once a day, and I take

1      Pamelor 50 milligrams once a day.

2  Q  Can you spell that?

3  A  P-A-M-E-L-O-R.  That's 50 milligrams once a day.

4  Q  In addition to the Effexor and the Pamelor,

5      anything else?

6  A  No.

7  Q  Before we begin -- and we'll have a little

8      period again where we're going to kind of get a

9      little bit formal with my Q and A.  Before we

10     begin, do you have any questions for me about

11     the deposition process and what we're going to

12     do this morning in terms of our visit today?

13  A  No.

14  Q  Why don't we go ahead and, I guess, kind of dive

15     right in.

16         Could you please state your full name for

17     the record?

18  A  Sure.  Before we start I just want you to know

19     I'm not naturally slow.  This happened since I

20     was in solitary confinement.  If I seem a little

21     like I don't understand, it's because I'm

22     processing it, and I assure you that if I don't

23     understand, I will ask you to repeat it, but it

24     takes me a little longer to filter out what

25     you're asking me and then find that answer.

1   Q   And take as much time as you need in answering

2       my questions.   Like I said, we're not in a

3       hurry.   We have as much time as we need.   I am

4       not going to be -- this is sort of one of these

5       things where for now you've got to take my word

6       for it, but at the end you might agree I'm not

7       going to be firing questions at you.   That's not

8       really the purpose of this exercise.   Really

9       this is information gathering for me and my

10      opportunity to visit with you and have you help

11      me understand some of the aspects and details of

12      the claims that you're making in this lawsuit.

13      Okay?

14  A   Okay.

15  Q   So why don't we hop back.   Could you please

16      state your full name for the record?

17  A   Sarah Jo Pender.

18  Q   Sarah, you are currently a resident of the

19      Indiana Women's Prison?

20  A   Correct.

21  Q   As a resident of the prison, do you have a

22      Department of Correction number that's issued to

23      you?

24  A   Yes.

25  Q   What is that number?

1    A    953968.

2    Q    How long have you been a resident of this

3         particular prison?

4    A    At this location?

5    Q    At this location.

6    A    Since the Indiana Women's Prison moved to this

7         location in 2009, November of 2009.  Prior to

8         that it was located -- the Indiana Women's

9         Prison was located at 401 North Randolph, and I

10        was a resident there since December of 2008.

11   Q    What's the highest level of education that

12        you've attained?

13   A    I have a bachelor's degree.

14   Q    Are you a high school graduate?

15   A    Correct.

16   Q    What high school did you graduate from?

17   A    Lawrence Central High School.

18   Q    Where are you from originally?

19   A    Here in Indianapolis.

20   Q    The bachelor's degree that you have, is that a

21        bachelor's degree that you obtained since you've

22        been a resident of the prison?

23   A    Yes, after high school I went to Purdue

24        University, and I did not finish my degree

25        there.  I was arrested, and then while I was at

```
 1              Rockville Correctional Facility I earned an
 2              associate's degree and a bachelor's degree.
 3      Q       Are you currently taking any correspondence
 4              courses or any classes at all continuing your
 5              education?
 6      A       Yes, recently I started in culinary arts class
 7              learning how to cook, and there's a college
 8              program that's here through I think it's Holy
 9              Cross that's free to prisoners and to the
10              prison, and I took part in a master's level
11              class in cultural history, and I think in the
12              spring there will be another master's level
13              class available to take either through distance
14              learning or volunteers who come in.
15      Q       The culinary arts program that you're taking
16              right now, is that one that leads to a
17              certificate or an associate's degree?
18      A       Yes, you get, I think, a Department of Labor
19              certificate or something.
20      Q       Again, continuing with a little bit of the more
21              formal part of our deposition just to kind of, I
22              guess, lay the foundation for all of the things
23              that you and I are going to talk about today.
24              The first thing I want to ask you a little bit
25              about is the claims that you have in this
```

| | | |
|---|---|---|
| 1 | | lawsuit as you understand them.  Did you have |
| 2 | | the opportunity to review the court's order?  It |
| 3 | | was called the Entry Discussing Motion to |
| 4 | | Dismiss.  Have you seen that document? |
| 5 | A | Yes. |
| 6 | Q | And you understand that at some point very early |
| 7 | | in this lawsuit the State of Indiana filed a |
| 8 | | motion to dismiss all of your claims for various |
| 9 | | reasons; right? |
| 10 | A | Yes. |
| 11 | Q | And some of the claims were dismissed but some |
| 12 | | of them were not; correct? |
| 13 | A | Right. |
| 14 | Q | Now, in this lawsuit against these Defendants, |
| 15 | | these 12 individually named Defendants, you've |
| 16 | | got a claim against them for cruel and unusual |
| 17 | | punishment; correct? |
| 18 | A | Correct. |
| 19 | Q | You're claiming that your prolonged confinement |
| 20 | | in the segregated housing unit caused and |
| 21 | | exacerbated your mental illness and the |
| 22 | | Defendants were each deliberately indifferent to |
| 23 | | your condition. |
| 24 | A | Correct. |
| 25 | Q | And you also have a 14th Amendment claim of due |

```
 1        process?
 2    A   (Nodding)
 3    Q   That your continued segregated housing unit
 4        classification resulted from improper
 5        classification reviews?
 6    A   Correct.
 7    Q   And you allege that the Defendants routinely
 8        approved your continued segregated housing unit
 9        or, for purposes of our visit, SHU?
10    A   SHU.
11    Q   Your continued SHU confinement and willfully
12        ignored your rights to due process by performing
13        perfunctory reviews where the outcome was pre-
14        decided.
15    A   Correct.
16    Q   And that probably sounds familiar to you because
17        I took it from your complaint.
18    A   That's great.
19    Q   In addition to those, the 8th Amendment claim
20        and the 14 Amendment claim, all of the other
21        claims in this lawsuit were dismissed by the
22        judge, correct, at least as far as you
23        understand?
24    A   I didn't think that.  I thought that they only
25        dismissed the claims of official capacity.
```

```
1           Okay, I'll have to re-read that.
2      Q    Well, I tell you what.  Let me ask the question
3           this way.  Other than the 8th Amendment claim
4           that I recited to you using some of the language
5           from your complaint and from the court's order
6           of August 5, 2015, and the 14th Amendment due
7           process claim where I also took some language
8           from your complaint and the court's order of
9           August 5, 2015, are there any other claims that
10          you are making in this lawsuit that we would
11          need to talk about specifically today?
12     A    They're all based on the same information, but I
13          didn't know whether -- I didn't know what
14          specific constitutional amendment that it should
15          fall under, but equal protection, basically that
16          they didn't treat me the same as other people
17          and they did that intentionally to keep me in
18          there.
19     Q    They were discriminating against you?
20     A    Yeah, discrimination.
21     Q    The reason I'm asking you this question -- and I
22          ask it to everybody whenever I have to come to
23          any other correctional facility.  I always ask
24          that same question, and the reason I ask it is
25          sometimes -- you probably won't be surprised to
```

1        know this, but sometimes, especially with the

2        male offenders, when you try to set the stage

3        here's what we're going to talk about, they will

4        say, oh, yeah, and by the way, Prison Guard

5        Smith is now retaliating against me for a

6        grievance I filed a week ago.

7    A   Oh, that's not --

8    Q   I understand, but that's not part of this

9        lawsuit, but that's why it's important that I

10       ask you this just to make sure that you and I

11       are on the same page.

12   A   Yes, we're talking about the same set of facts

13       and circumstances.  However, they may be viewed

14       by the court as a discrimination claim or an

15       equal protection claim or a due process claim

16       because I've never studied law other than on my

17       own.  That might be -- I'm a bit confused about

18       specifics, about where things specifically fit

19       in, but I'm very clear about those two things.

20   Q   And in fairness to you, like you said, you're

21       not a lawyer; right?

22   A   (Nodding)

23   Q   What I want to do now is I want to ask you a

24       little bit about each of the individual

25       Defendants in this lawsuit.  I'm going to kind

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | of, I guess, start at the top and work my way                |
| 2  |   | down.                                                        |
| 3  | A | I have a question.                                           |
| 4  | Q | Sure.                                                        |
| 5  | A | Are they going to get a copy of this?                       |
| 6  | Q | They might.                                                  |
| 7  | A | So if I'm honest and it's not a very flattering             |
| 8  |   | picture, I don't have to worry about them being             |
| 9  |   | petty?                                                       |
| 10 | Q | You are concerned about the possibility of one              |
| 11 |   | or more of the Defendants retaliating against               |
| 12 |   | you if they review the transcript and are not               |
| 13 |   | happy with how you're portraying them?                      |
| 14 | A | Pretty much just one.                                       |
| 15 | Q | Who would that be on that list?                             |
| 16 | A | That's the whole point.  I don't want to point              |
| 17 |   | fingers if I know that I'm --                               |
| 18 | Q | Fair enough.                                                |
| 19 | A | Thank you for acknowledging that that is a very             |
| 20 |   | real issue, particularly in this setting when               |
| 21 |   | they are in complete control of our                         |
| 22 |   | circumstances.  I believe that the vast majority            |
| 23 |   | of the Defendants are not interested in                     |
| 24 |   | retaliation.  However, one of them is known for             |
| 25 |   | it and I have experienced it and I am -- I just             |

```
 1        want to avoid problems.
 2   Q    Again, just sort of to clarify before we
 3        continue forward and just so you and I are on
 4        the same page.  I guess my expectation and the
 5        court's expectation and the jury's expectation
 6        is that you're going to answer my questions as
 7        completely and as honestly -- completely and
 8        truthfully and accurately, which I understand
 9        may involve you giving testimony about certain
10        individuals that is unflattering.  That's not an
11        issue in my mind.  In fact, I'm somewhat
12        expecting it so --
13   A    But you don't live in prison.  These people are
14        not in control of your life.  I will do my best.
15        If it becomes a problem, I will tell you that
16        I'm uncomfortable.  How about that?
17   Q    Who is Peter Peckham?
18   A    Peter Peckham, who is also known by Stephanie
19        Peckham now, was the former major of the Indiana
20        Women's Prison and was the head of custody.  So
21        that would include all of the officers in the
22        segregation unit.
23   Q    And you said Peter is now known as Stephanie?
24   A    Correct, I believe he still works for the
25        Department of Corrections.
```

| | | |
|---|---|---|
| 1 | Q | He does not work at this facility? |
| 2 | A | No, he was -- |
| 3 | Q | I'm sorry.  Go ahead. |
| 4 | A | He was also part of the Classification Review |
| 5 | | Board.  Approximately every 30 days a group of |
| 6 | | people designated by the prison reviews the |
| 7 | | classification of prisoners in solitary |
| 8 | | confinement, and there were several meetings |
| 9 | | that Major Peckham either headed or chaired.  I |
| 10 | | don't know what you call it.  He was there and |
| 11 | | signed the paper. |
| 12 | Q | Now, when you say these meetings, were these |
| 13 | | meetings that you participated in or meetings |
| 14 | | that you knew happened because they had to |
| 15 | | happen every 30 days as part of the policy? |
| 16 | A | Both.  Most of the time the officer would come |
| 17 | | to my cell and handcuff me and bring me to the |
| 18 | | office inside the segregation unit, as they did |
| 19 | | other inmates, and I would sit down handcuffed |
| 20 | | with usually two or three individuals.  It was |
| 21 | | usually whomever was the head of the segregation |
| 22 | | housing unit at the time, which initially was |
| 23 | | Birdie Johnson and then Vanessa Tolbert and then |
| 24 | | Michael Wilkerson, and then a second person |
| 25 | | would usually be the unit team manager, which |

1     was initially Shirley Washington and then it was

2     Leslie Johnson.  Now that space is open.  Then

3     there was often either the major or a counselor

4     or a captain.  I've met with Mr. McCauley twice

5     in the five years that I was in segregation and

6     Miss O'Neal as well two or three times.

7          There were several Defendants that I

8     never met and never were present at

9     classification hearing, and that would include

10    James Basinger, Ed Buss, Stanley Knight, Michael

11    Osburne and Bruce Lemmon.

12  Q   I'm trying to keep up.  The last group of names,

13      those were individuals who did not participate

14      in any of the review meetings with you?

15  A   Correct.

16  Q   And was that Basinger?

17  A   Yes.

18  Q   Buss?

19  A   Yes.

20  Q   Stanley Knight?

21  A   Yes.

22  Q   Bruce Lemmon?

23  A   Yes.

24  Q   And was there one other one?

25  A   Michael Osburne.

1   Q   Have you ever met Bruce Lemmon?

2   A   No.

3   Q   Have you ever met Michael Osburne?

4   A   No.

5   Q   Have you ever met Stanley Knight?

6   A   No, I have only met James Basinger twice.

7   Q   And Steve McCauley, you met him twice in five

8       years?

9   A   I met with him in a classification review twice.

10      Mr. Basinger never had a formal or informal

11      classification review.  I had only met with him

12      twice when he was coming through for some other

13      purpose and then we discussed my confinement.

14  Q   Those were discussions about your confinement

15      other than the two classification review

16      meetings, or did you only discuss your

17      confinement with him, that specific subject

18      matter, in those two classification review

19      meetings by your recollection?

20  A   Are you referring to Mr. Basinger or Mr.

21      McCauley?

22  A   Mr. McCauley.

23  Q   I only met in a classification review with him

24      twice in five years.  There were times when Mr.

25      McCauley would walk around the segregation unit

1       and a few times, a very few times did we have a

2       conversation about my continued confinement

3       because the story line never changed.

4  Q   What's Steve McCauley's, I guess, title or

5       position?

6  A   He's the superintendent or warden.

7  Q   It occurred to me -- and I should have mentioned

8       this earlier.  During the course of our visit

9       today I may ask you questions that to you seem

10      kind of silly, like an obvious.  Like, for

11      example, who is Steve McCauley?  If I'm asking

12      you any questions about these individuals,

13      especially at this stage, I'm asking you because

14      I generally don't know any of this information.

15  A   Okay.

16  Q   So the more detail you can give me, the more

17      helpful that is.  Okay?

18  A   Great.

19  Q   Let me back up.  You've told me a little bit

20      about Steve McCauley.  Does Steve McCauley still

21      work here?

22  A   Yes.

23  Q   When was the last time you saw Steve?

24  A   Maybe two weeks ago around Thanksgiving.

25      However, I didn't have a conversation with him,

1    but he generally makes himself available to the

2    population by standing in the lunch line,

3    standing in the lunch hall or, I think, coming

4    to pick up a plate of food from culinary arts.

5  Q  In your own words, how would you characterize

6    your relationship with Steve McCauley?

7    Cordial, professional, friendly, indifferent?

8    In your own words.

9  A  He's professional.  He's also pretty -- we have

10    very minimal conversation.

11  Q  Ed Buss, who is Ed Buss?

12  A  Ed Buss was the commissioner of the Department

13    of Corrections from 2008 until 2010 or 2011 when

14    he left early to go to Florida.  He started the

15    -- his first day in the office was the day that

16    I escaped, and that was used against me to keep

17    me in lock.  At least that's what the other

18    officials said, that I had embarrassed him

19    greatly and made him very angry by escaping on

20    his first day.

21  Q  Now, have you ever met Ed Buss?

22  A  No.

23  Q  Have you ever spoken to Ed Buss?

24  A  No.

25  Q  James Basinger, you told me a little bit about

| | | |
|---|---|---|
| 1 | | James Basinger.   What is his title here at the |
| 2 | | prison? |
| 3 | A | He works downtown.   Generally all the officials |
| 4 | | that work at the central office, the government |
| 5 | | center, they're referred to as downtown.   "Oh, |
| 6 | | well, downtown says."   Which includes the |
| 7 | | commissioner and the deputy commissioners and |
| 8 | | the executive directors.   I believe that Jim is |
| 9 | | an executive director of adult facilities and is |
| 10 | | in charge of all the adult facilities in |
| 11 | | Indiana. |
| 12 | Q | Have you ever met Jim Basinger? |
| 13 | A | Yes. |
| 14 | Q | How many times have you met him? |
| 15 | A | Twice. |
| 16 | Q | When would those meetings have been? |
| 17 | A | I have it documented in the interrogatories that |
| 18 | | I answered for your office. |
| 19 | | (Deposition Exhibit(s) A marked for |
| 20 | | identification.) |
| 21 | Q | Sarah, I'm going to show you what we have marked |
| 22 | | as Exhibit A.   Please take a moment to go ahead |
| 23 | | and look at it.   Can you tell me what that |
| 24 | | document is? |
| 25 | A | This document is the Defendant's First |

```
 1         Interrogatories To Plaintiff, to me.  They're a
 2         set of questions that I answered in, I think,
 3         2011.  It includes information about all of the
 4         other people who have information regarding this
 5         case and, I'm hoping, information to answer your
 6         questions.
 7    Q    Well, let me ask you this.  As you are looking
 8         through it, does this appear to be a complete
 9         and correct copy of your interrogatory answers?
10    A    No.
11    Q    Is it missing some pages?
12    A    Yes.
13    Q    What's missing?
14    A    About 112 pages of additional documents that I
15         believe were perhaps part of the discovery or
16         production.  They were referenced by me in my
17         interrogatories.  However, it may just have been
18         an additional thing.  I don't know if they were
19         -- I think they may have been two different
20         things, but I numbered them all the same as one.
21    Q    I'll represent to you that I did not print out
22         and bring with me your responses to the requests
23         for production only because it was over a
24         hundred pages.
25    A    Right, I have it.
```

```
 1   Q   I tell you what.  To the best of your
 2       recollection and as far as the interrogatory
 3       responses that you made, does that appear to be
 4       a true and correct copy?
 5   A   Yes.
 6   Q   If you feel like you need to refer to those to
 7       assist you in answering the questions, please
 8       do.  Otherwise, I am asking you -- like, for
 9       example, we're now talking about Jim Basinger
10       and the two meetings that you had with him.  I
11       am asking you if you can tell me to the best of
12       your recollection when those meetings were, but
13       again, take as much time as you need.
14   A   It would have been probably 2011 or 2012 that I
15       met with Mr. Basinger, and then again -- the
16       second meeting would have likely been in 2012 or
17       2013 after the class action lawsuit with IPAS
18       and the ACLU who represented prisoners in
19       segregation and the Department of Corrections.
20       Jim came through with a gentleman who described
21       himself as a consultant who was there to collect
22       information and then to make recommendations for
23       changes in order to please the court or to raise
24       it above -- to give us better mental health
25       treatment.
```

```
 1   Q   Were those the only two times you've ever met
 2       Jim Basinger?
 3   A   Yes.
 4   Q   Were those the two times you've ever spoken to
 5       Jim Basinger?
 6   A   Yes.
 7   Q   The first meeting that you described for me that
 8       might have happened in the 2011, 2012 time
 9       frame, can you tell me what did you discuss with
10       him at that meeting?   What was that meeting
11       about?
12   A   I was out of my cell at recreation and he walked
13       through and called my name to speak with me.   I
14       asked him to -- if he was in charge of my
15       segregation, and he said yes, and I asked him to
16       please release me, and he made the comment that
17       he had just released a man -- I think his name
18       was Collin -- from solitary confinement after
19       eight years and that -- the details of the
20       conversation are recorded somewhere, and if you
21       don't have it, I will give it to you, but
22       basically that absolutely not, I was not getting
23       out and that I had no expected date of release.
24   Q   Did he say why you weren't getting out and you
25       had no expected date of release?
```

```
1    A    Because he said so.
2    Q    He didn't give you a reason beyond "because I
3         said so"?
4    A    Yeah, because I escaped.  That was it.  "Well,
5         you escaped."  I don't know if he specifically
6         said that or it was implied.  That would be
7         documented in my notes.
8    Q    Leslie Johnson, who is Leslie Johnson?
9    A    The second time I met with Mr. Basinger with the
10        consultant, the consultant asked me how long I
11        had been in segregation and when I would get
12        out, and I said I didn't know, it was
13        indefinite, and Mr. Basinger was there and he
14        asked me, he says, "Well, do you know why you're
15        here?" and I said, "No, no one will give me an
16        answer."  I said, "They won't give me any
17        answers," and he said, "Who is they?"  I said,
18        "The people who are responsible for my release,
19        which I don't know who that is either," and Jim
20        Basinger said, "That would be me," and so that's
21        the first time that it was made clear that very
22        specifically that he was at least in part
23        responsible for approving my release.
24   Q    It was the first confirmation for you that he
25        had some role or involvement in whether or not
```

1      you were getting released?

2   A  Yeah, it was the first confirmation for me that,

3      yes, he was responsible because up until that

4      point all the officials at IWP would say, well,

5      it's downtown, it's the commissioner, it's the

6      people who work downtown, they're the ones who

7      are in charge of it, they're the ones who are

8      holding you here.  Then when I would write

9      letters or my parents would write letters to the

10     officials downtown, the officials downtown would

11     say, "Oh, no, no, it's IWP's responsibility,"

12     and so then I presented it to Shirley Washington

13     who was the unit team manager at the time and

14     told her -- I said, "Who is responsible for my

15     release?" and she said, "I don't know."  Up

16     until this point the answer was always, oh, no,

17     downtown.  I said, "Well, I have this letter in

18     my cell that I just got that says that you are

19     responsible," and she said "Me?  It's not my

20     job."  I said, "Well, it's your job to release

21     everyone else."  She says, "Oh, no, oh, no, this

22     is not my responsibility," and so then after

23     that whenever I would ask her in my reviews who

24     is responsible for my release she would say "I

25     don't know."

```
 1   Q    When she would say that and when she would give
 2        you those answers to your questions, did you
 3        feel like she was being straight with you?
 4   A    No.  Well, in part because I don't think that
 5        the officials downtown communicated much of
 6        anything to her because it was a dictatorship.
 7        Most of the information flows downhill in the
 8        Department of Corrections from my experience.
 9        Basically every single review process when we
10        would all go in there, there was no question
11        whether or not I was getting released.  The
12        answer was always no, until further notice, and
13        the notice would have come from either Mr.
14        McCauley or from the commissioner or the
15        commissioner's office downtown.
16   Q    So because, like you said, the information kind
17        of rolls downhill from downtown, did it seem
18        like Shirley Washington basically had no pull or
19        ability to make a decision on her own as to your
20        status and whether you were getting released
21        from SHU?
22   A    Correct, and in the beginning I thought that she
23        was just being difficult, and at the end my
24        opinion was that she was put in a position where
25        it's supposed to be her job to release -- to
```

```
 1        recommend release for inmates from segregation.
 2        However, in my specific case she had zero power,
 3        but they kept making her come into this
 4        classification review every 30 days and tell me
 5        no when she had absolutely no -- it wouldn't
 6        matter if she decided yes or no, but she told me
 7        that she would say no anyway because she didn't
 8        want to lose her job.
 9    Q   So was Shirley involved in the classification
10        review meetings?
11    A   Yes.
12    Q   Was she your unit team leader or manager for how
13        long, like from what period of time?
14    A   From December of 2008 when I first came to IWP
15        until maybe 2011.
16    Q   Does she still work at IWP?
17    A   No, she retired maybe.  I don't know if it was
18        forced retirement or what.  She retired and --
19        she used to work at the Girls School.  I don't
20        know.  I think that's the right answer.  After
21        she retired Leslie Johnson had been a counselor
22        with the Girls School and became a counselor
23        with the Indiana Women's Prison when we moved to
24        this facility, and then she was moved into the
25        unit team manager, into Shirley Washington's
```

| | | |
|---|---|---|
| 1 | | position and then would appear at my |
| 2 | | classification reviews. |
| 3 | Q | Leslie Johnson was your unit team manager from |
| 4 | | when to when? |
| 5 | A | 2011 until 2015.  She just recently left. |
| 6 | Q | When you say recently, how long ago? |
| 7 | A | Four months, five months. |
| 8 | Q | So similar to Shirley Washington's role, did |
| 9 | | Leslie Johnson then also attend the monthly |
| 10 | | classification review meetings? |
| 11 | A | Usually. |
| 12 | Q | I was going to ask you to tell me about this |
| 13 | | classification review process and how that all |
| 14 | | works a little bit later, but since you've |
| 15 | | already started walking me through it, let's |
| 16 | | stick with it. |
| 17 | A | Okay. |
| 18 | Q | During your time in SHU when you would have the |
| 19 | | monthly classification meetings who typically |
| 20 | | was at those meetings? |
| 21 | A | It was usually the person who was in charge of |
| 22 | | the segregated housing unit.  Sometimes it would |
| 23 | | be that person by themselves, and that initially |
| 24 | | was Sergeant Birdie Johnson, who is not a party |
| 25 | | to this, and then Vanessa Tolbert, who is a |

1   defendant, and then Michael Wilkerson, who is

2   also a defendant, and it would also be usually

3   one of the unit team -- the unit team manager,

4   either Shirley Washington or Leslie Johnson.

5   Sometimes it would be Major Peckham.  Sometimes

6   it would be Ken Wiltsie who was the investigator

7   here, and then after Major Peckham left, became

8   Major Wiltsie until he committed suicide and was

9   no longer major.  We now have Major Love.  Major

10  Wiltsie as investigator was assigned to

11  basically babysit me, and so everything about my

12  life was managed through Ken Wiltsie.  My mail,

13  my phone calls, my visits, legal mail, issues I

14  would have in segregation.  Anything and

15  everything went through Ken Wiltsie.  Ken's

16  answer to me was when I asked him why are they

17  keeping me, he said, "Well, you pissed off the

18  commissioner," and he thought that maybe when

19  the electric fence was going to be erected, I

20  think that that was done in 2010, maybe early

21  2011, he thought that maybe that would be the

22  time they were going to let me out, but even he

23  was not aware of when I'm supposed to get out,

24  and then after he became major when I asked him

25  "It's been four years.  Why am I still in here

1    and how do I get out?" and he says, "I have no
2    idea.   There's nothing you can do to get out and
3    I have no idea why they still have you in here.
4    It seems absurd," which is pretty much the same
5    answers that Major Peckham gave me.   They were
6    the most forthcoming of all of the employees.
7        So the classification process usually --
8    the review process usually works in a way that
9    the unit team manager, the housing -- I don't
10   know what they call it.   The person who runs the
11   segregated housing unit and then sometimes a
12   third person or a combination of two people,
13   sometimes just one person, would come in, and
14   each lady who was up for their 30-day review
15   would come into the office and they would talk
16   about why they were there, what they had to do
17   to get out, come up with a plan for modifying
18   their behavior or what other issues that they
19   were having that contributed to their bad
20   behavior or whatever reason they were in, and
21   then they would have the prisoner step out and
22   the people would talk, the classification
23   committee is what they would call them.   That
24   they would talk about it and discuss and whether
25   or not they were going to release the prisoner

1    from segregation and then bring them back in,

2    bring the prisoner back into the office, tell

3    them yes or no and this is -- we're going to

4    keep you for another month and this is why and

5    this is what we want you to do.  And sometimes

6    they would just say "We're just going to keep

7    you and we'll see you next month" and not give

8    them a reason.  Often times it was "We don't

9    think you learned your lesson," something vague,

10   you know.  There's a difference be -- there's

11   supposed to be a difference between disciplinary

12   segregation and administrative segregation.

13   However --

14  Q  Can you explain to, I guess, the ladies and

15      gentlemen of the jury what your understanding is

16      of the difference between administrative

17      segregation and disciplinary segregation?

