EXH. 2

O'Neal, Janet
___

| | |
|---|---|
| **From:** | Peckham, Pete |
| **Sent:** | Wednesday, March 11, 2009 6:07 AM |
| **To:** | Johnson, Birdie M.; Davis, Jerald L; Foster, Donald; Hefner, James; Wilkerson, Michael; Smith, Virgina G; Tolbert, Vanessa; Williams, Rodney |
| **Cc:** | Washington, Shirley; Turner, LaShelle; Wiltsie, Kenneth W; McCauley, Steve; Murphy, Julie; O'Neal, Janet |
| **Subject:** | PENDER |

The following changes are in effect with Offender PENDER:

Visitation and Telephone privileges will be reinstated as soon as she develops a list, and they are approved.
All correspondence will continue to be reviewed by IA.

There was reportedly orders that she was not to have contact with other offenders or male staff. Offender PENDER may speak with other offenders on the unit. Contact with male staff will be business related.

Any time Offender PENDER leaves the D/S Unit <u>**she will be placed in full restraints (trip gear)**</u> and will be escorted by a Sergeant or above. The Supervisor will be a female if possible, if a female supervisor is not present than a female officer will be used and the male supervisor will accompany. <u>A female custody employee, will always have visual observation of Offender PENDER whenever she is off the unit, no exception.</u>

Any medical treatment or movement within the facility will be scheduled through Sgt. Johnson, who will also take care of all escorts when on-duty. (Ms. Murphy, please ensure your staff are aware of these scheduling/movement restrictions with Offender PENDER) We will need to ensure Offender PENDER receives the same level of care, as well as timely care even with these tight restrictions. Communication between Medical and Custody will be crucial.

<u>**ANY scheduled movement off grounds (court or clinical) will be scheduled through my office.**</u> Emergency trips will be handled appropriately, and this office will be contacted as soon as possible for security arrangements.

Any change in the management instructions of Offender PENDER will come directly from this office.

1

Pender Institutional000177



Exh 2