| 2009 | REVIEWS - Notes Made in Notebook |
|---|---|
| 3 Dec | Sgt Johnson doing reviews. Reviewing policies. Sgt. has no answer for me. Says that it is probably downtown's call whether I am released |
| 21 Dec | Mr. McCauley and Ms. O'Neal came today. Put me on Administrative Segregation indefinitely. He says my behavior is exemplary, but he doesn't feel comfortable with me in population. Basically, he doesn't feel there is good enough security to watch me. I asked him to consider alternatives to locking me in a room. Told him of my mental illness resulting from isolation. Going to propose to him in-segregation programs and alternatives to my A/S status. I feel numb. Sad. Blown away at the ineffectiveness of prison security. |
| 31 Dec | Review with Ms. Washington. Spoke at length. They blame me heavily for my escape. They are scared of me |
| 2010 | |
| 6 Jan | Review with Ms. Washington and Major Peckham. Julie Stout came to see in |
| 14 Jan | Review with Major Peckham and Ms. Washington. Spoke of issues: law library access, stamps, medicine. Programming coming. |
| 28 Jan | Review Board. Ms Washington- Spoke of visits. |
| 4/5 Feb | Review with Washington. Jen C. visits denied. Angry about glaring government errors. |
| 23 April | Review with Jolbert and Washington. I addressed phone access issue. (SW) told me thats what I got for coming to prison. I addressed a solution |

16

EXH. 16

# REVIEW NOTES

| 2010 | |
|---|---|
| | for law library access. She said, "It's a stretch." |
| 26 May | Review Board. Suddenly concerned about my mental health. Say they will work on programming and in-cell activities. |
| 1° June | Review. I confronted Ms. Washington about her lying to my father. She said her words were misconstrued. Judged me to be a manipulator. Garden pots approved. Colored pencils, which were already allowed. No referral was made to mental health as they had promised. (Brought a bucket of dirt and seeds that never grew.) |
| 26 July | Survived a review with Ms. Washington. Approved crochet yarn, but not the hook. ?? (Denied 31 Aug 2010) |
| 19 Aug | Review with Washington and Tolbert. Nothing has been approved. I told her about the letter from downtown saying that it was up to her to recommend my release. She said that it is NOT her job to release me and will talk to Mr. McCauley about this letter. SW asked if I felt that I was being mistreated. I said not by individual guards, but by the totality of the circumstances of being locked in a room and conditions. Approved guitar. (Brought broken guitar.) Suggested I get a lawyer to get out of segregation. |
| 9 Sept | Review with Washington. (See other notes, page 1) I am to follow up with specific cases of escapees. She again suggested I retain a lawyer. |
| 14 Oct | (See Notes) page 2 |
| 9 Nov | Review with Washington and Peckham. Lasted 3 minutes. |

133

EXH. 16

| 2010 | |
|---|---|
| 10 Dec | Review with Jolbert and Washington. Asked to be released. Spoke of Spitler and escape. (See Notes) page 4 |
| **2011** | |
| 7 Jan | Review with Jolbert, Washington, Peckham. I brought up the lack of blankets and the cold cell temperatures. (See Notes) page 5. Peckham asked me about winter programs. I asked why, since they never actually implement any meaningful programs. We spoke of gardening in the spring. |
| 17 March | Review with Washington and Jolbert. Was the most meaningful conversation and review I've had in 2 years. They gave me suggestions to write McCauley about GRACE. (See Notes) page 6 |
| 4 May | (See Notes) Review with Washington and Jolbert. |
| 11 June | Review with Jolbert and Washington. Gardening approved in pots. Brought dirt, seeds. Not allowed to have tools. |
| 18 July | Reviewed me in absentia. |
| 11 Aug | Review with Washington, Peckham, Captain Wilkerson. No relevant dialogue. |
| 14 Oct | Verbal review with Cpt Wilkerson. No relevant dialogue. 3 questions. |

EXH. 16