EXH. 17

## SEPTEMBER 2009

| | |
|---|---|
| 25 | Aloof. Sad. Upset. Headache. Not wanting to get out of bed. Cried. Saw Dr. Hyland. She was very understanding about my depression. Welbutrin. |
| 26 | Rested. Irritated. Headache. Sad. Unproductive. Feel like doing nothing. |
| 27 | Unproductive. Started Welbutrin. |
| 28 | Frustrated. Lazy. Headache. |
| 29 | Indifferent. Headache. Upset. Trying to pull out of this depression. Hoping medicine works. |

## OCTOBER 2009

| | |
|---|---|
| 1 | Feeling better, bit by bit. Headaches easing up. |
| 2 | Have more energy. |
| 3 | Out of bed early. Feel more open. Headache minimal. Hard to fall asleep. |
| 4 | Insomnia. Feeling overwhelmed. Hurts too much inside. Trouble sleeping. |
| 5 | Strange dreams. Headache. |
| 6 | Sleeping problems. More energy. Feeling more open and introspective. |
| 7 | More energy today. Not motivated. |
| 8 | Cynical. Feel picked on. Angry. Feel incompetent in regards to my life. |
| 9 | Feeling overwhelmed. Worried. Distant and sad today. Cried a lot. Unhappy with myself. Unmotivated. |
| 10 | Sad. |
| 11 | Lazy. Couldn't sleep. Self-debasing thoughts. |
| 12 | Not motivated. Afraid. I'm avoiding writing because it is painful. Self-loathing. |
| 13 | Avoiding writing. |
| 14 | Horrible headache. Cried. |
| 15 | I need inspiration. |
| 16 | Feeling good today. Headache. |
| 17 | Felt good. |
| 18 | Full of joy. |
| 19 | What prevents me from being motivated? |

138

EXH. 17

EXH. 17

### OCTOBER 2009 cont'd

| | |
|---|---|
| 20 | Enjoying writing again. |
| 27 | Felt even keel all day. |

### NOVEMBER 2009

| | |
|---|---|
| 5 | In the past week, I have completed many tasks. |
| 13 | Hard day for everyone. Saw Dr. Hyland. |
| 16 | Feeling anxious. |
| 21 | Stressed. |
| 22 | Cried. |
| 23 | Emotional wreck. God, help me. |
| 24 | Feeling crappy about my life. Cried more today. I need my mom. |
| 25 | Cried. |
| 27 | Sad. Cried a lot. |
| 29 | Feeling better. |
| 30 | Upset. |

### DECEMBER 2009

| | |
|---|---|
| 1 | Frustrated with staff being inconsiderate. |
| 4 | Saw Ms. Naylor. Frustrated. |
| 8 | Unhappy. |
| 9 | Feeling very anxious today. Hate being locked in shower cage. |
| 10 | Slight anxiety. |
| 11 | Nervous diarrhea. |
| 12 | Emotional morning. |
| 14 | Anxious. Nervous diarrhea. Generally upset. Overwhelmed. Feeling stopped. |
| 15 | Still feeling anxious. Lights are painfully bright. I can't focus to write. Can't sleep. Can't read. Sad. Upset. Irritated. |
| 16 | Worried. Upset stomach. |
| 17 | Acid reflux. |

139

Exh 17

## DECEMBER 2009 cont'd

| | |
|---|---|
| 18 | Slightly discouraged. |
| 19 | Being hopeful. |
| 20 | Prescribed Zantac for acid reflux. Not stressed today. |
| 21 | I feel numb. Sad. |
| 22 | I am not okay. |
| 23 | Not feeling happy. |
| 24 | Regrouping |
| 26 | Feeling good. |

140

Exh 17

### JANUARY 2010

| | |
|---|---|
| 1 | Happy |
| 2 | Feeling good. No anxiety, just step by step. |
| 7 | Feeling a sadness, ache. Can't pinpoint it. |
| 8, 9, 10 | Getting more recreation time. It helps. |
| 11 | Saw Ms. Naylor. |
| 13 | Sad. Weight 170, Pulse 80, BP 124/68 |
| 22 | Cried. |
| 26 | Sad. Cried. I just don't know what to do. |

