EXH. 20



**OFFENDER GRIEVANCE**
State Form 45471 (R2 / 1-10)
INDIANA DEPARTMENT OF CORRECTION

For Official Use Only

**63761**
Grievance Number

| To: **EXECUTIVE ASSISTANT** | Facility: **IWP** | Date (month, day, year): **21 JAN 2011** |
|---|---|---|
| From (name of offender and DOC number): SARAH JO PENDER 953968 | Signature of Offender: *Sarah J. Pend* | |
| Housing Assignment: UNIT 11 | Date of Incident (month, day, year): 21 JAN 2011 | |

*Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)*

Until March 2010, segregation policy (see handbook) was to issue (1) bedspread, (2) sheets, (1) cotton blanket, (1) wool blanket. In March, a post order was issued discontinuing the second blanket, however it was not uniformly enforced until recently. With the winter weather, our cells have become toe-numbing cold. Even the officers wear long-johns, sweaters, scarves, and sometimes, winter coats. At times, my fingers physically hurt and sleeping is difficult, even when wearing three layers of clothing. We are confined 23+ hours under a constant positive air flow aimed to blow directly onto our bed. One blanket is not sufficient for the cold air.

DOC policy 02-04-101, pg 40, §(3)(f)(4) states that restrictions on authorized bedding will not be used as a punishment. Open population is authorized to have two (2) blankets. By restricting Unit 11, and Unit 11 being used for disciplinary segregation, it infers that the restriction is punitive. Additionally, it is against the law to have cold cell temperatures without issuing adequate bedding and clothing.

*State the relief that you are seeking.* Please issue a second state blanket and/or allow women who have personal blankets to use them and issue state blankets to the remaining few.

**- INFORMAL RESOLUTION -**

| Staff Person(s) Contacted: Lt. Tolbert, Major Peckham | Date Response Received (month, day, year): 7 JAN 2011 / NONE |
|---|---|

*State the response that was given to you by the staff person contacted. If you received no response, state the date you contacted the staff person and that you have received no response.*

On 5 January, I asked Lt. Tolbert to reconsider the policy. She responded that it was not her decision. On 7 January, I addressed the issue in person with Major Peckham. He said he would look into it. On 12 January, I sent a written request to the Major for a response. I have not received a response.

Signature of Executive Assistant

Date (month, day, year): 1/31/11

**EXH. 20**

 

**Indiana Department of Correction**
**Indiana Womens Prison**
## Offender Grievance Response Report
### Case Log #: 63761

**DOC No:** 953968    **Offender Name:** Sarah Pender    **Bldg/Range/Bed:** SE-DS-2001

**Current Facility** IWP

**TOPIC:** Operations, Institution - Safety, Sanitation, Environmental Conditions    **Incident Date:** 21-JAN-11

### Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | 21-JAN-11 | 31-JAN-11 | 04-FEB-11 |

**Level Response**
All offenders in segregation have been issued a second blanket.

_____    2/7/11
Executive Assistant               Date

_____    7 Feb 2011
Student/Offender                Date

__X__ Agree    _____ Disagree

04-FEB-11 10:25 AM        Page 1 of 1

EXH. 20





Indiana Department of Correction
Indiana Womens Prison



## RECEIPT - ADMINISTRATIVE REMEDY

**Date:** 31-JAN-11

**From:** Sharon Dawn
IWP

**To:** Sarah Pender
IWP

**DOC#:** 953968
**Housing:** SE-DS-2001
**Current Facility:** IWP

**THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST IDENTIFIED BELOW:**

**Case ID:** 63761      **Level:** I - Formal Grievance

**Date Received:** 31-JAN-11

**Response Due:** 22-FEB-11

**Subject:** Operations, Institution-Safety, Sanitation, Environmental Conditions

EXH. 20




**Dawn, Sharon**

To: Tolbert, Vanessa
Subject: RE: PENDER 63761

---

**From:** Tolbert, Vanessa
**Sent:** Monday, January 31, 2011 2:15 PM
**To:** Dawn, Sharon
**Subject:** RE: PENDER 63761

She was issued what was required. All extra linen was collected because there were some rooms that did not have any linen at all. She has 1 wool blanket and 1 blue bed spread like all the other offenders have

**From:** Dawn, Sharon
**Sent:** Monday, January 31, 2011 2:08 PM
**To:** Tolbert, Vanessa; Peckham, Pete
**Subject:** FW: PENDER 63761

Please provide a response to the attached grievance by 2/7/11.

