UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SARAH JO PENDER,  )
   Plaintiff,  )
  )   CASE NO.   1:14-CV-01287-TWP-DML
v.  )
  )
STEPHANIE PECKHAM, et al.  )
   Defendants.  )

# PLAINTIFF'S DESIGNATION OF EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, pro se, designates the following evidence to support the above referenced Motion.

| Exh | Description | Date | Pgs |
|---|---|---|---|
| 1 | Defendant's Response to Plaintiff's First Interrogatories to Defendants | 30-Jan-2012 | 27 |
| 2 | Email from Peckham to Wilkerson et al, re: Pender SHU Conditions | 11-Mar-2009 | 1 |
| 3 | Correspondence between Pender and M. Pavese, Re: SHU Conditions | 20-Oct-2009 - 13-Jan-2010 | 6 |
| 4 | Entry Discussing Motion to Dismiss, Current Case | 5-Aug-2015 | 7 |
| 5 | Commissioner's Office Hierarchy Chart | 1-Feb-2013 | 1 |
| 6 | IDOC Policy 00-00-101, Organization/Operation of the Dept of Correction | 1-Apr-2013 | 8 |
| 8 | SHU Classifications | 16-Feb-2009 - 30-Jan-2014 | 60 |
| 9 | 2011 Civil Rights Complaint Case#: 1:11-cv-0511 TWP-MJD | 15-Apr-2011 | 11 |
| 10 | IDOC Policy 01-04-101 Adult Offender Classification & Appendices | 1-Apr-2014 | 67 |
|  | Classification Information Flow for Policy 01-04-101 | 1-Feb-2014 | 5 |
| (11) | **Def's** Exh. IWP Op. Procedures for Admin. Segregation, McCauley | 15-Aug-2011 | 26 |
| 11 | IDOC Policy 02-01-111, Use and Operation of Admin. Seg, Buss | 1-Sep-2008 | 22 |
| 11D | IDOC Executive Directives for Policy #02-01-111 | 2008 -2015 | 5 |
| 12 | Original Notes taken after conversations with various defendants | 9-Sep-2010 - 4-May-2011 | 5 |
| 12A | Notes taken after conversation with James Basinger | 26-Mar-2012 | 1 |
| 13 | Plaintiff's Responses from Defendant's First Interrogatories to Plaintiff | 1-Nov-2011 | 36 |
| 14 | Chart & Data for SHU Recreation Hours | May 2010 - March 2011 | 1 |
| 15 | Second SHU Recreation Schedule |  | 1 |
| 16 | Plaintiff's notes in journal; re SHU Classification Reviews | 2009-2011 | 3 |
| 17 | Plaintiff's journal notes, re mental health for Dr. Julia Hyland | 2009-2011 | 18 |
| 18 | Grievances re SHU Recreation; Case logs #62497 & #63002 | 5 Nov 2010 - 23 Jun 2011 | 10 |