18  A  Yes.  So segregation is a single unit and all

19      the rooms are the same.  All of the bedding, all

20      of the uniforms, all of the facility, it's all

21      the same.  Disciplinary segregation is a title,

22      it's a status which means that you are -- the

23      reason you are in that room in solitary

24      confinement is because you have committed some

25      infraction, you have broken a rule and the

1    disciplinary hearing person has sentenced you to

2    so many days or months in segregation, and so

3    then at the end of your 14 days or 60 days,

4    whatever your sanction is, at the end of that

5    time, then you are eligible to be released back

6    into open population, which is usually pretty

7    automatic.  Once you've done your time, you get

8    out.

9        Administrative segregation is used -- the

10   exact same facilities, but the status is used to

11   describe people who are put into segregation for

12   either they are pending a disciplinary hearing,

13   they are under investigation, they are there for

14   their own protection or they are there for some

15   other reason that's part of a very long list,

16   including but not limited to sort of a list that

17   is in the DOC policy, but basically if they

18   think you need to be stuck in segregation, then

19   that's your title and they stick you there.

20   Most of the time they tell you why, but not

21   always.

22       So I was sentenced to one year

23   disciplinary segregation for my escape.  That's

24   how I initially came to be in segregation.  At

25   the end of the one year that's when I first met

1    with Mr. McCauley, and he told me that he would

2    not be releasing me to open population, but

3    instead, he was retaining me in segregation on

4    administrative segregation because he did not

5    feel comfortable releasing me, and that was it.

6  Q  Was that something he told you in one of the

7    classification review meetings?

8  A  Yes, that's one of the two times that I met with

9    him in a classification review meeting.  The

10   second time was after I had been there for five

11   years and he told me that I would be released.

12   So I met with him on day one of my

13   administrative segregation and the very last day

14   of my administrative segregation, which was a

15   span of four years, because I had done the one

16   year of disciplinary segregation.

17 Q  Let me back up a little bit.  There's still a

18   few people on this list that we haven't talked

19   about.  Vanessa Tolbert and Michael Wilkerson,

20   who are they?

21 A  Vanessa Tolbert is a lieutenant who was in

22   charge of the segregated housing unit from

23   probably February of 2010 until late 2011-ish.

24   Whenever she stopped being the head of

25   segregation, Capital Michael Wilkerson took

```
 1        over.  So he continued where she left off.  I
 2        believe he's still over that unit now.
 3   Q    Did Tolbert or Wilkerson participate in any of
 4        the monthly classification review meetings?
 5   A    Yes, several.
 6   Q    But not always?
 7   A    Not always.  There were a few times when -- like
 8        I said, until -- the first year and then a few
 9        months into my administrative segregation it was
10        Sergeant Birdie Johnson who participated, and
11        she basically -- she was very clear that she had
12        zero power, that everything was being dictated
13        from downtown and she was sorry she couldn't
14        help me.  So it was just a rubber-stamping
15        process.  Come in, you're not getting out, sign
16        your paper, leave.  Which is pretty much how it
17        went for the next five years.
18   Q    During that five-year period who were the prison
19        officials that were most often present when
20        you'd have your monthly meetings?
21   A    Major Peckham, Miss Johnson, Miss Washington,
22        Tolbert, Wilkerson.  A few times Miss O'Neal was
23        present and then, of course, twice was Mr.
24        McCauley present.  However, after the
25        classification review meeting and they tell me
```

```
1    that, no, you're not getting out, I signed the
2    paper that they told me this and that I was
3    present, and then a copy of that -- that goes to
4    Mr. McCauley or Miss O'Neal, and that's for them
5    to approve and so they -- then they sign it and
6    approve me not getting out, but there's -- on
7    the paper there's no reason, there's no --
8    there's nothing written except that I'm not
9    getting out.  The paper specifically says basis,
10   reason for your decision, and it was -- I only
11   got someone to put a reason there once, and it
12   was Major Peckham and Shirley Washington, and I
13   basically had to force them to put a reason down
14   because I needed something to grieve because I
15   knew that I was going to be filing a suit and I
16   needed something to grieve, and I can't grieve
17   or I cannot appeal a classification that has
18   zero reasoning, and so they did and that's part
19   of the document.  Her reasoning was that she was
20   not convinced I would not -- that I was not an
21   escape risk, and then his reasoning was the
22   facility is not ready for her release.
23  Q  Janet O'Neal, was she the one who --
24  A  Shirley Washington was the one who wrote not
25     convinced that she's not an escape risk, and
```

1    then Major Peckham wrote that the facility was

2    not ready for my release.  Janet O'Neal and

3    Steve McCauley were the ones who would sign off

4    on these classification reviews.  Mr. McCauley

5    signed that one specifically where there was an

6    actual reasoning and put threat to safety and

7    security of the facility, which is just some

8    vague answer.

9  Q  Who is Janet O'Neal or what's her title?

10 A  She is the head of classification here at IWP.

11 Q  Would she be present at some of the

12    classification meetings or was she the person --

13 A  Only a few.  She was the person who was

14    approving or rubber-stamping it once it left the

15    classification meeting.  It was either her or

16    Mr. McCauley.  Sometimes it was LaShelle Turner

17    who was our assistant superintendent.  Sometimes

18    she would sign off on it, but it didn't really

19    matter.  It was sort of a formality.

20 Q  So somebody higher up the chain of command had

21    to sign off on the recommendations of the

22    classification review committee?

23 A  Yes.

24 Q  Is Janet O'Neal still here?

25 A  Yes, she is.

1    Q    When was the last time you saw her or spoke to

2         her?

3    A    Maybe a month ago.  I said hello.  It never

4         seemed like she had any power or influence over

5         my situation either, and so she was just another

6         rubber stamp.  She was just another signature,

7         yes yes yes.  Now, normally she's the person who

8         has to sign off if the classification review

9         committee says, yes, we want to release this

10        prisoner.  Then either her or Mr. McCauley would

11        have to sign off on it before that person

12        actually got released from segregation, but it

13        was my understanding that whatever the

14        classification committee recommended, it was

15        always just routinely approved by either the

16        superintendent or Miss O'Neal.  Nothing was ever

17        questioned because there was never any

18        explanation or reasoning on there.  It was

19        either approve or deny.  There was no discussion

20        or anything.  So unless the superintendent had a

21        specific desire to keep someone in the

22        segregation, which he would then communicate to

23        the classification review committee, he approved

24        whatever they said.  There were a few people who

25        came through that he very specifically said that

1      that person is not getting out until I'm ready

2      for them to get out.

3  Q  And when we say the commissioner, are we talking

4      about both Bruce Lemmon and Ed Buss?

5  A  That would be the superintendent that I was

6      talking about, Mr. McCauley.  If we talk about

7      the commissioner, the commission --

8  Q  I'm sorry.  You said superintendent.

9  A  Uh-huh, those are the guys downtown.

10  Q  Gotcha.  Who is Stanley Knight?

11  A  He was acting commissioner or deputy

12      commissioner.  So when we transition to the

13      gentlemen who work at central office downtown,

14      that would be Jim Basinger, Ed Buss, Stanley

15      Knight, Michael Osburne and Bruce Lemmon.  Those

16      five gentlemen either were commissioner, deputy

17      commissioner or executive director of adult

18      facilities, and that constitutes the downtown

19      guys.  They became defendants because they

20      either -- I had the conversations with Mr.

21      Basinger who said he was responsible, but before

22      that it was Major Peckham, Ken Wiltsie,

23      Washington, Vanessa Tolbert who said it's the

24      commissioner, who at that time was Ed Buss, and

25      then it became Bruce Lemmon just because he's

1  now commissioner.  Michael Osburne and Stanley

2  Knight, they became defendants because either

3  myself or my father exchanged a series of

4  correspondence, letters with them regarding my

5  continued confinement, and I provided those in

6  the documents to you, and that was when they

7  would say it has been decided that Miss Pender

8  will remain.  Not "I decided" or "they decided,"

9  but "it has been decided."  So whenever I write

10  them and ask them who is in charge, "It has been

11  decided."  "Please let me out."  "It has been

12  decided."  Then whenever I really pressed them

13  about who was in charge of letting me out, it

14  became "Oh, well, it's IWP, it's their

15  responsibility," and then I say "Well, I talked

16  to IWP and they say it's not us," and so then I

17  write that to them and they say, oh, no, it's

18  the unit team manager.  So when I brought it to

19  the unit team manager, Shirley Washington, she

20  said, "Absolutely not.  It is not my job," and

21  so on and so forth.  So they were all pointing

22  fingers at one another and it just became to

23  where they just stopped responding to our

24  letters because what else are they going to tell

25  us except screw you.

1    Q    So your only communication with Stanley Knight

2         and Michael Osburne was via mail?

3    A    Correct.

4    Q    Never met them?

5    A    No.

6    Q    Never spoken to them?

7    A    No.

8    Q    The same thing about Bruce Lemmon.  You've never

9         met him; right?

10   A    No.

11   Q    Or spoken to him?

12   A    Correct.

13   Q    Did you or your father direct any

14        correspondence, letters or e-mails directly to

15        Bruce Lemmon?

16   A    Yes, but they were forwarded to either Stanley

17        Knight or Michael Osburne or some other person.

18        Same with Ed Buss, and you have copies of those

19        too.

20   Q    Now what I would like to do is go back in time

21        to when you were recaptured and then first

22        placed in the segregated housing unit.  In order

23        to give this part of the discussion some context

24        for the jury, I'm going to have to necessarily

25        ask you a little bit about the underlying crime

1        that you were convicted of, but I'm not going to

2        belabor it.   It's public record; right?

3   A    Yeah.

4   Q    To set the stage, in 2002 you were found guilty

5        of the murders of Andrew Cataldi and Tricia

6        Nordman?

7   A    Correct.

8   Q    And then on August 4, 2008, you escaped from the

9        Rockville Correctional Facility?

10  A    Correct.

11  Q    And you had escaped from the facility with the

12       assistance of a correctional officer named Scott

13       Spitler?

14  A    Correct.

15  Q    And Scott Spitler ended up getting arrested and

16       sent to prison for his role in assisting your

17       escape?

18  A    Correct.   Incidentally, he was never put in

19       solitary confinement.

20  Q    According to the records I reviewed, on December

21       22, 2008, you were arrested on the north side of

22       Chicago where you had been living and working

23       under the name Ashley Thompson?

24  A    Correct.

25  Q    Does that date December 22, 2008, square with

```
 1            your recollection of the day that you were
 2            recaptured?   The reason I ask is I've seen in
 3            some of your documents where it says December
 4            20th.
 5      A     It was the 20th.  However, by the time I was
 6            processed and then transported here, it took two
 7            days, and so I think that's where the
 8            discrepancy is.
 9      Q     So picking up the story from the point where
10            you're arrested by the Chicago police and they
11            send you back to Indiana.  You were sent
12            immediately to the Indiana Women's Prison?
13      A     Yes.
14      Q     And you've been here ever since?
15      A     Yes.
16      Q     When you arrived at Indiana Women's Prison, were
17            you immediately placed in SHU?
18      A     Yes.
19      Q     And when you were placed in SHU back in December
20            of 2008, were you told the specific reason you
21            were being put in SHU and how long that
22            punishment -- not punishment.  What's the word
23            I'm looking for?
24      A     Confinement.
25      Q     How long that period of confinement was going to
```

```
1        last based on the reason that you were being
2        placed in SHU?   Did they tell you that?
3    A   No, I knew the reason.  Within a week, about a
4        week I was screened and then formally written up
5        and heard on what they call a CAB, which is an
6        institutional write-up whenever you've broken a
7        rule, and I received a write-up for escape, and
8        for breaking that rule I was given one year in
9        solitary confinement, in disciplinary
10       segregation status.
11   Q   So that was the point when they completed that
12       hearing and advised you of the charge that you
13       knew it was going to be a year?
14   A   Correct.
15   Q   Because you had quoted me that year period a
16       little earlier and I was unsure where that came
17       from.
18   A   Yes, that was supposed to be my period of
19       confinement.  During that confinement I had a
20       few classification reviews, and that's when
21       Birdie Johnson told me that it was being
22       dictated from downtown and she had no idea when
23       I would actually be released.
24   Q   I've seen the number quoted 1,866.  Did you
25       spend 1,866 days in SHU?
```

1   A   Yes.

2   Q   What day were you released or transferred out of

3       SHU?

4   A   I believe it was February 1st of 2014.

5   Q   And you currently reside at IWP within the

6       general population?

7   A   Correct, when I was released from segregation on

8       February 1st I was taken to a transition dorm

9       where it's, like, they put all the bad girls and

10      you have to earn your way out.  Generally it was

11      taking about six or seven weeks for the women to

12      be transferred from level to level and on their

13      way out.  However, the superintendent held me in

14      there at the highest level for an additional

15      three months in order to get comfortable, he

16      said, with me being among other people.

17          So once again I was singled out and

18      treated differently, which from the beginning

19      when I arrived at IWP in December of 2008 I was

20      treated very differently than all of the other

21      women who were in the segregation unit.  They

22      were -- they had one set of rules and I had a

23      completely different set, and they put me on

24      strip cell status so I had nothing in my room.

25      I had to ask for toilet paper.  I couldn't flush

1   my own toilet.  I could not have mail.  I could
2   not use the phone.  I could not have books.  I
3   couldn't speak to anyone.  I mean it was
4   complete isolation.  After about a week they
5   allowed me to have my mail coming in, but I
6   could not write any mail out.  So they
7   restricted my correspondence.  For three months
8   I was not allowed to make any phone calls.  For
9   almost three months I was not allowed to speak
10  to anyone.  The inmates were able to freely
11  speak to one another because they were very
12  small hallways and they had, like, old school
13  jail bars that you could just talk through, but
14  they kept me isolated and warned everyone that
15  if they spoke to me they would be written up,
16  and they warned me specifically that I was not
17  allowed to speak any other inmates and that the
18  staff could not speak to me except for very
19  specific and direct, do I need ice or do I need
20  toilet paper.  That was it.  And if a male staff
21  were going to have to speak to me that another
22  staff member had to be present even just to
23  speak to me through a door or for something like
24  water, getting water.  Everyone else would just
25  be handcuffed and put into a shower room, but I

```
 1      had to be handcuffed and shackled just to go
 2      eight feet from one locked room to another, and
 3      then not only was I locked in this room, but I
 4      was also locked in a cage inside of the room.
 5      So it was -- other people were just handcuffed
 6      to go to one building.  I had to be in full trip
 7      gear with a black box, belly chain, shackles and
 8      I had to be transported by not one officer like
 9      everyone else, but with two officers.  One had
10      to be a woman and one had to be at least a
11      sergeant or above.
12          It was like this for quite some time.  It
13      took about six months for them to give me
14      visitation, whereas everybody else had their
15      visitation rights.  Everyone else had their
16      phone rights and mail.  So this is how things
17      went with me.  When other people were able to
18      have group recreation, I was all by myself.  So
19      when I asked why all this was happening, it was
20      "it came from downtown."  That was the answer.
21      And that would have been Major Peckham.  When I
22      first came in December, it was Major Ditmer, but
23      he was transferred for inappropriate conduct and
24      Major Peckham came.  So Major Peckham was the
25      major for the majority of my time, but he was
```

1    specifically the major during the first six

2    months when it was really very, very different

3    for me.

4           There's actually a memo that I requested

5    but they didn't give me.  I know that it exists,

6    but it was like a two-page memo of how they were

7    going to treat Sarah Pender.  I don't know who

8    signed that.  I don't know if it was Mr.

9    McCauley or if it was one of the majors or maybe

10   it was the commissioner.  Who knows, but that's

11   somewhere, and that would be very specific and

12   would be documented evidence I'm telling the

13   truth.

14   Q   So during that first six months when you were

15       being, I guess, managed in the way that you just

16       described for me, did any prison official tell

17       you that the reason for that level of management

18       was because you had escaped and they felt you

19       were a risk to try to escape again?

20   A   No, it was because I had pissed off the

21       commissioner.  Other women who had escaped from

22       other facilities -- I'm the only woman that's

23       escaped from Rockville, but other women have

24       escaped from Indiana Women's Prison in the past

25       and then also from here at Girls School and at

1       Madison Correction Facility.  Those women were

2       never treated the way that I was treated.  They

3       were never treated with such difference, even

4       those who used violence to escape.  I know that

5       from speaking with them and from speaking with

6       other staff members that had been here at IWP

7       whenever the escapees would be returned.  I put

8       those people in my answers to the

9       interrogatories, but other people would know.

10   Q   After the first six months how did your level of

11       management change in SHU?

12   A   It got better.  I had gotten my phone rights and

13       my correspondence rights and my visitation,

14       although it was non-contact visitation.  They

15       allowed me to go to recreation because at first

16       I couldn't even leave my cell to go to

17       recreation, but they let me go to the -- from

18       one locked room to another.  Then I was able to

19       speak to other people, which was nice, but it

20       didn't last long.  It only lasted about three

21       months before we were transferred here to the

22       current facility.  Here you cannot speak to each

23       other because they're solid doors and a very

24       large hallway.  The social contact went from

25       some back down to none.

1   Q   After you were transferred to the SHU at IWP,

2       can you tell me in your own words what was life

3       like for you on a day-to-day basis, on an

4       average day as an individual who was housed

5       within the SHU?   Can you just tell me in your

6       own words?

7   A   I can.   I think I put some of that in there, but

8       it's also documented in the other case, the IPAS

9       case.   In their findings of facts and

10      conclusions of law they have a description of

11      segregation and it's pretty thorough and

12      accurate, but basically you're locked in -- I

13      was locked in a room for 22, 23 hours a day

14      depending on the day.   Sometimes 24 hours a day

15      if there was not enough staff.   There were some

16      years where we did not get removed from our

17      rooms for more than just a 15-minute shower.   As

18      the administration changed and as the ACLU

19      lawsuit commenced, there were some changes made.

20      There's no programming or no opportunities for

21      work.   Basically entertain yourself for 23 hours

22      a day.   You eat in your cell.   You sleep.   You

23      do everything but shower.   You are always

24      chained up to go from one locked room to another

25      or to go from one locked room to a locked cage.

1   Q   The conditions that you just described for me,

2       those were the same for all the other offenders

3       who were in the SHU at the same time you were?

4   A   Mostly.

5   Q   When you say mostly, were there some exceptions

6       to the rules for certain prisoners?

7   A   Usually I was the exception, meaning that I

8       would have more restrictions than the others.

9       Even as things got better and I got more like

10      other prisoners, it was still always there had

11      to be a memo or some sort of approval for Sarah

12      Pender, and so I was still being managed, always

13      managed.  Just sometimes more tightly than

14      others, but those are general conditions in the

15      SHU, which fluctuated depending on who was in

16      charge.

17  Q   Were some supervisors or managers of the SHU

18      more strict than others?

19  A   Yeah, yes.

20  Q   So if there were differences in the conditions

21      of your confinement within the SHU from maybe

22      better to worse, that was generally being driven

23      by who happened to be in charge?

24  A   No, the general conditions were driven by who

25      happened to be in charge.  The individual

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | conditions were usually driven by Mr. McCauley           |
| 2  |   | or Captain Wilkerson or perhaps someone                  |
| 3  |   | downtown.  I think that most of -- I think most          |
| 4  |   | of the last three years it was left up to Mr.            |
| 5  |   | McCauley and the IWP officials to manage me.  I          |
| 6  |   | think that the first two years it was still              |
| 7  |   | driven a lot from downtown, but obviously Mr.            |
| 8  |   | Basinger kept tabs on me and still took                  |
| 9  |   | responsibility, like "yes, I'm the man."                 |
| 10 | Q | Switching gears just a little bit.  I want to            |
| 11 |   | make sure I ask you about this.  As part of this         |
| 12 |   | lawsuit you are alleging that as a result of             |
| 13 |   | your period of confinement in SHU you developed,         |
| 14 |   | for lack of a better term, mental injuries?              |
| 15 | A | Okay.                                                    |
| 16 | Q | And those mental injuries were caused because            |
| 17 |   | you were basically put in solitary confinement;          |
| 18 |   | correct?                                                 |
| 19 | A | Correct.                                                 |
| 20 | Q | Now, can you tell me just sort of going down the         |
| 21 |   | line A, B, C, D what were the mental health              |
| 22 |   | injuries or illnesses that you are claiming you          |
| 23 |   | developed as a result of that period of                  |
| 24 |   | confinement in the SHU?                                  |
| 25 | A | Sure.  The first -- I think the first six months         |

```
 1        I just relied on my own coping skills to deal
 2     with the isolation, but after that I
 3     experienced, like, a detachment, depression
 4     where I had no motivation.  I'm a very
 5     productive and motivated person.  I love to be
 6     creative.  If I have nothing other than a pencil
 7     and piece of paper, I will draw out a castle to
 8     scale and even put little furniture in there and
 9     decorate.  I mean I will find a way to do
10     something, but I would sit for hours and just
11     sort of stare off, you know.  I had sleep
12     problems.  I just -- I didn't care about things.
13     It was really disturbing because I started not
14     to be able to think correctly.  Like I wouldn't
15     be able to remember things the way that I should
16     until I was put in solitary confinement.  I'm a
17     very quick thinker.  I do have an education, but
18     I do a lot of my own -- educating myself,
19     reading and I can multi-task and I can -- I'm a
20     quick person, and I stopped being that.  Like my
21     mind started slowing down and I couldn't
22     retrieve information, which really disturbed me,
23     and I reached out to the mental health
24     department and spoke with a mental health
25     professional, Carol Naylor, and after we spoke
```

1   and I explained my experiences she referred me
2   to Julie Highland and she was -- she's the
3   psychiatrist, but she's the medical doctor.  She
4   told me that it was not unusual to experience
5   depression and slowness due to a reduced
6   environment -- environmental stimulation, and
7   she put me on some medication as an
8   antidepressant, and it helped a little, but
9   mostly I just kept getting worse, and she told
10  me to keep a journal of my moods every day so
11  that we could identify maybe some other factors
12  of what might be causing me to struggle with my
13  mental health.
14        As this developed, the longer I stayed in
15  solitary confinement, especially after we moved
16  here to the solid doors and zero social contact,
17  my mental health continued to deteriorate, and I
18  would be put on different medications or
19  increased dosages of medications.  That was a
20  real big concern to me because I don't want to
21  be on medication.  I am very good at coping
22  using coping skills that don't involve
23  medication, and that in 2010 Dr. Highland called
24  it, I think, a psychotic break, and basically
25  what I experienced was I continued to have

1    problems with concentration and just with sleep

2    and depression and sadness and so on, but I was

3    in my cell and I was reading some legal work and

4    I couldn't understand it.  Like I would read it

5    and it wouldn't -- it didn't really make sense

6    and so I would read it again, and so I thought

7    maybe I was getting tired and so I remember

8    getting out a deck of cards and just playing

9    solitaire, something mindless, easy, and I could

10   not understand the relationship between the

11   cards, like what I was supposed to be doing, and

12   I remember I started getting -- feeling, I guess

13   you would call it, paranoid, but really

14   uncomfortable with being on my bed because you

15   could see me from the little tiny window in the

16   door.  I crawled on the floor and I put my hat

17   on, which is odd for me because I only sleep

18   with my hat over my eyes to block out the light,

19   but I wanted to, like, hide.

20        It felt really surreal, but it was almost

21   like -- I remember thinking that my brain was

22   tearing, like ripping in two and that a part of

23   me just floated off, and with it, it took a lot

24   of my -- I don't know.  Like my thoughts, my

25   memories, and I had to re -- I didn't really

1   understand where I was so I started going over

2   and thinking my name is Sarah Pender and then I

3   realized okay, I'm in prison and I'm in lock in

4   prison because I escaped, and I had to think

5   about who my parents were, what my relationship

6   to my parents were.  Oh, my parents they love

7   me, they support me.  When the officer walked by

8   -- it was like I was retrieving information from

9   a file rather than things that I knew.  So like

10  "there's Sergeant Parker.  I like her.  She's

11  nice to me."  Like "okay, that's a trustworthy

12  person."  So very simple items, people,

13  relationships I had to piece back together, and

14  when she asked me if I was okay, I just -- I

15  completely melted and I was like "I don't know.

16  Something's happening to me."  I just collapsed

17  into a heap of snot and tears and drool and it

18  was really awful.  For quite some time after

19  that I spent just staring at nothing really

20  because there were no thoughts.  You know how

21  there's always chatter in your head.  You're

22  thinking about this or dinner or this.  It was

23  just gone.  There was nothing.  I would have to

24  have very specific thoughts.  If I had to use

25  the restroom, I had to think to myself "I have

to pee" and then get up.  Like I'm talking to my
body as if it's not really mine.  My body would
not always cooperate.  I would lay there and
"get up, get up, come on, get up."  It would
take me probably 20 minutes to walk three feet,
take down my pants, sit, urinate, convince my
body to stand back up, and it was horrible.  It
was like I was this detached control panel that
the electrical communication didn't work very
well, and I spent days like this.

         I lost fine motor skills.  Eating was a
problem with a fork, especially things like
peas.  They don't want to stay on the spoon very
well.  Like I would have to grab it almost like
a cave person and spoon it very slowly into my
mouth because hand-eye coordination did not work
very well.  So things like tying my shoes, I had
to figure out how to tie my shoes again.  I
don't know if you got kids, but if you ever do
and your three-year-old learns to tie his shoes,
you should throw him a party because it's a lot
more complicated than we ever think.  It took me
a while to be able to write out anything and for
thoughts to start coming back, but it took me
months, probably two months before I could

```
 1        really read things and comprehend them.  My
 2        output, speaking and interacting was a lot
 3        better than receiving input.
 4   Q    And this break that you described for me
 5        happened when?   I know it's --
 6   A    May of 2010.
 7   Q    Since that episode moving forward in time within
 8        the last six months, so from today going back to
 9        summer, on a day-to-day basis what has your
10        condition been in terms of are you still
11        grappling with some of these medical issues?
12   A    Uh-huh, I am.  The line of projection.  I would
13        say from that break to now, as I recovered from
14        that specific break, other things started
15        manifesting.  Like extreme paranoia, lapses in
16        logical thinking.  I remember thinking that -- I
17        couldn't figure out how my coffee got from one
18        place to another.  I thought, well, I wonder if
19        I was abducted by aliens.  And this was a very
20        -- like that was possible, and then I went
21        through the facts and said "oh, no, that
22        couldn't have happened."  But anyway, it was
23        really some odd stuff like that.
24             Self-harming behaviors.  Sometimes it
25        became suicidal.  As Dr. Highland worked with me
```

1   and worked with medication and I was able to
2   work through some of my issues with people who
3   love and support me, it got better, but the
4   thing that has stuck with me -- so now we're
5   moving forward.  Outside of solitary confinement
6   I became very, very, very sensitive to light,
7   noise and visual stimuli.  So I hated the light.
8   When the light, when the overhead light would
9   come on -- there's a low and a high.  When that
10  light would come on, it would -- I would
11  physically cringe as if I could feel the light,
12  like, piercing into me.  I hated it.  For a
13  while it was forced on for 18, 19 hours a day,
14  and thankfully Major Peckham, he was the one
15  that finally got that changed, but during the
16  time that we all had to live with it, it was
17  pretty awful.
18       Sounds, I'm still sensitive to sounds.
19  They became physically painful.  If a guard
20  would -- when they would close my door or close
21  the cuff door, it's very heavy metal and it
22  would make a boom, and I would -- my whole body
23  would just jerk like it would startle, but it
24  would feel like somebody literally punched me in
25  the chest whenever this would happen.  Even when

1    I anticipated it happening and knew it was

2    coming, it still was like (descriptive sound),

3    but if it was unexpected, it was really -- that

4    was when it was the most awful is when it was an

5    unexpected noise.  It didn't have to be like a

6    gunshot loud, but it was just noises.  Then when

7    people would show up at my window, even if

8    they're walking by, but especially when they

9    would come to it, I would jump and be

10   frightened.  And I'm not a jumpy person.  I'm

11   not a screamer at horror flicks or anything like

12   that, but it just became an involuntary

13   response, and it was scary.