### FEBRUARY 2010

| | |
|---|---|
| 1 | Paralyzed from worry, fear. Could do nothing but sleep all day. Feel powerless. |
| 2 | Angry about visits, mail, gov't errors. |
| 6 | Sad. |
| 8 | Cried. Frustrated |
| 9 | Cried. I feel like I am not enough. |
| 10 | Cried. Sleeping so much. |
| 11 | Cried. Strange sleeping patterns. |
| 12 | Cried. I get so frustrated with a system that doesn't work very well. I communicate but it feels like no one is listening. |
| 13 | Cried. |
| 14 | Cried. |
| 16 | Stuck with anticipation and upset all day. |
| 19 | Trying to find some direction |
| 20 | Really motivated. Feeling good about each day, not feeling guilty about the past. |
| 22 | Cried. |

### MARCH 2010

| | |
|---|---|
| 3 | Feeling good. |
| 9 | Started DBT with Ms. Naylor. |
| 16 | DBT with Naylor. Having a real hard time dealing with my legal issues |

141

Exh 17

| | | |
|---|---|---|
| | | MARCH 2010 cont'd |
| | 17 | Keep plugging away. Keep plugging away. |
| | 18 | More legal sadness. |
| | 23 | DBT w/ Naylor. |
| | 24 | Anxious about legal issues. |
| | 27 | Focused, seeing more clearly. Feels good |
| | 28 | Feeling good. Taking it slowly. |
| | | |
| | | APRIL 2010 |
| | 19 | Legal issues. Stressful. Confusing. Scary. Not fun. Doing my best. Chug. Chug. Chug. |
| | 21 | Saw Dr. Hyland. She says I am and have been experiencing PTSD. Cried. Discussed emotional issues. Breathing techniques. Self-compassion. |
| | | |
| | | MAY 2010 |
| | 2 | Breakdown. |
| | 4 | Talked to Ms Naylor about breakdown experience. |
| | 5 | Still bug eyed. Can't tie shoes. Motor skills broken. |
| | 6 | Saw Mr. Wiltsie |
| | 7 | Withdrawn |
| | 8 | Withdrawn |
| | 9 | Withdrawn |
| | 10 | Still spacey. Alone. Saw Naylor. |
| | 11 | Talked to Wiltsie. |
| | 16 | Submitted mental health request for Dr. Hyland. |
| | 19 | Stuck on one phrase. Repeating 20+ times. Naylor. |
| | 22 | Please, please shoot me. |
| | | |
| | | JUNE 2010 |
| | 3 | Cried. Outburst. |
| 142 | 4 | Saw Ms. Naylor |

Exh 17

### JUNE 2010 cont'd

| | |
|---|---|
| 11 | Saw Dr. Hyland. Says I had a mental break, and there was nothing else she could do besides medicate me because it was caused by being in segregation for so long. Increased Welbutrin. |
| 15 | Saw Ms. Naylor. Validated me. |
| 18 | Cried. |
| 19 | Grieved. Breakdown. Uncontrollable wailing, crying. Unable to function. Nausea |
| 20 | No motivation. Nauseous. |
| 23 | Compulsively ate. |

### JULY 2010

| | |
|---|---|
| 21 | I cried a lot today. |

### AUGUST 2010

| | |
|---|---|
| 1 | Must transform my mental health issues and getting "stuck". Do it or have pain and die. |
| 10 | Slept a lot. |
| 17 | Migraine. |
| 18 | Migraine |
| 20 | Saw Dr. Tanner. Prescribed Prednisone. |
| 23 | Still have headache. |
| 24 | Still have headache. |
| 25 | Saw Ms Naylor and Dr. Hyland. |

### SEPTEMBER 2010

| | |
|---|---|
| 16 | Saw Ms. Naylor. |
| 19 | Tired. |
| 26 | Sad. |
| 29 | Full of energy. Good and focused. Happy |

143 -

Exh 17

## OCTOBER 2010

| | |
|---|---|
| 15 | Saw Ms Naylor |
| 16 | Cried deeply. |
| 22 | Feeling odd. Melancholy. Need to connect with people. |
| 30 | *Been crying A LOT these past two weeks. Recognize fear. |
| 31 | Cried again. Feeling overwhelmed and like I am not enough. |