I have included facility operational procedure regarding linen and bedding

<u>LINEN AND BEDDING</u>:

The Indiana Women's Prison shall maintain an excess of linen, bedding in the inventory so there is no delay in replacing lost or worn out items. Upon admission the following items are issued:

- A. One (1) pillow;
- B. One (1) pillow case;
- C. One (1) mattress;
- D. Two (2) sheets;
- E. One (1) bedspread;
- F. One (1) blanket; extra may be issued to provide comfort under existing temperature controls, and
- G. two (2) towels and two (2) wash cloths; and,
- H. One (1) laundry bag

**From:** copier@doc.state.in.us [mailto:copier@doc.state.in.us]
**Sent:** Monday, January 31, 2011 10:43 AM
**To:** Dawn, Sharon
**Subject:** PENDER 63761

1

20B



**OFFENDER GRIEVANCE**
State Form 45471 (R2 / 1-10)
INDIANA DEPARTMENT OF CORRECTION

RECEIVED 12-2-13

For Official Use Only

Grievance Number: _____

| To: | Facility: | Date (month, day, year): |
|---|---|---|
| EXECUTIVE ASSISTANT | IWP | 20 November 2013 |

From (name of offender and DOC number): Sarah Jo Pender 953968

Signature of Offender: Sarah Jo Pender

Housing Assignment: 11

Date of Incident (month, day, year): Ongoing

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)

I am grieving the cold cell temperature on unit #11. Our cells are much colder than the hall and rec/shower rooms. The rest of the building is warmer according to officers, who also complain of being cold while wearing their coats + hats + thermals. Even under my blankets, wearing every piece of clothing segregation allows, my fingers and toes are so cold they hurt. DOC Policy 02-04-101 states that we won't be punished with major changes in heating, though our unit is designed for punishment and is the coldest unit in the building. Policy also states that we can't be punished with restrictions on clothing or bedding, but we are restricted to only half of the clothes of open population and refused our coats, hats or gloves in our cells, while it is so cold. Two years ago, Lt. Tolbert allowed us to wear our hats + gloves in our rooms and we were issued an additional blanket for the winter months.

State the relief that you are seeking: If the HVAC system is inadequate to heat the unit, then I request either a portable heater be brought in or maintenance devise some solution, and we be allowed to wear our coats and hats and other warm clothes until the problem is fixed.

- INFORMAL RESOLUTION -

Staff Person(s) Contacted: Ms Paul, Ms Thomas and Sgt McPherson

Date Response Received (month, day, year): 27th, 28th, 30th Nov 2013

State the response that was given to you by the staff person contacted. If you received no response, state the date you contacted the staff person and that you have received no response.

Staff responds that there is nothing being done about it because "downtown" won't allow the thermostat to be raised, despite the obvious problem. I asked about an additional blanket per Lt Tolbert's memo and was told that Captain Wilkerson now runs this unit and he says no hat, no gloves, no extra blanket.

Signature of Executive Assistant: [signature]

Date (month, day, year): 12/2/13

20C



# RETURN OF GRIEVANCE
State Form 45475 (R / 1-10).
INDIANA DEPARTMENT OF CORRECTION

| To (Offender name and DOC number):<br>**Sarah Jo Pender # 953968** | Facility<br>**IWP** | Date (month, day, year):<br>**12/02/13** |
|---|---|---|
| Work Assignment: | Housing Assignment:<br>**Unit # 11** | |
| Date Grievance Received (month, day, year):<br>**12/02/13** | Date grievance Returned (month, day, year):<br>**12/03/13** | |

The attached grievance has been rejected and is being returned to you because it does not comply in one or more ways with Administrative Procedure 00-02-301, the adult offender grievance procedure. Specifically, the following errors exist:

____ You have submitted the form too early. The situation you describe does not exist yet, or you have not allowed enough time for an informal resolution. If you cannot show good cause for submitting it now, you must wait until the correct time has come.