Page 1

Designation of Evidence

| # | Description | Date | Pages |
|---|---|---|---|
| 18B | Email from Peckham to Dawn, Tolbert, McCauley re SHU Recreation | 12-Nov-2010 | 1 |
| 18C | Email from Tolbert to Dawn re SHU Recreation | 20-Dec-2010 | 1 |
| 19 | Grievances re SHU Lighting | 23-Jan-2011 - 23-Feb-2011 | 7 |
| 19B | Correspondence from Pender to Dawn, re SHU Lighting | 23-Jan-2011 | 1 |
| 19C | Posted Order / Memo for Segregation re: lights, etc., Sgt. Birdie Johnson | 1-Dec-2009 | 1 |
| 20 | Grievances re SHU Cell Temperatures/Linens; Case log #63671 | 21-Jan-2011 - 7-Feb-2011 | 3 |
| 20B | Email Dawn to Tolbert, Peckham re SHU Cell Temperatures/Linens | 31-Jan-2011 | 1 |
| 20C | Grievances re: SHU Cell Temperatures/Linens/Clothing | 30-Nov-2013 - 9-Dec-2013 | 4 |
| 21 | IPAS Case: Entry Following Bench Trial, Doc #279 | 31-Dec-2012 | 37 |
| 26 | Deposition of Pender (Defendants' Exhibit) | 15-Dec-2015 | 127 |
| 27 | IPAS Case: Doc #260-1, Pgs. 3663-3670) Sarah **** Medical Records | 27-Oct-2011 | 8 |
| 28 | Emails between Peckham and Carol Naylor, MHP | 20-Jan-2011 | 1 |
| 29 | Correspondence Pender to Buss | 13-Jul-2010 | 3 |
| 30 | Correspondence Knight to Pender | 4-Aug-2010 | 1 |
| 31 | Segregation Confinement Reports (Orig. & 2nd Copy, 9/14/11) | 22-Dec-2008 | 2 |
| 32 | SHU Segregation Observation Logs | | 9 |
| 33 | Pender Mental Health Care Requests | | 6 |
| 34 | Consent for Mental Health Treatment with Medication – Side Effects | 27 April 2011 | 1 |
| 35 | Request for mental Status Report for Offender Recommended for Placement in a Secure Confinement Unit, State Form 53491 | | 1 |
| 37 | Plaintiff's appeal to SHU Classification | 21-Oct-2010 | 2 |
| 38 | Grievance re SHU Classification | 21-Nov-2010 | 2 |
| 39 | Grievance Rejection | 3-Dec-2010 | 1 |
| 40 | Plaintiff's Appeal to SHU Classification | 4-Sep-2013 | 2 |
| 41 | Correspondence from Roland Pender to Bryan Pearson, cc Buss, Knight | 6-Aug-2010 | 1 |
| 42 | Correspondence from Stanley Knight to Roland Pender, cc McCauley | 17-Aug-2010 | 1 |
| 43 | Correspondence Roland Pender to Stanley Knight | 20-Sep-2010 | 1 |
| 44 | Correspondence Stanley Knight to Roland Pender, cc Steve McCauley | 5-Oct-2010 | 1 |
| 45 | Correspondence Roland Pender to Stanley Knight, cc Steve McCauley | 13-Oct-2010 | 1 |
| 46 | Correspondence Roland Pender to Stanley Knight | 2-Feb-2011 | 1 |
| 47 | Correspondence Michael Osburn to Roland Pender, cc Steve McCauley | 14-Feb-2011 | 1 |
| 48 | Correspondence Sarah Pender to Steve McCauley | 22-Mar-2011 | 1 |
| 49 | Correspondence Steve McCauley to Sarah Pender | 24-Mar-2011 | 1 |
| 52 | Correspondence Pender to Murphy, Re: Mental Health Breakdown | 5-Jun-2010 | 1 |
| 54 | Pender's Annual Classifications & Classification Designations, O'Neal | 24 Oct 2009 -20 Dec-2015 | 11 |
| 55 | State form 7262, Annual Review Hearing Notification & Instructions | 1-Apr-2014 | 3 |
| 56 | IPAS Case: Summary of Deposition of Pete (Stephanie) Peckham, Doc# 196-26 | 4-Mar-2011 | 2 |
| 57 | IPAS Case: Summary of Deposition of James Basinger, Doc# 196-3 | 23-Jun-2011 | 3 |

| # | Description | Date | Pages |
|---|---|---|---|
| 58 | IPAS Case: Summary of Deposition of Edwin Buss, Doc# 196-4 | 25-Jan-2011 | 3 |
| 63 | IC 11-10-1-2 Evaluation | 1-Jul-2011 | 1 |
| 64 | IC 11-10-1-3 Security classification of offender… | | 1 |
| 65 | IC 11-10-1-6 Annual Review | | 1 |
| 66 | IC 11-10-1-7 Involuntary segregation of offender | | 1 |
| 68 | Pender's Mental Health Records | | |
| 69 | IDOC Policy 02-04-102 The Use/Operation of Disciplinary Segregation | | |
| 71 | Correspondence McCauley to Pender Re: Telephone | 10-Dec-2013 | 1 |
| 72 | Request for Information; Pender to Wiltsie | 8-Jul-2009 | 1 |
| 73 | Grievances regarding restricted visitors | 7-Jul-2009- 25-Sept-2009 | 6 |
| 74 | IDOC Offender Prison Intake Case Plan 01/02/2013 | 14-Mar-2017 | 2 |
| 75 | IDOC Re-Entry Accountability Plan Review | 26-Jun-2008 | 2 |
| 76 | IDOC Policy #01-07-101 Development and Delivery of Re-Entry Services and Case Management Services; IWP Operational Procedures | 14-Jul-2010 | 25 |
| 77 | Exec. Dir 10-04 for Policy #01-07-101 Case Management | | 2 |
| 78 | Exec. Dir 09-07 for Policy #02-04-102 Disciplinary SHU, re: Sanctions | 21-Jan-2009 | 3 |
| 79 | IC 4-22-2-14 | | |
| 80 | IC 11-11-5-7, Review of Status | | 1 |
| 81 | Email to McCauley, Re: Update Sarah Pender, erroneous information | 21-Dec-2008 | 1 |
| 82 | Email Peckham et al, Re: Pender letter (Excessive restraint bruising) | 27-Jul-2009 | 1 |
| 84 | Proposed Special Management Plan on Offender Pender, Osburn, Buss | 6-Mar-2009 | 2 |
| 85 | Email Buss et al, Re: Sarah Pender, AMW, "manage a female offender" | 15-Feb-2009 | 1 |
| 86 | Email Knight, McCauley, Re: Annual Admin Seg SHU Review | 7-Dec-2009 | 1 |
| 87 | Email Buss et al: Restrictions, Annual review by Defendants | 7-Dec-2009 | 1 |
| 88 | Email McCauley, relied on Knight to make final decisions regarding my conditions in SHU | 15-Sep-2009 | 1 |
| 89 | Continuance of 6 & 7, Knight recommends A/S without a process to appeal, orders monitoring reports. | 7-Dec-2009 | 1 |
| 90 | Email Osburn, McCauley managing the details of my phone list | 14-Apr-2009 | 2 |
| 91 | Continuation of 5, Pender on A/S "quite some time," "Commissioner's desires," MEETING minutes | 25-Feb-2009 | 2 |
| 94 | Email Lemmon, Re: Representative John Bartlett, "Excessive" Ad Seg, asks McCauley what his plans are for Pender | 19-Dec-2011 | 2 |
| 95 | Email Basinger, McCauley, Warning on Bartlett, Decision-makers on Pender's Long-term Seg. | 21-Dec-2011 | 1 |
| 96 | Emails McCauley, Lemmon, Lifetime movie | 31-Dec-2012 | 1 |
| 97 | Email McCauley relies on Commissioner's approval for interview | 3-Jan-2011 | 4 |
| 98 | Letter R.Pender to Knight is forwarded to McCauley for Osburn to sign | 10-Feb-2011 | 4 |
| 99 | Cont. of 17, Commissioner is involved in the details of my life | 11-May-2010 | 1 |
| 100 | KB email to Commissioner, fwd to McCauley, included Notice of violation of cruel and unusual punishment, Pender Mental Health | 2-Jun-2010 | 3 |
| 101 | Letter R. Pender to Comm., replied to by Knight, Pender Mental Health | 19-Aug-2010 | 3 |
| 102 | R. Pender letter, fwd to McCauley to write for Basinger, Knight signs. | 5-Oct-2010 | 3 |
| 103 | Email McCauley, Did I really approve those post orders? | 6-Jan-2012 | 2 |