14        So after I got out of solitary

15   confinement in the last two years, when I first

16   got out, the auditory levels in prison can be

17   pretty bad, especially in the bad girls unit,

18   which was the transitional unit I went to, and

19   also unexpected noises near me.  People, their

20   physical proximity to me would have me shaking.

21   I just -- I had to get away, get away, get away.

22   If they touched me, it would frighten me.  A

23   loud noise would -- I became having -- I started

24   having panic attacks.  It would be usually

25   noise-induced, an officer yelling near me or

1    somebody, you know, (descriptive sound) just

2    like in excitement even or somebody dropping

3    something very loud, and it would startle me and

4    then I would feel this energy building,

5    building, building until I would fall apart,

6    crying, sobbing as if my grandparent had died in

7    my arms, you know.  It was uncontrollable.  I

8    would rock and I would scream and I would cry,

9    and I couldn't control it and it was awful.  And

10   that happened for quite a bit.

11        Dr. Highland worked with me on my

12   medication, but as she increased the medication,

13   it caused side effects that were horrible.  I

14   would grind my teeth at night until I had

15   tension headaches every night.  So we worked

16   with medication, but also I walked around with

17   earplugs in, and I would have to be at the very

18   end of lines or the very beginning of lines in

19   order to avoid physical proximity to other

20   people and I would have to warn other people

21   "look, it's not you, it's me.  I know it's a

22   little weird but."

23        So over the last two years of being out

24   of solitary confinement I don't have -- I

25   haven't had a panic attack in, like, nine

1    months.  However, when I start to feel that,

2    whenever I'm startled or it gets to be too much

3    noise, I have developed a nice tool chest of

4    coping mechanisms, and sometimes it's just

5    running away, getting away, but anytime it

6    starts happening I run and I hide myself.  I do

7    not put myself in situations that I know

8    possibly could be problematic.

9         Like I can't go to -- sometimes I can't

10   go to church because it's too loud, especially

11   if it's a Southern Baptist church coming.  I

12   know that it's going to be loud, and I tried

13   going, and earplugs just aren't even good

14   enough, but there are things that I -- when

15   people come up behind me and I don't see them,

16   if they touch me, not only do I jerk and I'm

17   startled, but then I'll start to feel energy

18   build, and I've been able to start breathing

19   through them and not fall apart, but sometimes I

20   get -- I do get to crying, and I'm not a

21   dramatic person.  I'm not a crying person, but

22   it's become where I have to avoid so many things

23   in my life because they're too overwhelming, and

24   even though it's gotten better, I have to go to

25   medline every day.  I have to take medications.

```
 1        I don't want to be on them.  I tried to get --
 2        I've discontinued two of them and I've gotten
 3        down on low doses of the other two, but it got
 4        to be when I went down on the Effexor I went
 5        into a horrible depression.  I didn't want to
 6        get out of bed and get showered.  I didn't even
 7        care about anything and I just wanted to die.  I
 8        hate it.  I hate how I have to avoid
 9        interactions with people.  I hate that I can't
10        think like I used to.  The one thing that I
11        loved most about myself is my brain, you know,
12        and I love to learn and I love to read, and
13        that's great, but sometimes I will get stuck in
14        loops of words.  Sometimes I can't figure out
15        the word of something but I know what I mean.
16             The last example was the other day I was
17        describing something about washing my hands, but
18        I couldn't remember the word sink, and I said
19        it's round and the water comes out.  That
20        happens a lot where I just can't access wherever
21        that went.
22   Q    Let me ask you this.  When someone is placed in
23        the SHU at IWP, do those individuals, those
24        offenders who are in the SHU, receive mandatory
25        periodic visits from mental health
```

| | | |
|---|---|---|
| 1 | | professionals? |
| 2 | A | They do now.  After the ACLU and IPAS civil |
| 3 | | suit, until then a mental health professional |
| 4 | | would come around and ask you are you okay and |
| 5 | | sometimes all you had to say was yes and they'd |
| 6 | | say "Are you suicidal?  Are you homicidal?  Do |
| 7 | | you have any hallucinations?"  As long as you |
| 8 | | said "Yeah, yeah, yeah, I'm fine," they would |
| 9 | | just go to the next person.  Now, starting in, I |
| 10 | | think, 2011 or 2012 they started having mental |
| 11 | | health professionals actually bring you out of |
| 12 | | your cell and meet with them so they could |
| 13 | | visually check you and see that you're okay. |
| 14 | Q | Would they do that on a monthly basis? |
| 15 | A | Yes, once a month mental health would come |
| 16 | | around and check on you.  Because I was a -- I |
| 17 | | don't know -- mental health patient.  That |
| 18 | | sounds so awful, doesn't it?   I'm a mental |
| 19 | | health patient.  If you were a mental health |
| 20 | | patient of the psychiatrist or if you were |
| 21 | | identified as being high risk versus |
| 22 | | (unintelligible), what have you, they would |
| 23 | | check on you more often.  Usually during the |
| 24 | | hardest times I usually saw someone once a week |
| 25 | | or once every other week. |

1     Carol Naylor was really great with me and

2  she was such a help, and she advocated on my

3  behalf for them to help me.  She was the one

4  that specifically informed the official at the

5  time, I think it was Major Peckham and Shirley

6  Washington and Vanessa Tolbert, during one of my

7  classification hearing reviews that I was

8  deteriorating significantly, that she was very

9  concerned about my mental health and that the

10  source of my problems was that I'm in isolation

11  and that something needed to be done to

12  ameliorate the isolation and just the conditions

13  needed to be changed and that it was imperative

14  that they do a referral, some sort of mental

15  health referral, so I could immediately see the

16  psychiatrist, and Miss Washington agreed that

17  she would, and then the next week when I saw her

18  she still hadn't done it, and it was only

19  through Miss Naylor's persistence that I was

20  able to see the psychiatrist before it was my

21  time, and that was Dr. Julie Highland.

22 Q When did you first meet or start, I guess,

23  treating with Carol Naylor?

24 A That would have been when I came to IWP in

25  December of 2008.  I probably met her a couple

```
 1     of months later when she came around for a --
 2     here's your regular mental health check, your
 3     monthly check, and then I met with Dr. Highland
 4     maybe September of 2009 there at SHU, but I
 5     actually have been a patient of Dr. Highland's
 6     from before at Rockville.  She is the
 7     psychiatrist for both Rockville Correctional
 8     Facility and for IWP.  At least she was at the
 9     time.
10          The entire time that I've been
11     incarcerated from 2000 until 2008 I never needed
12     a psych med, but in 2008 I was put in solitary
13     confinement at Rockville for just a little under
14     two months, and when I came out, that was the
15     first time I ever had a panic attack, and that's
16     when I first started experiencing -- I didn't
17     know that that had anything to do with solitary
18     confinement.  I had no idea why I was having
19     problems, but that's when I saw Dr. Highland and
20     that's when she first prescribed me a psych med,
21     and then I was her patient probably -- I don't
22     know -- three months before I escaped, but now
23     that I've experienced what I've experienced, I
24     can see how the isolation and the coming out of
25     isolation, how it affected me and how it affects
```

```
 1        me the same then that it did now, but I had no
 2        idea that there was a correlation or causation.
 3    Q   Does Carol Naylor still provide services at IWP?
 4    A   No, she left not long after I filed my lawsuit.
 5        It would have been --
 6    Q   The 2011?
 7    A   The 2011, yes.  She was -- I don't know what
 8        happened.
 9    Q   How about Julie Highland?
10    A   She does not work for -- Horizon is our health
11        provider.  Before that it was CMS.  I think they
12        merged.  Dr. Highland was whatever they call you
13        when they hire you on your own.
14    Q   Independent contractor?
15    A   That's it.  She left right after they released
16        me from solitary confinement to work for a
17        private group of doctors, I imagine, for better
18        insurance.
19    Q   That information is very helpful.  Here is a
20        point in our visit where I'm going to have to --
21        I'm going to need you to get specific with me.
22            Now, reading from the complaint that you
23        filed, it says on 13 May 2010 Defendants were
24        explicitly warned by mental health professional
25        Carol Naylor that Pender's lack of adquate
```

1    access to out-of-cell exercise/stimulation was

2    directly and negatively impacting Pender's

3    mental health.

4  A  Yes.

5  Q  As used in that sentence, which of these

6    Defendants do you know were specifically warned?

7  A  Major Peckham, Shirley Washington, Vanessa

8    Tolbert, and I believe that Miss Naylor told me

9    -- Miss Naylor told me that she continuously

10   voiced her opinion at the meetings that the -- I

11   don't know.  They're, like, programming --

12   program directors or head officials.  They have

13   regular meetings, and she would voice her

14   opinion during those meetings and I believe that

15   Steve McCauley, Janet O'Neal were present for.

16  Q  Breaking this down a little bit.  As far as

17   Peckham, how do you know Carol Naylor warned

18   Peckham?

19  A  It was during a classification review I was

20   present for and Peckham, Washington and Tolbert

21   were in the room when Miss Naylor was called

22   into the room, and they asked her about her

23   concerns, and she very specifically warned them

24   and had tied it to at the time out-of-cell

25   recreation or exercise opportunities were

```
 1        sporadic, often not enough staff, and she said
 2        you can't lock people in rooms for long periods
 3        of time and not let them out.  It's driving her
 4        nuts, but she said it in a very professional
 5        manner, and that they needed to write a staff
 6        referral for me to see Dr. Highland more
 7        immediately because I was deteriorating so badly
 8        that she was -- that Miss Naylor was reporting
 9        these things in her weekly reports to Dr.
10        Highland, but that in order for additional
11        documentation that they needed to also write a
12        mental health referral because clearly -- I
13        think it was probably the first time that I had
14        cried in a meeting, a review, and I was a mess.
15        So they said, "What is wrong with you?  Clearly
16        there's something wrong with you," and that's
17        when they called Miss Naylor in, and Miss Naylor
18        explained to them that I was deteriorating.
19   Q    And that was a review meeting that happened on
20        13 May 2010?
21   A    Yes, and there should be a classification review
22        paper that is signed by those three Defendants
23        that they were present for it.
24   Q    And it would be dated that May 13, 2010, date?
25   A    Yes.
```

1   Q   Let me make sure that I'm understanding

2       correctly what you're telling me and before we

3       move on because there's a dozen people and I'm

4       trying to figure out who was where doing what.

5   A   You want me to draw you a diagram?

6   Q   No, that's okay.  We can talk through it.  The

7       way I'm going to ask the questions it'll be like

8       we're making a verbal diagram.

9   A   Okay, all right.  I'm sorry.

10  Q   So you personally witnessed Carol Naylor

11      advising Peckham, Washington and Tolbert about

12      the negative impact on your mental health of

13      your confinement in SHU?

14  A   Correct.

15  Q   You believe Carol Naylor may have also told

16      McCauley and O'Neal about her concerns?

17  A   Correct.

18  Q   But if she did, you weren't part of that

19      conversation?

20  A   Correct.

21  Q   And as far as any of the other Defendants that

22      are named in this lawsuit, other than Peckham,

23      Washington and Tolbert, those are the only three

24      that you can say with certainty were warned

25      about your condition by Carol Naylor?

1    A    Correct.

2    Q    For example, Bruce Lemmon, you've never met him

3         or spoken to him; right?

4    A    Correct.

5    Q    You can't say -- you don't know whether Bruce

6         Lemmon was ever made aware of Carol Naylor's

7         concerns?

8    A    Correct.

9    Q    That's basically where I'm kind of going with

10        this.  Now, did Carol Naylor communicate this

11        information to Peckham, Washington and Tolbert

12        at just the one meeting in May 2010?

13   A    I'm sorry.  I wasn't paying attention.  I just

14        wanted to point out in my filing that I do my

15        best to specify which Defendants relate to which

16        claims so that it didn't look like they were all

17        responsible for all the claims.  I just wanted

18        to make sure.  Go ahead.

19   Q    I forgot what question I was going to ask.

20   A    Did Carol Naylor communicate this information to

21        Peckham, Washington and Tolbert at just the one

22        meeting in May of 2010?

23   Q    Thank you.  Were there any other meetings,

24        classification review sessions where Carol

25        Naylor or Julie Highland made an appearance and

```
 1              advised someone in attendance about your mental
 2              condition or your illness?   Was it just that
 3              one meeting?
 4       A      It was just that one meeting.   The mental health
 5              providers were not part of the classification
 6              review meetings ever.   The only reason that
 7              Carol Naylor was there was because those
 8              Defendants observed me clearly not mentally well
 9              and called her in to speak to her about my
10              mental health, and that's the only reason that I
11              was able to witness it because usually their
12              conversations were private.
13       Q      You told me a little bit about the cell
14              lighting, illumination policy.   I just want to
15              ask you a couple more questions about that.   If
16              I'm understanding correctly, when you first were
17              assigned to the SHU, the policy was basically
18              24-hour-a-day illumination of some level?
19       A      Yes.
20       Q      And there was a period within that 24 hours
21              where it was regular bright lights and then
22              there was a shorter period of they dimmed the
23              lights a little bit?
24       A      Correct.
25       Q      Eventually that policy changed?
```

```
 1   A   Yes.
 2   Q   If I'm remembering correctly what you told me
 3       was that Peckham was the driver of that change?
 4   A   Uh-huh.
 5   Q   When did the policy change, by your
 6       recollection?
 7   A   Shortly after I filed the 2011 complaint.
 8   Q   When the policy changed what was the new
 9       illumination for residents of the SHU?
10   A   It's still 24-hour illumination, but the
11       prisoner has the choice whether to turn on the
12       bright light or to keep it dim, whereas before
13       it was from 5:00 a.m. until 11:00 p.m. the
14       bright lights were on and we could not turn them
15       off, and then from 11:00 p.m. to 5:00 a.m. for
16       six hours we were allowed to sleep with a dimmer
17       light.
18   Q   And those lights were controlled from outside
19       the cell?
20   A   Yes.
21   Q   The residents had no light switch inside the
22       cell with which to control that?
23   A   We did, but it's electrical so they just
24       disengage that so that we can't have control.
25       Gotta love technology.
```

```
 1    Q    And that illumination applied to all of the
 2         offenders in the SHU?
 3    A    Correct.
 4    Q    And when they changed the policy in 2011 it was
 5         changed for all of the offenders that were in
 6         SHU?
 7    A    Correct, but that was not the policy for general
 8         population.  General population didn't have the
 9         mandatory bright lights.
10    Q    We're moving right along.
11    A    We are doing well.  I'm really glad -- I just
12         want to let you both know that I'm really
13         thankful that you are who you are because you
14         make this really easy and there's no, like, bad
15         energy or, you know (descriptive sound).  I was
16         nervous, and just thank you.  I really
17         appreciate this, especially being such a hard
18         subject.  It's like I don't feel like you're
19         over there being judgemental.  You know what I
20         mean?  You're, like, I'm just typing away, you
21         know, just doing my job.  It's Christmastime.
22         Hope to get a little bonus check for this.
23         No?  Oh, that's a shame.  And thank you for
24         being good, you know, being gentle.  This is
25         just an exchange of information.
```

1    Q    And again, I appreciate the way in which you're

2         answering the questions.  It's helpful to me and

3         I feel like we're moving along well through the

4         topics I wanted to visit with you about today.

5         I think we're again coming to a point in our

6         visit where I'm going to need you to be a little

7         bit specific with me.

8    A    Okay.

9    Q    And this is -- these questions are again so I

10        can be clear as to what your allegations are

11        against each of these individual Defendants by

12        claim.

13   A    Uh-huh.

14   Q    On the subject of your mental health condition

15        and that at least some of the Defendants were

16        deliberately indifferent to your mental health

17        condition and that it was caused by you being

18        placed in SHU, can you tell me -- I'm just going

19        to go down the list.  We'll try to be efficient.

20        Can you tell me are there any facts that you

21        know that would support that contention against

22        Peter Peckham?

23   A    Yes.

24   Q    Backing up, I can be a little bit more specific

25        with you.  Peter Peckham was aware of your

```
 1         condition by Carol Naylor; right?
 2   A     Yes.
 3   Q     So what other facts support your contention --
 4         we won't say allegation.  Let's say contention,
 5         what you contend.  That Peter Peckham was
 6         deliberately indifferent to your mental health
 7         condition?
 8   A     When Miss Naylor specifically warned them that
 9         the conditions of my confinement were
10         exacerbating my illness and that she was
11         seriously concerned, that the group that was
12         there, again Washington and Peckham and I
13         believe Tolbert, they said that they were
14         working on getting more out-of-cell exercise,
15         getting more things done, what they called some
16         programming, and it became worse after that.
17         That month, that following month, the month
18         after that.  I mean for months it just kept
19         getting worse and she -- and we addressed it.
20         I addressed it in my meetings with them.  "Why
21         am I not getting out of my cell?"  "Well, we're
22         understaffed."  I said, "Well, why are you
23         understaffed?"  "Well, it's Mr. McCauley and
24         Major Peckham."  So it's up to Mr. McCauley and
25         Major Peckham to correctly staff their prison so
```

1    that there can be two officers on this unit, and

2    when two officers are present, then we can have

3    recreation because if there's only one officer,

4    then everyone has to remain in their cells, and

5    that was the conversation that I had with -- at

6    my classification hearing reviews and also in my

7    conversations with Wiltsie and Peckham and

8    Tolbert and Shirley Washington was, "Well, we're

9    understaffed," and I ask, "Well, who's

10   responsible for that?"  "Well, it's because we

11   don't have the staff."  "Who's responsible for

12   staffing this prison?"

13        It did not become a priority, out-of-cell

14   exercise and recreation regularly did not become

15   a priority until late 2011, early 2012.  I

16   documented it.  It's in there which days that I

17   didn't go to recreation because it wasn't

18   offered or understaffed, but it's a very clear

19   pattern, and when it became a priority, then

20   every single day there were two officers in

21   segregation.  So clearly it was within their

22   control.  Then Miss Naylor had communicated to

23   me that she had brought up this issue her

24   concerns about out-of-cell opportunities for

25   exercise and recreation and also other

```
 1        activities to be able to increase stimulation
 2        regularly with -- at these meetings.  So
 3        whomever were present at these meetings.  I
 4        don't know if there are minutes from those
 5        meetings that could prove who was present and
 6        what they spoke on, but that she regularly
 7        brought this up and that the answer that she
 8        received from various Defendants, but I do know
 9        that Major Peckham was one of them was basically
10        that I was -- that Miss Pender is stuck in
11        solitary confinement and she has to deal with
12        it.  Not in those words specifically but
13        generally --
14    Q   That was your interpretation of --
15    A   Of the conversation that we had, yeah.  It was
16        basically, you know, "Tough.  Sorry, we will
17        work on it," which their timeline of working on
18        it took six months after it became a serious
19        issue.  So they didn't do anything -- I mean
20        they could have done a lot of things that were
21        very simple measures that could have helped the
22        situation and they didn't.
23    Q   What would be some examples of those?
24    A   Putting two officers on the unit.  Because if
25        two officers are on the unit, then you have the
```

```
 1        ability to get people out of cells for showers,
 2        for recreation, for whatever.  Including more
 3        items allowed within the cell.  Basically I had
 4        books, paper, writing materials.  Whenever we
 5        would have these review meetings I would be
 6        promised, oh, we're going to get this for you
 7        and we're going to get that for you.  We're
 8        going to get you a guitar and we're going to get
 9        you some -- a whole flower garden and we're
10        going to promise you the sun, moon and the
11        stars, and then it didn't manifest or they'd
12        say, "Well, yeah, you can have yarn but you
13        can't have a crochet hook."  I never got any
14        yarn.  And oh, yes, you can have fill in the
15        blank, but you can't have something that's
16        necessary for you to be able to actually utilize
17        it.
18   Q    I'm listening, even though I'm looking down.
19   A    No problem.
20   Q    Switching gears a little bit and I feel like
21        we're getting close to the end.  I wanted to
22        talk with you a little bit about the issue of
23        the periodic reviews.
24   A    Yes.
25   Q    The periodic classification reviews, of which
```

1     you have already told me a whole lot about the

2     process.   In your complaint it says Defendants

3     Peckham, Johnson, Washington, McCauley, O'Neal,

4     Bainger, Buss, Lemmon, Osburne, Knight,

5     Wilkerson and Tolbert violated Pender's 14th

6     Amendment right to due process when they did not

7     engage in legally sufficient and meaningful

8     reviews of Pender's continued SHU classification

9     which resulted in over five years of segregation

10    depriving her of a liberty interest and

11    deterring unnecessary physical and psychological

12    harm.   Did I read that correctly?

13  A  Absolutely.

14  Q  Going down the list, can you tell me what facts

15    do you know from things you have seen,

16    conversations you have had, documents you have

17    read, conversations you have heard, anything at

18    all, what facts support your contention that

19    Peter Peckham did not engage in meaningful

20    reviews of your SHU classification?

21  A  Okay.   Peckham, Johnson, Washington, McCauley,

22    O'Neal, Wilkerson and Tolbert were all regularly

23    signing the classification hearing review

24    reports that were written out every month that I

25    had a review, and so by signing it, each one of

1   those persons were saying we are keeping her in
2   segregation.  That is the whole purpose of that
3   report is to say we are keeping her in
4   segregation.  We recommend it and we approve it,
5   and so that is how each of those -- there's
6   documentation that they're responsible that they
7   signed we're keeping her in there.
8        The reason why it was not legally
9   sufficient is because it did not meet any
10  requirements of what is supposed to be, and I'm
11  supposed to have the right to due process, and
12  the law says that due process doesn't have to be
13  very much.  It's basically that I have to give
14  -- they are supposed to give me notice that a
15  hearing is going to take place, that I'm
16  supposed to be able to be told why I'm in there.
17  I'm supposed to be able to know what evidence
18  they're using to prove why -- to base their
19  decision that I should still be in there, that
20  I'm supposed to be able to present my opinion or
21  statement, some sort of defense, something to
22  the person who is tasked with making the
23  decision to keep me in there, and then once they
24  made a decision, I'm supposed to get written
25  notice of their findings and why.  That's it.

```
 1    That's all I ever wanted.  I could not get it.
 2    Never did I get notice.  Only once did I get a
 3    written reason, which didn't make any sense
 4    because it's not supposed to be vague.  It's not
 5    supposed to be "well, I have a feeling maybe."
 6    No, I think that might be indigestion.  "I have
 7    a gut that you're just going to escape again."
 8    That's not a real reason.  And that they can't
 9    just keep using the fact that I escaped as
10    justification for keeping me in solitary
11    confinement for five years.  At some point in
12    time you have to give that up because you don't
13    say -- if you say to me you escaped once and so
14    I think you're a high risk for escaping again so
15    I'm going to keep you in solitary confinement.
16    Because this whole place is full of people
17    convicted of murder, but you don't say "You
18    committed murder and I think that makes you
19    capable of committing murder again so I'm going
20    to lock in you solitary confinement so you can't
21    murder anymore."
22         So the logic that they used for me was
23    only for me.  It wasn't for anyone else.  No one
24    else that escaped was set in solitary
25    confinement because they might be a risk.  No
```

one else who committed assault against officers,
against other people.  It didn't matter what
they did.  No one else was held in solitary
confinement continuously for that act.  So that
was just a thin, flimsy excuse that's not
legally sufficient.  You can't do it.  The law
doesn't say you're allowed to do it.

Furthermore, other than the two answers
that Peckham and Washington gave, which was
"I'm not convinced she's not an escape risk."
Well, what convinces you?  Because at that time
I had perfect behavior.  I had not had one
write-up in over two years that I was back there
when she told me that.  Well, what is it?  Am I
having conversations?  Am I writing something?
Am I getting caught doing things that would
convince you of this?  What is it?  She could
not give -- "I have a gut feeling."  That's what
she told me.  Major Peckham wrote that our
facility is not ready for her release.  What he
meant by that, what he told me with his own
mouth was that he did not trust his staff.  So
because their story line is that I manipulated
this male guard into helping me escape that they
are uncomfortable with their own staff and do

1     not have faith in the employees of the

2     Department of Corrections that they will not

3     commit prohibited acts with me.

4  Q  They were concerned the same thing might happen

5     again with the staff?

6  A  Yes, and I asked him, I said, "I don't

7     understand.  How can you hold me responsible for

8     possible acts of your staff that they can do

9     with anyone?" and he said, "Well, you're a very

10    smart individual and I just don't think my staff

11    are ready for you."  I said, "So you hire idiots

12    to work here?  Is that what you're telling me?"

13    and he said, "You said that.  I didn't."

14        When my mother called Major Peckham -- I

15    tell you what.  Major Peckham, he's a good man.

16    He's always been straightforward with me, and

17    despite everybody else pointing fingers, he has

18    been one of the most transparent people, and I

19    appreciate that.  When my mother called him and

20    asked him why are you still holding my daughter

21    in solitary confinement, he said because your

22    daughter is too smart.  How can you put someone

23    -- how can you lock them in a room because

24    they're too smart?  That's not a reason.

25    That's why these reviews were bogus because it

1   never mattered.  Nothing that the law says is
2   supposed to matter.  It didn't matter, and the
3   law says that I'm supposed to be able -- you're
4   supposed to tell me why I'm in there.  What am I
5   supposed to do different in order to get out of
6   here?  And they couldn't give it to me because
7   it was all a sham.  It had nothing to do with
8   what I did.  It was all based on their own fear,
9   their own egos, and then every time that I would
10   ask who is really responsible, I could never get
11   a straight answer until Jim Basinger told me
12   after I had been there for four years.  So I
13   never knew who it was that I was supposed to be
14   petitioning.  I never got a chance to meet with
15   the person who was tasked with the decision-
16   making capability.  The person who says "Yes,
17   I'm the one that says you're supposed to be in
18   here."  They wouldn't even identify him except
19   it's downtown, it's the commissioner.  Oh, no,
20   it's him, it's her.  No, it's not me; it's you.
21       So that's why they were bogus because I'm
22   supposed to be able to meet with the person or
23   at least have an opportunity to present my views
24   to that person and get someone to take
25   responsibility for this decision.  I want

1  someone to be held accountable.  That's it.  And

2  they wouldn't give it to me.  Not only would

3  they not give it to me, but they gave my family

4  the run-around and it just became a game.  That

5  is why the Defendants that work in central

6  office, Ed Buss, Bruce Lemmon, Michael Osburne,

7  Stanley Knight and Jim Basinger, that's why they

8  are on there because, according to their own

9  staff, particularly Major Wiltsie and Major

10  Peckham, who would be the two men with the most

11  information, identified those men downtown, the

12  executive directors, the deputy commissioner,

13  the commissioner, they identified those men as

14  being the decision-makers.  They're the ones

15  dictating that I had to stay in lock, and so,

16  therefore, if these men are the ones dictating

17  it, then these reviews mean nothing, they mean

18  nothing, and that's why they were never

19  meaningful.  So every single person who was in

20  there and signing off on this and saying, no,

21  she's not going to get out of lock today, they

22  were just rubber-stamping for these people

23  downtown who are really running the show.