## NOVEMBER 2010

| | |
|---|---|
| 3 | Saw Ms. Naylor. |
| 5 | Cried |
| 8 | Feeling lonely and stressed. |
| 13 | Feeling lonely. |
| 14 | I am so lonely. I'm just trying to focus on writing and legal so I don't get emotional or depressed any more than I am. Keep hope alive! |
| 18 | Feeling lost today. Looking for clarity. |
| 21 | Feeling very, very anxious. On the verge of some intense emotion. I am sad and angry at what being isolated has done to me. There have been positive aspects, but the mental and emotional anguish is hard to deal with. — Something has happened in my psyche. A little shaky. Shift in consciousness, and difficulty focusing, formulating. Slowed motor skills. |
| 22 | Cried a lot. Still feeling disconnected, not mentally right. |
| 23 | Saw Dr. Hyland. I am a mess. |
| 24 | I must get out of here. |

144

Exh 17

DECEMBER 2010

| | |
|---|---|
| 3 | Feeling anxious and panicky. Unfocused. |
| 5 | Feeling lonely, anxious. |
| 6 | Sad. Lonely. Doing my best, doesn't feel like much. |
| 8 | Slept. |
| 9 | Slept. |
| 14 | Cried when Clay took my blanket. |
| 17 | 11:35 PM lights off. |
| 18 | Overate. 11:46 PM off |
| 25 | Worried. Sick. Cried. Unfocused. Recorded on phone calls to Mom & Dad. |
| 28 | Feeling sad. Frustrated with the system. |
| 29 | Feeling angry at the system. Lonely and nervous. Saw Ms. Naylor. Spoke of Dr. Wiles. New Commissioner coming. |
| 30 | Spoke with Willard Plank |

145

Exh 17

General Notes I took

JAN 2011

workload ↑

3 | Breakdown over law research when Carter was angry over escape. Emotional breakdown over jailhouse lawyer article from Dad.

4 | No rec. Emotional breakdown. I hate my life. I hurt myself today to see if it would make me feel better. It didn't. Meltdown w/ Ms Bryant.

5 | Sad, distant. Stared in distance most of the day. Chewed, pinched, repeated words over and over "That is my tree." Twitching. Angst.

6 | Struggling to just get through the day. No appetite.

9 | Obsessive, compelling need for touching, nerves, speech. Talked to Bryant/Rome. Pacing. Unable to have clear thoughts, distracted. No focus. Unable to complete tasks. Rocking, tapping, rubbing, picking, scratching, swaying. [Recorded on phone call to Dad]  SHU temp 62°F
Said possible psychotic break   per NP Sharon Beans

10 | Saw Ms Naylor. Referred to Dr. Hyland. Sent health care request.

13 | Rocked and swayed all day. Nothing done today (Got). Emotionally and physically exhausted. Laid down at 3:40 PM, covered up and thought how nice it would be if I just fell asleep and didn't wake up. This is not suicidal, this is hopelessness. I don't think I have ever felt like this before. Total meltdown - Parker/Bryant. Wailing. Crying. Snotting. On floor. I want to die. Cathartic. Afterwards I feel better. Function better.

14 | I feel relieved and have more mental clarity, less anxiety, but still can not create. I was able to take notes (legal and on a book), but not even able to pick up the pencil to write a letter. I haven't written even one letter since this started on Sunday, despite receiving lots of mail. Completely unable to do it. I don't know what the fuck is wrong with me.

15 | Completed lots of writing. Feel much more clarity and function, though tonight I feel sad, a little lonely.

16 | Hard to focus at the end of the day.

14b | 17 | Talked with Rome/Bryant. Cried on phone with Wendy Pender.

Exh 17

JANUARY 2011 cont'd

| | |
|---|---|
| 17 cont'd | Saw Ms. Naylor. No response from IWP/CMS regarding her concerns for my mental health, so she is emailing Dr. Mesedic. |
| 19 | Migraine. Shooting pain in left temple and eye. Slept all evening. Gaining weight. Insomnia - up at night. |
| 20 | Up all night. Feeling empowered and having momentum again. |
| 22 | Mom called IWP 4 times this week to request special visit. No one returned her call. |
| 23 | Grieved blankets and lighting. |
| 25 | Meeting with Ken Wiltsie. (See notes) |
| 29 | Up til 3 AM. |
| 31 | Won blanket grievance. |