____ You have submitted the form too late and have not shown any good reason for the delay. Grievance forms must be submitted within the time limits set out in A.P. 00-02-301.

____ There is no indication that you tried to resolve this complaint informally. If you have tried to resolve it informally, please fill out the grievance form to indicate that. If you have not tried to resolve it informally, you have five days to begin that process. (This error is NOT subject to the 5-day return notice at the bottom of this form.)

____ Your complaint concerns a Classification or <u>Disciplinary Hearing</u> issue or action. These types of issues or actions are to be appealed through their own appeal process and not through the grievance process.

____ A sex offender may not grieve the denial of visits with minors.

____ There is no indication that you were personally affected by the policy, procedure, or action that you describe.

____ This complaint seems to be submitted on behalf of another person or a group. This type of grievance is not permitted.

____ The grievance form is not completely filled out. Complete the form and submit it again within 5 working days.

____ Your complaint or concern contains multiple issues or events. You may separate the issues and submit a separate form for each one that you wish to grieve.

____ Your statement of complaint or concern is not legible, understandable, or presented in a courteous manner, or it contains excessive legal jargon. It must be written in black, blue, or blue-black ink.

____ Your complaint or concern is about something that cannot be resolved by the Department of Correction. It deals with something that is beyond the authority of the Department.

____ The complaint or concern is about something related to another facility. It must be directed to the facility involved. It is your responsibility to forward the form to the correct facility via the United States mail.

____ The issue in this complaint or concern was addressed previously on

____ You are identified as a grievance abuser. This grievance exceeds the number of active grievances you are allowed to have in the system. To proceed with this grievance, you must withdraw at least one active grievance.

____ There is not enough information in this form to warrant an investigation. Please provide additional information.

_X_ Other : The thermostats are set to meet mandated standards. You should have a blanket in your room. Discussion on ways to remedy cool air blowing into the rooms is in progress.

| Signature of the Executive Assistant: | Printed Name of the Executive Assistant:<br>S. Dawn-Easley |
|---|---|

20 C

 **OFFENDER GRIEVANCE**
State Form 45471 (R2 / 1-10)
INDIANA DEPARTMENT OF CORRECTION

 RECEIVED 12-9-13

For Official Use Only

Grievance Number

To: **EXECUTIVE ASSISTANT**
Facility: IWP
Date (month, day, year): 8 Dec 2013

From (name of offender and DOC number): Sarah Jo Pender 953968
Signature of Offender: Sarah Jo Pender

Housing Assignment: 11
Date of Incident (month, day, year): Ongoing

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)

I understand that the thermostat is set at a mandated temperature. However, wherever that thermostat is located (out in the center hall, I believe) it is much warmer than our cells. When the temp. outside drops below 40°F or so, our cells get so cold that even with 3 pairs of socks and being under the blankets is not enough to keep warm. The outer/center hallway is warm, but our unit is NOT at that mandated temp. It can't possibly be. Even the officers wear their hats + coats while working on our unit + complain of the cold - Mr. Redmond, Ms. Paul, Ms. Bryant, Mr. Swain, Ms Thomas, Mr. Martin, Ms Winfrey, Ms Banwell.

State the relief that you are seeking.
Please give us our __hats__ and __gloves__ or another __blanket__ until the heat is fixed, or if it can not be fixed / will not be fixed.

- INFORMAL RESOLUTION -

Staff Person(s) Contacted: Ms. Dawn-Easley
Date Response Received (month, day, year): 3 Dec 2013

State the response that was given to you by the staff person contacted. If you received no response, state the date you contacted the staff person and that you have received no response.

The thermostats are set to meet mandated standards. You should have a blanket in your room. Discussions on ways to remedy cool air blowing into the rooms is in progress.

Signature of Executive Assistant: Dawn-Easley
Date (month, day, year): 12/9/13

EXH. 20 C