| | | | |
|---|---|---|---|
| 104 | Email Buss to Knight; A/S review decision maker, Approves Ad Seg, alters conditions of confinement (Excessive restraints) | 9-Dec-2009 | 2 |
| 105 | Email Buss, approves proposed process for A/S SHU, no due process | 9-Mar-2009 | 1 |
| 106 | Emails Basinger, McCauley, Discussed re-integration to GP, A/S SHU review with no due process (Rejecting alternatives to SHU) | 10-Jun-2013 | 4 |
| 107 | Post Order Peckham, Change in Pender Conditions, Communication | 11-Mar-2009 | 1 |
| 108 | Email – How easy it is to convey erroneous information about Pender | 21-Dec-2008 | 1 |
| 109 | Email to Washington re: Girl Wanted novel about Pender | 17-Jun-2011 | 2 |
| 111 | SHU Review results, no basis or other info, No mental health notes | 26-May-2010 | 1 |
| 113 | No notes on my SHU Review, but there is a basis for someone else | 31-Dec-2009 | 1 |
| 114 | Meeting Minutes, Erroneous "escape again or commit suicide after" one year in SHU, used to justify my ongoing SHU confinement | 5-Jan-2009 | 3 |
| 115 | SHU Review results, Records basis on Chapple | 12-Mar-2010 | 2 |
| 116 | Cont. from 35; Washington to provide policy and procedure instructions on SHU Reviews to Tolbert | 17-Mar-2010 | 2 |
| 118 | SHU Review results; O'Neal concurs without any basis information | 6-Jan-2010 | 1 |
| 119 | Report on Pender; shows Excessive restraint (leg irons to shower room) | 23-Dec-2008 | 1 |
| 120 | IWP Pender Conditions Memo – No social contact, sent to Shift Spvs | 22-Dec-2008 | 2 |
| 121 | Washington's history of discounting Naylor's professional judgment | 7-May-2010 | 1 |
| 125 | Email Basinger, Still involved in the details of my life | 9-Aug-2013 | 1 |
| 126 | Email "McCauley wants Pender in full restraints during the interview" | 7-Aug-2009 | 1 |
| 127 | Fax Knight, Approves changes to my visit list | 21-Sep-2009 | 2 |
| 128 | Request for Full Classification Hearing, notice of cruel and unusual | 5-Oct-2010 | 2 |
| 130 | IWP Task Force Meeting Minutes: Pender Mental Health | 9-Dec-2010 | 1 |
| 131 | Email Naylor to Washington (Cont from Exh. 28), Re: Sarah Pender | 20-Jan-2011 | 1 |
| 133 | Staff Meeting Minutes, Washington, Wilkerson, Re: Decompensation | 27-Oct-2011 | 3 |
| 134 | Unit Team Meeting Minutes; Case Plans, Training, Mental Health | 3-Oct-2012 | 1 |

Respectfully submitted,

Dated: 27 April 2017

_____

Sarah Jo Pender

DOC #953968
2596 N. Girls School Rd.
Indianapolis, IN 46214

Distributed:
Mr. Matthew Phillips
Deputy Attorney General
Indiana Gov't Center South
302 W. Washington St, 5th Floor
Indianapolis, IN 46204-2770