24  That's not meaningful and that's not legally

25  sufficient, and they owe me more than that, and

```
 1         they owe all the other women back there that
 2         because a lot of times they don't give them the
 3         reasons that they're down there or what they can
 4         do to get out.  I know this case is about me,
 5         but it's not really just about me.  It's about
 6         everyone who's stuck in solitary confinement.
 7         It's a horrible place and it does horrible
 8         things to you, and they should not be able to
 9         put you in there and just leave you there
10         because they want to, because they said so.
11    Q    If I'm understanding correctly -- and again,
12         as you told me about a couple hours ago, the
13         central office -- what did we call them?  The
14         downtown guys?
15    A    Yeah, downtown, it's all about downtown.
16    Q    Let me back up.  Restart the question.  The
17         downtown guys, in particular Ed Buss and Bruce
18         Lemmon, were not people that you spoke with or
19         dealt with because they were downtown?
20    A    Correct.
21    Q    Are based on things certain IWP staff members
22         would tell you is how you have come to
23         understand that Lemmon, Osburne, Knight, Buss,
24         Basinger -- forgetting anyone of the downtown
25         guys?  Did I forget anyone?
```

1   A    I always look.

2   Q    I'll back up again.   If I'm understanding

3        correctly, the reason that you know the downtown

4        guys played a role in there not being meaningful

5        reviews of your classification status is because

6        of statements made to you by other IWP staff

7        members?

8   A    Correct, and through correspondence -- I

9        actually had correspondence with -- although I

10       sent it to the commissioner, the responses came

11       from Michael Osburne, Stanley Knight and --

12       there's another guy.   Michael Pavese maybe, but

13       he wasn't part of the decision-making crew.

14       Then Jim Basinger, he told me himself, which

15       just gave credibility to everything the rest of

16       the staff was telling me.   Stanley Knight,

17       Michael Osburne and James Basinger, they have

18       all switched positions within downtown.   Just

19       like we went from Ed Buss to Bruce Lemmon.   I

20       think that the reason that one or two of them is

21       even involved is because they were in that

22       position at the time.   I don't know what their

23       specific involvement was except for what they

24       returned to me in correspondence, but someone

25       knows other than just them.

```
 1   Q   Presumably somebody knows?
 2   A   People know, yeah, somebody knows.
 3   Q   But as you sit here today, you can't say who?
 4   A   Right because I can't get out to go interview
 5       them and say, hey, what do you know about this
 6       or what have you.  I don't have access to these
 7       people or the people that they work with or no
 8       one's going to tell a prisoner, yeah, I had
 9       lunch with so-and-so the other day and he said
10       he can't wait to see you come out.
11   Q   Why were you released from SHU?
12   A   I have no idea.
13   Q   When you were released, you had to go to the --
14   A   Grace.
15   Q   The bad girls' dorm?
16   A   Yes, they call it ironically grace.
17   Q   Which is the transitional dorm; right?
18   A   Sort of.  It's kind of like purgatory.
19   Q   When you moved from SHU to the transitional
20       dorm, did anyone at IWP tell you the reason that
21       you were getting to go to the transitional dorm?
22   A   Mr. McCauley came.  It was time for my 30-day
23       review.  I had been there for five years and a
24       month.  When I went into my review, he asked me
25       if I was ready to take the next step.  I said,
```

```
 1        well, that depends on what the next step looks
 2        like.  He said it looks like grace.  I said yes,
 3        and then he explained to me what grace was, how
 4        it worked basically and that I would be
 5        monitored and then we would see about
 6        transitioning to the next step into general
 7        population, but never once did he tell why it
 8        was time for me to get out because he never told
 9        me why I was in there in the first place.
10   Q    And since you were moved out of SHU you haven't
11        had to go back into SHU for a disciplinary
12        violation or anything like that?
13   A    I did once.  I had to go back for two weeks
14        because I made a flower and vegetable seed bank
15        when I was working on the gardening crew and I
16        improperly stored the seeds.  Instead of in the
17        closet, they were in my room.  So they sent me
18        to lock for a couple weeks, and then I went back
19        through grace and went back to open population,
20        but it was -- I would be gracious to say that it
21        was a miscommunication between myself and
22        another person when really that person was not
23        willing to take responsibility for what came out
24        of their mouth.  "Oh, I don't know.  I didn't
25        give her permission."  So just more of the same.
```

1    Q    When was that --

2    A    Miscommunication.

3    Q    The two-week, I guess, detour back to SHU.

4    A    Maybe September of 2014, I think.  Since then

5         I've learned my lesson that I must always ask

6         explicit permission for everything and get it in

7         writing before I do something that's out of the

8         ordinary, and that's how I've not been back to

9         SHU.

10   Q    The periodic classification reviews that IWP did

11        when you were a resident of the SHU, was it your

12        understanding they were required to do that by

13        policy?

14   A    Yes, by policy and also by state law and federal

15        law.  The Department of Corrections has a legal

16        unit and, of course, they know what the laws

17        are, and then they write policies based on what

18        those laws are, and they also design the forms

19        that the Department of Corrections uses for

20        various things, including these classification

21        reviews, and so there is a form.  It is called

22        Notice of Classification Hearing.  They only do

23        this once a year, and on this little piece of

24        paper it says that you're to get a

25        classification review hearing once a year for

```
 1        everybody in the prison, and that you have a
 2        right -- you have all these rights, and it says
 3        you have a right to have fair notice, you have a
 4        right to attend the hearing, you have a right to
 5        present evidence on your behalf, you have a
 6        right to be notified in writing of the basis of
 7        the decision.  All of these things that our
 8        wonderful legislature has said these are the
 9        things that you must have to have a meaningful
10        classification review.  So these forms are only
11        distributed with our annual reviews, but it also
12        has to be signed by the officials.  So they have
13        fair notice of what our rights are and, yet,
14        they still choose to violate them.
15   Q    So in addition to the monthly classification
16        review meetings, you and everybody else also had
17        a separate annual evaluation?
18   A    Yes, and that's done by the unit team manager,
19        which would be either Shirley Washington or
20        Leslie Johnson and then whoever our case worker
21        would be and Miss O'Neal who is the head of
22        classification.  And on these forms, on these
23        classification forms they have boxes for the
24        officers or classification review people to fill
25        in and there are instructions that go with
```

```
 1        these.  One of those instructions on the
 2        classification report specifically says decision
 3        and basis.  So if you look up our policy, which
 4        Mr. McCauley signs every year and Miss O'Neal is
 5        responsible for maintaining, it specifically
 6        says in there how to fill out these forms.  So
 7        it has on there that you're supposed to put your
 8        decision and the basis for your decision, and I
 9        could not get it, not in five years could I get
10        it.
11   Q    So if I'm understanding correctly, in the five
12        years you were in SHU for each of the monthly
13        review committee meetings there were only two
14        committee reports that contained an explanation
15        of the reason for why they were keeping you in
16        SHU?
17   A    There was only one report, but it was signed by
18        two Defendants and they each put their
19        reasoning.
20   Q    Which two Defendants was that?
21   A    That would be Shirley Washington and Major
22        Peckham.
23   Q    I know you don't have any of the stuff in front
24        of you.  Can you tell me, to the best of your
25        recollection, about when that report would be?
```

```
 1    A    Maybe March of 2011, February or March 2011.  It
 2         was the basis for my appeal, my classification
 3         appeal, which then became the basis for my
 4         classification.
 5    Q    We're not going to mark those as an exhibit, but
 6         do some of these look familiar?
 7    A    Yeah, I really tried to make this work before.
 8         So it would be attached to the classification
 9         appeal that I filed which then became the basis
10         for this complaint.  The appeal goes to
11         Superintendent McCauley, who is a Defendant, and
12         when I appealed the classification, the
13         recommendation of Peckham and Washington and his
14         agreement or approval at the bottom, the
15         classification appeal went to Mr. McCauley and
16         his answer was threat to safety and security of
17         the facility.  When I tried to get clarification
18         of that, I got no answer.  So anytime that I was
19         asked -- that I asked Mr. McCauley or wrote Mr.
20         McCauley, the answer was threat to safety and
21         security of the facility.
22    Q    That was consistently the response that you
23         received?
24    A    From Mr. McCauley, yes, which I have no idea
25         what that can entail.  That encompasses a very
```

```
 1        large amount of threats and is also legally

 2        deficient.  You can't just make some vague

 3        accusation that I'm a threat and not have some

 4        explanation, something, anything.

 5   Q    You have explained a little bit of this to me,

 6        and I ask this with the understanding that you

 7        are not a lawyer; right?

 8   A    Right.

 9   Q    But can you tell me -- I'm kind of separating

10        what the policy says from what you might know

11        about the law from doing legal research.  Can

12        you tell me what is your understanding of what

13        the policy required the IWP staff to do to

14        properly conduct and then render a decision on a

15        classification review?  Just in your own words,

16        this is just based on your understanding.  Can

17        you tell me what your understanding is of what

18        the policy requires them to do?

19   A    For the classification 30-day reviews?

20   Q    Yeah, and you had mentioned some things in other

21        answers like notice, opportunity to present

22        evidence, that kind of thing.

23   A    Their classification policy, I brought a copy.

24        I can mail you a copy so you don't have to

25        search through it, but it --
```

1    Q    Did you get it online or did you get it from --
2    A    Law library.   There's a giant catalog of all the
3         policies, and I spent two days reading through
4         the classification policy looking specifically
5         for explanations on what they're supposed to do
6         and what information they have instead of trying
7         to assume you should know.   The policy
8         specifically says that when you have a
9         classification review -- and it can be for
10        various reasons, and they list the reasons why
11        you might have one, and one of them is
12        administrative segregation.   That you are
13        supposed to fill out this form, which is the
14        form that they always use, and that's the
15        classification hearing report, and that you're
16        supposed to -- I think the notice part is
17        actually in the annual notification
18        instructions, but the rest of it is which is
19        meet with the inmate, fill out this form, note
20        the reasons for your decision, communicate that
21        decision in writing with stated reasons to
22        inmate, provide a copy to the inmate, things
23        like that.   It's very clear that they're
24        supposed to give you reasons and document them.
25    Q    IWP, through the Defendants you've named in this

1    lawsuit that were IWP staff members, didn't do

2    that?

3  A   No, and the people downtown that the IWP staff

4    identified as being responsible for my

5    classification to SHU never did those things

6    either because it's my understanding that since

7    they were in charge of my classification, then

8    it was their responsibility to bring someone

9    here or to -- even if they hold a meeting

10    without my presence, that is okay as long as

11    they do the rest of it, which is give notice

12    that this hearing is going to be there, give me

13    the reasons and the evidence it's based on, what

14    they're accusing -- this is why we're keeping

15    you, give me an opportunity to present in

16    writing my defense of it or my explanation and

17    then for them to make a decision and to tell me

18    what it is and why they've made it and then give

19    that to me in writing.

20        So they could have very easily followed

21    the law and did the classification reviews

22    downtown as long as they just follow these basic

23    rules.  All I wanted was an explanation and an

24    opportunity to talk to somebody who was keeping

25    me locked in this room, but they didn't have to

```
 1    see me.  They didn't want to see me because they
 2    didn't care.  They don't care what it does to
 3    your mind.  They don't care that they've locked
 4    you in this room.  They don't care what it does
 5    or how it affects you.  I don't know what they
 6    care about, but they certainly didn't care about
 7    how it raped me of my sanity, and I never would
 8    believe how horrible it is unless I went through
 9    it because I used to think people were being
10    dramatic whenever they would have panic attacks.
11    I'm like "Oh, my gosh, she's so dramatic."
12    Until it happened to me and I realized how
13    involuntary and awful it was.  I didn't realize
14    how awful the pressure was until I want to die.
15    I didn't realize how awful it was to be stuck by
16    yourself with nothing but your thoughts and
17    books and whatever, and then talk to people.
18    Whenever I would be able to talk to someone, I
19    was so slobber and happy to talk to them.  You
20    couldn't get me to shut up.  And then all the
21    negative effects that come with it.  It's like
22    whenever people come back from war and they seem
23    okay most of the time but then there's things
24    that are wrong with them.  That's what it does.
25    It does bad things to your brain.
```

 1          More and more and more the judicial
 2     system is recognizing this because you can't
 3     ignore it forever, and the people who are in
 4     power to change it, some of them are listening
 5     and some of them don't care because we're
 6     prisoners, we're inmates, we've offended the
 7     law, and so I am so grateful for the Indiana
 8     Protective Agency Services that I think our
 9     Congress was the one that created the funding
10     for these committees.  They said people are
11     going to be abused if they have mental illness.
12     So you make a group of people who are going to
13     advocate for them.  So someone probably back in
14     the seventies when everybody was feeling good
15     about life was, like, we should take care of the
16     people who can't take care of themselves.  If it
17     wasn't for them and the ACLU, then all of the
18     evidence that they collected and all of the
19     experts and all of the people in the other
20     solitary confinement like Pelican Bay down there
21     in Louisiana, if they didn't do all these things
22     on behalf of us prisoners in solitary
23     confinement, then none of us would be in the
24     court systems, it wouldn't be in the public eye
25     and people wouldn't take it seriously.  So I am

1    grateful because now my case is -- my medical

2    records were part of that class action lawsuit

3    and I met with Ken Falk, and I was so grateful

4    that someone cared.  That was it.  I just want

5    someone to care, and they're supposed to, and

6    the law says you're supposed to care, and if you

7    don't, at least you're supposed to follow along

8    these rules so you can't lock somebody in a room

9    just because you said so.  You can actually.

10   They can do it for, like, up to a year, just

11   regular administrative segregation.  They get

12   enough leeway, but after that you've got to have

13   a reason.  You've got to have these due process

14   protections because it's cruel and it's wrong,

15   and that's why I have this lawsuit.  It's not

16   because I thought it would be fun to sue the

17   state, you know.

18  Q   Let me ask you this.

19  A   Sure.

20  Q   What would you like to see -- what are you

21      asking for in terms of relief, whether it's a

22      change in policy or some dollar amount, damages?

23  A   I get it.

24  Q   For you if you had it your way, what would you

25      consider a positive outcome for you from this

1          lawsuit?

2     A    First I would want for the Department of

3          Corrections to make it important to follow the

4          rules, to hold the employees whom are in charge

5          of prisoners in solitary confinement, to hold

6          them accountable and to make it important that

7          they follow due process rules so that it

8          protects what little tiny rights that we still

9          have.  I would like for all the people who had

10         the power to do something, I want them -- I want

11         the courts to tell them that they were wrong,

12         that their actions were wrong.  I think they

13         call it declaratory relief where the court makes

14         a declaration that says you were wrong, this is

15         why you were wrong and this is what you should

16         have done, so that they can have -- one, so that

17         they can have a reason for -- they can be given

18         a reason why I'm suing them.  Here's the reason.

19         You were wrong and here's how fix it.  That's

20         what I want the court to do.  Because obviously

21         it being policy didn't make them do it, and I

22         want the people that were in power downtown, I

23         don't want them to be able to do this to anybody

24         else, and I don't know what that looks like,

25         like what that really looks like, but I don't

```
 1    think that they should be able to micromanage an
 2    individual's life in the way that they did me
 3    beyond just locking me in solitary confinement,
 4    but I mean singling me out and making my life
 5    hell because it's not right.  Maybe because
 6    their ego was bruised or because they just felt
 7    like they could.  I don't know why, I don't know
 8    why they did what they did, but they shouldn't
 9    be able to do it.  They need to treat people who
10    have mental illness or who are exhibiting mental
11    illness, treat them better, give them better
12    treatment because I don't know what they're
13    doing back there now.  I know that they have
14    more mental health staff back there now, but I
15    don't -- and I know that it was in response to
16    the lawsuit, but people are still going crazy.
17    There was a girl who just killed herself back
18    there four months ago, hung herself in the
19    shower, and they knew she was -- she told them
20    she was suicidal.  There's a girl who just cut
21    her wrists and had to go out to the hospital to
22    get stitched up from her wrist to her elbow
23    three days ago.  There are people back there
24    that are hurting themselves, and they don't --
25    you lock them in a room and it just makes it
```

```
 1          worse.
 2     Q    So we've --
 3     A    And the other thing is I want them to make me
 4          better.  I want better mental health treatment.
 5          I want to be better.  I want myself back.  I
 6          don't get treatment.  I get a pill.  That
 7          doesn't help.  Whenever I go to see mental
 8          health, they're like, "Well, you're doing so
 9          good and you have all the coping skills.
10          There's nothing we can help you with."  That's
11          not true and shouldn't be.  I want them to make
12          me better.  I want that part they stole from me,
13          that part that ripped off and floated away.
14          That's still out there.  I am not the same
15          person I was.  I want that part of me back.  I
16          want to be whole.  That's what -- I want to be
17          made whole.  I don't know how that's going to
18          happen, but I want to be made whole.  I don't
19          know if they can ever take that back.  I don't
20          want to suffer anymore.  That's it.  And they
21          should have to pay some sort of price.  I don't
22          know what it is, but they should have to pay a
23          price too.  They shouldn't be able to get away
24          with stuff like that.
25     Q    Sarah, in the three and a half hours that you
```

1    and I have spent together talking about this

2    case, we've covered a lot of different topics,

3    talked about a lot of different people.  I am

4    close to the end of the questions that I have

5    for you, but I wanted to give you the

6    opportunity, based on the things that we have

7    discussed today, is there anything that you

8    would like to add to your testimony, anything

9    you want to make me aware of or expand on a

10   little bit?  I wanted to give you that

11   opportunity now.  And if not, you don't have to.

12   That's fine.

13  A   I was just trying to think.  It was in my notes

14   that they took away.  I did my best to organize

15   my complaint to be legally sufficient, but the

16   two parallel issues for me are discrimination

17   because they intentionally treated me different

18   in order to punish me, and in the law's eyes,

19   that's -- they deprived me of a constitutional

20   right, which was my right to be free of that

21   intense confinement, and that the people

22   downtown knew what they were doing.  Everybody

23   in this knew what they were doing.  Every time

24   that they signed a piece of paper, every time

25   that they had a conversation about it and didn't

```
 1    do anything.  There are a lot of people here
 2    with a lot of power who didn't do anything.
 3    Maybe they really didn't have any power and
 4    maybe it really was the commissioner that said
 5    this is the way it is and this is the way it's
 6    going to be until I say so, or maybe he just
 7    said stick her in there for five years, see how
 8    she likes it.  I have no idea how that
 9    conversation happened, but there are people
10    along the way that are under him or that work
11    with him who knew that was wrong.  There are
12    other people that are part of the Defendants
13    themselves, but these people, they know that
14    it's wrong and they don't do anything about it.
15    Carol Naylor tried to do something about it.
16    She was one of the little people on the totem
17    pole and she was willing to voice that it was
18    wrong, and it's really sad that it takes someone
19    who has almost no power to stand up and say this
20    person with even less power is being abused.
21         So my allegation is that they did this
22    with full understanding what they were doing,
23    and because I don't have access to them, I can't
24    prove it very well, but if I have to go through
25    all the motions and beg the courts for an
```

```
 1    attorney and the resources to go interview
 2    people, somebody is going to tell the truth,
 3    and I want that on record that I know there are
 4    people that are willing to tell the truth.
 5    That's all I want.  And the equal protection is
 6    -- they're supposed to treat people who are
 7    similarly situated alike.  That other women in
 8    that segregation unit were -- I was treated
 9    differently than them.  Other people who have
10    escaped, I was treated differently than them.
11    Any group of people that you compare me to that
12    are similarly situated, I was treated
13    differently with the express intent that I be
14    punished in this way, which happens to be either
15    cruel and unusual punishment or depriving me of
16    my liberty interest through lack of due process.
17         I know it's all interconnected, and maybe
18    I didn't do the greatest job of putting it in
19    the way that it should be and maybe the court
20    will give me an attorney that can do that, but I
21    feel like with everything we've talked about
22    today, I believe that I've communicated to you
23    to the best of my ability and given you every
24    last supporting document and note that I've made
25    that I've tried to do everything the right way,
```

1    and I've been as transparent as possible.  I

2    have avoided talking about unflattering things

3    so my fears about retaliation, I don't have them

4    at the end of this conversation, and I

5    appreciate you making that easy for me.  We've

6    stuck to the facts and I'm grateful for how well

7    this went, and I feel like I've said what needs

8    to be said, and I hope that if you have

9    additional questions that we can do this through

10    interrogatories, and I know that when I sent my

11    interrogatories for the Defendants that I got

12    more avoidance and more vague answers, and so

13    all I can do is hope for a little bit of

14    transparency from them, but I know that most of

15    them are just -- they're just out to protect

16    themselves.

17  Q   Let me ask you this.  You gave the Attorney

18    General's Office a bunch of documents in

19    discovery responses for the 2011 lawsuit; right?

20  A   Yes.

21  Q   Is there anything that you have now that is

22    different than or in addition to those documents

23    that you produced in the 2011 suit that support

24    your claims in this lawsuit, or did that

25    production pretty much cover everything?

A    I think it pretty much covered everything.  I
know that when I re-filed this in 2014 that I
took out some of the issues because they have
been resolved and then I added a couple of
people because of the conversations.  After I
filed -- re-filed in 2014 I remember sending a
packet maybe it was to Wade Hornbacher or some
lady that was on it really shortly and then took
her -- and she was off.  She was on, then she
was off.  She recently left in, I think,
February, this past February.  So I haven't had
a lot of communication with any of the attorney
generals, but I can go through my stuff, and if
I have additional -- whatever additional notes
I've taken since then that have supported it, I
can send you.  I know that most everything that
happened happened in 2011 before, and then since
then it was just more of the same, just more of
the same.  I don't know if I have any more
notes, but if I do, I will send them to you.

Q    And that was kind of just a fancy way,
unnecessarily fancy way of me asking you is
there anything you didn't give the state before
in the last year that relate to the claims.  I
understand the fact that you are no longer in

```
 1           SHU means there's no -- there's a certain type
 2           of documentation that would no longer be taking
 3           place.
 4      A    Right.
 5      Q    If you could look, if it's something that you
 6           feel like I don't have based on what you gave
 7           Wade in the other lawsuit and that it relates to
 8           your claims, if you could -- I could send you a
 9           request for production.
10      A    No.
11      Q    Otherwise, I think --
12      A    Do you have access to my medical record?   Well,
13           I wrote a release form to Wade for access to my
14           medical records, and that's electronic.  So you
15           should also have access to my medical records so
16           you should be able to see the mental health
17           stuff in there that's been continuing since
18           then.  Most of it's just wasting trees anyway.
19      Q    As you noticed, I tried to not send you back all
20           the stuff you had given us so that you had more
21           copies.
22      A    What happens next?
23      Q    I think for today that's all the questions that
24           I have for you.  Why don't we go ahead and we'll
25           consider the deposition formally ended and go
```

1      off the record, if that's okay.

2   A   Yes, thank you.

3

4

5

6

7              AND FURTHER THE DEPONENT SAITH NOT.

8

9

10

11      _____

12              SARAH JO PENDER

13

14

15

16

17

18

19

20

21

22

23

24

25

1  STATE OF INDIANA    )
                       )  SS:
2  COUNTY OF MARION    )

3

4      I, Deanne S. Hutson, a Notary Public in and for

5  said county and state, do hereby certify that SARAH

6  JO PENDER, the deponent herein, was by me first duly

7  sworn to tell the truth, the whole truth and nothing

8  but the truth in the aforementioned matter;

9      That the foregoing deposition was taken on

10 behalf of the Defendants at the Indiana Women's

11 Prison, 2596 Girls School Road, Indianapolis, Marion

12 County, Indiana, on the 15th day of December, 2015,

13 pursuant to the Applicable Rules;

14     That said deposition was taken down in

15 Stenograph notes and afterwards reduced to

16 typewriting under my direction; and that the

17 typewritten transcript is a true record of the

18 testimony given by said deponent;

19     And that the deposition upon oral examination

20 was taken down in Stenograph notes and afterwards

21 reduced to typewriting under my direction and

22 thereafter presented to said witness for signature;

23     I do further certify that I am a disinterested

24 person in this cause of action; that I am not a

25 relative or attorney of any of the parties.

1        IN WITNESS WHEREOF, I have hereunto set my hand

2   and affixed my notarial seal this _____ day of

3   _____, 2015.