147

Exh 17

FEBRUARY 2011 Notes

| | |
|---|---|
| 5 | Been sleeping 10 and 12 hours each day. No real appetite. |
| 7 | Screamed and jumped when Tolbert appeared at my door. "Jumpy" anxiety, mental health issues. 1:22 AM lights off. |
| 8 | Period |
| *16 | Saw Dr Hyland and Naylor. Mental health risks of long term isolation. I feel very near to the end of my rope. Increased medication. |
| 19 | Crying. |
| 20 | Self pity, trying to use humor. |
| 22 | Cried. PM Breakdown = Actual BREAK. PTSD reaction to rape story. Laid on floor for an hour. Cried. Foggy. Nightmares. |
| 23 | Bugged out. Paranoid. Hid from people, then cried when come in contact or when human contact left. Uncontrollable fear and crying. Disjointed thoughts. |
| 24 | Still foggy. Unable to think. Not crying. Can't concentrate. Anxious |
| 25 | Saw Ms Naylor. Feeling anxious but better. Still paranoid. |
| 26 | Think the earth can ground me. Preparing a banishing ritual for Jessie Goucher to get his violation, his violence, his power out of my mind. Cleansing myself with prayer and symbolic spiritual action. |
| 27 | Breathing. Tai Chi. Renewal exercises. |
| | |
| 7 | 1:22 AM lights out |
| 11 | 11:50 PM lights out |
| 13 | 11:52 PM lights out |
| 15 | 11:05 PM lights out |
| 18 | 11:57 PM lights out |
| *Note on 16 | I requested and Dr. Hyland agreed to make her professional opinion known regarding my mental health and the serious risks continued confinement will have/could have on me. |
| 148 | |

Exh 17

# MARCH 2011 Notes

| | | |
|---|---|---|
| | 1 | Feeling withdrawn from family and friends. Hesitate to write them |
| | 2 | Shaky. Pacing. Spacey behavior interruptions. Create art project. |
| 11:20 PM | 3 | Feeling better. Laughed today. Feel loved by family. |
| | 4 | Feeling shaky. Meds? Laughed more, still foggy. Migraine |
| | 5 | Made flower mural. Colors make me happy. Feeling emotionally withdrawn from friends/family, not writing letters for a week |
| | 6 | Interrupting spacey mind with art, crafts. Renewing life. |
| | 7 | Keeping connected by news and music. Searching for purpose. |
| | 8 | Feeling more connected. Feeling hope for the future. |
| | 9 | Saw Ms Naylor. Have lots of energy and coordination. |
| | 11 | A little overwhelming. Fighting through anxiety. Interrupting psychological mud. Sleeping 12 hours a day. I think the lights are stealing my energy. |
| | 15, 16 | Having shakes and tremors. medicine? Headache from lights. |
| 17 Review M,V,T,SW (see notes) | 18 | Feel freed up after completing lawsuit. Shaky this morning. |
| | 20 | Panic attack on floor. Horrible energy. Painful. Crying. Rocking. Shaky, tremors, tired. Going outside felt real good. |
| | 22 | Thyroid? Hair falling out, dry skin, shorter periods, shakes, weight gain, fatigue. Brain fogginess still. Submitted Health Care Request |
| | 23 | Slept a lot. Tired so easily. |
| | 24 | Did sage room cleansing. Prayer. Blood drawn for labs. |
| | 25 | Saw Ms Naylor. Dr. Tanner says I am very physically healthy, symptoms likely from being locked in a room so long. He says to get out of my room as much as possible. Wellbutrin side effects? |
| | 27 | Excited about art project. |
| | 28, 29 | Going outside, feeling better. |
| | 30 | Panic attack in shower. Painful. Crying. |
| 144 | | Feeling good all of April 1-14 except the 11th - Lock for years. |