4

5

6

7

8

9                          _____
                           Deanne S. Hutson, Notary Public

10

11

12  My Commission Expires:
    October 21, 2022
13  Residing in Marion County, Indiana

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   (Originating Party)
     Jonathan P. Nagy
 2   OFFICE OF THE INDIANA ATTORNEY GENERAL
     Indiana Government Center South, 5th Floor
 3   302 West Washington Street
     Indianapolis, Indiana 46204
 4
                   NOTICE OF DEPOSITION FILING
 5
               IN THE UNITED STATES DISTRICT COURT
 6                 SOUTHERN DISTRICT OF INDIANA
                        INDIANAPOLIS DIVISION
 7
     SARAH JO PENDER,                    )
 8                                       )
                   Plaintiff,            )
 9                                       )
          v.                             )
10                                       )
     PETER PECKHAM, JAMES                )
11   BASINGER, ED BUSS, STEVE           )       CASE NO.
     MCCAULEY, JANET O'NEAL,            )1:14-CV-01287-TWP-DML
12   LESLIE JOHNSON, SHIRLEY            )
     WASHINGTON, VANESSA TOLBERT,       )
13   MICHAEL WILKERSON, STANLEY         )
     KNIGHT, MICHAEL OSBURNE and        )
14   BRUCE LEMMON,                       )
                                         )
15                 Defendants.           )

16

17        In compliance with the Indiana Rules of
     Procedure, Federal Rules of Civil Procedures and/or
18   the rules of the Industrial Board, you are notified
     that the signed original deposition of SARAH JO
19   PENDER, taken on the 15th day of December, 2015, has
     been sealed and submitted to the originating party,
20   along with the attached Errata Sheet(s), if
     applicable.
21