Exh 17

### APRIL 2011

| | Day | Entry |
|---|---|---|
| | 1 | Taken outside. |
| | 7 | Saw Dr. Tanner. I followed up on why my hair is falling out and I'm so tired per health care request. He again said, "I think it's a lot of time in lock." I asked, "Can you put that on paper?" |
| | 11 | Anxious about extended time in lock. |
| 11:20 PM | 14 | Unfocused. Unmotivated. Can't sleep. |
| 11:25 PM | 15 | Slept 6 hours. Concerned about legal issues. |
| | 17 | Slept 11 hours. |
| | 18 | Bad tremors 1½ hours after medication. |
| 12:30 AM | 19 | Bad tremors. Unfocused. Anxiety. One hour after meds. Unable to focus. Touch touch touch. Felt sick after meds. |
| | 20 | Bad tremors. Wrote medical slip. Nervous. Unclear, illogical thoughts. Resisted. |
| | 21 | Overlap medicine effects. Strange thoughts. Felt good last night before bed, then slept all morning, read in afternoon through tremors. After hearing of men's suicide and PTSD I was given over to a sad mood. Distant. Spacey. Heavy. Wanted to sleep. This is ha |
| | 22 | Saw Ms. Naylor about medical request. Forwarded it to Dr. Hyland. Feel drowsy and slow minded today. Cried at session. Afraid of what's happening to me. Up/down. Clear/cloudy. Can't remember stuff. Dots don't connect. So tired. Hungry. Tired. Hard to perform fine motor skills. In bed most of the day. Done nothing. Very flat and dead inside, not vibrant as I once was. My mind is tired. |
| | 23 | Stayed in bed from midnight – 10AM, yet by 1PM, I'm yawning. So tired. Dopey. Hard to think. My mind is just gone. |
| lights ever turned out | 24 | I'm interrupting dark behavior with dance, colors, and quotes. Up. Down. Fatigue. Cried. |
| | 25 | Felt shaky all afternoon, lethargic, slow-headed. Slurred-like speech. Energized briefly by Ms. Parks hula-hooping and Gunner caring on the phone. |
| | 26 | Dopey all day. Shaky. Headaches persisting. Spacey. Cried. |
| | 27 | Saw Dr. Hyland. Lowering Welbutrin back down to 300 mg and adding Tofranil at night. She says that I have both depression and a mood disorder caused by my circumstances. |
| 150 | | |

Exh 17

| | | APRIL 2011 Cont'd |
|---|---|---|
| | 28 | Sad. |
| 11:20 PM | 29 | Feeling more energy. Cried several times. |
| | 30 | Not dopey, but not focused. Anxious for feeling better. Cried. Feeling ineffective. Searching. |

| | | MAY 2011 |
|---|---|---|
| | 1 | Started new medicine. Heart races at times. Slept fitfully. Went to bed 830 PM. |
| | 2 | Not dopey, but not clear minded either. Not tired so much, but not especially motivated, either. |
| | 3 | Not much motivation. Slept from 630 PM – 3 AM. |
| | 4 | Feeling better. Slept a lot. I'm okay. |
| | 6 | Saw MS. Naylor. More energy today. Feeling more clear headed. Hard time falling asleep with fears. Worked through them. |
| | 7 | Enjoyed conversation with people outside. Had better vision and clarity, more motivation and energy. Exercised, danced, laughed. I see fears as indicators of things I need to do, and am moving through and past these fears. |
| | 8 | Woke up 430 AM. Slept fitfully. Mild shooting, pulsing pain in left breast for 2 days. Nightmare. |
| | 9 | Nightmare. Stressed all day. Hot on the inside. Spots on arms, blood vessel rupture. Tremors in hands; scratched scalp nervously. |
| | 10 | Hot (inside body). Nausea. Unproductive. Biting fingers. Scratching abrasions on legs, butt, arms |
| | 11 | Hot, flushed, nauseous. Good energy. |
| | 12 | Tremors. Constipated. |
| 11:15 PM | 13 | Constipated. Going outside has reduced the rate at which my hair falls out. Feel good today. Tired in day. Energized in evening. |
| 11:10 PM | 14 | Nightmare. Hot. Constipated. Skin less dry, hair falling out less, but still more than normal. |
| 151 | | |

Exh 17

## MAY 2011 cont'd

| | | |
|---|---|---|
| | 15 | Nightmare. |
| | 16 | Constipated. Tired. Anxiety with compulsive finger biting. Unfocused. Unable to get it. |
| | 18 | Hot flashes. Headache. Felt hurt by reading trial transcript. They paint me so horrible, it hurts me. |
| | 19 | Headache. Nightmares of creatures, broken baby. Hot/cold. Tired in morning. Still feel like there's a barrier in my thinking process. Exercised |
| | 20 | Feeling deeper. Cried at article. |
| 10:15 PM | 22 | Tremors. |
| | 23 | Unmotivated. Hot |
| | 24 | Saw Ms. Naylor. Tired. Unmotivated. Nauseous. |
| | 25 | Headache. Hot. Dry mouth. Tired. Didn't sleep well. |
| | 26 | Slept a lot with rain. Headache |
| | 27 | Got nothing done. |
| | 29 | Slept. Did nothing. Hot. Headache. |
| | 31 | Hot. Bellyache. Slept all afternoon. |