22        _____
          (Date received by Circle City Reporting)
23

24            CIRCLE CITY REPORTING
           135 North Pennsylvania Street
25             Indianapolis, IN 46204
                  (317) 635-7857
```

## A

**abducted (1)**
65:19
**ability (5)**
7:7,13;34:19;86:1;
113:23
**able (24)**
53:10;54:17;56:18;
60:14,15;64:23;66:1;
69:18;72:20;79:11;
85:1;86:16;88:16,17,
20;92:3,22;94:8;
105:18;108:23;
109:1,9;110:23;
116:16
**above (2)**
30:24;54:11
**absolutely (4)**
31:22;35:5;47:20;
87:13
**absurd (1)**
38:4
**abused (2)**
106:11;112:20
**access (7)**
70:20;75:1;96:6;
112:23;116:12,13,15
**According (2)**
49:20;93:8
**accountable (2)**
93:1;108:6
**accurate (2)**
10:24;57:12
**accurately (2)**
10:8;22:8
**accusation (1)**
102:3
**accusing (1)**
104:14
**acknowledging (2)**
8:4;21:19
**ACLU (4)**
30:18;57:18;71:2;
106:17
**act (1)**
90:4
**acting (1)**
46:11
**action (3)**
30:17;107:2;
118:24
**actions (1)**
108:12
**activities (1)**
85:1
**acts (2)**
91:3,8
**actual (1)**
44:6
**actually (9)**
45:12;51:23;55:4;

71:11;73:5;86:16;
95:9;103:17;107:9
**add (1)**
111:8
**added (1)**
115:4
**addition (4)**
13:4;18:19;99:15;
114:22
**additional (7)**
29:14,18;52:14;
76:10;114:9;115:14,
14
**addressed (2)**
83:19,20
**administration (1)**
57:18
**administrative (9)**
39:12,16;40:9;
41:4,13,14;42:9;
103:12;107:11
**adquate (1)**
74:25
**adult (3)**
28:9,10;46:17
**advised (2)**
51:12;79:1
**advising (1)**
77:11
**advocate (1)**
106:13
**advocated (1)**
72:2
**affected (1)**
73:25
**affects (2)**
73:25;105:5
**affirmed (1)**
3:2
**affixed (1)**
119:2
**aforementioned (1)**
118:8
**afterwards (2)**
118:15,20
**Again (2)**
10:17;13:8;16:20;
22:2;30:13,15;52:17;
55:19;62:6;64:18;
82:1,5,9;83:12;89:7,
14,19;91:5;94:11;
95:2
**against (10)**
17:14,16;19:19;
20:5;21:11;27:16;
82:11,21;90:1,2
**Agency (1)**
106:8
**ago (8)**
11:24;20:6;26:24;
36:6;45:3;94:12;
109:18,23
**agree (2)**

8:5;14:6
**agreed (3)**
6:13;9:11;72:16
**agreement (1)**
101:14
**ahead (5)**
13:14;23:3;28:22;
78:18;116:24
**aliens (1)**
65:19
**alike (1)**
113:7
**allegation (2)**
83:4;112:21
**allegations (1)**
82:10
**allege (1)**
18:7
**alleging (1)**
59:12
**allowed (9)**
8:17;53:5,8,9,17;
56:15;80:16;86:3;
90:7
**almost (4)**
53:9;62:20;64:14;
112:19
**Along (5)**
5:8;81:10;82:3;
107:7;112:10
**although (3)**
7:5;56:14;95:9
**always (16)**
19:23;33:16;34:12;
40:21;42:6,7;45:15;
57:23;58:10,12;
63:21;64:3;91:16;
95:1;98:5;103:14
**ameliorate (1)**
72:12
**Amendment (7)**
17:25;18:19,20;
19:3,6,14;87:6
**among (1)**
52:16
**amount (2)**
102:1;107:22
**Andrew (1)**
49:5
**angry (1)**
27:19
**annual (3)**
99:11,17;103:17
**answered (2)**
28:18;29:2
**anti-anxiety (1)**
12:7
**anticipate (1)**
7:5
**anticipated (1)**
67:1
**antidepressant (2)**
12:7;61:8

**anymore (2)**
89:21;110:20
**apart (2)**
68:5;69:19
**appeal (6)**
43:17;101:2,3,9,10,
15
**appealed (1)**
101:12
**appear (3)**
29:8;30:3;36:1
**appearance (1)**
78:25
**appeared (2)**
6:7,9
**Applicable (1)**
118:13
**applied (1)**
81:1
**appreciate (4)**
81:17;82:1;91:19;
114:5
**approval (2)**
58:11;101:14
**approve (4)**
43:5,6;45:19;88:4
**approved (3)**
18:8;45:15,23
**approving (1)**
32:23;44:14
**Approximately (1)**
23:5
**arms (1)**
68:7
**around (6)**
25:25;26:24;68:16;
71:4,16;73:1
**arrested (4)**
15:25;49:15,21;
50:10
**arrived (2)**
50:16;52:19
**arts (3)**
16:6,15;27:4
**Ashley (1)**
49:23
**aspects (1)**
14:11
**assault (1)**
90:1
**assigned (2)**
37:10;79:17
**assist (1)**
30:7
**assistance (1)**
49:12
**assistant (1)**
44:17
**assisting (1)**
49:16
**associate's (2)**
16:2,17
**assume (1)**

103:7
**assure (1)**
13:22
**attached (1)**
101:8
**attack (2)**
68:25;73:15
**attacks (2)**
67:24;105:10
**attained (1)**
15:12
**attend (2)**
36:9;99:4
**attendance (1)**
79:1
**attention (3)**
6:24;10:7;78:13
**attorney (8)**
3:9;6:8;9:10;113:1,
20;114:17;115:12;
118:25
**auditory (1)**
67:16
**August (3)**
19:6,9;49:8
**automatic (1)**
40:7
**automatically (1)**
7:18
**available (2)**
16:13;27:1
**average (1)**
57:4
**avoid (4)**
22:1;68:19;69:22;
70:8
**avoidance (1)**
114:12
**avoided (1)**
114:2
**aware (4)**
37:23;78:6;82:25;
111:9
**away (4)**
67:21,21,21;69:5,
5;81:20;110:13,23;
111:14
**awful (8)**
63:18;66:17;67:4;
68:9;71:18;105:13,
14,15

## B

**babysit (1)**
37:11
**bachelor's (4)**
15:13,20,21;16:2
**back (35)**
9:5;14:15;26:19;
39:1,2;40:5;41:17;
48:20;50:11,19;
56:25;63:13;64:7,24;

65:8;90:13;94:1,16;
95:2;97:11,13,18,19;
98:3,8;105:22;
106:13;109:13,14,17,
23;110:5,15,19;
116:19
**Backing (1)**
82:24
**bad (9)**
8:18;12:21;38:19;
52:9;67:17,17;81:14;
96:15;105:25
**badly (1)**
76:7
**Bainger (1)**
87:4
**bank (1)**
97:14
**Baptist (1)**
69:11
**bars (1)**
53:13
**base (1)**
88:18
**based (9)**
19:12;51:1;92:8;
94:21;98:17;102:16;
104:13;111:6;116:6
**basic (1)**
104:22
**basically (19)**
19:15;31:22;34:9,
18;37:11;40:17;
42:11;43:13;57:12,
21;59:17;61:24;78:9;
79:17;85:9,16;86:3;
88:13;97:4
**Basinger (24)**
3:12;24:10,16;
25:6,10,20;27:25;
28:1,12;30:9,15;31:2,
5;32:9,13,20;46:14,
21;59:8;92:11;93:7;
94:24;95:14,17
**basis (10)**
43:9;57:3;65:9;
71:14;99:6;100:3,8;
101:2,3,9
**bathroom (2)**
7:9,11
**Bay (1)**
106:20
**became (19)**
35:22;37:7,24;
46:19,25;47:2,14,22;
65:25;66:6,19;67:12,
23;83:16;84:19;
85:18;93:4;101:3,9
**become (3)**
69:22;84:13,14
**becomes (1)**
22:15
**bed (2)**

62:14;70:6
**bedding (1)**
39:19
**beg (1)**
112:25
**begin (2)**
13:7,10
**beginning (3)**
34:22;52:18;68:18
**behalf (6)**
6:7,9;72:3;99:5;
106:22;118:10
**behavior (3)**
38:18,20;90:12
**behaviors (1)**
65:24
**behind (1)**
69:15
**belabor (1)**
49:2
**belly (1)**
54:7
**best (7)**
22:14;30:1,11;
78:15;100:24;
111:14;113:23
**better (15)**
30:24;56:12;58:9,
22;59:14;65:3;66:3;
69:24;74:17;109:11,
11;110:4,4,5,12
**beyond (2)**
32:2;109:3
**big (1)**
61:20
**Birdie (4)**
23:23;36:24;42:10;
51:21
**bit (25)**
3:19;7:1;9:19;
13:9;16:20,24;20:17,
24;26:19;27:25;
36:14;41:17;48:25;
59:10;68:10;75:16;
79:13,23;82:7,24;
86:20,22;102:5;
111:10;114:13
**black (1)**
54:7
**blank (1)**
86:15
**block (1)**
62:18
**Board (1)**
23:5
**body (4)**
64:2,2,7;66:22
**bogus (2)**
91:25;92:21
**bonus (1)**
81:22
**books (3)**
53:2;86:4;105:17

**boom (1)**
66:22
**Both (4)**
23:16;46:4;73:7;
81:12
**bottom (1)**
101:14
**box (1)**
54:7
**boxes (2)**
11:22;99:23
**brain (3)**
62:21;70:11;
105:25
**break (7)**
7:8,14;11:5;61:24;
65:4,13,14
**breaking (2)**
51:8;75:16
**breathing (1)**
69:18
**bright (4)**
79:21;80:12,14;
81:9
**bring (9)**
6:24;10:10;11:22;
23:17;29:22;39:1,2;
71:11;104:8
**broken (2)**
39:25;51:6
**brought (5)**
4:14;47:18;84:23;
85:7;102:23
**Bruce (13)**
24:11,22;25:1;
46:4,15,25;48:8,15;
78:2,5;93:6;94:17;
95:19
**bruised (1)**
109:6
**build (1)**
69:18
**building (4)**
54:6;68:4,5,5
**bunch (1)**
114:18
**Buss (17)**
3:11;24:10,18;
27:11,11,12,21,23;
46:4,14,24;48:18;
87:4;93:6;94:17,23;
95:19

---

**C**

---

**CAB (1)**
51:5
**cage (2)**
54:4;57:25
**call (11)**
4:6;6:15;23:10;
38:10,23;51:5;62:13;
74:12;94:13;96:16;

108:13
**called (11)**
7:22;17:3;31:13;
61:23;75:21;76:17;
79:9;83:15;91:14;19;
98:21
**calls (2)**
37:13;53:8
**came (14)**
30:20;35:14;40:24;
45:25;51:16;54:20,
22,24;72:24;73:1,14;
95:10;96:22;97:23
**can (59)**
3:22;7:11;8:16,22;
9:3;10:11;11:11,21;
12:22;13:2;26:16;
28:23;30:11;31:9;
38:2;39:14;57:2,5,7;
59:20;60:19,19;
67:16;73:24;77:6,24;
82:10,18,20,24;84:1,
2;86:12,14;87:14;
91:7,8,22,23;94:3;
100:24;101:25;
102:9,11,16,24;
103:9;107:9,10;
108:16,17,17;110:10,
19;113:20;114:9,13;
115:13,16
**capability (1)**
92:16
**capable (1)**
89:19
**capacity (1)**
18:25
**Capital (1)**
41:25
**captain (2)**
24:4;59:2
**cards (2)**
62:8,11
**care (13)**
60:12;70:7;105:2,
2,3,4,6,6;106:5,15,
16;107:5,6
**cared (1)**
107:4
**Carol (16)**
60:25;72:1,23;
74:3,25;75:17;77:10,
15,25;78:6,10,20,24;
79:7;83:1;112:15
**case (24)**
4:11,12,13,17,17,
17,21,22;6:7,10,12;
8:18,20,21;9:11,20;
29:5;35:2;57:8,9;
94:4;99:20;107:1;
111:2
**castle (1)**
60:7
**Cataldi (1)**

49:5
**catalog (1)**
103:2
**caught (1)**
90:16
**causation (1)**
74:2
**cause (1)**
118:24
**caused (4)**
17:20;59:16;68:13;
82:17
**causing (1)**
61:12
**cave (1)**
64:15
**cell (13)**
23:17;31:12;33:18;
52:24;56:16;57:22;
62:3;71:12;79:13;
80:19,22;83:21;86:3
**cells (2)**
84:4;86:1
**center (1)**
28:5
**Central (5)**
15:17;28:4;46:13;
93:5;94:13
**certain (4)**
22:9;58:6;94:21;
116:1
**certainly (1)**
105:6
**certainty (1)**
77:24
**certificate (2)**
16:17,19
**certify (2)**
118:5,23
**chain (2)**
44:20;54:7
**chained (1)**
57:24
**chaired (1)**
23:9
**chance (1)**
92:14
**change (5)**
56:11;80:3,5;
106:4;107:22
**changed (8)**
26:3;57:18;66:15;
72:13;79:25;80:8;
81:4,5
**changes (2)**
30:23;57:19
**characterize (1)**
27:5
**charge (13)**
28:10;31:14;33:7;
36:21;41:22;47:10,
13;51:12;58:16,23,
25;104:7;108:4

chatter (1)
    63:21
check (8)
    10:16;11:12;71:13,
    16,23;73:2,3;81:22
chest (2)
    66:25;69:3
Chicago (2)
    49:22;50:10
choice (2)
    7:21;80:11
choose (2)
    7:23;99:14
Christmastime (1)
    81:21
church (2)
    69:10,11
circumstances (2)
    20:13;21:22
civil (2)
    4:22;71:2
claim (10)
    17:16,25;18:19,20;
    19:3,7;20:14,15,15;
    82:12
claiming (2)
    17:19;59:22
claims (13)
    6:19;14:12;16:25;
    17:8,11;18:21,25;
    19:9;78:16,17;
    114:24;115:24;116:8
clarification (1)
    101:17
clarify (1)
    22:2
class (5)
    16:6,11,13;30:17;
    107:2
classes (1)
    16:4
classification (67)
    18:4,5;23:4,7;24:9;
    25:9,11,15,18,23;
    35:4,9;36:2,10,13,19;
    38:7,22;41:7,9;42:4,
    25;43:17;44:4,10,12,
    15,22;45:8,14,23;
    51:20;72:7;75:19;
    76:21;78:24;79:5;
    84:6;86:25;87:8,20,
    23;95:5;98:10,20,22,
    25;99:10,15,22,23,
    24;100:2;101:2,4,8,
    12,15;102:15,19,23;
    103:4,9,15;104:5,7,
    21
clear (6)
    20:19;32:21;42:11;
    82:10;84:18;103:23
clearly (4)
    76:12,15;79:8;
    84:21

close (4)
    66:20,20;86:21;
    111:4
closet (1)
    97:17
CMS (1)
    74:11
coffee (1)
    65:17
collapsed (1)
    63:16
collect (1)
    30:21
collected (1)
    106:18
college (1)
    16:7
Collin (1)
    31:18
combination (1)
    38:12
comfortable (2)
    41:5;52:15
coming (10)
    9:22;11:21;25:12;
    27:3;53:5;64:24;
    67:2;69:11;73:24;
    82:5
command (1)
    44:20
commenced (1)
    57:19
comment (1)
    31:16
commission (2)
    46:7;119:12
commissioner (20)
    27:12;28:7;33:5;
    34:14;37:18;46:3,7,
    11,12,16,17,24;47:1,
    55:10,21;92:19;
    93:12,13;95:10;
    112:4
commissioners (1)
    28:7
commissioner's (1)
    34:15
commit (1)
    91:3
committed (4)
    37:8;39:24;89:18;
    90:1
committee (7)
    38:23;44:22;45:9,
    14,23;100:13,14
committees (1)
    106:10
committing (1)
    89:19
communicate (4)
    45:22;78:10,20;
    103:20
communicated (3)

34:5;84:22;113:22
communication (3)
    48:1;64:9;115:12
compare (1)
    113:11
complaint (10)
    9:8;11:17;18:17;
    19:5,8;74:22;80:7;
    87:2;101:10;111:15
complete (5)
    7:24;10:23;21:21;
    29:8;53:4
completed (1)
    51:11
completely (6)
    5:16,19;22:7,7;
    52:23;63:15
complicated (1)
    64:22
comprehend (1)
    65:1
concentration (1)
    62:1
concern (1)
    61:20
concerned (4)
    21:10;72:9;83:11;
    91:4
concerns (4)
    75:23;77:16;78:7;
    84:24
conclusions (1)
    57:10
condition (8)
    17:23;65:10;77:25;
    79:2;82:14,17;83:1,7
conditions (7)
    58:1,14,20,24;
    59:1;72:12;83:9
conduct (2)
    54:23;102:14
confinement (44)
    13:20;17:19;18:11;
    23:8;25:13,14,17;
    26:2;31:18;39:24;
    47:5;49:19;50:24,25;
    51:9,19,19;58:21;
    59:13,17,24;60:16;
    61:15;66:5;67:15;
    68:24;73:13,18;
    74:16;77:13;83:9;
    85:11;89:11,15,20,
    25;90:4;91:21;94:6;
    106:20,23;108:5;
    109:3;111:21
confirmation (2)
    32:24;33:2
confused (1)
    20:17
Congress (1)
    106:9
consider (2)
    107:25;116:25

consistently (1)
    101:22
constitutes (1)
    46:18
constitutional (2)
    19:14;111:19
consultant (3)
    30:21;32:10,10
contact (2)
    56:24;61:16
contained (1)
    100:14
contend (1)
    83:5
contention (4)
    82:21;83:3,4;87:18
context (1)
    48:23
continue (2)
    11:7;22:3
continued (9)
    18:3,8,11;26:2;
    42:1;47:5;61:17,25;
    87:8
continuing (3)
    16:4,20;116:17
continuously (2)
    75:9;90:4
contractor (1)
    74:14
contributed (1)
    38:19
control (7)
    21:21;22:14;64:8;
    68:9;80:22,24;84:22
controlled (1)
    80:18
conversation (10)
    26:2,25;27:10;
    31:20;77:19;84:5;
    85:15;111:25;112:9;
    114:4
conversational (1)
    3:21
conversations (7)
    46:20;79:12;84:7;
    87:16,17;90:15;
    115:5
convicted (2)
    49:1;89:17
convince (2)
    64:6;90:17
convinced (3)
    43:20,25;90:10
convinces (1)
    90:11
cook (1)
    16:7
cooperate (1)
    64:3
coordination (1)
    64:16
copies (3)

9:14;48:18;116:21
coping (5)
    60:1;61:21,22;
    69:4;110:9
copy (15)
    7:16,19,20;8:1,8,9;
    11:17,18;21:5;29:9;
    30:4;43:3;102:23,24;
    103:22
Cordial (1)
    27:7
Correction (2)
    14:22;56:1
Correctional (5)
    16:1;19:23;49:9,
    12;73:7
Corrections (8)
    22:25;27:13;30:19;
    34:8;91:2;98:15,19;
    108:3
correctly (10)
    10:13;60:14;77:2;
    79:16;80:2;83:25;
    87:12;94:11;95:3;
    100:11
correlation (1)
    74:2
correspondence (8)
    16:3;47:4;48:14;
    53:7;56:13;95:8,9,24
counselor (3)
    24:3;35:21,22
COUNTY (4)
    118:2,5,12;119:13
couple (5)
    72:25;79:15;94:12;
    97:18;115:4
course (3)
    26:8;42:23;98:16
courses (1)
    16:4
Court (15)
    3:15;4:5,24;5:8,12;
    7:24;8:4;9:6,16;
    20:14;30:23;106:24;
    108:13,20;113:19
courthouse (1)
    4:3
courts (2)
    108:11;112:25
court's (4)
    17:2;19:5,8;22:5
cover (1)
    114:25
covered (2)
    111:2;115:1
crawled (1)
    62:16
crazy (1)
    109:16
created (1)
    106:9
creative (1)

60:6
**credibility (1)**
95:15
**crew (2)**
95:13;97:15
**cried (1)**
76:14
**crime (1)**
48:25
**criminal (1)**
4:21
**cringe (1)**
66:11
**crochet (1)**
86:13
**Cross (1)**
16:9
**cruel (3)**
17:16;107:14;
113:15
**cry (1)**
68:8
**crying (3)**
68:6;69:20,21
**cuff (1)**
66:21
**culinary (3)**
16:6,15;27:4
**cultural (1)**
16:11
**current (1)**
56:22
**currently (6)**
3:13;10:19;11:25;
14:18;16:3;52:5
**custody (1)**
22:20
**cut (1)**
109:20

**D**

**damages (1)**
107:22
**date (4)**
31:23,25;49:25;
76:24
**dated (1)**
76:24
**daughter (2)**
91:20,22
**day (24)**
12:23,25;13:1,3;
27:15,15,20;41:12,
13;50:1;52:2;57:4,
13,14,14,22;61:10;
66:13;69:25;70:16;
84:20;96:9;118:12;
119:2
**days (12)**
23:5,15;35:4;40:2,
3,3;50:7;51:25;
64:10;84:16;103:3;

109:23
**day-to-day (2)**
57:3;65:9
**deal (2)**
60:1;85:11
**dealt (1)**
94:19
**Deanne (2)**
118:4;119:9
**December (10)**
15:10;35:14;49:20,
25;50:3,19;52:19;
54:22;72:25;118:12
**decided (9)**
8:12;18:14;35:6;
47:7,8,8,9,11,12
**decision (14)**
34:19;43:10;88:19,
23,24;92:25;99:7;
100:2,8,8;102:14;
103:20,21;104:17
**decision- (1)**
92:15
**decision-makers (1)**
93:14
**decision-making (1)**
95:13
**deck (1)**
62:8
**declaration (1)**
108:14
**declaratory (1)**
108:13
**decorate (1)**
60:9
**defendant (3)**
37:1,2;101:11
**Defendants (29)**
3:11,12;17:14,15,
22;18:7;20:25;21:11,
23;24:7;46:19;47:2;
74:23;75:6;76:22;
77:21;78:15;79:8;
82:11,15;85:8;87:2;
93:5;100:18,20;
103:25;112:12;
114:11;118:10
**Defendant's (1)**
28:25
**defense (2)**
88:21;104:16
**deficient (1)**
102:2
**degree (7)**
15:13,20,21,24;
16:2,2,17
**deliberately (3)**
17:22;82:16;83:6
**deny (1)**
45:19
**Department (11)**
14:22;16:18;22:25;
27:12;30:19;34:8;

60:24;91:2;98:15,19;
108:2
**depending (4)**
11:9;12:14;57:14;
58:15
**depends (1)**
97:1
**DEPONENT (3)**
117:7;118:6,18
**deposition (16)**
3:19;4:8;5:22;7:6,
20;8:2;9:17,24;
11:12;13:11;16:21;
28:19;116:25;118:9,
14,19
**depression (4)**
60:3;61:5;62:2;
70:5
**deprived (1)**
111:19
**depriving (2)**
87:10;113:15
**deputy (5)**
3:9;28:7;46:11,16;
93:12
**describe (1)**
40:11
**described (6)**
6:12;30:20;31:7;
55:16;58:1;65:4
**describing (1)**
70:17
**description (1)**
57:10
**descriptive (3)**
67:2;68:1;81:15
**design (1)**
98:18
**designated (1)**
23:6
**desire (1)**
45:21
**despite (1)**
91:17
**detached (1)**
64:8
**detachment (1)**
60:3
**detail (2)**
9:23;26:16
**details (2)**
14:11;31:19
**deteriorate (1)**
61:17
**deteriorating (3)**
72:8;76:7,18
**deterring (1)**
87:11
**detour (1)**
98:3
**developed (4)**
59:13,23;61:14;
69:3

**diagram (2)**
77:5,8
**dictated (2)**
42:12;51:22
**dictating (2)**
93:15,16
**dictatorship (1)**
34:6
**die (2)**
70:7;105:14
**died (1)**
68:6
**difference (4)**
39:10,11,16;56:3
**differences (1)**
58:20
**different (9)**
29:19;52:23;55:2;
61:18;92:5;111:2,3,
17;114:22
**differently (5)**
52:18,20;113:9,10,
13
**difficult (2)**
5:11;34:23
**dim (1)**
80:12
**dimmed (1)**
79:22
**dimmer (1)**
80:16
**dinner (1)**
63:22
**DIRECT (3)**
3:5;48:13;53:19
**direction (2)**
118:16,21
**directly (2)**
48:14;75:2
**director (2)**
28:9;46:17
**directors (3)**
28:8;75:12;93:12
**disciplinary (9)**
39:11,17,21;40:1,
12,23;41:16;51:9;
97:11
**discontinued (2)**
12:19;70:2
**discovery (4)**
9:10,13;29:15;
114:19
**discrepancy (1)**
50:8
**discriminating (1)**
19:19
**discrimination (3)**
19:20;20:14;
111:16
**discuss (3)**
25:16;31:9;38:24
**discussed (2)**
25:13;111:7

**Discussing (1)**
17:3
**discussion (2)**
45:19;48:23
**discussions (1)**
25:14
**disengage (1)**
80:24
**disinterested (1)**
118:23
**dismiss (2)**
6:13;17:4,8
**dismissed (4)**
6:17;17:11;18:21,
25
**distance (1)**
16:13
**distributed (1)**
99:11
**District (2)**
3:14,15
**disturbed (1)**
60:22
**disturbing (1)**
60:13
**Ditmer (1)**
54:22
**dive (1)**
13:14
**DOC (1)**
40:17
**doctor (1)**
61:3
**doctors (1)**
74:17
**document (6)**
17:4;28:24,25;
43:19;103:24;113:24
**documentation (3)**
76:11;88:6;116:2
**documented (5)**
28:17;32:7;55:12;
57:8;84:16
**documents (8)**
9:5,15;29:14;47:6;
50:3;87:16;114:18,
22
**dollar (1)**
107:22
**done (12)**
5:19,22,22;37:20;
40:7;41:15;72:11,18;
83:15;85:20;99:18;
108:16
**door (4)**
53:23;62:16;66:20,
21
**doors (2)**
56:23;61:16
**dorm (5)**
52:8;96:15,17,20,
21
**dosage (1)**

12:22
**dosages (1)**
61:19
**doses (1)**
70:3
**down (19)**
5:25;12:18;21:2;
23:19;43:13;56:25;
59:20;60:21;64:6;
70:3,4;75:16;82:19;
86:18;87:14;94:3;
106:20;118:14,20
**downhill (2)**
34:7,17
**downtown (35)**
4:2;28:3,5,6;33:5,
6,10,10,17;34:5,15,
17;42:13;46:9,13,18;
51:22;54:20;59:3,7;
92:19;93:11,23;
94:14,15,15,17,19,
24;95:3,18;104:3,22;
108:22;111:22
**dozen (1)**
77:3
**Dr (11)**
12:11;61:23;65:25;
68:11;72:21;73:3,5,
19;74:12;76:6,9
**dramatic (3)**
69:21;105:10,11
**draw (2)**
60:7;77:5
**drink (1)**
7:9
**driven (4)**
58:22,24;59:1,7
**driver (1)**
80:3
**driving (1)**
76:3
**drool (1)**
63:17
**dropping (1)**
68:2
**drugs (1)**
10:20
**due (11)**
17:25;18:12;19:6;
20:15;61:5;87:6;
88:11,12;107:13;
108:7;113:16
**duly (2)**
3:1;118:6
**During (14)**
4:11,13;12:12;
26:8;36:18;42:18;
51:19;55:1,14;66:15;
71:23;72:6;75:14,19

**E**

**earlier (2)**

26:8;51:16
**early (4)**
17:6;27:14;37:20;
84:15
**earn (1)**
52:10
**earned (1)**
16:1
**Earnest (1)**
6:9
**earplugs (2)**
68:17;69:13
**casily (2)**
11:4;104:20
**easy (4)**
7:2;62:9;81:14;
114:5
**eat (1)**
57:22
**Eating (1)**
64:11
**Ed (14)**
3:11;24:10;27:11,
11,12,21,23;46:4,14,
24;48:18;93:6;94:17;
95:19
**educating (1)**
60:18
**education (3)**
15:11;16:5;60:17
**effect (1)**
4:2
**effects (3)**
12:15;68:13;
105:21
**Effexor (8)**
12:5,6,9,16,22,24;
13:4;70:4
**efficient (1)**
82:19
**effort (1)**
12:20
**ego (1)**
109:6
**egos (1)**
92:9
**eight (2)**
31:19;54:2
**either (20)**
9:16;16:13;23:9;
24:3;32:19;34:13;
37:4;40:12;44:15;
45:5,10,15,19;46:16,
20;47:2;48:16;99:19;
104:6;113:14
**elbow (1)**
109:22
**electric (1)**
37:19
**electrical (2)**
64:9;80:23
**electronic (1)**
116:14

**eligible (1)**
40:5
**else (14)**
13:5;33:21;47:24;
53:24;54:9,14,15;
89:23,24;90:1,3;
91:17;99:16;108:24
**e-mails (1)**
48:14
**embarrassed (1)**
27:18
**employees (3)**
38:6;91:1;108:4
**encompasses (1)**
101:25
**end (11)**
7:20;11:8;14:6;
34:23;40:3,4,25;
68:18;86:21;111:4;
114:4
**ended (2)**
49:15;116:25
**energy (3)**
68:4;69:17;81:15
**engage (2)**
87:7,19
**enough (5)**
21:18;57:15;69:14;
76:1;107:12
**entail (1)**
101:25
**entertain (1)**
57:21
**entire (1)**
73:10
**entirely (1)**
8:10
**entitled (1)**
7:18
**Entry (1)**
17:3
**environment (1)**
61:6
**environmental (1)**
61:6
**episode (1)**
65:7
**equal (3)**
19:15;20:15;113:5
**erected (1)**
37:19
**errors (1)**
8:2
**escape (10)**
40:23;43:21,25;
49:17;51:7;55:19;
56:4;89:7;90:10,24
**escaped (15)**
27:16;32:4,5;49:8,
11;55:18,21,23,24;
63:4;73:22;89:9,13,
24;113:10
**escapees (1)**

56:7
**escaping (2)**
27:19;89:14
**especially (8)**
20:1;26:13;61:15;
64:12;67:8,17;69:10;
81:17
**evaluation (1)**
99:17
**even (20)**
7:11;11:20,21;
37:22;53:22;56:3,16;
58:9;60:8;66:25;
67:7;68:2;69:13,24;
70:6;86:18;92:18;
95:21;104:9;112:20
**Eventually (1)**
79:25
**everybody (7)**
19:22;54:14;91:17;
99:1,16;106:14;
111:22
**everyone (7)**
33:21;53:14,24;
54:9,15;84:4;94:6
**evidence (6)**
55:12;88:17;99:5;
102:22;104:13;
106:18
**exacerbated (1)**
17:21
**exacerbating (1)**
83:10
**exact (1)**
40:10
**exactly (1)**
6:21
**EXAMINATION (2)**
3:5;118:19
**examined (1)**
3:4
**example (4)**
26:11;30:9;70:16;
78:2
**examples (1)**
85:23
**exept (5)**
43:8;47:25;53:18;
92:18;95:23
**exception (1)**
58:7
**exceptions (1)**
58:5
**exchange (1)**
81:25
**exchanged (1)**
47:3
**excitement (1)**
68:2
**excuse (1)**
90:5
**executive (4)**
28:8,9;46:17;93:12

**exercise (5)**
14:8;75:25;83:14;
84:14,25
**exercise/stimulation (1)**
75:1
**Exhibit (2)**
28:22;101:5
**exhibiting (1)**
109:10
**Exhibits (1)**
28:19
**exists (1)**
55:5
**expand (1)**
111:9
**expectation (3)**
22:4,5,5
**expected (2)**
31:23,25
**expecting (1)**
22:12
**experience (3)**
3:22;34:8;61:4
**experienced (5)**
21:25;60:3;61:25;
73:23,23
**experiences (1)**
61:1
**experiencing (2)**
12:14;73:16
**experts (1)**
106:19
**Expires (1)**
119:12
**explain (1)**
39:14
**explained (4)**
61:1;76:18;97:3;
102:5
**explanation (5)**
45:18;100:14;
102:4;104:16,23
**explanations (1)**
103:5
**explicit (1)**
98:6
**explicitly (1)**
74:24
**express (1)**
113:13
**extreme (1)**
65:15
**eye (1)**
106:24
**eyes (2)**
62:18;111:18

**F**

**facilities (5)**
28:9,10;40:10;
46:18;55:22
**facility (17)**

8:24;16:1;19:23;
23:1;35:24;39:20;
43:22;44:1,7;49:9,
11;56:1,22;73:8;
90:20;101:17,21
**fact (4)**
7:17;22:11;89:9;
115:25
**factors (1)**
61:11
**facts (8)**
20:12;57:9;65:21;
82:20;83:3;87:14,18;
114:6
**Fair (3)**
21:18;99:3,13
**fairness (1)**
20:20
**faith (1)**
91:1
**Falk (1)**
107:3
**fall (3)**
19:15;68:5;69:19
**familiar (2)**
18:16;101:6
**family (1)**
93:3
**fancy (3)**
11:1;115:21,22
**far (5)**
8:9;18:22;30:2;
75:16;77:21
**father (2)**
47:3;48:13
**fear (1)**
92:8
**fears (1)**
114:3
**February (6)**
41:23;52:4,8;
101:1;115:11,11
**federal (1)**
98:14
**feel (16)**
6:23;11:10;30:6;
34:3;41:5;66:11,24;
68:4;69:1,17;81:18;
82:3;86:20;113:21;
114:7;116:6
**feeling (4)**
62:12;89:5;90:18;
106:14
**feet (2)**
54:2;64:5
**fellow (1)**
9:20
**felt (3)**
55:18;62:20;109:6
**fence (1)**
37:19
**few (12)**
3:22;4:6,23;26:1,1;

41:18;42:7,8,22;
44:13;45:24;51:20
**figure (4)**
64:18;65:17;70:14;
77:4
**file (1)**
63:9
**filed (9)**
6:10;9:16;17:7;
20:6;74:4,23;80:7;
101:9;115:6
**files (1)**
11:23
**filing (2)**
43:15;78:14
**filings (1)**
9:6
**fill (5)**
86:14;99:24;100:6;
103:13,19
**filter (1)**
13:24
**final (1)**
7:25
**finally (1)**
66:15
**find (3)**
11:6;13:25;60:9
**findings (2)**
57:9;88:25
**fine (3)**
64:11;71:8;111:12
**fingers (3)**
21:17;47:22;91:17
**finish (2)**
5:16;15:24
**firing (1)**
14:7
**first (34)**
3:1,25;4:7;8:23;
16:24;27:15,20;
28:25;31:7;32:21,24;
33:2;35:14;40:25;
42:8;48:21;54:22;
55:1,14;56:10,15;
59:6,25,25;67:15;
72:22;73:15,16,20;
76:13;79:16;97:9;
108:2;118:6
**fit (1)**
20:18
**five (14)**
12:12;24:5;25:7,
24;36:7;41:10;42:17;
46:16;87:9;89:11;
96:23;100:9,11;
112:7
**five-year (1)**
42:18
**fix (1)**
108:19
**flattering (1)**
21:7

**flicks (1)**
67:11
**flimsy (1)**
90:5
**floated (2)**
62:23;110:13
**floor (1)**
62:16
**Florida (1)**
27:14
**flower (2)**
86:9;97:14
**flows (1)**
34:7
**fluctuated (1)**
58:15
**flush (1)**
52:25
**follow (4)**
104:22;107:7;
108:3,7
**followed (1)**
104:20
**following (1)**
83:17
**follows (1)**
3:4
**food (1)**
27:4
**force (2)**
4:2;43:13
**forced (2)**
35:18;66:13
**foregoing (1)**
118:9
**forever (1)**
106:3
**forget (1)**
94:25
**forgetting (1)**
94:24
**forgot (1)**
78:19
**fork (1)**
64:12
**form (5)**
98:21;103:13,14,
19;116:13
**formal (1)**
13:9;16:21;25:10
**formalities (1)**
3:23
**formality (1)**
44:19
**formally (2)**
51:4;116:25