## JUNE 2011

| | | |
|---|---|---|
| | 2 | Bellyache. |
| | 7 | Nightmares. |
| | 8 | Tremors. |
| | 11 | Start gardening. Happy |
| 10 PM | 13 | Cried at visit. Cried on/off during day. Brokenhearted over the pain people cause in this world. Feel good about flowers. Very constipated. |
| | 14 | Can't sleep. Up at 4:30 AM. Constipated. Painfully constipated. Fissures, Blood. |
| | 15 | Up at 4AM |
| | 18 | Can't sleep, but am tired all day. |
| | 19 | Painfully constipated. Bloody stools. Fatigued. |
| 152 | 20 | Submitted medical request for constipation. |

Exh 17

JUNE 2011 cont'd

| | |
|---|---|
| 21 | Constipated. |
| 22 | Saw Ms. Naylor. |
| 24 | Constipated. |
| 25 | Headache. Nightmares. |
| 26 | Headache. |
| 28 | Constipated. |
| 29 | Dehydrated. Nervous. Biting nails. |

JULY 2011

| | |
|---|---|
| 9 | Put in another medical request regarding severe constipation |
| 10 | Constipated. Weird dreams. |
| 11 | Headache. Contemplated suicide. |
| 12 | Saw Dr. Ramos. Prescribed Colace. Headache. |
| 17 | Constipated. Don't feel good. Stayed in bed all evening. Nightmares. |
| 18 | Crying. Sick all night. Constipated. |
| 19 | Dizzy. Pooped!! Headache and dizzy, nauseous. |
| 20 | Dizzy, nauseous, headache. Worsening. Felt sick. |
| 21 | Still dizzy. Nauseous. Headache. Constipated. |
| 22 | Heartburn. |
| 23 | Pooped. Headache. |
| 24 | Pooped. |
| 27 | Saw Dr. Hyland. Decreases/stops Wellbutrin. Increases Tofranil. She said I am not at all a sociopath. |
| 28 | Slept all morning. Exercised. |

153

Exh 17

| | AUGUST 2011 |
|---|---|
| 1 | Compulsive eating. |
| 4 | Feeling good. |
| 10 | Feeling sad inside. Nauseous. Want to go home. |
| 11 | Exercised first thing. |
| 12 | Slept 15½ hours on/off. Feeling sad inside. Upset. Enraged, disempowered over rape, violation of me and other women by men. Cried. Goosebumps. |
| 25 | Up all night |
| 26 | Slept all day. |
| 27 | Irritated. |
| 29 | Compulsive eating. |

| | SEPTEMBER 2011 |
|---|---|
| 1 | Headache. |
| 2 | Migraine. Submitted health care slip. |
| 3 | Headache in temples/neck. |
| 6 | Headache. Tired. |
| 7 | Tired all of the time. Cold. Unmotivated. |
| 9 | Saw Dr. Rains for migraines - dizziness. Prescribed Prednisone. Pulse 110. 110/70 BP 149 lbs. Saw Ms. Naylor. Orthostatic hypotension. |
| 10 | Headache relieved. |
| 13 | Cried. |
| 14 | Saw Dr. Hyland. Cried a lot. Changing medicine to Effexor. |
| 15 | Done with steroids. Felt weird. Nauseous. Breathing oddly. Sore. Slept 14 hours. Unfocused. |
| 16 | Slept 12 hours. Sore. Foggy minded. So tired. Lowering Tofranil. Started Effexor. Belly upset. Finally pooped. A little disoriented. |
| 17 | Headache. Unfocused. Pooped a lot. Unable to sleep well. |
| 18 | Headache. Restless sleep. Dizzy. Unfocused. Unmotivated. Anxious. Heart |

154

Exh 17

| | SEPTEMBER 2011 cont'd |
|---|---|
| 18 cont'd | beating hard at times. Neck hurts. Overwhelmed. Obsessing over food |
| 26 | So tired. |
| 29 | Constipated. Painfully pooped after 4 days. |

| | OCTOBER 2011 |
|---|---|
| 1 | Insomnia. Took 3 hours to go to sleep |
| 2 | Insomnia. 2 hrs to fall asleep. Then slept 14 hours. Dry skin |
| 3 | Dizzy lasting from 842PM - 130AM, constant. Unusual. Not moving or standing. Just dizzy. Pooped after 4 days. Dry, itchy skin. Slept on/off 8PM - 10AM. Drinking more water. |
| 4 | Slept 130AM - 9AM, 5-8PM. Headache. Tired. Drinking more liquids. |
| 5 | Slept 1230AM - 10AM. Doing my best. Feel stuck in a short range of emotions and ability to experience life. |

155

Exh 17