**former (1)**
22:19
**forms (5)**
98:18;99:10,22,23;
100:6
**forth (1)**
47:21

**forthcoming (1)**
38:6
**forward (3)**
22:3;65:7;66:5
**forwarded (1)**
48:16
**found (1)**
49:4
**foundation (1)**
16:22
**four (6)**
12:10;36:7;37:25;
41:15;92:12;109:18
**frame (1)**
31:9
**free (3)**
6:23;16:9;111:20
**freely (1)**
53:10
**friendly (1)**
27:7
**frighten (1)**
67:22
**frightened (1)**
67:10
**front (2)**
4:3;100:23
**full (8)**
10:7,11,23;13:16;
14:16;54:6;89:16;
112:22
**fun (1)**
107:16
**funding (1)**
106:9
**furniture (1)**
60:8
**further (3)**
34:12;117:7;
118:23
**Furthermore (1)**
90:8
**future (1)**
8:7

**G**

**game (1)**
93:4
**garden (1)**
86:9
**gardening (1)**
97:15
**gathered (1)**
9:9
**gathering (1)**
14:9
**gave (6)**
38:5;90:9;93:3;
95:15;114:17;116:6
**gear (1)**
54:7
**gears (2)**

59:10;86:20
**general (8)**
3:10;9:10;52:6;
58:14,24;81:7,8;97:6
**generally (7)**
7:21;26:14;27:1;
28:3;52:10;58:22;
85:13
**generals (1)**
115:13
**General's (1)**
114:18
**gentle (1)**
81:24
**gentleman (1)**
30:20
**gentlemen (3)**
39:15;46:13,16
**gets (1)**
69:2
**giant (1)**
103:2
**girl (2)**
109:17,20
**Girls (6)**
35:19,22;52:9;
55:25;67:17;118:11
**girls' (1)**
96:15
**given (6)**
7:21;51:8;108:17;
113:23;116:20;
118:18
**giving (5)**
4:1;9:24;10:6,23;
22:9
**glad (1)**
81:11
**goes (2)**
43:3;101:10
**Good (8)**
3:7,8;61:21;69:13;
81:24;91:15;106:14;
110:9
**gosh (1)**
105:11
**Gotcha (1)**
46:10
**Gotta (1)**
80:25
**government (1)**
28:4
**grab (1)**
64:14
**Grace (5)**
96:14,16;97:2,3,19
**gracious (1)**
97:20
**graduate (2)**
15:14,16
**grandparent (1)**
68:6
**grappling (1)**

65:11
**grateful (4)**
  106:7;107:1,3;
  114:6
**great (4)**
  18:18;26:18;70:13;
  72:1
**greatest (1)**
  113:18
**greatly (1)**
  27:19
**grievance (1)**
  20:6
**grieve (3)**
  43:14,16,16
**grind (1)**
  68:14
**ground (1)**
  4:7
**group (7)**
  23:5;24:12;54:18;
  74:17;83:11;106:12;
  113:11
**Guard (3)**
  20:4;66:19;90:24
**guards (1)**
  11:12
**guess (14)**
  3:21;4:7,16;11:9;
  13:14;16:22;21:1;
  22:4;26:4;39:14;
  55:15;62:12;72:22;
  98:3
**guilty (1)**
  49:4
**guitar (1)**
  86:8
**gunshot (1)**
  67:6
**gut (2)**
  89:7;90:18
**guy (1)**
  95:12
**guys (6)**
  46:9,19;94:14,17,
  25;95:4

**H**

**half (1)**
  110:25
**hall (1)**
  27:3
**hallucinations (1)**
  71:7
**hallway (1)**
  56:24
**hallways (1)**
  53:12
**hand (1)**
  119:1
**handcuff (1)**
  23:17

**handcuffed (4)**
  23:19;53:25;54:1,5
**hand-eye (1)**
  64:16
**hands (1)**
  70:17
**happen (4)**
  23:15;66:25;91:4;
  110:18
**happened (14)**
  13:19;23:14;31:8;
  58:23,25;65:5,22;
  68:10;74:8;76:19;
  105:12;112:9;
  115:17,17
**happening (5)**
  12:15;54:19;63:16;
  67:1;69:6
**happens (3)**
  70:20;113:14;
  116:22
**happy (2)**
  21:13;105:19
**hard (1)**
  81:17
**hardest (1)**
  71:24
**harm (1)**
  87:12
**hat (2)**
  62:16,18
**hate (3)**
  70:8,8,9
**hated (2)**
  66:7,12
**head (30)**
  5:1,2;22:20;23:21;
  41:24;44:10;63:21;
  75:12;99:21
**headaches (1)**
  68:15
**headed (1)**
  23:9
**health (30)**
  30:24;59:21;60:23,
  24;61:13,17;70:25;
  71:3,11,15,17,19,19;
  72:9,15;73:2;74:10,
  24;75:3;76:12;77:12;
  79:4,10;82:14,16;
  83:6;109:14;110:4,8;
  116:16
**heap (1)**
  63:17
**heard (2)**
  51:5;87:17
**hearing (13)**
  24:9;40:1,12;
  51:12;72:7;84:6;
  87:23;88:15;98:22,
  25;99:4;103:15;
  104:12
**heavy (1)**

66:21
**held (3)**
  52:13;90:3;93:1
**hell (1)**
  109:5
**hello (1)**
  45:3
**help (6)**
  14:10;42:14;72:2,
  3;110:7,10
**helped (2)**
  61:8;85:21
**helpful (3)**
  26:17;74:19;82:2
**helping (1)**
  90:24
**hereby (1)**
  118:5
**herein (1)**
  118:6
**here's (4)**
  20:3;73:2;108:18,
  19
**hereunto (1)**
  119:1
**herself (2)**
  109:17,18
**hey (1)**
  96:5
**hide (1)**
  62:19;69:6
**high (8)**
  11:2;15:14,16,17,
  23;66:9;71:21;89:14
**higher (1)**
  44:20
**highest (2)**
  15:11;52:14
**Highland (13)**
  12:11;61:2,23;
  65:25;68:11;72:21;
  73:3,19;74:9,12;76:6,
  10;78:25
**Highland's (1)**
  73:5
**himself (3)**
  27:1;30:21;95:14
**hire (2)**
  74:13;91:11
**hired (1)**
  6:6
**history (2)**
  8:24;16:11
**hold (4)**
  91:7;104:9;108:4,5
**holding (2)**
  33:8;91:20
**Holy (1)**
  16:8
**homicidal (1)**
  71:6
**honest (1)**
  21:7

**honestly (2)**
  8:9;22:7
**hook (1)**
  86:13
**hop (1)**
  14:15
**Hope (3)**
  81:22;114:8,13
**hoping (1)**
  29:5
**Horizon (1)**
  74:10
**Hornbacher (1)**
  115:7
**horrible (6)**
  64:7;68:13;70:5;
  94:7,7;105:8
**horror (1)**
  67:11
**hospital (1)**
  109:21
**hours (9)**
  57:13,14,21;60:10;
  66:13;79:20;80:16;
  94:12;110:25
**housed (1)**
  57:4
**housing (9)**
  17:20;18:3,8;
  23:22;36:22;38:9,11;
  41:22;48:22
**huh-uh (1)**
  5:2
**hundred (2)**
  5:23;29:24
**hung (1)**
  109:18
**hurry (1)**
  14:3
**hurting (1)**
  109:24
**Hutson (2)**
  118:4;119:9

**I**

**ice (1)**
  53:19
**idea (9)**
  8:18;38:2,3;51:22;
  73:18;74:2;96:12;
  101:24;112:8
**identification (1)**
  28:20
**identified (4)**
  71:21;93:11,13;
  104:4
**identify (2)**
  61:11;92:18
**idiots (1)**
  91:11
**ignore (1)**
  106:3

**ignored (1)**
  18:12
**illegal (1)**
  10:22
**illness (6)**
  17:21;79:2;83:10;
  106:11;109:10,11
**illnesses (1)**
  59:22
**illumination (5)**
  79:14,18;80:9,10;
  81:1
**imagine (2)**
  11:21;74:17
**immediately (4)**
  50:12,17;72:15;
  76:7
**impact (1)**
  77:12
**impacting (1)**
  75:2
**imperative (1)**
  72:13
**implied (1)**
  32:6
**important (5)**
  4:25;5:9;20:9;
  108:3,6
**impossible (1)**
  5:12
**improper (1)**
  18:4
**improperly (1)**
  97:16
**inappropriate (1)**
  54:23
**incarcerated (1)**
  73:11
**Incidentally (1)**
  49:18
**include (2)**
  22:21;24:9
**included (2)**
  9:12,16
**includes (2)**
  28:6;29:3
**including (4)**
  3:11;40:16;86:2;
  98:20
**increase (1)**
  85:1
**increased (2)**
  61:19;68:12
**indefinite (1)**
  32:13
**Independent (1)**
  74:14
**Indiana (19)**
  3:10,15;4:14;
  14:19;15:6,8;17:7;
  22:19;28:11;35:23;
  50:11,12,16;55:24;
  106:7;118:1,10,12;

119:13
**Indianapolis (2)**
15:19;118:11
**indifferent (4)**
17:22;27:7;82:16;
83:6
**indigestion (1)**
89:6
**individual (5)**
20:24;57:4;58:25;
82:11;91:10
**individually (1)**
17:15
**individuals (5)**
22:10;23:20;24:13;
26:12;70:23
**individual's (1)**
109:2
**influence (2)**
10:19;45:4
**informal (1)**
25:10
**information (17)**
14:9;19:12;26:14;
29:3,4,5;30:22;34:7,
16;60:22;63:8;74:19;
78:11,20;81:25;
93:11;103:6
**informed (1)**
72:4
**infraction (1)**
39:25
**initial (4)**
4:13,21;9:8,10
**initially (4)**
23:22;24:1;36:23;
40:24
**injuries (3)**
59:14,16,22
**inmate (3)**
103:19,22,22
**inmates (5)**
23:19;35:1;53:10,
17;106:6
**input (1)**
65:3
**inside (3)**
23:18;54:4;80:21
**instead (3)**
41:3;97:16;103:6
**institutional (1)**
51:6
**instructions (3)**
99:25;100:1;
103:18
**insurance (1)**
74:18
**intense (1)**
111:21
**intent (1)**
113:13
**intentionally (2)**
19:17;111:17

**interacting (1)**
65:2
**interactions (1)**
70:9
**interconnected (1)**
113:17
**interest (2)**
87:10;113:16
**interested (1)**
21:23
**interpretation (1)**
85:14
**interrogatories (6)**
28:17;29:1,17;
56:9;114:10,11
**interrogatory (3)**
11:18;29:9;30:2
**interview (2)**
96:4;113:1
**into (18)**
35:3,24,25;38:15;
39:2;40:6,11;42:9;
53:25;63:17;64:15;
66:12;70:5;75:22;
90:24;96:24;97:6,11
**investigation (1)**
40:13
**investigator (2)**
37:6,10
**invoking (1)**
8:6
**involuntary (2)**
67:12;105:13
**involve (2)**
22:9;61:22
**involved (3)**
3:13;35:9;95:21
**involvement (2)**
32:25;95:23
**IPAS (3)**
30:17;57:8;71:2
**ironically (1)**
96:16
**isolated (1)**
53:14
**isolation (6)**
53:4;60:2;72:10,
12;73:24,25
**issue (6)**
8:20;21:20;22:11;
84:23;85:19;86:22
**issued (1)**
14:22
**issues (6)**
37:13;38:18;65:11;
66:2;111:16;115:3
**items (2)**
63:12;86:3
**IWP (23)**
33:4;35:14,16;
44:10;47:14,16;52:5,
19;56:6;57:1;59:5;
70:23;72:24;73:8;

74:3;94:21;95:6;
96:20;98:10;102:13;
103:25;104:1,3
**IWP's (1)**
33:11

**J**

**jail (1)**
53:13
**James (6)**
3:11;24:10;25:6;
27:25;28:1;95:17
**Janet (6)**
3:12;43:23;44:2,9,
24;75:15
**jerk (2)**
66:23;69:16
**Jim (11)**
28:8,12;30:9,20;
31:2,5;32:19;46:14;
92:11;93:7;95:14
**Jo (3)**
14:17;117:12;
118:6
**job (7)**
33:20,20;34:25;
35:8;47:20;81:21;
113:18
**John (1)**
3:9
**Johnson (15)**
23:23;24:2;32:8,8;
35:21;36:3,9,24;
37:4;42:10,21;51:21;
87:3,21;99:20
**JONATHAN (1)**
3:6
**journal (1)**
61:10
**judge (2)**
4:3;18:22
**judgemental (1)**
81:19
**judicial (1)**
106:1
**Julie (4)**
61:2;72:21;74:9;
78:25
**jump (1)**
67:9
**jumpy (1)**
67:10
**jury (3)**
4:3;39:15;48:24
**jury's (1)**
22:5
**justification (1)**
89:10

**K**

**keep (15)**

4:6,23;5:13;11:23;
19:17;24:12;27:16;
39:4,6;45:21;61:10;
80:12;88:23;89:9,15
**keeping (8)**
37:17;88:1,3,7;
89:10;100:15;
104:14,24
**Ken (5)**
37:6,12,15;46:22;
107:3
**Ken's (1)**
37:15
**kept (5)**
35:3;53:14;59:8;
61:9;83:18
**kids (1)**
64:19
**killed (1)**
109:17
**kind (16)**
8:16;10:17,19;
11:19,23;13:8,14;
16:21;20:25;26:10;
34:16;78:9;96:18;
102:9,22;115:21
**knew (11)**
23:14;43:15;51:3,
13;63:9;67:1;92:13;
109:19;111:22,23;
112:11
**Knight (13)**
24:10,20;20:5;5;
46:10,15;47:2;48:1,
17;87:4;93:7;94:23;
95:11,16
**known (4)**
6:22;21:24;22:18,
23
**knows (4)**
55:10;95:25;96:1,2

**L**

**Labor (1)**
16:18
**lack (3)**
59:14;74:25;
113:16
**ladies (1)**
39:14
**lady (3)**
11:6;38:14;115:8
**language (2)**
19:4,7
**lapses (1)**
65:15
**large (2)**
56:24;102:1
**LaShelle (1)**
44:16
**last (13)**
24:12;26:23;41:13;

45:1;51:1;56:20;
59:4;65:8;67:15;
68:23;70:16;113:24;
115:24
**lasted (1)**
56:20
**late (2)**
41:23;84:15
**later (2)**
36:14;73:1
**law (13)**
20:16;57:10;88:12;
90:6;92:1,3;98:14,
15;102:11;103:2;
104:21;106:7;107:6
**Lawrence (1)**
15:17
**laws (2)**
98:16,18
**law's (1)**
111:18
**lawsuit (24)**
3:13;6:2,16;14:12;
17:1,7,14;18:21;
19:10;20:9,25;30:17;
57:19;59:12;74:4;
77:22;104:1;107:2,
15;108:1;109:16;
114:19,24;116:7
**lawyer (3)**
6:6;20:21;102:7
**lay (2)**
16:22;64:3
**leader (1)**
35:12
**leads (1)**
16:16
**learn (1)**
70:12
**learned (2)**
39:9;98:5
**learning (2)**
16:7,14
**learns (1)**
64:20
**least (9)**
8:13;18:22;27:17;
32:22;54:10;73:8;
82:15;92:23;107:7
**leave (3)**
42:16;56:16;94:9
**leeway (1)**
107:12
**left (10)**
12:16;27:14;36:5;
37:7;42:1;44:14;
59:4;74:4,15;115:10
**legal (5)**
10:22;37:13;62:3;
98:15;102:11
**legally (6)**
87:7;88:8;90:6;
93:24;102:1;111:15

legislature (1)
   99:8
Lemmon (15)
   24:11,22;25:1;
   46:4,15,25;48:8,15;
   78:2,6;87:4;93:6;
   94:18,23;95:19
Leslie (8)
   24:2;32:8,8;35:21;
   36:3,9;37:4;99:20
less (1)
   112:20
lesson (2)
   39:9;98:5
letter (2)
   9:12;33:17
letters (6)
   9:14;33:9,9;47:4,
   24;48:14
letting (1)
   47:13
level (9)
   15:11;16:10,12;
   52:12,12,14;55:17;
   56:10;79:18
levels (1)
   67:16
liaison (1)
   8:23
liberty (2)
   87:10;113:16
library (1)
   103:2
lieutenant (1)
   41:21
life (7)
   22:14;37:12;57:2;
   69:23;106:15;109:2,
   4
light (10)
   62:18;66:6,7,8,8,
   10,11;80:12,17,21
lighting (1)
   79:14
lights (5)
   79:21,23;80:14,18;
   81:9
likely (1)
   30:16
likes (1)
   112:8
limited (1)
   40:16
line (5)
   26:3;27:2;59:21;
   65:12;90:23
lines (3)
   5:8;68:18,18
list (8)
   5:25;21:15;40:15,
   16;41:18;82:19;
   87:14;103:10
listening (2)

86:18;106:4
literally (1)
   66:24
litigation (1)
   8:23
little (36)
   3:18;7:1;9:19;13:7,
   9,20,24;16:20,24;
   20:24;26:19;27:25;
   36:14;41:17;48:25;
   51:16;59:10;60:8;
   61:8;62:15;68:22;
   73:13;75:16;79:13,
   23;81:22;82:6,24;
   86:20,22;98:23;
   102:5;108:8;111:10;
   112:16;114:13
live (3)
   22:13;66:16
living (1)
   49:22
located (2)
   15:8,9
location (3)
   15:4,5,7
lock (11)
   7:12;27:17;63:3;
   76:2;89:20;91:23;
   93:15,21;97:18;
   107:8;109:25
locked (11)
   54:2,3,4;56:18;
   57:12,13,24,25,25;
   104:25;105:3
locking (1)
   109:3
logic (1)
   89:22
logical (1)
   65:16
long (15)
   7:6;12:9;15:2;
   32:10;35:13;36:6;
   40:15;50:21,25;
   56:20;71:7;74:4;
   76:2;104:10,22
longer (5)
   13:24;37:9;61:14;
   115:25;116:2
look (9)
   8:13;9:6;28:23;
   68:21;78:16;95:1;
   100:3;101:6;116:5
looking (4)
   29:7;50:23;86:18;
   103:4
looks (4)
   97:1,2;108:24,25
loops (1)
   70:14
lose (1)
   35:8
lost (1)

64:11
lot (14)
   59:7;60:18;62:23;
   64:21;65:2;70:20;
   85:20;87:1;94:2;
   111:2,3;112:1,2;
   115:12
loud (5)
   67:6,23;68:3;
   69:10,12
Louisiana (1)
   106:21
Love (7)
   37:9;60:5;63:6;
   66:3;70:12,12;80:25
loved (1)
   70:11
low (2)
   66:9;70:3
lunch (3)
   27:2,3;96:9

              M

Madison (1)
   56:1
mail (8)
   37:12,13;48:2;
   53:1,5,6;54:16;
   102:24
maintaining (1)
   100:5
major (33)
   22:19;23:9;24:3;
   37:5,7,8,9,9,9,24;
   38:5;42:21;43:12;
   44:1;46:22;54:21,22,
   24,24,25;55:1;66:14;
   72:5;75:7;83:24,25;
   85:9;90:19;91:14,15;
   93:9,9;100:21
majority (2)
   21:22;54:25
majors (1)
   55:9
makes (4)
   27:1;89:18;108:13;
   109:25
making (10)
   4:24;5:9;14:12;
   19:10;35:3;77:8;
   88:22;92:16;109:4;
   114:5
male (3)
   20:2;53:20;90:24
man (3)
   31:17;59:9;91:15
manage (1)
   59:5
managed (4)
   37:12;55:15;58:12,
   13
management (2)

55:17;56:11
manager (10)
   23:25;33:13;35:12,
   25;36:3;37:3;38:9;
   47:18,19;99:18
managers (1)
   58:17
mandatory (2)
   70:24;81:9
manifest (1)
   86:11
manifesting (1)
   65:15
manipulated (1)
   90:23
manner (1)
   76:5
many (4)
   12:23;28:14;40:2;
   69:22
March (2)
   101:1,1
MARION (3)
   118:2,11;119:13
Mark (2)
   6:8;101:5
marked (2)
   28:19,21
master's (2)
   16:10,12
materials (1)
   86:4
matter (11)
   3:4;4:16;6:4;7:17;
   25:18;35:6;44:19;
   90:2;92:2,2;118:8
mattered (1)
   92:1
may (15)
   7:19;11:8,15;
   20:13;22:9;26:9;
   29:17,19;65:6;74:23;
   76:20,24;77:15;
   78:12,22
maybe (26)
   6:22,25;12:10;
   26:24;35:15,17;
   37:18,20,21;45:3;
   55:9;58:21;61:11;
   62:7;73:4;89:5;
   95:12;98:4;101:1;
   109:5;112:3,4,6;
   113:17,19;115:7
McCauley (34)
   24:4;25:7,21,22,
   25;26:11,20,20;27:6;
   34:14;41:1;42:24;
   43:4;44:3,4,16;
   45:10;46:6;55:9;
   59:1,5;75:15;77:16;
   83:23,24;87:3,21;
   96:22;100:4;101:11,
   15,19,20,24

McCauley's (1)
   26:4
mean (9)
   53:3;60:9;70:15;
   81:20;83:18;85:19;
   93:17,17;109:4
meaning (1)
   58:7
meaningful (6)
   87:7,19;93:19,24;
   95:4;99:9
means (2)
   39:22;116:1
meant (1)
   90:21
measures (1)
   85:21
mechanisms (1)
   69:4
med (2)
   73:12,20
medical (8)
   9:15;12:10;61:3;
   65:11;107:1;116:12,
   14,15
medication (8)
   12:8;61:7,21,23;
   66:1;68:12,12,16
medications (4)
   11:25;61:18,19;
   69:25
medicines (2)
   12:2,4
medline (1)
   69:25
meds (2)
   10:21;12:13
meet (6)
   71:12;72:22;88:9;
   92:14,22;103:19
meeting (14)
   30:16;31:7,10,10;
   41:9;42:25;44:15;
   76:14,19;78:12,22;
   79:3,4;104:9
meetings (30)
   23:8,12,13,13;
   24:14;25:16,19;
   28:16;30:10,12;
   35:10;36:10,19,20;
   41:7;42:4,20;44:12;
   75:10,13,14;78:23;
   79:6;83:20;85:2,3,5;
   86:5;99:16;100:13
melted (1)
   63:15
member (1)
   53:22
members (4)
   56:6;94:21;95:7;
   104:1
memo (3)
   55:4,6;58:11

**memories (1)**
62:25
**memory (1)**
6:1
**men (4)**
93:10,11,13,16
**mental (36)**
17:21;30:24;59:14,
16,21;60:23,24;
61:13,17;70:25;71:3,
10,15,17,18,19;72:9,
14;73:2;74:24;75:3;
76:12;77:12;79:1,4,
10;82:14,16;83:6;
106:11;109:10,10,14;
110:4,7;116:16
**mentally (1)**
79:8
**mentioned (3)**
11:24;26:7;102:20
**merged (1)**
74:12
**mess (1)**
76:14
**met (25)**
24:4,8;25:1,3,5,6,7,
9,11,23;27:21;28:12,
14;30:15;31:1;32:9;
40:25;41:8,12;48:4,
9;72:25;73:3;78:2;
107:3
**metal (1)**
66:21
**Michael (15)**
23:24;24:10,25;
25:3;37:1;41:19,25;
46:15;47:1;48:2,17;
93:6;95:11,12,17
**micromanage (1)**
109:1
**might (14)**
8:17;9:25;10:22;
11:16;14:6;20:17;
21:6;31:8;61:12;
89:6,25;91:4;102:10;
103:11
**milligrams (4)**
12:19,25;13:1,3
**mind (5)**
4:6,23;22:11;
60:21;105:3
**mindless (1)**
62:9
**mine (1)**
64:2
**minimal (1)**
27:10
**minimum (1)**
8:12
**minute (1)**
11:24
**minutes (2)**
64:5;85:4

**miscommunication (2)**
97:21;98:2
**Miss (20)**
24:6;42:21,21,22;
43:4;45:16;47:7;
72:16,19;75:8,9,21;
76:8,17,17;83:8;
84:22;85:10;99:21;
100:4
**missing (2)**
29:11,13
**modifying (1)**
38:17
**moment (1)**
28:22
**monitored (1)**
97:5
**month (9)**
39:4,7;45:3;71:15;
83:17,17,17;87:24;
96:24
**monthly (8)**
36:9,19;42:4,20;
71:14;73:3;99:15;
100:12
**months (23)**
36:7,7;40:2;42:9;
52:15;53:7,9;54:13;
55:2,14;56:10,21;
59:25;64:25,25;65:8;
69:1;73:1,14,22;
83:18;85:18;109:18
**moods (1)**
61:10
**moon (1)**
86:10
**more (30)**
7:2;16:20;21:11;
26:16,16;57:17;58:8,
9,13,18;64:22;71:23;
76:6;79:15;82:24;
83:14,15;86:2;93:25;
97:25;106:1,1,1;
109:14;114:12,12;
115:18,18,19;116:20
**morning (4)**
3:7,8;9:2;13:12
**most (16)**
9:15;23:16;34:7;
38:6;40:20;42:19;
59:3,3;67:4;70:11;
91:18;93:10;105:23;
114:14;115:16;
116:18
**Mostly (3)**
58:4,5;61:9
**mother (2)**
91:14,19
**Motion (2)**
17:3,8
**motions (1)**
112:25
**motivated (1)**

60:5
**motivation (1)**
60:4
**motor (1)**
64:11
**mouth (3)**
64:16;90:22;97:24
**move (1)**
77:3
**moved (6)**
15:6;35:23,24;
61:15;96:19;97:10
**moving (4)**
65:7;66:5;81:10;
82:3
**much (11)**
14:1,3;21:14;
30:13;34:5;38:4;
42:16;69:2;88:13;
114:25;115:1
**multi-task (1)**
60:19
**Murder (5)**
4:19;89:17,18,19,
21
**murders (1)**
49:5
**must (2)**
98:5;99:9
**myself (9)**
47:3;54:18;60:18;
63:25;69:6,7;70:11;
97:21;110:5

**N**

**NAGY (2)**
3:6,9
**name (7)**
3:9;13:16;14:16;
31:13,17;49:23;63:2
**named (4)**
17:15;49:12;77:22;
103:25
**names (1)**
24:12
**naturally (1)**
13:19
**Naylor (23)**
60:25;72:1,23;
74:3,25;75:8,9,17,21;
76:8,17,17;77:10,15,
25;78:10,20,25;79:7;
83:1,8;84:22;112:15
**Naylor's (2)**
72:19;78:6
**near (2)**
67:19,25
**necessarily (1)**
48:24
**necessary (1)**
86:16
**need (19)**

3:23;7:8,8,14,14;
10:9;11:11,16;14:1,
3;19:11;30:6,13;
40:18;53:19,19;
74:21;82:6;109:9
**needed (7)**
43:14,16;72:11,13;
73:11;76:5,11
**needs (2)**
8:21;114:7
**negative (3)**
12:15;77:12;
105:21
**negatively (1)**
75:2
**nervous (1)**
81:16
**new (1)**
80:8
**next (9)**
5:18;39:7;42:17;
71:9;72:17;96:25;
97:1,6;116:22
**nice (3)**
56:19;63:11;69:3
**night (2)**
68:14,15
**nine (1)**
68:25
**nod (1)**
5:1
**Nodding (3)**
10:2;18:2;20:22
**noise (4)**
66:7;67:5,23;69:3
**noise-induced (1)**
67:25
**noises (2)**
67:6,19
**non-contact (1)**
56:14
**none (2)**
56:25;106:23
**Nonetheless (1)**
5:23
**non-issue (1)**
11:8
**Nordman (1)**
49:6
**normally (1)**
45:7
**North (2)**
15:9;49:21
**notarial (1)**
119:2
**Notary (2)**
118:4;119:9
**note (2)**
103:19;113:24
**notes (8)**
9:9;10:12;32:7;
111:13;115:14,20;
118:15,20

**notice (11)**
34:12,13;88:14,25;
89:2;98:22;99:3,13;
102:21;103:16;
104:11
**noticed (1)**
116:19
**notification (1)**
103:17
**notified (1)**
99:6
**November (1)**
15:7
**number (3)**
14:22,25;51:24
**numbered (1)**
29:20
**nuts (1)**
76:4

**O**

**oath (1)**
4:1
**observed (1)**
79:8
**obtained (1)**
15:21
**obvious (1)**
26:10
**obviously (2)**
59:7;108:20
**occurred (1)**
26:7
**October (1)**
119:12.5
**odd (2)**
62:17;65:23
**off (17)**
12:20;37:17;42:1;
44:3,18,21;45:8,11;
55:20;60:11;62:23;
80:15;93:20;110:13;
115:9,10;117:1
**offended (3)**
10:18;11:4;106:6
**offender (1)**
9:20
**offenders (5)**
20:2;58:2;70:24;
81:2,5
**offered (1)**
84:18
**offering (1)**
9:25
**office (12)**
8:22;23:18;27:15;
28:4,18;34:15;38:15;
39:2;46:13;93:6;
94:13;114:18
**officer (6)**
23:16;49:12;54:8;
63:7;67:25;84:3

officers (9)
22:21;54:9;84:1,2,
20;85:24,25;90:1;
99:24
official (3)
18:25;55:16;72:4
officials (10)
27:18;28:3;33:4,
10,10;34:5;42:19;
59:5;75:12;99:12
often (7)
7:7,13;24:3;39:8;
42:19;71:23;76:1
old (1)
53:12
older (1)
6:1
once (17)
12:25;13:1,3;40:7;
43:11;44:14;52:17;
71:15,24,25;88:23;
89:2,13;97:7,13;
98:23,25
One (63)
4:9;5:11,22;8:13;
14:4;16:16;21:10,14,
24;24:24,24;29:20;
32:15;37:3;38:13;
40:22,25;41:6,8,12,
15;43:23,24;44:5;
47:22;51:8;52:22;
53:11;54:2,6,8,9,10;
55:9;56:18;57:24,25;
65:17;66:14;70:10;
72:3,6;78:12,21;79:3,
4;84:3;85:9;87:25;
89:23;90:1,3,12;
91:18;92:17;95:20;
100:1,17;103:11,11;
106:9;108:16;112:16
O'Neal (15)
3:12;24:6;42:22;
43:4,23;44:2,9,24;
45:16;75:15;77:16;
87:3,22;99:21;100:4
ones (5)
33:6,7;44:3;93:14,
16
one's (1)
96:8
online (1)
103:1
only (29)
7:12;9:22;18:24;
25:6,11,16,23;29:23;
31:1;43:10;44:13;
48:1;54:3;55:22;
56:20;62:17;69:16;
72:18;77:23;79:6,10;
84:3;89:2,23;93:2;
98:22;99:10;100:13,
17
open (4)

24:2;40:6;41:2;
97:19
opinion (4)
34:24;75:10,14;
88:20
opportunities (3)
57:20;75:25;84:24
opportunity (9)
8:14;14:10;17:2;
92:23;102:21;
104:15,24;111:6,11
option (1)
8:6
oral (1)
118:19
order (10)
17:2;19:5,8;30:23;
48:22;52:15;68:19;
76:10;92:5;111:18
ordinary (1)
98:8
organize (1)
111:14
originally (2)
6:10;15:18
Osburne (12)
24:11,25;25:3;
46:15;47:1;48:2,17;
87:4;93:6;94:23;
95:11,17
others (3)
58:8,14,18
Otherwise (2)
30:8;116:11
out (66)
11:9;13:24;29:21;
31:12,23,24;32:12;
37:22,23;38:1,2,17,
21;40:8;42:15;43:1,
6,9;46:1,2;47:11,13;
52:2,10,13,17;53:6;
60:7,23;62:8,18;
64:18,23;65:17;
67:14,16;68:23;70:6,
14,19;71:11;73:14,
24;76:3;77:4;78:14;
83:21;86:1;87:24;
92:5;93:21;94:4;
96:4,10;97:8,10,23;
98:7;100:6;103:13,
19;109:4,21;110:14;
114:15;115:3
outcome (2)
18:13;107:25
out-of-cell (5)
75:1,24;83:14;
84:13,24
output (1)
65:2
Outside (2)
66:5;80:18
over (12)
5:11;8:13;29:23;

42:1,2;45:4;62:18;
63:1;68:23;81:19;
87:9;90:13
overhead (1)
66:8
overwhelming (1)
69:23
owe (2)
93:25;94:1
own (18)
9:3;20:17;27:5,8;
34:19;40:14;53:1;
57:2,6;60:1,1,18;
74:13;90:21,25;92:8,
9;93:8;102:15

P

packet (1)
115:7
page (2)
20:11;22:4
pages (3)
29:11,14,24
painful (1)
66:19
Pamelor (3)
12:17;13:1,4
P-A-M-E-L-O-R (1)
13:3
panel (1)
64:8
panic (4)
67:24;68:25;73:15;
105:10
pants (1)
64:4
paper (12)
23:11;42:16;43:2,
7,9;52:25;53:20;
60:7;76:22;86:4;
98:24;111:24
papers (4)
10:9,10;11:11,16
parallel (1)
111:16
paranoia (1)
65:15
paranoid (1)
62:13
parents (4)
33:9;63:5,6,6
Parker (1)
63:10
part (25)
3:24;8:3;10:10;
16:10,21;20:8;23:4,
15;29:15;32:22;34:4;
40:15;43:18;48:23;
59:11;62:22;77:18;
79:5;95:13;103:16;
107:2;110:12,13,15;
112:12

participate (2)
24:13;42:3
participated (2)
23:13;42:10
particular (3)
7:4;15:3;94:17
particularly (2)
21:20;93:9
parties (1)
118:25
party (2)
36:24;64:21
past (2)
55:24;115:11
patient (5)
71:17,19,20;73:5,
21
pattern (1)
84:19
Pavese (1)
95:12
pay (3)
7:19;110:21,22
paying (1)
78:13
peas (1)
64:13
Peckham (43)
22:17,18,19;23:9;
37:5,7;38:5;42:21;
43:12;44:1;46:22;
54:21,24,24;66:14;
72:5;75:7,17,18,20;
77:11,22;78:11,21;
80:3;82:22,25;83:5,
12,24,25;84:7;85:9;
87:3,19,21;90:9,19;
91:14,15;93:10;
100:22;101:13
pee (1)
64:1
Pelican (1)
106:20
pencil (1)
60:6
Pender (8)
14:17;47:7;55:7;
58:12;63:2;85:10;
117:12;118:6
Pender's (4)
74:25;75:2;87:5,8
pending (2)
3:14;40:12
people (66)
4:6;19:16;22:13;
23:6;29:4;32:18;
33:6;38:12,22;40:11;
41:18;45:24;52:16;
54:5,17;56:8,9,19;
63:12;66:2;67:7,19;
68:20,20;69:15;70:9;
76:2;77:3;86:1;
89:16;90:2;91:18;

93:22;94:18;96:2,7,
7;99:24;104:3;105:9,
17,22;106:3,10,12,
16,19,25;108:9,22;
109:9,16,23;111:3,
21;112:1,9,12,13,16;
113:2,4,6,9,11;115:5
per (1)
12:23
perfect (1)
90:12
performing (1)
18:12
perfunctory (1)
18:13
perhaps (2)
29:15;59:2
period (10)
13:8;35:13;42:18;
50:25;51:15,18;
59:13,23;79:20,22
periodic (4)
70:25;86:23,25;
98:10
periods (1)
76:2
permission (2)
97:25;98:6
persistence (1)
72:19
person (33)
8:24;23:24;36:21,
23;38:10,12,13;40:1;
44:12,13;45:7,11;
46:1;48:17;60:5,20;
63:12;64:15;67:10;
69:21,21;71:9;88:22;
92:15,16,22,24;
93:19;97:22,22;
110:15;112:20;
118:24
personally (1)
77:10
persons (1)
88:1
Peter (7)
22:17,18,23;82:22,
25;83:5;87:19
petitioning (1)
92:14
petty (1)
21:9
phone (5)
37:13;53:2,8;
54:16;56:12
physical (3)
67:20;68:19;87:11
physically (2)
66:11,19
pick (1)
27:4
picking (1)
50:9

SARAH JO PENDER VS.
PETER PECKHAM, ET AL

SARAH JO PENDER
December 15, 2015

picture (1)
  21:8
piece (4)
  60:7;63:13;98:23;
  111:24
piercing (1)
  66:12
pill (1)
  110:6
pissed (2)
  37:17;55:20
place (6)
  65:18;88:15;89:16;
  94:7;97:9;116:3
placed (6)
  48:22;50:17,19;
  51:2;70:22;82:18
Plaintiff (1)
  29:1
plan (1)
  38:17
plate (1)
  27:4
played (1)
  95:4
playing (1)
  62:8
plays (1)
  11:9
please (11)
  5:5,15;6:23;10:18;
  13:16;14:15;28:22;
  30:7,23;31:16;47:11
pm (2)
  80:13,15
point (13)
  8:7;11:10;17:6;
  21:16,16;33:4,16;
  50:9;51:11;74:20;
  78:14;82:5;89:11
pointing (2)
  47:21;91:17
pole (1)
  112:17
police (1)
  50:10
policies (2)
  98:17;103:3
policy (20)
  23:15;40:17;79:14,
  17,25;80:5,8;81:4,7;
  98:13,14;100:3;
  102:10,13,18,23;
  103:4,7;107:22;
  108:21
population (8)
  27:2;40:6;41:2;
  52:6;81:8,8;97:7,19
portraying (1)
  21:13
position (4)
  26:5;34:24;36:1;
  95:22

positions (1)
  95:18
positive (1)
  107:25
possibility (1)
  21:10
possible (3)
  65:20;91:8;114:1
possibly (1)
  69:8
power (10)
  35:2;42:12;45:4;
  106:4;108:10,22;
  112:2,3,19,20
pre- (1)
  18:13
prejudice (3)
  6:11,13,18
preparation (2)
  9:18;10:10
prepare (2)
  9:4,7
prescribed (1)
  73:20
prescription (1)
  12:2
presence (1)
  104:10
present (18)
  24:8;42:19,23,24;
  43:3;44:11;53:22;
  75:15,20;76:23;84:2;
  85:3,5;88:20;92:23;
  99:5;102:21;104:15
presented (2)
  33:12;118:22
pressed (1)
  47:12
pressure (2)
  7:4;105:14
Presumably (1)
  96:1
pretty (11)
  6:17;21:14;27:9;
  38:4;40:6;42:16;
  57:11;66:17;67:17;
  114:25;115:1
prevent (2)
  10:6,23
price (2)
  110:21,23
print (1)
  29:21
prior (2)
  9:2;15:7
priority (1)
  84:13,15,19
Prison (27)
  4:15;14:19,21;
  15:3,6,9,22;16:10;
  20:4;22:13,20;23:6;
  28:2;35:23;42:18;
  49:16;50:12,16;

55:16,24;63:3,4;
67:16;83:25;84:12;
99:1;118:11
prisoner (6)
  38:21,25;39:2;
  45:10;80:11;96:8
prisoners (8)
  16:9;23:7;30:18;
  58:6,10;106:6,22;
  108:5
prisons (1)
  11:22
private (2)
  74:17;79:12
pro (1)
  6:11
probably (12)
  8:25;11:11;18:16;
  19:25;30:14;41:23;
  64:5,25;72:25;73:21;
  76:13;106:13
problem (3)
  22:15;64:12;86:19
problematic (1)
  69:8
problems (5)
  22:1;60:12;62:1;
  72:10;73:19
process (19)
  3:19,24;13:11;
  18:1,12;19:7;20:15;
  34:9;36:13;38:7,8;
  42:15;87:2,6;88:11,
  12;107:13;108:7;
  113:16
processed (1)
  50:6
processing (1)
  13:22
produced (1)
  114:23
production (4)
  29:16,23;114:25;
  116:9
productive (1)
  60:5
professional (6)
  27:7,9;60:25;71:3;
  74:24;76:4
professionals (2)
  71:1,11
program (3)
  16:8,15;75:12
programming (3)
  57:20;75:11;83:16
prohibited (1)
  91:3
projection (1)
  65:12
prolonged (1)
  17:19
promise (1)
  86:10

promised (1)
  86:6
properly (1)
  102:14
protect (1)
  114:15
protection (4)
  19:15;20:15;40:14;
  113:5
protections (1)
  107:14
Protective (1)
  106:8
protects (1)
  108:8
prove (3)
  85:5;88:18;112:24
provide (2)
  74:3;103:22
provided (4)
  8:8;9:9,13;47:5
provider (1)
  74:11
providers (1)
  79:5
proximity (2)
  67:20;68:19
psych (3)
  10:21;73:12,20
psychiatrist (6)
  12:11;61:3;71:20;
  72:16,20;73:7
psychological (1)
  87:11
psychotic (1)
  61:24
public (4)
  49:2;106:24;118:4;
  119:9
pull (1)
  34:18
punched (1)
  66:24
punish (1)
  111:18
punished (1)
  113:14
punishment (4)
  17:17;50:22,22;
  113:15
Purdue (1)
  15:23
purgatory (1)
  96:18
purpose (3)
  14:8;25:13;88:2
purposes (2)
  6:14;18:9
pursuant (1)
  118:13
put (24)
  34:24;40:11;43:11,
  13;44:6;49:18;50:21;

52:9,23;53:25;56:7;
57:7;59:17;60:8,16;
61:7,18;62:16;69:7;
73:12;91:22;94:9;
100:7,18
Putting (2)
  85:24;113:18

Q

quick (2)
  60:17,20
quite (3)
  54:12;63:18;68:10
quoted (2)
  51:15,24

R

raise (2)
  8:20;30:23
Randolph (1)
  15:9
random (1)
  11:20
raped (1)
  105:7
rather (1)
  63:9
re (1)
  62:25
reach (1)
  11:10
reached (1)
  60:23
read (9)
  8:14;9:8,14;62:4,6;
  65:1;70:12;87:12,17
reading (4)
  60:19;62:3;74:22;
  103:3
ready (6)
  43:22;44:2;46:1;
  90:20;91:11;96:25
real (3)
  21:20;61:20;89:8
realize (2)
  105:13,15
realized (2)
  63:3;105:12
really (33)
  12:21;14:8,8;
  44:18;47:12;55:2;
  60:13,22;62:5,13,20,
  25;63:18,19;64:2;
  65:1,23;67:3;72:1;
  81:11,12,14,16;
  92:10;93:23;94:5;
  97:22;101:7;108:25;
  112:3,4,18;115:8
reason (31)
  7:9;19:21,24;32:2;
  38:20;39:8,23;40:15;

43:7,10,11,13;50:2,
20;51:1,3;55:17;
79:6,10;88:8;89:3,8;
91:24;95:3,20;96:20;
100:15;107:13;
108:17,18,18
**reasoning (6)**
43:18,19,21;44:6;
45:18;100:19
**reasons (8)**
17:9;94:3;103:10,
10,20,21,24;104:13
**recaptured (2)**
48:21;50:2
**receive (1)**
70:24
**received (3)**
51:7;85:8;101:23
**receiving (1)**
65:3
**recently (4)**
16:6;36:5,6;115:10
**recited (1)**
19:4
**recognizing (1)**
106:2
**recollection (6)**
25:19;30:2,12;
50:1;80:6;100:25
**recommend (2)**
35:1;88:4
**recommendation (1)**
101:13
**recommendations (2)**
30:22;44:21
**recommended (1)**
45:14
**record (8)**
3:18;13:17;14:16;
49:2;113:3;116:12;
117:1;118:17
**recorded (1)**
31:20
**records (5)**
12:10;49:20;107:2;
116:14,15
**recovered (1)**
65:13
**recreation (10)**
31:12;54:18;56:15,
17;75:25;84:3,14,17,
25;86:2
**reduced (4)**
12:18;61:5;118:15,
21
**refer (1)**
30:6
**reference (3)**
6:15;10:11,15
**referenced (1)**
29:16
**referral (4)**
72:14,15;76:6,12

**referred (2)**
28:5;61:1
**referring (1)**
25:20
**re-file (1)**
6:18
**re-filed (3)**
6:11;115:2,6
**regarding (3)**
9:17;29:4;47:4
**regular (4)**
73:2;75:13;79:21;
107:11
**regularly (4)**
84:14;85:2,6;87:22
**relate (2)**
78:15;115:24
**related (1)**
3:3
**relates (1)**
116:7
**relationship (3)**
27:6;62:10;63:5
**relationships (1)**
63:13
**relative (1)**
118:25
**release (16)**
31:16,23,25;32:18,
23;33:15,20,24;
34:25;35:1;38:25;
43:22;44:2;45:9;
90:20;116:13
**released (13)**
31:17;33:1;34:11,
20;40:5;41:11;45:12;
51:23;52:2,7;74:15;
96:11,13
**releasing (2)**
41:2,5
**relied (1)**
60:1
**relief (2)**
107:21;108:13
**remain (2)**
47:8;84:4
**remember (9)**
10:13,14;60:15;
62:7,12,21;65:16;
70:18;115:6
**remembering (1)**
80:2
**Remeron (1)**
12:17
**removed (1)**
57:16
**render (1)**
102:14
**repeat (1)**
13:23
**rephrase (1)**
6:25
**report (5)**

88:3;100:2,17,25;
103:15
**reporter (6)**
4:5,24;5:8,12;7:24;
8:4
**reporting (1)**
76:8
**reports (3)**
76:9;87:24;100:14
**represent (3)**
3:10,16;29:21
**represented (1)**
30:18
**representing (1)**
6:3
**request (2)**
116:9
**requested (1)**
55:4
**requests (1)**
29:22
**required (2)**
98:12;102:13
**requirements (1)**
88:10
**requires (1)**
102:18
**re-read (1)**
19:1
**research (1)**
102:11
**reside (1)**
52:5
**resident (6)**
14:18,21;15:2,10,
22;98:11
**residents (2)**
80:9,21
**Residing (1)**
119:13
**resolved (1)**
115:4
**resources (1)**
113:1
**responding (1)**
47:23
**response (3)**
67:13;101:22;
109:15
**responses (5)**
11:18;29:22;30:3;
95:10;114:19
**responsibility (7)**
33:11,22;47:15;
59:9;92:25;97:23;
104:8
**responsible (15)**
32:18,23;33:3,14,
19,24;46:21;78:17;
84:10,11;88:6;91:7;
92:10;100:5;104:4
**rest (3)**
95:15;103:18;

104:11
**Restart (1)**
94:16
**restricted (1)**
53:7
**restrictions (1)**
58:8
**restroom (1)**
63:25
**result (2)**
59:12,23
**resulted (2)**
18:4;87:9
**retain (1)**
6:8
**retained (1)**
6:6
**retaining (1)**
41:3
**retaliating (2)**
20:5;21:11
**retaliation (2)**
21:24;114:3
**retired (3)**
35:17,18,21
**retirement (1)**
35:18
**retrieve (1)**
60:22
**retrieving (1)**
63:8
**return (1)**
5:18
**returned (2)**
56:7;95:24
**review (43)**
8:2,8;17:2;21:12;
23:4;24:14;25:9,11,
15,18,23;34:9;35:4,
10;36:10,13;38:8,14;
41:7,9;42:4,25;
44:22;45:8,23;75:19;
76:14,19,21;78:24;
79:6;86:5;87:23,25;
96:23,24;98:25;
99:10,16,24;100:13;
102:15;103:9
**reviewed (2)**
9:5;49:20
**reviews (21)**
18:5,13;23:6;
33:23;36:2;44:4;
51:20;72:7;84:6;
86:23,25;87:8,20;
91:25;93:17;95:5;
98:10,21;99:11;
102:19;104:21
**right (33)**
8:5;11:15;13:15;
16:16;17:9,13;20:21;
29:25;35:20;48:9;
49:2;74:15;77:9;
78:3;81:10;83:1;

87:6;88:11;96:4,17;
99:2,3,4,4,6;102:7,8;
109:5;111:20,20;
113:25;114:19;116:4
**rights (8)**
18:12;54:15,16;
56:12,13;99:2,13;
108:8
**ripped (1)**
110:13
**ripping (1)**
62:22
**risk (7)**
43:21,25;55:19;
71:21;89:14,25;
90:10
**Road (1)**
118:11
**rock (1)**
68:8
**Rockville (6)**
16:1;49:9;55:23;
73:6,7,13
**role (4)**
32:25;36:8;49:16;
95:4
**rolls (1)**
34:17
**room (18)**
39:23;52:24;53:25;
54:2,3,4;56:18;57:13,
24,25;75:21,22;
91:23;97:17;104:25;
105:4;107:8;109:25
**rooms (3)**
39:19;57:17;76:2
**round (1)**
70:19
**routinely (2)**
18:7;45:15
**rubber (1)**
45:6
**rubber-stamping (3)**
42:14;44:14;93:22
**rule (3)**
39:25;51:7,8
**rules (9)**
4:7;8:16;52:22;
58:6;104:23;107:8;
108:4,7;118:13
**run (3)**
5:24;7:9;69:6
**run-around (1)**
93:4
**running (2)**
69:5;93:23
**runs (1)**
38:10

**S**

**sad (1)**
112:18

SARAH JO PENDER VS.
PETER PECKHAM, ET AL

SARAH JO PENDER
December 15, 2015

sadness (1)
  62:2
safety (3)
  44:6;101:16,20
SAITH (1)
  117:7
same (25)
  4:2;5:10;6:18;
  10:17;19:12,16,24;
  20:11,12;22:4;29:20;
  38:4;39:19,21;40:10;
  48:8,18;58:2,3;74:1;
  91:4;97:25;110:14;
  115:18,19
sanction (1)
  40:4
sanity (1)
  105:7
Sarah (10)
  3:7;14:17,18;
  28:21;55:7;58:11;
  63:2;110:25;117:12;
  118:5
saw (5)
  26:23;45:1;71:24;
  72:17;73:19
saying (4)
  5:13;11:1;88:1;
  93:20
scale (1)
  60:8
scary (1)
  67:13
school (9)
  15:14,16,17,23;
  35:19,22;53:12;
  55:25;118:11
Scott (2)
  49:12,15
scream (1)
  68:8
screamer (1)
  67:11
screened (1)
  51:4
screw (1)
  47:25
se (1)
  6:11
seal (1)
  119:2
search (1)
  102:25
second (4)
  23:24;30:16;32:9;
  41:10
security (3)
  44:7;101:16,21
seed (1)
  97:14
seeds (1)
  97:16
seem (4)

13:20;26:9;34:17;
  105:22
seemed (1)
  45:4
seems (1)
  38:4
segregated (7)
  17:20;18:3,8;
  36:22;38:11;41:22;
  48:22
segregation (45)
  12:13,16;22:22;
  23:18,21;24:5;25:25;
  30:19;31:15;32:11;
  35:1;37:14;39:1,12,
  12,17,17,18,21;40:2,
  9,11,18,23,24;41:3,4,
  13,14,16,25;42:9;
  45:12,22;51:10;52:7,
  21;57:11;84:21;87:9;
  88:2,4;103:12;
  107:11;113:8
Self-harming (1)
  65:24
send (5)
  50:11;115:16,20;
  116:8,19
sending (1)
  115:6
sense (2)
  62:5;89:3
sensitive (2)
  66:6,18
sent (5)
  49:16;50:11;95:10;
  97:17;114:10
sentence (1)
  75:5
sentenced (2)
  40:1,22
separate (1)
  99:17
separating (1)
  102:9
September (2)
  73:4;98:4
Sergeant (4)
  36:24;42:10;54:11;
  63:10
series (1)
  47:3
serious (1)
  85:18
seriously (2)
  83:11;106:25
services (2)
  74:3;106:8
sessions (1)
  78:24
set (8)
  20:2,12;29:2;49:4;
  52:22,23;89:24;
  119:1

setting (1)
  21:20
seven (1)
  52:11
seventies (1)
  106:14
several (3)
  23:8;24:7;42:5
shackled (1)
  54:1
shackles (1)
  54:7
shake (1)
  5:2
shaking (1)
  67:20
sham (1)
  92:7
shame (1)
  81:23
Shirley (15)
  24:1;33:12;34:18;
  35:9,25;36:8;37:4;
  43:12,24;47:19;72:5;
  75:7;84:8;99:19;
  100:21
shoes (3)
  64:17,18,20
shorter (1)
  79:22
Shortly (1)
  80:7;115:8
show (3)
  28:21;67:7;93:23
shower (4)
  53:25;57:17,23;
  109:19
showered (1)
  70:6
showers (1)
  86:1
SHU (42)
  18:9,10,11;34:21;
  36:18;50:17,19,21;
  51:2,25;52:3;56:11;
  57:1,5;58:3,15,17,21;
  59:13,24;70:23,24;
  73:4;77:13;79:17;
  80:9;81:2,6;82:18;
  87:8,20;96:11,19;
  97:10,11;98:3,9,11;
  100:12,16;104:5;
  116:1
shut (1)
  105:20
side (4)
  12:15,21;49:21;
  68:13
sign (8)
  8:8;42:15;43:5;
  44:3,18,21;45:8,11
signature (6)
  7:23,23;8:3,6;45:6;

118:22
signed (9)
  23:11;43:1;44:5;
  55:8;76:22;88:7;
  99:12;100:17;111:24
significantly (1)
  72:8
signing (2)
  8:3;87:23,25;93:20
signs (1)
  100:4
silly (1)
  26:10
similar (2)
  5:8;36:8
similarly (2)
  113:7,12
simple (3)
  11:23;63:12;85:21
single (4)
  34:9;39:18;84:20;
  93:19
singled (1)
  52:17
singling (1)
  109:4
sink (1)
  70:18
sit (5)
  10:5;23:19;60:10;
  64:6;96:3
situated (2)
  113:7,12
situation (2)
  45:5;85:22
situations (1)
  69:7
six (9)
  52:11;54:13;55:1,
  14;56:10;59:25;65:8;
  80:16;85:18
size (1)
  12:22
skills (4)
  60:1;61:22;64:11;
  110:9
sleep (5)
  57:22;60:11;62:1,
  17;80:16
slips (1)
  9:15
slobber (1)
  105:19
slow (1)
  13:19
slowing (1)
  60:21
slowly (2)
  12:18;64:15
slowness (1)
  61:5
small (1)
  53:12

smart (3)
  91:10,22,24
Smith (1)
  20:5
snot (1)
  63:17
so-and-so (1)
  96:9
sobbing (1)
  68:6
social (2)
  56:24;61:16
solid (2)
  56:23;61:16
solitaire (1)
  62:9
solitary (27)
  13:20;23:7;31:18;
  39:23;49:19;51:9;
  59:17;60:16;61:15;
  66:5;67:14;68:24;
  73:12,17;74:16;
  85:11;89:10,15,20,
  24;90:3;91:21;94:6;
  106:20,22;108:5;
  109:3
somebody (9)
  44:20;66:24;68:1,
  2;96:1,2;104:24;
  107:8;113:2
someone (16)
  43:11;45:21;59:2;
  70:22;71:24;79:1;
  91:22;92:24;93:1;
  95:24;104:8;105:18;
  106:13;107:4,5;
  112:18
Something's (1)
  63:16
sometimes (19)
  19:25;20:1;36:22;
  37:5,5;38:11,13;
  39:5;44:16,17;57:14;
  58:13;65:24;69:4,9,
  19;70:13,14;71:5
somewhat (1)
  22:11
somewhere (2)
  31:20;55:11
sorry (7)
  4:13;23:3;42:13;
  46:8;77:9;78:13;
  85:16
sort (11)
  14:4;22:2;40:16;
  44:19;58:11;59:20;
  60:11;72:14;88:21;
  96:18;110:21
sound (4)
  11:14;67:2;68:1;
  81:15
sounds (4)
  18:16;66:18,18;

71:18
source (1)
  72:10
Southern (2)
  3:15;69:11
space (1)
  24:2
span (1)
  41:15
speak (12)
  9:17;31:13;53:3,9,
  11,17,18,21,23;
  56:19,22;79:9
speaking (3)
  56:5,5;65:2
specific (13)
  19:14;25:17;35:2;
  45:21;50:20;53:19;
  55:11;63:24;65:14;
  74:21;82:7,24;95:23
specifically (18)
  19:11;20:18;32:5,
  22;43:9;44:5;45:25;
  53:16;55:1;72:4;
  75:6,23;83:8;85:12;
  100:2,5;103:4,8
specifics (1)
  20:18
specify (1)
  78:15
spell (1)
  13:2
spend (1)
  51:25
spent (4)
  63:19;64:10;103:3;
  111:1
Spitler (2)
  49:13,15
spoke (6)
  45:1;53:15;60:24,
  25;85:6;94:18
spoken (5)
  27:23;31:4;48:6,
  11;78:3
spoon (2)
  64:13,15
sporadic (1)
  76:1
spring (1)
  16:12
square (1)
  49:25
SS (1)
  118:1.5
staff (23)
  7:12;53:18,20,22;
  56:6;57:15;76:1,5;
  83:25;84:11;90:22,
  25;91:5,8,10;93:9;
  94:21;95:6,16;
  102:13;104:1,3;
  109:14

staffing (1)
  84:12
stage (3)
  20:2;26:13;49:4
stamp (1)
  45:6
stand (2)
  64:7;112:19
standard (1)
  5:24
standing (2)
  27:2,3
Stanley (11)
  24:10,20;25:5;
  46:10,14;47:1;48:1,
  16;93:7;95:11,16
stare (1)
  60:11
staring (1)
  63:19
stars (1)
  86:11
start (12)
  5:11,17,18;7:7,13;
  13:18;21:1;64:24;
  69:1,17,18;72:22
started (12)
  4:13;16:6;27:14;
  36:15;60:13,21;
  62:12;63:1;65:14;
  67:23;71:10;73:16
starting (1)
  71:9
startle (2)
  66:23;68:3
startled (2)
  69:2,17
starts (1)
  69:6
State (9)
  3:10;13:16;14:16;
  17:7;98:14;107:17;
  115:23;118:1,5
stated (1)
  103:21
statement (1)
  88:21
statements (1)
  95:6
States (1)
  3:14
status (6)
  34:20;39:22;40:10;
  51:10;52:24;95:5
stay (2)
  64:13;93:15
stayed (1)
  61:14
Stenograph (2)
  118:15,20
step (4)
  38:21;96:25;97:1,6
Stephanie (2)

22:18,23
Steve (9)
  25:7;26:4,11,20,20,
  23;27:6;44:3;75:15
stick (3)
  36:16;40:19;112:7
still (25)
  5:23;22:24;26:20;
  35:16;37:25;38:3;
  41:17;42:2;44:24;
  58:10,12;59:6,8;
  65:10;66:18;67:2;
  72:18;74:3;80:10;
  88:19;91:20;99:14;
  108:8;109:16;110:14
stimulation (2)
  61:6;85:1
stimuli (1)
  66:7
stitched (1)
  109:22
stole (1)
  110:12
stop (3)
  7:7,13;11:12
stopped (3)
  41:24;47:23;60:20
stored (1)
  97:16
story (3)
  26:3;50:9;90:23
straight (2)
  34:3;92:11
straightforward (1)
  91:16
strict (2)
  8:16;58:18
strip (1)
  52:24
struggle (1)
  61:12
stuck (7)
  40:18;66:4;70:13;
  85:10;94:6;105:15;
  114:6
studied (1)
  20:16
stuff (7)
  11:20;65:23;
  100:23;110:24;
  115:13;116:17,20
subject (4)
  4:16;25:17;81:18;
  82:14
sue (1)
  107:16
suffer (1)
  110:20
sufficient (5)
  87:7;88:9;90:6;
  93:25;111:15
suicidal (3)
  65:25;71:6;109:20

suicide (1)
  37:8
suing (1)
  108:18
suit (3)
  43:15;71:3;114:23
summer (1)
  65:9
sun (1)
  86:10
superintendent (8)
  26:6;44:17;45:16,
  20;46:5,8;52:13;
  101:11
supervisors (1)
  58:17
support (6)
  63:7;66:3;82:21;
  83:3;87:18;114:23
supported (1)
  115:15
supporting (1)
  113:24
supposed (32)
  10:1,15;34:25;
  37:23;39:11;51:18;
  62:11;88:10,11,14,
  16,17,20,24;89:4,5;
  92:2,3,4,5,13,17,22;
  100:7;103:5,13,16,
  24;107:5,6,7;113:6
Sure (13)
  5:14;6:17,21;8:10;
  10:12;13:18;20:10;
  21:4;59:11,25;77:1;
  78:18;107:19
surprised (1)
  19:25
surreal (1)
  62:20
switch (1)
  80:21
switched (2)
  12:13;95:18
Switching (2)
  59:10;86:20
sworn (2)
  3:2;118:7
symptoms (1)
  12:14
system (1)
  106:2
systems (1)
  106:24

T

tabs (1)
  59:8
talk (18)
  5:10;6:3;9:18,23;
  16:23;19:11;20:3;
  38:15,22,24;46:6;

53:13;77:6;86:22;
  104:24;105:17,18,19
talked (4)
  41:18;47:15;111:3;
  113:21
talking (9)
  4:20;5:11;20:12;
  30:9;46:3,6;64:1;
  111:1;114:2
tasked (2)
  88:22;92:15
team (11)
  23:25;33:13;35:12,
  25;36:3;37:3,3;38:9;
  47:18,19;99:18
tearing (1)
  62:22
tears (1)
  63:17
technology (1)
  80:25
teeth (1)
  68:14
telling (4)
  55:12;77:2;91:12;
  95:16
tension (1)
  68:15
term (1)
  59:14
terms (4)
  9:4;13:12;65:10;
  107:21
testified (1)
  3:4
testimony (6)
  3:25;9:24;10:24;
  22:9;111:8;118:18
thankful (1)
  81:13
thankfully (1)
  66:14
Thanksgiving (1)
  26:24
thereafter (1)
  118:22
therefore (1)
  93:16
thin (1)
  90:5
thinker (1)
  60:17
thinking (5)
  62:21;63:2,22;
  65:16,16
third (1)
  38:12
Thompson (1)
  49:23
thorough (1)
  57:11
though (3)
  3:23;69:24;86:18

thought (8)
  9:25;18:24;34:22;
  37:18,21;62:6;65:18;
  107:16
thoughts (5)
  62:24;63:20,24;
  64:24;105:16
threat (4)
  44:6;101:16,20;
  102:3
threats (1)
  102:1
three (13)
  23:20;24:6;52:15;
  53:7,9;56:20;59:4;
  64:5;73:22;76:22;
  77:23;109:23;110:25
three-year-old (1)
  64:20
throw (1)
  64:21
tie (2)
  64:18,20
tied (1)
  75:24
tightly (1)
  58:13
timeline (1)
  85:17
times (14)
  12:23;24:6;25:24;
  26:1,1;28:14;31:1,4;
  39:8;41:8;42:7,22;
  71:24;94:2
tiny (2)
  62:15;108:8
tired (1)
  62:7
title (5)
  26:4;28:1;39:21;
  40:19;44:9
today (21)
  3:20;4:1;6:2,14;
  7:5;8:1;9:18;10:5,8,
  24;13:12;16:23;
  19:11;26:9;65:8;
  82:4;93:21;96:3;
  111:7;113:22;116:23
together (2)
  63:13;111:1
toilet (3)
  52:25;53:1,20
Tolbert (18)
  23:23;36:25;41:19,
  21;42:3,22;46:23;
  72:6;75:8,20;77:11,
  23;78:11,21;83:13;
  84:8;87:5,22
told (27)
  26:19;27:25;33:14;
  35:6;41:1,6,11;43:2;
  50:20;51:21;61:4,9;
  75:8,9;77:15;79:13;

80:2;87:1;88:16;
  90:14,19,21;92:11;
  94:12;95:14;97:8;
  109:19
took (15)
  10:9;16:10;18:17;
  19:7;41:25;50:6;
  54:13;59:8;62:23;
  64:22,24;85:18;
  111:14;115:3,8
tool (1)
  69:3
top (1)
  21:1
topics (2)
  82:4;111:2
totem (1)
  112:16
touch (1)
  69:16
touched (1)
  67:22
Tough (1)
  85:16
transcribe (1)
  5:3
transcript (3)
  8:2;21:12;118:17
transcription (4)
  4:24;5:9;7:25;8:5
transferred (5)
  52:2,12;54:23;
  56:21;57:1
transition (2)
  46:12;52:8
transitional (4)
  67:18;96:17,19,21
transitioning (1)
  97:6
transparency (1)
  114:14
transparent (2)
  91:18;114:1
transported (2)
  50:6;54:8
treat (5)
  19:16;55:7;109:9,
  11;113:6
treated (10)
  12:12;52:18,20;
  56:2,2,3;111:17;
  113:8,10,12
treating (1)
  72:23
treatment (4)
  30:25;109:12;
  110:4,6
trees (1)
  116:18
Tricia (1)
  49:5
tried (7)
  69:12;70:1;101:7,

17;112:15;113:25;
  116:19
trip (1)
  54:6
true (3)
  30:4;110:11;
  118:17
trust (2)
  6:1;90:22
trustworthy (1)
  63:11
truth (9)
  3:2,3,3;55:13;
  113:2,4;118:7,7,8
truthfully (1)
  22:8
try (4)
  11:23;20:2;55:19;
  82:19
trying (4)
  24:12;77:4;103:6;
  111:13
turn (2)
  80:11,14
Turner (1)
  44:16
twice (8)
  24:4;25:6,7,9,12,
  24;28:15;42:23
two (38)
  12:20;20:19;23:20;
  24:6;25:15,18;26:24;
  29:19;30:10;31:1,4;
  38:12;41:8;50:6;
  54:9;59:6;62:22;
  64:25;67:15;68:23;
  70:2,3;73:14;84:1,2,
  20;85:24,25;90:8,13;
  93:10;95:20;97:13;
  100:13,18,20;103:3;
  111:16
two-page (1)
  55:6
two-week (1)
  98:3
tying (1)
  64:17
type (1)
  116:1
typewriting (2)
  118:16,21
typewritten (1)
  118:17
typically (1)
  36:19
typing (1)
  81:20

U

unclear (1)
  6:22
uncomfortable (3)

22:16;62:14;90:25
uncontrollable (1)
  68:7
under (10)
  4:1;7:4;10:19;
  19:15;40:13;49:23;
  73:13;112:10;
  118:16,21
underlying (1)
  48:25
understaffed (4)
  83:22,23;84:9,18
unexpected (3)
  67:3,5,19
unflattering (2)
  22:10;114:2
uniforms (1)
  39:20
unintelligible (1)
  71:22
unit (32)
  17:20;18:3,8;
  22:22;23:18,22,25;
  25:25;33:13;35:12,
  25;36:3,22;37:3,3;
  38:9,11;39:18;41:22;
  42:2;47:18,19;48:22;
  52:21;67:17,18;84:1;
  85:24,25;98:16;
  99:18;113:8
United (1)
  3:14
University (1)
  15:24
unless (2)
  45:20;105:8
unnecessarily (1)
  115:22
unnecessary (1)
  87:11
unsure (1)
  51:16
unusual (3)
  17:16;61:4;113:15
up (36)
  5:13;11:8;24:12;
  26:19;27:4;33:3,15;
  38:14,17;41:17;
  44:20;49:15;50:9;
  51:4;53:15;57:24;
  59:4;64:1,4,4,4,7;
  67:7;69:15;82:24;
  83:24;84:23;85:7;
  89:12;94:16;95:2;
  100:3;105:20;
  107:10;109:22;
  112:19
upon (1)
  118:19
urinate (1)
  64:6
use (4)
  11:21;53:2;63:24;

103:14
used (9)
  27:16;35:19;40:9,
  10;56:4;70:10;75:5;
  89:22;105:9
uses (1)
  98:19
using (4)
  19:4;61:22;88:18;
  89:9
usually (15)
  23:20,21,25;36:11,
  21;37:2;38:7,8;40:6;
  58:7;59:1;67:24;
  71:23,24;79:11
utilize (1)
  86:16

V

vague (5)
  39:9;44:8;89:4;
  102:2;114:12
Vanessa (5)
  23:23;36:25;41:19,
  21;46:23;72:6;75:7
various (4)
  17:8;85:8;98:20;
  103:10
vast (1)
  21:22
vegetable (1)
  97:14
verbal (1)
  77:8
verbally (2)
  5:1,6
versus (1)
  71:21
via (2)
  9:11;48:2
viewed (1)
  20:13
views (1)
  92:23
violate (1)
  99:14
violated (1)
  87:5
violation (1)
  97:12
violence (1)
  56:4
visit (13)
  4:25;6:14;8:1;9:4,
  18;11:8;13:12;14:10;
  18:9;26:8;74:20;
  82:4,6
visitation (4)
  54:14,15;56:13,14
visited (1)
  3:18
visiting (1)

9:2
visits (2)
 37:13;70:25
visual (1)
 66:7
visually (1)
 71:13
voice (2)
 75:13;112:17
voiced (1)
 75:10
volunteers (1)
 16:14

**W**

Wade (3)
 115:7;116:7,13
wait (2)
 5:15;96:10
waive (2)
 7:22,23
waiving (1)
 7:22
walk (2)
 25:25;64:5
walked (3)
 31:12;63:7;68:16
walking (2)
 36:15;67:8
war (1)
 105:22
warden (1)
 26:6
warn (1)
 68:20
warned (8)
 53:14,16;74:24;
 75:6,17,23;77:24;
 83:8
washing (1)
 70:17
Washington (25)
 24:1;33:12;34:18;
 37:4;42:21;43:12,24;
 46:23;47:19;72:6,16;
 75:7,20;77:11,23;
 78:11,21;83:12;84:8;
 87:3,21;90:9;99:19;
 100:21;101:13
Washington's (2)
 35:25;36:8
wasting (1)
 116:18
water (4)
 7:10;53:24,24;
 70:19
way (24)
 7:1;11:1;19:3;
 20:4;21:1;38:8;
 52:10,13;55:15;56:2;
 60:9,15;77:7;82:1;
 107:24;109:2;112:5,

5,10;113:14,19,25;
 115:21,22
week (7)
 20:6;51:3,4;53:4;
 71:24,25;72:17
weekly (1)
 76:9
weeks (4)
 26:24;52:11;97:13,
 18
weird (1)
 68:22
Wellbutrin (1)
 12:17
weren't (2)
 31:24;77:18
what's (7)
 7:22;11:13;15:11;
 26:4;29:13;44:9;
 50:22
whenever (14)
 19:22;33:23;41:24;
 47:9,12;51:6;56:7;
 66:25;69:2;86:4;
 105:10,18,22;110:7
whereas (2)
 54:14;80:12
WHEREOF (1)
 119:1
wherever (1)
 70:20
whole (11)
 3:2;21:16;66:22;
 86:9;87:1;88:2;
 89:16;110:16,17,18;
 118:7
whomever (2)
 23:21;85:3
who's (4)
 5:13;84:9,11;94:6
Wilkerson (9)
 23:24;37:1;41:19,
 25;42:3,22;59:2;
 87:5,22
willfully (1)
 18:11
willing (3)
 97:23;112:17;
 113:4
Wiltsie (8)
 37:6,8,10,12,15;
 46:22;84:7;93:9
window (2)
 62:15;67:7
withdrew (1)
 6:10
Within (9)
 51:3;52:5;57:5;
 58:21;65:7;79:20;
 84:21;86:3;95:18
without (3)
 6:11,18;104:10
witness (3)

79:11;118:22;
 119:1
witnessed (1)
 77:10
woman (2)
 54:10;55:22
women (7)
 52:11,21;55:21,23;
 56:1;94:1;113:7
Women's (10)
 4:14;14:19;15:6,8;
 22:20;35:23;50:12,
 16;55:24;118:10
wonder (1)
 65:18
wonderful (1)
 99:8
word (4)
 14:5;50:22;70:15,
 18
words (8)
 9:3;27:5,8;57:2,6;
 70:14;85:12;102:15
work (22)
 6:24;21:1;23:1;
 26:21;28:4;33:6;
 35:16,19;46:13;
 57:21;62:3;64:9,16;
 66:2;74:10,16;85:17;
 91:12;93:5;96:7;
 101:7;112:10
worked (5)
 65:25;66:1;68:11,
 15;97:4
worker (5)
 8:18,20,21;9:21;
 99:20
working (4)
 49:22;83:14;85:17;
 97:15
works (4)
 22:24;28:3;36:14;
 38:8
worry (2)
 11:5;21:8
worse (5)
 58:22;61:9;83:16,
 19;110:1
wrist (1)
 109:22
wrists (1)
 109:21
write (9)
 33:8,9;47:9,17;
 53:6;64:23;76:5,11;
 98:17
write-up (3)
 51:6,7;90:13
writing (7)
 86:4;90:15;98:7;
 99:6;103:21;104:16,
 19
written (6)

43:8;51:4;53:15;
 87:24;88:24;89:3
wrong (12)
 76:15,16;105:24;
 107:14;108:11,12,14,
 15,19;112:11,14,18
wrote (5)
 43:24;44:1;90:19;
 101:19;116:13

**Y**

yarn (2)
 86:12,14
year (12)
 40:22,25;41:16;
 42:8;51:8,13,15;
 98:23,25;100:4;
 107:10;115:24
years (23)
 12:10,12;24:5;
 25:8,24;31:19;37:25;
 41:11,15;42:17;
 57:16;59:4,6;67:15;
 68:23;87:9;89:11;
 90:13;92:12;96:23;
 100:9,12;112:7
yelling (1)
 67:25

**Z**

zero (2)
 35:2;42:12;43:18;
 61:16

**1**

1,866 (2)
 51:24,25
11:00 (2)
 80:13,15
112 (1)
 29:14
12 (1)
 17:15
13 (3)
 74:23;76:20,24
14 (2)
 18:20;40:3
14th (3)
 17:25;19:6;87:5
150 (1)
 12:25
15-minute (1)
 57:17
15th (1)
 118:12
18 (1)
 66:13
19 (1)
 66:13
1st (2)

52:4,8

**2**

20 (1)
 64:5
2000 (2)
 4:14;73:11
2002 (1)
 49:4
2008 (11)
 15:10;27:13;35:14;
 49:8,21,25;50:20;
 52:19;72:25;73:11,
 12
2009 (3)
 15:7,7;73:4
2010 (10)
 27:13;37:20;41:23;
 61:23;65:6;74:23;
 76:20,24;78:12,22
2011 (21)
 6:15;9:11;11:19;
 27:13;29:3;30:14;
 31:8;35:15;36:5;
 37:21;71:10;74:6,7;
 80:7;81:4;84:15;
 101:1,1;114:19,23;
 115:17
2011-ish (1)
 41:23
2012 (5)
 30:14,16;31:8;
 71:10;84:15
2013 (2)
 12:16;30:17
2014 (4)
 52:4;98:4;115:2,6
2015 (5)
 19:6,9;36:5;
 118:12;119:3
2022 (1)
 119:12.5
20th (2)
 50:4,5
21 (1)
 119:12.5
22 (3)
 49:21,25;57:13
23 (2)
 57:13,21
24 (2)
 57:14;79:20
24-hour (1)
 80:10
24-hour-a-day (1)
 79:18
2596 (1)
 118:11

**3**

30 (3)

23:5,15;35:4
**30-day (3)**
  38:14;96:22;
  102:19

### 4

**4 (1)**
  49:8
**401 (1)**
  15:9

### 5

**5 (2)**
  19:6,9
**5:00 (2)**
  80:13,15
**50 (2)**
  13:1,3

### 6

**60 (1)**
  40:3

### 8

**8th (2)**
  18:19;19:3

### 9

**953968 (1)**
  15:1