9

1        answer.

2                Now, prior to us visiting this morning

3        can you tell me just in your own words what did

4        you do to prepare for our visit in terms of

5        documents that you reviewed?  Did you go back

6        and look at the court filings?  What did you do

7        to prepare?

8    A   I read through the initial complaint, and I

9        gathered my notes that I had taken and provided

10       to the Attorney General in the initial discovery

11       for the 2011 case that I believe we agreed via a

12       letter that would just be included in this

13       discovery since I already provided all those

14       copies.  I read through letters and other

15       documents, medical slips and most of what has

16       been included either filed with you or in court.

17   Q   Did you speak to anyone regarding the deposition

18       and your preparation for our visit today to talk

19       a little bit about what you were going to be

20       doing, whether it was a fellow offender or case

21       worker, anybody at all?

22   A   They only know that I'm coming.

23   Q   You didn't talk to them in detail about the

24       deposition that you were giving or the testimony

25       you thought you might be offering?

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 2 of 112 PageID #: 949
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 10 of 138 PageID #: 249

10

1    A    No.  Was I supposed to?

2    Q    (Nodding)

3    A    I didn't think so.

4    Q    Now, I've got to ask this question.  Is there

5         anything -- as we sit here today, is there

6         anything that will prevent you from giving me

7         your full attention and answering my questions

8         accurately today?

9    A    Well, I need my papers that she took.  That was

10        part of my preparation was to bring the papers

11        so that I can reference them to give you full

12        answers, or notes that I've made to make sure I

13        remember correctly and that I couldn't just say,

14        well, I don't know, I don't remember.  I could

15        reference it and then -- so she was supposed to

16        check on that, but I don't know where she went.

17   Q    Same kind of question.  Again, I have to ask you

18        this so please don't be offended.  Are you

19        currently under the influence of any kind of

20        drugs?

21   A    I'm on psych meds.

22   Q    Anything, whether legal or illegal, that might

23        prevent you from giving full, complete and

24        accurate testimony today?

25   A    No.

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 3 of 112 PageID #: 950
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 11 of 138 PageID #: 250

11

1   Q   That's just a fancy of way of saying --

2   A   I'm not high.

3   Q   Okay, thank you.

4   A   I don't get offended easily so you don't have to

5       worry about that.  Do you want to take a break

6       and go find the lady?

7   Q   Let's do this.  Why don't we -- let's continue

8       our visit.  It may end up being a non-issue

9       depending on, I guess, how this plays out, but

10      if we do reach a point where you feel like we

11      probably need to get your papers for you, we can

12      stop the deposition and check in with the guards

13      and see what's going on with that.  How does

14      that sound?

15  A   All right.  I think that you may have some of

16      the papers that I might need.

17  Q   I do have -- I've got a copy of your complaint.

18      I have a copy of those interrogatory responses

19      that you made from 2011.  I just kind of have

20      some random stuff that I don't even think we're

21      even going to use.  As you can imagine, coming

22      to the prisons, we don't bring all the boxes of

23      files.  We just kind of try to keep it simple.

24          You mentioned a minute ago that you

25      currently are taking some medications.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 4 of 112 PageID #: 951
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 12 of 138 PageID #: 251

12

1   A   Yes.

2   Q   And those are prescription medicines?

3   A   Yes.

4   Q   Which medicines are you taking?

5   A   Effexor.

6   Q   And what is Effexor for?

7   A   It is an antidepressant and anti-anxiety

8       medication.

9   Q   And how long have you been taking the Effexor?

10  A   Maybe four years.  It's in my medical records.

11      I had to -- Dr. Highland, the psychiatrist that

12      treated me during the five years I was in

13      segregation, she switched some of my meds

14      depending on the symptoms I was experiencing or

15      negative side effects that were happening.  When

16      I left segregation in 2013 I was on Effexor as

17      well as Remeron, Wellbutrin and Pamelor.  Since

18      then I've slowly come down, reduced the

19      milligrams of each and then also discontinued

20      two of them in an effort to get off of them, but

21      they had really bad side -- I can't --

22  Q   The Effexor, can you tell me what size dosage

23      and how many times per day do you take the

24      Effexor?

25  A   I take 150 milligrams once a day, and I take

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 5 of 112 PageID #: 952
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 13 of 138 PageID #: 252

13

1       Pamelor 50 milligrams once a day.

2   Q   Can you spell that?

3   A   P-A-M-E-L-O-R.   That's 50 milligrams once a day.

4   Q   In addition to the Effexor and the Pamelor,

5       anything else?

6   A   No.

7   Q   Before we begin -- and we'll have a little

8       period again where we're going to kind of get a

9       little bit formal with my Q and A.   Before we

10      begin, do you have any questions for me about

11      the deposition process and what we're going to

12      do this morning in terms of our visit today?

13  A   No.

14  Q   Why don't we go ahead and, I guess, kind of dive

15      right in.

16          Could you please state your full name for

17      the record?

18  A   Sure.   Before we start I just want you to know

19      I'm not naturally slow.   This happened since I

20      was in solitary confinement.   If I seem a little

21      like I don't understand, it's because I'm

22      processing it, and I assure you that if I don't

23      understand, I will ask you to repeat it, but it

24      takes me a little longer to filter out what

25      you're asking me and then find that answer.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 6 of 112 PageID #: 953
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 14 of 138 PageID #: 253

14

1    Q    And take as much time as you need in answering

2         my questions.  Like I said, we're not in a

3         hurry.  We have as much time as we need.  I am

4         not going to be -- this is sort of one of these

5         things where for now you've got to take my word

6         for it, but at the end you might agree I'm not

7         going to be firing questions at you.  That's not

8         really the purpose of this exercise.  Really

9         this is information gathering for me and my

10        opportunity to visit with you and have you help

11        me understand some of the aspects and details of

12        the claims that you're making in this lawsuit.

13        Okay?

14   A    Okay.

15   Q    So why don't we hop back.  Could you please

16        state your full name for the record?

17   A    Sarah Jo Pender.

18   Q    Sarah, you are currently a resident of the

19        Indiana Women's Prison?

20   A    Correct.

21   Q    As a resident of the prison, do you have a

22        Department of Correction number that's issued to

23        you?

24   A    Yes.

25   Q    What is that number?

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 7 of 112 PageID #: 954
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 15 of 138 PageID #: 254

15

 1   A    953968.

 2   Q    How long have you been a resident of this

 3        particular prison?

 4   A    At this location?

 5   Q    At this location.

 6   A    Since the Indiana Women's Prison moved to this

 7        location in 2009, November of 2009.  Prior to

 8        that it was located -- the Indiana Women's

 9        Prison was located at 401 North Randolph, and I

10        was a resident there since December of 2008.

11   Q    What's the highest level of education that

12        you've attained?

13   A    I have a bachelor's degree.

14   Q    Are you a high school graduate?

15   A    Correct.

16   Q    What high school did you graduate from?

17   A    Lawrence Central High School.

18   Q    Where are you from originally?

19   A    Here in Indianapolis.

20   Q    The bachelor's degree that you have, is that a

21        bachelor's degree that you obtained since you've

22        been a resident of the prison?

23   A    Yes, after high school I went to Purdue

24        University, and I did not finish my degree

25        there.  I was arrested, and then while I was at

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 8 of 112 PageID #: 955
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 16 of 138 PageID #: 255

16

1       Rockville Correctional Facility I earned an

2       associate's degree and a bachelor's degree.

3    Q  Are you currently taking any correspondence

4       courses or any classes at all continuing your

5       education?

6    A  Yes, recently I started in culinary arts class

7       learning how to cook, and there's a college

8       program that's here through I think it's Holy

9       Cross that's free to prisoners and to the

10      prison, and I took part in a master's level

11      class in cultural history, and I think in the

12      spring there will be another master's level

13      class available to take either through distance

14      learning or volunteers who come in.

15   Q  The culinary arts program that you're taking

16      right now, is that one that leads to a

17      certificate or an associate's degree?

18   A  Yes, you get, I think, a Department of Labor

19      certificate or something.

20   Q  Again, continuing with a little bit of the more

21      formal part of our deposition just to kind of, I

22      guess, lay the foundation for all of the things

23      that you and I are going to talk about today.

24      The first thing I want to ask you a little bit

25      about is the claims that you have in this

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 9 of 112 PageID #: 956
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 17 of 138 PageID #: 256

17

```
 1           lawsuit as you understand them.  Did you have

 2           the opportunity to review the court's order?  It

 3           was called the Entry Discussing Motion to

 4           Dismiss.  Have you seen that document?

 5    A      Yes.

 6    Q      And you understand that at some point very early

 7           in this lawsuit the State of Indiana filed a

 8           motion to dismiss all of your claims for various

 9           reasons; right?

10    A      Yes.

11    Q      And some of the claims were dismissed but some

12           of them were not; correct?

13    A      Right.

14    Q      Now, in this lawsuit against these Defendants,

15           these 12 individually named Defendants, you've

16           got a claim against them for cruel and unusual

17           punishment; correct?

18    A      Correct.

19    Q      You're claiming that your prolonged confinement

20           in the segregated housing unit caused and

21           exacerbated your mental illness and the

22           Defendants were each deliberately indifferent to

23           your condition.

24    A      Correct.

25    Q      And you also have a 14th Amendment claim of due
```

```
 1         process?
 2    A    (Nodding)
 3    Q    That your continued segregated housing unit
 4         classification resulted from improper
 5         classification reviews?
 6    A    Correct.
 7    Q    And you allege that the Defendants routinely
 8         approved your continued segregated housing unit
 9         or, for purposes of our visit, SHU?
10    A    SHU.
11    Q    Your continued SHU confinement and willfully
12         ignored your rights to due process by performing
13         perfunctory reviews where the outcome was pre-
14         decided.
15    A    Correct.
16    Q    And that probably sounds familiar to you because
17         I took it from your complaint.
18    A    That's great.
19    Q    In addition to those, the 8th Amendment claim
20         and the 14 Amendment claim, all of the other
21         claims in this lawsuit were dismissed by the
22         judge, correct, at least as far as you
23         understand?
24    A    I didn't think that.  I thought that they only
25         dismissed the claims of official capacity.
```

1        Okay, I'll have to re-read that.

2    Q   Well, I tell you what.  Let me ask the question

3        this way.  Other than the 8th Amendment claim

4        that I recited to you using some of the language

5        from your complaint and from the court's order

6        of August 5, 2015, and the 14th Amendment due

7        process claim where I also took some language

8        from your complaint and the court's order of

9        August 5, 2015, are there any other claims that

10       you are making in this lawsuit that we would

11       need to talk about specifically today?

12   A   They're all based on the same information, but I

13       didn't know whether -- I didn't know what

14       specific constitutional amendment that it should

15       fall under, but equal protection, basically that

16       they didn't treat me the same as other people

17       and they did that intentionally to keep me in

18       there.

19   Q   They were discriminating against you?

20   A   Yeah, discrimination.

21   Q   The reason I'm asking you this question -- and I

22       ask it to everybody whenever I have to come to

23       any other correctional facility.  I always ask

24       that same question, and the reason I ask it is

25       sometimes -- you probably won't be surprised to

1       know this, but sometimes, especially with the

2       male offenders, when you try to set the stage

3       here's what we're going to talk about, they will

4       say, oh, yeah, and by the way, Prison Guard

5       Smith is now retaliating against me for a

6       grievance I filed a week ago.

7   A   Oh, that's not --

8   Q   I understand, but that's not part of this

9       lawsuit, but that's why it's important that I

10      ask you this just to make sure that you and I

11      are on the same page.

12  A   Yes, we're talking about the same set of facts

13      and circumstances.  However, they may be viewed

14      by the court as a discrimination claim or an

15      equal protection claim or a due process claim

16      because I've never studied law other than on my

17      own.  That might be -- I'm a bit confused about

18      specifics, about where things specifically fit

19      in, but I'm very clear about those two things.

20  Q   And in fairness to you, like you said, you're

21      not a lawyer; right?

22  A   (Nodding)

23  Q   What I want to do now is I want to ask you a

24      little bit about each of the individual

25      Defendants in this lawsuit.  I'm going to kind

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 13 of 112 PageID #: 960
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 21 of 138 PageID #: 260

21

```
 1          of, I guess, start at the top and work my way
 2          down.
 3    A     I have a question.
 4    Q     Sure.
 5    A     Are they going to get a copy of this?
 6    Q     They might.
 7    A     So if I'm honest and it's not a very flattering
 8          picture, I don't have to worry about them being
 9          petty?
10    Q     You are concerned about the possibility of one
11          or more of the Defendants retaliating against
12          you if they review the transcript and are not
13          happy with how you're portraying them?
14    A     Pretty much just one.
15    Q     Who would that be on that list?
16    A     That's the whole point.  I don't want to point
17          fingers if I know that I'm --
18    Q     Fair enough.
19    A     Thank you for acknowledging that that is a very
20          real issue, particularly in this setting when
21          they are in complete control of our
22          circumstances.  I believe that the vast majority
23          of the Defendants are not interested in
24          retaliation.  However, one of them is known for
25          it and I have experienced it and I am -- I just
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 14 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 22 of 138 PageID #: 261
961

22

1      want to avoid problems.

2  Q  Again, just sort of to clarify before we

3      continue forward and just so you and I are on

4      the same page.  I guess my expectation and the

5      court's expectation and the jury's expectation

6      is that you're going to answer my questions as

7      completely and as honestly -- completely and

8      truthfully and accurately, which I understand

9      may involve you giving testimony about certain

10     individuals that is unflattering.  That's not an

11     issue in my mind.  In fact, I'm somewhat

12     expecting it so --

13  A  But you don't live in prison.  These people are

14     not in control of your life.  I will do my best.

15     If it becomes a problem, I will tell you that

16     I'm uncomfortable.  How about that?

17  Q  Who is Peter Peckham?

18  A  Peter Peckham, who is also known by Stephanie

19     Peckham now, was the former major of the Indiana

20     Women's Prison and was the head of custody.  So

21     that would include all of the officers in the

22     segregation unit.

23  Q  And you said Peter is now known as Stephanie?

24  A  Correct, I believe he still works for the

25     Department of Corrections.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 15 of 112 PageID #: 962
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 23 of 138 PageID #: 262

23

1    Q    He does not work at this facility?

2    A    No, he was --

3    Q    I'm sorry.  Go ahead.

4    A    He was also part of the Classification Review

5         Board.  Approximately every 30 days a group of

6         people designated by the prison reviews the

7         classification of prisoners in solitary

8         confinement, and there were several meetings

9         that Major Peckham either headed or chaired.  I

10        don't know what you call it.  He was there and

11        signed the paper.

12   Q    Now, when you say these meetings, were these

13        meetings that you participated in or meetings

14        that you knew happened because they had to

15        happen every 30 days as part of the policy?

16   A    Both.  Most of the time the officer would come

17        to my cell and handcuff me and bring me to the

18        office inside the segregation unit, as they did

19        other inmates, and I would sit down handcuffed

20        with usually two or three individuals.  It was

21        usually whomever was the head of the segregation

22        housing unit at the time, which initially was

23        Birdie Johnson and then Vanessa Tolbert and then

24        Michael Wilkerson, and then a second person

25        would usually be the unit team manager, which

1    was initially Shirley Washington and then it was

2    Leslie Johnson.  Now that space is open.  Then

3    there was often either the major or a counselor

4    or a captain.  I've met with Mr. McCauley twice

5    in the five years that I was in segregation and

6    Miss O'Neal as well two or three times.

7            There were several Defendants that I

8    never met and never were present at

9    classification hearing, and that would include

10   James Basinger, Ed Buss, Stanley Knight, Michael

11   Osburne and Bruce Lemmon.

12 Q   I'm trying to keep up.  The last group of names,

13     those were individuals who did not participate

14     in any of the review meetings with you?

15 A   Correct.

16 Q   And was that Basinger?

17 A   Yes.

18 Q   Buss?

19 A   Yes.

20 Q   Stanley Knight?

21 A   Yes.

22 Q   Bruce Lemmon?

23 A   Yes.

24 Q   And was there one other one?

25 A   Michael Osburne.

1    Q    Have you ever met Bruce Lemmon?

2    A    No.

3    Q    Have you ever met Michael Osburne?

4    A    No.

5    Q    Have you ever met Stanley Knight?

6    A    No, I have only met James Basinger twice.

7    Q    And Steve McCauley, you met him twice in five

8         years?

9    A    I met with him in a classification review twice.

10        Mr. Basinger never had a formal or informal

11        classification review.  I had only met with him

12        twice when he was coming through for some other

13        purpose and then we discussed my confinement.

14   Q    Those were discussions about your confinement

15        other than the two classification review

16        meetings, or did you only discuss your

17        confinement with him, that specific subject

18        matter, in those two classification review

19        meetings by your recollection?

20   A    Are you referring to Mr. Basinger or Mr.

21        McCauley?

22   A    Mr. McCauley.

23   Q    I only met in a classification review with him

24        twice in five years.  There were times when Mr.

25        McCauley would walk around the segregation unit

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 18 of 112 PageID #:
965
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 26 of 138 PageID #: 265

26

1    and a few times, a very few times did we have a

2    conversation about my continued confinement

3    because the story line never changed.

4  Q   What's Steve McCauley's, I guess, title or

5    position?

6  A   He's the superintendent or warden.

7  Q   It occurred to me -- and I should have mentioned

8    this earlier.  During the course of our visit

9    today I may ask you questions that to you seem

10   kind of silly, like an obvious.  Like, for

11   example, who is Steve McCauley?  If I'm asking

12   you any questions about these individuals,

13   especially at this stage, I'm asking you because

14   I generally don't know any of this information.

15 A   Okay.

16 Q   So the more detail you can give me, the more

17   helpful that is.  Okay?

18 A   Great.

19 Q   Let me back up.  You've told me a little bit

20   about Steve McCauley.  Does Steve McCauley still

21   work here?

22 A   Yes.

23 Q   When was the last time you saw Steve?

24 A   Maybe two weeks ago around Thanksgiving.

25   However, I didn't have a conversation with him,

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 19 of 112 PageID #:
966
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 27 of 138 PageID #: 266

27

```
 1        but he generally makes himself available to the
 2        population by standing in the lunch line,
 3        standing in the lunch hall or, I think, coming
 4        to pick up a plate of food from culinary arts.
 5   Q    In your own words, how would you characterize
 6        your relationship with Steve McCauley?
 7        Cordial, professional, friendly, indifferent?
 8        In your own words.
 9   A    He's professional.  He's also pretty -- we have
10        very minimal conversation.
11   Q    Ed Buss, who is Ed Buss?
12   A    Ed Buss was the commissioner of the Department
13        of Corrections from 2008 until 2010 or 2011 when
14        he left early to go to Florida.  He started the
15        -- his first day in the office was the day that
16        I escaped, and that was used against me to keep
17        me in lock.  At least that's what the other
18        officials said, that I had embarrassed him
19        greatly and made him very angry by escaping on
20        his first day.
21   Q    Now, have you ever met Ed Buss?
22   A    No.
23   Q    Have you ever spoken to Ed Buss?
24   A    No.
25   Q    James Basinger, you told me a little bit about
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 20 of 112 PageID #:
967
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 28 of 138 PageID #: 267
28

1      James Basinger.   What is his title here at the

2      prison?

3   A  He works downtown.   Generally all the officials

4      that work at the central office, the government

5      center, they're referred to as downtown.   "Oh,

6      well, downtown says."   Which includes the

7      commissioner and the deputy commissioners and

8      the executive directors.   I believe that Jim is

9      an executive director of adult facilities and is

10     in charge of all the adult facilities in

11     Indiana.

12  Q  Have you ever met Jim Basinger?

13  A  Yes.

14  Q  How many times have you met him?

15  A  Twice.

16  Q  When would those meetings have been?

17  A  I have it documented in the interrogatories that

18     I answered for your office.

19        (Deposition Exhibit(s) A marked for

20     identification.)

21  Q  Sarah, I'm going to show you what we have marked

22     as Exhibit A.   Please take a moment to go ahead

23     and look at it.   Can you tell me what that

24     document is?

25  A  This document is the Defendant's First

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 21 of 112 PageID #:
968
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 29 of 138 PageID #: 268

29

1      Interrogatories To Plaintiff, to me.  They're a

2      set of questions that I answered in, I think,

3      2011.  It includes information about all of the

4      other people who have information regarding this

5      case and, I'm hoping, information to answer your

6      questions.

7   Q  Well, let me ask you this.  As you are looking

8      through it, does this appear to be a complete

9      and correct copy of your interrogatory answers?

10  A  No.

11  Q  Is it missing some pages?

12  A  Yes.

13  Q  What's missing?

14  A  About 112 pages of additional documents that I

15     believe were perhaps part of the discovery or

16     production.  They were referenced by me in my

17     interrogatories.  However, it may just have been

18     an additional thing.  I don't know if they were

19     -- I think they may have been two different

20     things, but I numbered them all the same as one.

21  Q  I'll represent to you that I did not print out

22     and bring with me your responses to the requests

23     for production only because it was over a

24     hundred pages.

25  A  Right, I have it.

Case 1:14-cv-01287-TWP-DML · Document 105-23 Filed 05/02/17 Page 22 of 112 PageID #:
969
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 30 of 138 PageID #: 269

30

1   Q   I tell you what.  To the best of your

2       recollection and as far as the interrogatory

3       responses that you made, does that appear to be

4       a true and correct copy?

5   A   Yes.

6   Q   If you feel like you need to refer to those to

7       assist you in answering the questions, please

8       do.  Otherwise, I am asking you -- like, for

9       example, we're now talking about Jim Basinger

10      and the two meetings that you had with him.  I

11      am asking you if you can tell me to the best of

12      your recollection when those meetings were, but

13      again, take as much time as you need.

14  A   It would have been probably 2011 or 2012 that I

15      met with Mr. Basinger, and then again -- the

16      second meeting would have likely been in 2012 or

17      2013 after the class action lawsuit with IPAS

18      and the ACLU who represented prisoners in

19      segregation and the Department of Corrections.

20      Jim came through with a gentleman who described

21      himself as a consultant who was there to collect

22      information and then to make recommendations for

23      changes in order to please the court or to raise

24      it above -- to give us better mental health

25      treatment.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 23 of 112 PageID #:
970
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 31 of 138 PageID #: 270

31

1   Q   Were those the only two times you've ever met

2       Jim Basinger?

3   A   Yes.

4   Q   Were those the two times you've ever spoken to

5       Jim Basinger?

6   A   Yes.

7   Q   The first meeting that you described for me that

8       might have happened in the 2011, 2012 time

9       frame, can you tell me what did you discuss with

10      him at that meeting?   What was that meeting

11      about?

12  A   I was out of my cell at recreation and he walked

13      through and called my name to speak with me.   I

14      asked him to -- if he was in charge of my

15      segregation, and he said yes, and I asked him to

16      please release me, and he made the comment that

17      he had just released a man -- I think his name

18      was Collin -- from solitary confinement after

19      eight years and that -- the details of the

20      conversation are recorded somewhere, and if you

21      don't have it, I will give it to you, but

22      basically that absolutely not, I was not getting

23      out and that I had no expected date of release.

24  Q   Did he say why you weren't getting out and you

25      had no expected date of release?

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 24 of 112 PageID #: 971
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 32 of 138 PageID #: 271

32

1    A    Because he said so.

2    Q    He didn't give you a reason beyond "because I
3         said so"?

4    A    Yeah, because I escaped.  That was it.  "Well,
5         you escaped."  I don't know if he specifically
6         said that or it was implied.  That would be
7         documented in my notes.

8    Q    Leslie Johnson, who is Leslie Johnson?

9    A    The second time I met with Mr. Basinger with the
10        consultant, the consultant asked me how long I
11        had been in segregation and when I would get
12        out, and I said I didn't know, it was
13        indefinite, and Mr. Basinger was there and he
14        asked me, he says, "Well, do you know why you're
15        here?" and I said, "No, no one will give me an
16        answer."  I said, "They won't give me any
17        answers," and he said, "Who is they?"  I said,
18        "The people who are responsible for my release,
19        which I don't know who that is either," and Jim
20        Basinger said, "That would be me," and so that's
21        the first time that it was made clear that very
22        specifically that he was at least in part
23        responsible for approving my release.

24   Q    It was the first confirmation for you that he
25        had some role or involvement in whether or not

1       you were getting released?

2   A   Yeah, it was the first confirmation for me that,

3       yes, he was responsible because up until that

4       point all the officials at IWP would say, well,

5       it's downtown, it's the commissioner, it's the

6       people who work downtown, they're the ones who

7       are in charge of it, they're the ones who are

8       holding you here.  Then when I would write

9       letters or my parents would write letters to the

10      officials downtown, the officials downtown would

11      say, "Oh, no, no, it's IWP's responsibility,"

12      and so then I presented it to Shirley Washington

13      who was the unit team manager at the time and

14      told her -- I said, "Who is responsible for my

15      release?" and she said, "I don't know."  Up

16      until this point the answer was always, oh, no,

17      downtown.  I said, "Well, I have this letter in

18      my cell that I just got that says that you are

19      responsible," and she said "Me?  It's not my

20      job."  I said, "Well, it's your job to release

21      everyone else."  She says, "Oh, no, oh, no, this

22      is not my responsibility," and so then after

23      that whenever I would ask her in my reviews who

24      is responsible for my release she would say "I

25      don't know."

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 26 of 112 PageID #: 973
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 34 of 138 PageID #: 273

34

1    Q    When she would say that and when she would give

2         you those answers to your questions, did you

3         feel like she was being straight with you?

4    A    No.  Well, in part because I don't think that

5         the officials downtown communicated much of

6         anything to her because it was a dictatorship.

7         Most of the information flows downhill in the

8         Department of Corrections from my experience.

9         Basically every single review process when we

10        would all go in there, there was no question

11        whether or not I was getting released.  The

12        answer was always no, until further notice, and

13        the notice would have come from either Mr.

14        McCauley or from the commissioner or the

15        commissioner's office downtown.

16   Q    So because, like you said, the information kind

17        of rolls downhill from downtown, did it seem

18        like Shirley Washington basically had no pull or

19        ability to make a decision on her own as to your

20        status and whether you were getting released

21        from SHU?

22   A    Correct, and in the beginning I thought that she

23        was just being difficult, and at the end my

24        opinion was that she was put in a position where

25        it's supposed to be her job to release -- to

1       recommend release for inmates from segregation.

2       However, in my specific case she had zero power,

3       but they kept making her come into this

4       classification review every 30 days and tell me

5       no when she had absolutely no -- it wouldn't

6       matter if she decided yes or no, but she told me

7       that she would say no anyway because she didn't

8       want to lose her job.

9    Q  So was Shirley involved in the classification

10      review meetings?

11   A  Yes.

12   Q  Was she your unit team leader or manager for how

13      long, like from what period of time?

14   A  From December of 2008 when I first came to IWP

15      until maybe 2011.

16   Q  Does she still work at IWP?

17   A  No, she retired maybe.  I don't know if it was

18      forced retirement or what.  She retired and --

19      she used to work at the Girls School.  I don't

20      know.  I think that's the right answer.  After

21      she retired Leslie Johnson had been a counselor

22      with the Girls School and became a counselor

23      with the Indiana Women's Prison when we moved to

24      this facility, and then she was moved into the

25      unit team manager, into Shirley Washington's

 1        position and then would appear at my

 2        classification reviews.

 3    Q   Leslie Johnson was your unit team manager from

 4        when to when?

 5    A   2011 until 2015.  She just recently left.

 6    Q   When you say recently, how long ago?

 7    A   Four months, five months.

 8    Q   So similar to Shirley Washington's role, did

 9        Leslie Johnson then also attend the monthly

10        classification review meetings?

11    A   Usually.

12    Q   I was going to ask you to tell me about this

13        classification review process and how that all

14        works a little bit later, but since you've

15        already started walking me through it, let's

16        stick with it.

17    A   Okay.

18    Q   During your time in SHU when you would have the

19        monthly classification meetings who typically

20        was at those meetings?

21    A   It was usually the person who was in charge of

22        the segregated housing unit.  Sometimes it would

23        be that person by themselves, and that initially

24        was Sergeant Birdie Johnson, who is not a party

25        to this, and then Vanessa Tolbert, who is a

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 29 of 112 PageID #: 976
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 37 of 138 PageID #: 276

37

1    defendant, and then Michael Wilkerson, who is

2    also a defendant, and it would also be usually

3    one of the unit team -- the unit team manager,

4    either Shirley Washington or Leslie Johnson.

5    Sometimes it would be Major Peckham.  Sometimes

6    it would be Ken Wiltsie who was the investigator

7    here, and then after Major Peckham left, became

8    Major Wiltsie until he committed suicide and was

9    no longer major.  We now have Major Love.  Major

10   Wiltsie as investigator was assigned to

11   basically babysit me, and so everything about my

12   life was managed through Ken Wiltsie.  My mail,

13   my phone calls, my visits, legal mail, issues I

14   would have in segregation.  Anything and

15   everything went through Ken Wiltsie.  Ken's

16   answer to me was when I asked him why are they

17   keeping me, he said, "Well, you pissed off the

18   commissioner," and he thought that maybe when

19   the electric fence was going to be erected, I

20   think that that was done in 2010, maybe early

21   2011, he thought that maybe that would be the

22   time they were going to let me out, but even he

23   was not aware of when I'm supposed to get out,

24   and then after he became major when I asked him

25   "It's been four years.  Why am I still in here

1    and how do I get out?" and he says, "I have no

2    idea.  There's nothing you can do to get out and

3    I have no idea why they still have you in here.

4    It seems absurd," which is pretty much the same

5    answers that Major Peckham gave me.  They were

6    the most forthcoming of all of the employees.

7        So the classification process usually --

8    the review process usually works in a way that

9    the unit team manager, the housing -- I don't

10   know what they call it.  The person who runs the

11   segregated housing unit and then sometimes a

12   third person or a combination of two people,

13   sometimes just one person, would come in, and

14   each lady who was up for their 30-day review

15   would come into the office and they would talk

16   about why they were there, what they had to do

17   to get out, come up with a plan for modifying

18   their behavior or what other issues that they

19   were having that contributed to their bad

20   behavior or whatever reason they were in, and

21   then they would have the prisoner step out and

22   the people would talk, the classification

23   committee is what they would call them.  That

24   they would talk about it and discuss and whether

25   or not they were going to release the prisoner

1  from segregation and then bring them back in,

2  bring the prisoner back into the office, tell

3  them yes or no and this is -- we're going to

4  keep you for another month and this is why and

5  this is what we want you to do.  And sometimes

6  they would just say "We're just going to keep

7  you and we'll see you next month" and not give

8  them a reason.  Often times it was "We don't

9  think you learned your lesson," something vague,

10  you know.  There's a difference be -- there's

11  supposed to be a difference between disciplinary

12  segregation and administrative segregation.

13  However --

14 Q Can you explain to, I guess, the ladies and

15  gentlemen of the jury what your understanding is

16  of the difference between administrative

17  segregation and disciplinary segregation?

18 A Yes.  So segregation is a single unit and all

19  the rooms are the same.  All of the bedding, all

20  of the uniforms, all of the facility, it's all

21  the same.  Disciplinary segregation is a title,

22  it's a status which means that you are -- the

23  reason you are in that room in solitary

24  confinement is because you have committed some

25  infraction, you have broken a rule and the

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 32 of 112 PageID #:
979
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 40 of 138 PageID #: 279

40

1    disciplinary hearing person has sentenced you to

2    so many days or months in segregation, and so

3    then at the end of your 14 days or 60 days,

4    whatever your sanction is, at the end of that

5    time, then you are eligible to be released back

6    into open population, which is usually pretty

7    automatic.  Once you've done your time, you get

8    out.

9         Administrative segregation is used -- the

10   exact same facilities, but the status is used to

11   describe people who are put into segregation for

12   either they are pending a disciplinary hearing,

13   they are under investigation, they are there for

14   their own protection or they are there for some

15   other reason that's part of a very long list,

16   including but not limited to sort of a list that

17   is in the DOC policy, but basically if they

18   think you need to be stuck in segregation, then

19   that's your title and they stick you there.

20   Most of the time they tell you why, but not

21   always.

22        So I was sentenced to one year

23   disciplinary segregation for my escape.  That's

24   how I initially came to be in segregation.  At

25   the end of the one year that's when I first met

1      with Mr. McCauley, and he told me that he would

2      not be releasing me to open population, but

3      instead, he was retaining me in segregation on

4      administrative segregation because he did not

5      feel comfortable releasing me, and that was it.

6   Q  Was that something he told you in one of the

7      classification review meetings?

8   A  Yes, that's one of the two times that I met with

9      him in a classification review meeting.  The

10     second time was after I had been there for five

11     years and he told me that I would be released.

12     So I met with him on day one of my

13     administrative segregation and the very last day

14     of my administrative segregation, which was a

15     span of four years, because I had done the one

16     year of disciplinary segregation.

17  Q  Let me back up a little bit.  There's still a

18     few people on this list that we haven't talked

19     about.  Vanessa Tolbert and Michael Wilkerson,

20     who are they?

21  A  Vanessa Tolbert is a lieutenant who was in

22     charge of the segregated housing unit from

23     probably February of 2010 until late 2011-ish.

24     Whenever she stopped being the head of

25     segregation, Capital Michael Wilkerson took

42

```
 1        over.  So he continued where she left off.  I
 2        believe he's still over that unit now.
 3    Q   Did Tolbert or Wilkerson participate in any of
 4        the monthly classification review meetings?
 5    A   Yes, several.
 6    Q   But not always?
 7    A   Not always.  There were a few times when -- like
 8        I said, until -- the first year and then a few
 9        months into my administrative segregation it was
10        Sergeant Birdie Johnson who participated, and
11        she basically -- she was very clear that she had
12        zero power, that everything was being dictated
13        from downtown and she was sorry she couldn't
14        help me.  So it was just a rubber-stamping
15        process.  Come in, you're not getting out, sign
16        your paper, leave.  Which is pretty much how it
17        went for the next five years.
18    Q   During that five-year period who were the prison
19        officials that were most often present when
20        you'd have your monthly meetings?
21    A   Major Peckham, Miss Johnson, Miss Washington,
22        Tolbert, Wilkerson.  A few times Miss O'Neal was
23        present and then, of course, twice was Mr.
24        McCauley present.  However, after the
25        classification review meeting and they tell me
```

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 35 of 112 PageID #:
982
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 43 of 138 PageID #: 282

43

1      that, no, you're not getting out, I signed the

2      paper that they told me this and that I was

3      present, and then a copy of that -- that goes to

4      Mr. McCauley or Miss O'Neal, and that's for them

5      to approve and so they -- then they sign it and

6      approve me not getting out, but there's -- on

7      the paper there's no reason, there's no --

8      there's nothing written except that I'm not

9      getting out.  The paper specifically says basis,

10     reason for your decision, and it was -- I only

11     got someone to put a reason there once, and it

12     was Major Peckham and Shirley Washington, and I

13     basically had to force them to put a reason down

14     because I needed something to grieve because I

15     knew that I was going to be filing a suit and I

16     needed something to grieve, and I can't grieve

17     or I cannot appeal a classification that has

18     zero reasoning, and so they did and that's part

19     of the document.  Her reasoning was that she was

20     not convinced I would not -- that I was not an

21     escape risk, and then his reasoning was the

22     facility is not ready for her release.

23  Q  Janet O'Neal, was she the one who --

24  A  Shirley Washington was the one who wrote not

25     convinced that she's not an escape risk, and

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 36 of 112 PageID #:
983
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 44 of 138 PageID #: 283

44

1    then Major Peckham wrote that the facility was

2    not ready for my release.   Janet O'Neal and

3    Steve McCauley were the ones who would sign off

4    on these classification reviews.   Mr. McCauley

5    signed that one specifically where there was an

6    actual reasoning and put threat to safety and

7    security of the facility, which is just some

8    vague answer.

9  Q   Who is Janet O'Neal or what's her title?

10  A   She is the head of classification here at IWP.

11  Q   Would she be present at some of the

12    classification meetings or was she the person --

13  A   Only a few.   She was the person who was

14    approving or rubber-stamping it once it left the

15    classification meeting.   It was either her or

16    Mr. McCauley.   Sometimes it was LaShelle Turner

17    who was our assistant superintendent.   Sometimes

18    she would sign off on it, but it didn't really

19    matter.   It was sort of a formality.

20  Q   So somebody higher up the chain of command had

21    to sign off on the recommendations of the

22    classification review committee?

23  A   Yes.

24  Q   Is Janet O'Neal still here?

25  A   Yes, she is.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 37 of 112 PageID #: 984
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 45 of 138 PageID #: 284

45

1   Q    When was the last time you saw her or spoke to

2        her?

3   A    Maybe a month ago.  I said hello.  It never

4        seemed like she had any power or influence over

5        my situation either, and so she was just another

6        rubber stamp.  She was just another signature,

7        yes yes yes.  Now, normally she's the person who

8        has to sign off if the classification review

9        committee says, yes, we want to release this

10       prisoner.  Then either her or Mr. McCauley would

11       have to sign off on it before that person

12       actually got released from segregation, but it

13       was my understanding that whatever the

14       classification committee recommended, it was

15       always just routinely approved by either the

16       superintendent or Miss O'Neal.  Nothing was ever

17       questioned because there was never any

18       explanation or reasoning on there.  It was

19       either approve or deny.  There was no discussion

20       or anything.  So unless the superintendent had a

21       specific desire to keep someone in the

22       segregation, which he would then communicate to

23       the classification review committee, he approved

24       whatever they said.  There were a few people who

25       came through that he very specifically said that

1        that person is not getting out until I'm ready

2        for them to get out.

3  Q   And when we say the commissioner, are we talking

4        about both Bruce Lemmon and Ed Buss?

5  A   That would be the superintendent that I was

6        talking about, Mr. McCauley.  If we talk about

7        the commissioner, the commission --

8  Q   I'm sorry.  You said superintendent.

9  A   Uh-huh, those are the guys downtown.

10  Q  Gotcha.  Who is Stanley Knight?

11  A  He was acting commissioner or deputy

12       commissioner.  So when we transition to the

13       gentlemen who work at central office downtown,

14       that would be Jim Basinger, Ed Buss, Stanley

15       Knight, Michael Osburne and Bruce Lemmon.  Those

16       five gentlemen either were commissioner, deputy

17       commissioner or executive director of adult

18       facilities, and that constitutes the downtown

19       guys.  They became defendants because they

20       either -- I had the conversations with Mr.

21       Basinger who said he was responsible, but before

22       that it was Major Peckham, Ken Wiltsie,

23       Washington, Vanessa Tolbert who said it's the

24       commissioner, who at that time was Ed Buss, and

25       then it became Bruce Lemmon just because he's

1    now commissioner. Michael Osburne and Stanley
2    Knight, they became defendants because either
3    myself or my father exchanged a series of
4    correspondence, letters with them regarding my
5    continued confinement, and I provided those in
6    the documents to you, and that was when they
7    would say it has been decided that Miss Pender
8    will remain. Not "I decided" or "they decided,"
9    but "it has been decided." So whenever I write
10   them and ask them who is in charge, "It has been
11   decided." "Please let me out." "It has been
12   decided." Then whenever I really pressed them
13   about who was in charge of letting me out, it
14   became "Oh, well, it's IWP, it's their
15   responsibility," and then I say "Well, I talked
16   to IWP and they say it's not us," and so then I
17   write that to them and they say, oh, no, it's
18   the unit team manager. So when I brought it to
19   the unit team manager, Shirley Washington, she
20   said, "Absolutely not. It is not my job," and
21   so on and so forth. So they were all pointing
22   fingers at one another and it just became to
23   where they just stopped responding to our
24   letters because what else are they going to tell
25   us except screw you.

48

1    Q    So your only communication with Stanley Knight

2         and Michael Osburne was via mail?

3    A    Correct.

4    Q    Never met them?

5    A    No.

6    Q    Never spoken to them?

7    A    No.

8    Q    The same thing about Bruce Lemmon.  You've never

9         met him; right?

10   A    No.

11   Q    Or spoken to him?

12   A    Correct.

13   Q    Did you or your father direct any

14        correspondence, letters or e-mails directly to

15        Bruce Lemmon?

16   A    Yes, but they were forwarded to either Stanley

17        Knight or Michael Osburne or some other person.

18        Same with Ed Buss, and you have copies of those

19        too.

20   Q    Now what I would like to do is go back in time

21        to when you were recaptured and then first

22        placed in the segregated housing unit.  In order

23        to give this part of the discussion some context

24        for the jury, I'm going to have to necessarily

25        ask you a little bit about the underlying crime

Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 49 of 138 PageID #: 288

49

1        that you were convicted of, but I'm not going to

2        belabor it.   It's public record; right?

3    A   Yeah.

4    Q   To set the stage, in 2002 you were found guilty

5        of the murders of Andrew Cataldi and Tricia

6        Nordman?

7    A   Correct.

8    Q   And then on August 4, 2008, you escaped from the

9        Rockville Correctional Facility?

10   A   Correct.

11   Q   And you had escaped from the facility with the

12       assistance of a correctional officer named Scott

13       Spitler?

14   A   Correct.

15   Q   And Scott Spitler ended up getting arrested and

16       sent to prison for his role in assisting your

17       escape?

18   A   Correct.   Incidentally, he was never put in

19       solitary confinement.

20   Q   According to the records I reviewed, on December

21       22, 2008, you were arrested on the north side of

22       Chicago where you had been living and working

23       under the name Ashley Thompson?

24   A   Correct.

25   Q   Does that date December 22, 2008, square with

```
 1        your recollection of the day that you were

 2        recaptured?   The reason I ask is I've seen in

 3        some of your documents where it says December

 4        20th.

 5   A    It was the 20th.  However, by the time I was

 6        processed and then transported here, it took two

 7        days, and so I think that's where the

 8        discrepancy is.

 9   Q    So picking up the story from the point where

10        you're arrested by the Chicago police and they

11        send you back to Indiana.  You were sent

12        immediately to the Indiana Women's Prison?

13   A    Yes.

14   Q    And you've been here ever since?

15   A    Yes.

16   Q    When you arrived at Indiana Women's Prison, were

17        you immediately placed in SHU?

18   A    Yes.

19   Q    And when you were placed in SHU back in December

20        of 2008, were you told the specific reason you

21        were being put in SHU and how long that

22        punishment -- not punishment.  What's the word

23        I'm looking for?

24   A    Confinement.

25   Q    How long that period of confinement was going to
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 43 of 112 PageID #: 990
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 51 of 138 PageID #: 290

51

1       last based on the reason that you were being

2       placed in SHU?   Did they tell you that?

3   A   No, I knew the reason.  Within a week, about a

4       week I was screened and then formally written up

5       and heard on what they call a CAB, which is an

6       institutional write-up whenever you've broken a

7       rule, and I received a write-up for escape, and

8       for breaking that rule I was given one year in

9       solitary confinement, in disciplinary

10      segregation status.

11  Q   So that was the point when they completed that

12      hearing and advised you of the charge that you

13      knew it was going to be a year?

14  A   Correct.

15  Q   Because you had quoted me that year period a

16      little earlier and I was unsure where that came

17      from.

18  A   Yes, that was supposed to be my period of

19      confinement.  During that confinement I had a

20      few classification reviews, and that's when

21      Birdie Johnson told me that it was being

22      dictated from downtown and she had no idea when

23      I would actually be released.

24  Q   I've seen the number quoted 1,866.  Did you

25      spend 1,866 days in SHU?

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 44 of 112 PageID #:
991
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 52 of 138 PageID #: 291

52

```
 1   A   Yes.
 2   Q   What day were you released or transferred out of
 3       SHU?
 4   A   I believe it was February 1st of 2014.
 5   Q   And you currently reside at IWP within the
 6       general population?
 7   A   Correct, when I was released from segregation on
 8       February 1st I was taken to a transition dorm
 9       where it's, like, they put all the bad girls and
10       you have to earn your way out.  Generally it was
11       taking about six or seven weeks for the women to
12       be transferred from level to level and on their
13       way out.  However, the superintendent held me in
14       there at the highest level for an additional
15       three months in order to get comfortable, he
16       said, with me being among other people.
17           So once again I was singled out and
18       treated differently, which from the beginning
19       when I arrived at IWP in December of 2008 I was
20       treated very differently than all of the other
21       women who were in the segregation unit.  They
22       were -- they had one set of rules and I had a
23       completely different set, and they put me on
24       strip cell status so I had nothing in my room.
25       I had to ask for toilet paper.  I couldn't flush
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 45 of 112 PageID #:
992
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 53 of 138 PageID #: 292

53

1 my own toilet.  I could not have mail.  I could

2 not use the phone.  I could not have books.  I

3 couldn't speak to anyone.  I mean it was

4 complete isolation.  After about a week they

5 allowed me to have my mail coming in, but I

6 could not write any mail out.  So they

7 restricted my correspondence.  For three months

8 I was not allowed to make any phone calls.  For

9 almost three months I was not allowed to speak

10 to anyone.  The inmates were able to freely

11 speak to one another because they were very

12 small hallways and they had, like, old school

13 jail bars that you could just talk through, but

14 they kept me isolated and warned everyone that

15 if they spoke to me they would be written up,

16 and they warned me specifically that I was not

17 allowed to speak any other inmates and that the

18 staff could not speak to me except for very

19 specific and direct, do I need ice or do I need

20 toilet paper.  That was it.  And if a male staff

21 were going to have to speak to me that another

22 staff member had to be present even just to

23 speak to me through a door or for something like

24 water, getting water.  Everyone else would just

25 be handcuffed and put into a shower room, but I

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 46 of 112 PageID #: 993
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 54 of 138 PageID #: 293

54

1   had to be handcuffed and shackled just to go

2   eight feet from one locked room to another, and

3   then not only was I locked in this room, but I

4   was also locked in a cage inside of the room.

5   So it was -- other people were just handcuffed

6   to go to one building.  I had to be in full trip

7   gear with a black box, belly chain, shackles and

8   I had to be transported by not one officer like

9   everyone else, but with two officers.  One had

10  to be a woman and one had to be at least a

11  sergeant or above.

12          It was like this for quite some time.  It

13  took about six months for them to give me

14  visitation, whereas everybody else had their

15  visitation rights.  Everyone else had their

16  phone rights and mail.  So this is how things

17  went with me.  When other people were able to

18  have group recreation, I was all by myself.  So

19  when I asked why all this was happening, it was

20  "it came from downtown."  That was the answer.

21  And that would have been Major Peckham.  When I

22  first came in December, it was Major Ditmer, but

23  he was transferred for inappropriate conduct and

24  Major Peckham came.  So Major Peckham was the

25  major for the majority of my time, but he was

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 47 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 55 of 138 PageID #: 294
994

55

1     specifically the major during the first six

2     months when it was really very, very different

3     for me.

4           There's actually a memo that I requested

5     but they didn't give me.  I know that it exists,

6     but it was like a two-page memo of how they were

7     going to treat Sarah Pender.  I don't know who

8     signed that.  I don't know if it was Mr.

9     McCauley or if it was one of the majors or maybe

10    it was the commissioner.  Who knows, but that's

11    somewhere, and that would be very specific and

12    would be documented evidence I'm telling the

13    truth.

14  Q   So during that first six months when you were

15    being, I guess, managed in the way that you just

16    described for me, did any prison official tell

17    you that the reason for that level of management

18    was because you had escaped and they felt you

19    were a risk to try to escape again?

20  A   No, it was because I had pissed off the

21    commissioner.  Other women who had escaped from

22    other facilities -- I'm the only woman that's

23    escaped from Rockville, but other women have

24    escaped from Indiana Women's Prison in the past

25    and then also from here at Girls School and at

 1        Madison Correction Facility.  Those women were

 2        never treated the way that I was treated.  They

 3        were never treated with such difference, even

 4        those who used violence to escape.  I know that

 5        from speaking with them and from speaking with

 6        other staff members that had been here at IWP

 7        whenever the escapees would be returned.  I put

 8        those people in my answers to the

 9        interrogatories, but other people would know.

10    Q   After the first six months how did your level of

11        management change in SHU?

12    A   It got better.  I had gotten my phone rights and

13        my correspondence rights and my visitation,

14        although it was non-contact visitation.  They

15        allowed me to go to recreation because at first

16        I couldn't even leave my cell to go to

17        recreation, but they let me go to the -- from

18        one locked room to another.  Then I was able to

19        speak to other people, which was nice, but it

20        didn't last long.  It only lasted about three

21        months before we were transferred here to the

22        current facility.  Here you cannot speak to each

23        other because they're solid doors and a very

24        large hallway.  The social contact went from

25        some back down to none.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 49 of 112 PageID #: 996
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 57 of 138 PageID #: 296

57

1    Q    After you were transferred to the SHU at IWP,

2         can you tell me in your own words what was life

3         like for you on a day-to-day basis, on an

4         average day as an individual who was housed

5         within the SHU?   Can you just tell me in your

6         own words?

7    A    I can.   I think I put some of that in there, but

8         it's also documented in the other case, the IPAS

9         case.   In their findings of facts and

10        conclusions of law they have a description of

11        segregation and it's pretty thorough and

12        accurate, but basically you're locked in -- I

13        was locked in a room for 22, 23 hours a day

14        depending on the day.   Sometimes 24 hours a day

15        if there was not enough staff.   There were some

16        years where we did not get removed from our

17        rooms for more than just a 15-minute shower.   As

18        the administration changed and as the ACLU

19        lawsuit commenced, there were some changes made.

20        There's no programming or no opportunities for

21        work.   Basically entertain yourself for 23 hours

22        a day.   You eat in your cell.   You sleep.   You

23        do everything but shower.   You are always

24        chained up to go from one locked room to another

25        or to go from one locked room to a locked cage.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 50 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-1   997 Filed 02/13/17   Page 58 of 138 PageID #: 297

58

1    Q    The conditions that you just described for me,

2         those were the same for all the other offenders

3         who were in the SHU at the same time you were?

4    A    Mostly.

5    Q    When you say mostly, were there some exceptions

6         to the rules for certain prisoners?

7    A    Usually I was the exception, meaning that I

8         would have more restrictions than the others.

9         Even as things got better and I got more like

10        other prisoners, it was still always there had

11        to be a memo or some sort of approval for Sarah

12        Pender, and so I was still being managed, always

13        managed.  Just sometimes more tightly than

14        others, but those are general conditions in the

15        SHU, which fluctuated depending on who was in

16        charge.

17   Q    Were some supervisors or managers of the SHU

18        more strict than others?

19   A    Yeah, yes.

20   Q    So if there were differences in the conditions

21        of your confinement within the SHU from maybe

22        better to worse, that was generally being driven

23        by who happened to be in charge?

24   A    No, the general conditions were driven by who

25        happened to be in charge.  The individual

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 51 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 59 of 138 PageID #: 298
998

59

1        conditions were usually driven by Mr. McCauley

2        or Captain Wilkerson or perhaps someone

3        downtown.  I think that most of -- I think most

4        of the last three years it was left up to Mr.

5        McCauley and the IWP officials to manage me.  I

6        think that the first two years it was still

7        driven a lot from downtown, but obviously Mr.

8        Basinger kept tabs on me and still took

9        responsibility, like "yes, I'm the man."

10   Q   Switching gears just a little bit.  I want to

11       make sure I ask you about this.  As part of this

12       lawsuit you are alleging that as a result of

13       your period of confinement in SHU you developed,

14       for lack of a better term, mental injuries?

15   A   Okay.

16   Q   And those mental injuries were caused because

17       you were basically put in solitary confinement;

18       correct?

19   A   Correct.

20   Q   Now, can you tell me just sort of going down the

21       line A, B, C, D what were the mental health

22       injuries or illnesses that you are claiming you

23       developed as a result of that period of

24       confinement in the SHU?

25   A   Sure.  The first -- I think the first six months

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 52 of 112 PageID #: 999
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 60 of 138 PageID #: 299

60

1  I just relied on my own coping skills to deal

2  with the isolation, but after that I

3  experienced, like, a detachment, depression

4  where I had no motivation.  I'm a very

5  productive and motivated person.  I love to be

6  creative.  If I have nothing other than a pencil

7  and piece of paper, I will draw out a castle to

8  scale and even put little furniture in there and

9  decorate.  I mean I will find a way to do

10  something, but I would sit for hours and just

11  sort of stare off, you know.  I had sleep

12  problems.  I just -- I didn't care about things.

13  It was really disturbing because I started not

14  to be able to think correctly.  Like I wouldn't

15  be able to remember things the way that I should

16  until I was put in solitary confinement.  I'm a

17  very quick thinker.  I do have an education, but

18  I do a lot of my own -- educating myself,

19  reading and I can multi-task and I can -- I'm a

20  quick person, and I stopped being that.  Like my

21  mind started slowing down and I couldn't

22  retrieve information, which really disturbed me,

23  and I reached out to the mental health

24  department and spoke with a mental health

25  professional, Carol Naylor, and after we spoke

1   and I explained my experiences she referred me

2   to Julie Highland and she was -- she's the

3   psychiatrist, but she's the medical doctor.  She

4   told me that it was not unusual to experience

5   depression and slowness due to a reduced

6   environment -- environmental stimulation, and

7   she put me on some medication as an

8   antidepressant, and it helped a little, but

9   mostly I just kept getting worse, and she told

10   me to keep a journal of my moods every day so

11   that we could identify maybe some other factors

12   of what might be causing me to struggle with my

13   mental health.

14         As this developed, the longer I stayed in

15   solitary confinement, especially after we moved

16   here to the solid doors and zero social contact,

17   my mental health continued to deteriorate, and I

18   would be put on different medications or

19   increased dosages of medications.  That was a

20   real big concern to me because I don't want to

21   be on medication.  I am very good at coping

22   using coping skills that don't involve

23   medication, and that in 2010 Dr. Highland called

24   it, I think, a psychotic break, and basically

25   what I experienced was I continued to have

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 54 of 112 PageID #:
1001
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 62 of 138 PageID #: 301

62

1    problems with concentration and just with sleep

2    and depression and sadness and so on, but I was

3    in my cell and I was reading some legal work and

4    I couldn't understand it.  Like I would read it

5    and it wouldn't -- it didn't really make sense

6    and so I would read it again, and so I thought

7    maybe I was getting tired and so I remember

8    getting out a deck of cards and just playing

9    solitaire, something mindless, easy, and I could

10   not understand the relationship between the

11   cards, like what I was supposed to be doing, and

12   I remember I started getting -- feeling, I guess

13   you would call it, paranoid, but really

14   uncomfortable with being on my bed because you

15   could see me from the little tiny window in the

16   door.  I crawled on the floor and I put my hat

17   on, which is odd for me because I only sleep

18   with my hat over my eyes to block out the light,

19   but I wanted to, like, hide.

20        It felt really surreal, but it was almost

21   like -- I remember thinking that my brain was

22   tearing, like ripping in two and that a part of

23   me just floated off, and with it, it took a lot

24   of my -- I don't know.  Like my thoughts, my

25   memories, and I had to re -- I didn't really

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 55 of 112 PageID #:
1002
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 63 of 138 PageID #: 302

63

1  understand where I was so I started going over

2  and thinking my name is Sarah Pender and then I

3  realized okay, I'm in prison and I'm in lock in

4  prison because I escaped, and I had to think

5  about who my parents were, what my relationship

6  to my parents were.  Oh, my parents they love

7  me, they support me.  When the officer walked by

8  -- it was like I was retrieving information from

9  a file rather than things that I knew.  So like

10  "there's Sergeant Parker.  I like her.  She's

11  nice to me."  Like "okay, that's a trustworthy

12  person."  So very simple items, people,

13  relationships I had to piece back together, and

14  when she asked me if I was okay, I just -- I

15  completely melted and I was like "I don't know.

16  Something's happening to me."  I just collapsed

17  into a heap of snot and tears and drool and it

18  was really awful.  For quite some time after

19  that I spent just staring at nothing really

20  because there were no thoughts.  You know how

21  there's always chatter in your head.  You're

22  thinking about this or dinner or this.  It was

23  just gone.  There was nothing.  I would have to

24  have very specific thoughts.  If I had to use

25  the restroom, I had to think to myself "I have

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 56 of 112 PageID #: 1003
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 64 of 138 PageID #: 303

64

1  to pee" and then get up. Like I'm talking to my

2  body as if it's not really mine. My body would

3  not always cooperate. I would lay there and

4  "get up, get up, come on, get up." It would

5  take me probably 20 minutes to walk three feet,

6  take down my pants, sit, urinate, convince my

7  body to stand back up, and it was horrible. It

8  was like I was this detached control panel that

9  the electrical communication didn't work very

10  well, and I spent days like this.

11       I lost fine motor skills. Eating was a

12  problem with a fork, especially things like

13  peas. They don't want to stay on the spoon very

14  well. Like I would have to grab it almost like

15  a cave person and spoon it very slowly into my

16  mouth because hand-eye coordination did not work

17  very well. So things like tying my shoes, I had

18  to figure out how to tie my shoes again. I

19  don't know if you got kids, but if you ever do

20  and your three-year-old learns to tie his shoes,

21  you should throw him a party because it's a lot

22  more complicated than we ever think. It took me

23  a while to be able to write out anything and for

24  thoughts to start coming back, but it took me

25  months, probably two months before I could

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 57 of 112 PageID #: 1004
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 65 of 138 PageID #: 304

65

1       really read things and comprehend them.  My

2       output, speaking and interacting was a lot

3       better than receiving input.

4  Q  And this break that you described for me

5       happened when?   I know it's --

6  A  May of 2010.

7  Q  Since that episode moving forward in time within

8       the last six months, so from today going back to

9       summer, on a day-to-day basis what has your

10      condition been in terms of are you still

11      grappling with some of these medical issues?

12  A  Uh-huh, I am.  The line of projection.  I would

13      say from that break to now, as I recovered from

14      that specific break, other things started

15      manifesting.  Like extreme paranoia, lapses in

16      logical thinking.  I remember thinking that -- I

17      couldn't figure out how my coffee got from one

18      place to another.  I thought, well, I wonder if

19      I was abducted by aliens.  And this was a very

20      -- like that was possible, and then I went

21      through the facts and said "oh, no, that

22      couldn't have happened."  But anyway, it was

23      really some odd stuff like that.

24          Self-harming behaviors.  Sometimes it

25      became suicidal.  As Dr. Highland worked with me

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 58 of 112 PageID #:
1005
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 66 of 138 PageID #: 305

66

1   and worked with medication and I was able to

2   work through some of my issues with people who

3   love and support me, it got better, but the

4   thing that has stuck with me -- so now we're

5   moving forward.  Outside of solitary confinement

6   I became very, very, very sensitive to light,

7   noise and visual stimuli.  So I hated the light.

8   When the light, when the overhead light would

9   come on -- there's a low and a high.  When that

10   light would come on, it would -- I would

11   physically cringe as if I could feel the light,

12   like, piercing into me.  I hated it.  For a

13   while it was forced on for 18, 19 hours a day,

14   and thankfully Major Peckham, he was the one

15   that finally got that changed, but during the

16   time that we all had to live with it, it was

17   pretty awful.

18        Sounds, I'm still sensitive to sounds.

19   They became physically painful.  If a guard

20   would -- when they would close my door or close

21   the cuff door, it's very heavy metal and it

22   would make a boom, and I would -- my whole body

23   would just jerk like it would startle, but it

24   would feel like somebody literally punched me in

25   the chest whenever this would happen.  Even when

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 59 of 112 PageID #:
1006
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 67 of 138 PageID #: 306

67

1    I anticipated it happening and knew it was

2    coming, it still was like (descriptive sound),

3    but if it was unexpected, it was really -- that

4    was when it was the most awful is when it was an

5    unexpected noise.  It didn't have to be like a

6    gunshot loud, but it was just noises.  Then when

7    people would show up at my window, even if

8    they're walking by, but especially when they

9    would come to it, I would jump and be

10   frightened.  And I'm not a jumpy person.  I'm

11   not a screamer at horror flicks or anything like

12   that, but it just became an involuntary

13   response, and it was scary.

14        So after I got out of solitary

15   confinement in the last two years, when I first

16   got out, the auditory levels in prison can be

17   pretty bad, especially in the bad girls unit,

18   which was the transitional unit I went to, and

19   also unexpected noises near me.  People, their

20   physical proximity to me would have me shaking.

21   I just -- I had to get away, get away, get away.

22   If they touched me, it would frighten me.  A

23   loud noise would -- I became having -- I started

24   having panic attacks.  It would be usually

25   noise-induced, an officer yelling near me or

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 60 of 112 PageID #:
1007
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 68 of 138 PageID #: 307

68

1   somebody, you know, (descriptive sound) just

2   like in excitement even or somebody dropping

3   something very loud, and it would startle me and

4   then I would feel this energy building,

5   building, building until I would fall apart,

6   crying, sobbing as if my grandparent had died in

7   my arms, you know.  It was uncontrollable.  I

8   would rock and I would scream and I would cry,

9   and I couldn't control it and it was awful.  And

10  that happened for quite a bit.

11       Dr. Highland worked with me on my

12  medication, but as she increased the medication,

13  it caused side effects that were horrible.  I

14  would grind my teeth at night until I had

15  tension headaches every night.  So we worked

16  with medication, but also I walked around with

17  earplugs in, and I would have to be at the very

18  end of lines or the very beginning of lines in

19  order to avoid physical proximity to other

20  people and I would have to warn other people

21  "look, it's not you, it's me.  I know it's a

22  little weird but."

23       So over the last two years of being out

24  of solitary confinement I don't have -- I

25  haven't had a panic attack in, like, nine

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 61 of 112 PageID #: 1008
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 69 of 138 PageID #: 308

69

1    months.  However, when I start to feel that,

2    whenever I'm startled or it gets to be too much

3    noise, I have developed a nice tool chest of

4    coping mechanisms, and sometimes it's just

5    running away, getting away, but anytime it

6    starts happening I run and I hide myself.  I do

7    not put myself in situations that I know

8    possibly could be problematic.

9         Like I can't go to -- sometimes I can't

10   go to church because it's too loud, especially

11   if it's a Southern Baptist church coming.  I

12   know that it's going to be loud, and I tried

13   going, and earplugs just aren't even good

14   enough, but there are things that I -- when

15   people come up behind me and I don't see them,

16   if they touch me, not only do I jerk and I'm

17   startled, but then I'll start to feel energy

18   build, and I've been able to start breathing

19   through them and not fall apart, but sometimes I

20   get -- I do get to crying, and I'm not a

21   dramatic person.  I'm not a crying person, but

22   it's become where I have to avoid so many things

23   in my life because they're too overwhelming, and

24   even though it's gotten better, I have to go to

25   medline every day.  I have to take medications.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 62 of 112 PageID #: 1009
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 70 of 138 PageID #: 309

70

1      I don't want to be on them.  I tried to get --

2      I've discontinued two of them and I've gotten

3      down on low doses of the other two, but it got

4      to be when I went down on the Effexor I went

5      into a horrible depression.  I didn't want to

6      get out of bed and get showered.  I didn't even

7      care about anything and I just wanted to die.  I

8      hate it.  I hate how I have to avoid

9      interactions with people.  I hate that I can't

10     think like I used to.  The one thing that I

11     loved most about myself is my brain, you know,

12     and I love to learn and I love to read, and

13     that's great, but sometimes I will get stuck in

14     loops of words.  Sometimes I can't figure out

15     the word of something but I know what I mean.

16          The last example was the other day I was

17     describing something about washing my hands, but

18     I couldn't remember the word sink, and I said

19     it's round and the water comes out.  That

20     happens a lot where I just can't access wherever

21     that went.

22  Q  Let me ask you this.  When someone is placed in

23     the SHU at IWP, do those individuals, those

24     offenders who are in the SHU, receive mandatory

25     periodic visits from mental health

1          professionals?

2    A     They do now.  After the ACLU and IPAS civil

3          suit, until then a mental health professional

4          would come around and ask you are you okay and

5          sometimes all you had to say was yes and they'd

6          say "Are you suicidal?  Are you homicidal?  Do

7          you have any hallucinations?"  As long as you

8          said "Yeah, yeah, yeah, I'm fine," they would

9          just go to the next person.  Now, starting in, I

10         think, 2011 or 2012 they started having mental

11         health professionals actually bring you out of

12         your cell and meet with them so they could

13         visually check you and see that you're okay.

14   Q     Would they do that on a monthly basis?

15   A     Yes, once a month mental health would come

16         around and check on you.  Because I was a -- I

17         don't know -- mental health patient.  That

18         sounds so awful, doesn't it?  I'm a mental

19         health patient.  If you were a mental health

20         patient of the psychiatrist or if you were

21         identified as being high risk versus

22         (unintelligible), what have you, they would

23         check on you more often.  Usually during the

24         hardest times I usually saw someone once a week

25         or once every other week.

1      Carol Naylor was really great with me and
2      she was such a help, and she advocated on my
3      behalf for them to help me.  She was the one
4      that specifically informed the official at the
5      time, I think it was Major Peckham and Shirley
6      Washington and Vanessa Tolbert, during one of my
7      classification hearing reviews that I was
8      deteriorating significantly, that she was very
9      concerned about my mental health and that the
10     source of my problems was that I'm in isolation
11     and that something needed to be done to
12     ameliorate the isolation and just the conditions
13     needed to be changed and that it was imperative
14     that they do a referral, some sort of mental
15     health referral, so I could immediately see the
16     psychiatrist, and Miss Washington agreed that
17     she would, and then the next week when I saw her
18     she still hadn't done it, and it was only
19     through Miss Naylor's persistence that I was
20     able to see the psychiatrist before it was my
21     time, and that was Dr. Julie Highland.
22  Q  When did you first meet or start, I guess,
23     treating with Carol Naylor?
24  A  That would have been when I came to IWP in
25     December of 2008.  I probably met her a couple

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 65 of 112 PageID #:
1012
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 73 of 138 PageID #: 312

73

1    of months later when she came around for a --

2    here's your regular mental health check, your

3    monthly check, and then I met with Dr. Highland

4    maybe September of 2009 there at SHU, but I

5    actually have been a patient of Dr. Highland's

6    from before at Rockville.  She is the

7    psychiatrist for both Rockville Correctional

8    Facility and for IWP.  At least she was at the

9    time.

10   The entire time that I've been

11   incarcerated from 2000 until 2008 I never needed

12   a psych med, but in 2008 I was put in solitary

13   confinement at Rockville for just a little under

14   two months, and when I came out, that was the

15   first time I ever had a panic attack, and that's

16   when I first started experiencing -- I didn't

17   know that that had anything to do with solitary

18   confinement.  I had no idea why I was having

19   problems, but that's when I saw Dr. Highland and

20   that's when she first prescribed me a psych med,

21   and then I was her patient probably -- I don't

22   know -- three months before I escaped, but now

23   that I've experienced what I've experienced, I

24   can see how the isolation and the coming out of

25   isolation, how it affected me and how it affects

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 66 of 112 PageID #: 1013
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 74 of 138 PageID #: 313

74

1   me the same then that it did now, but I had no

2   idea that there was a correlation or causation.

3   Q   Does Carol Naylor still provide services at IWP?

4   A   No, she left not long after I filed my lawsuit.

5       It would have been --

6   Q   The 2011?

7   A   The 2011, yes.  She was -- I don't know what

8       happened.

9   Q   How about Julie Highland?

10  A   She does not work for -- Horizon is our health

11      provider.  Before that it was CMS.  I think they

12      merged.  Dr. Highland was whatever they call you

13      when they hire you on your own.

14  Q   Independent contractor?

15  A   That's it.  She left right after they released

16      me from solitary confinement to work for a

17      private group of doctors, I imagine, for better

18      insurance.

19  Q   That information is very helpful.  Here is a

20      point in our visit where I'm going to have to --

21      I'm going to need you to get specific with me.

22          Now, reading from the complaint that you

23      filed, it says on 13 May 2010 Defendants were

24      explicitly warned by mental health professional

25      Carol Naylor that Pender's lack of adquate

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 67 of 112 PageID #:
1014
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 75 of 138 PageID #: 314

75

1      access to out-of-cell exercise/stimulation was

2      directly and negatively impacting Pender's

3      mental health.

4  A   Yes.

5  Q   As used in that sentence, which of these

6      Defendants do you know were specifically warned?

7  A   Major Peckham, Shirley Washington, Vanessa

8      Tolbert, and I believe that Miss Naylor told me

9      -- Miss Naylor told me that she continuously

10     voiced her opinion at the meetings that the -- I

11     don't know.  They're, like, programming --

12     program directors or head officials.  They have

13     regular meetings, and she would voice her

14     opinion during those meetings and I believe that

15     Steve McCauley, Janet O'Neal were present for.

16 Q   Breaking this down a little bit.  As far as

17     Peckham, how do you know Carol Naylor warned

18     Peckham?

19 A   It was during a classification review I was

20     present for and Peckham, Washington and Tolbert

21     were in the room when Miss Naylor was called

22     into the room, and they asked her about her

23     concerns, and she very specifically warned them

24     and had tied it to at the time out-of-cell

25     recreation or exercise opportunities were

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 68 of 112 PageID #:
1015
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 76 of 138 PageID #: 315

76

1       sporadic, often not enough staff, and she said

2       you can't lock people in rooms for long periods

3       of time and not let them out.  It's driving her

4       nuts, but she said it in a very professional

5       manner, and that they needed to write a staff

6       referral for me to see Dr. Highland more

7       immediately because I was deteriorating so badly

8       that she was -- that Miss Naylor was reporting

9       these things in her weekly reports to Dr.

10      Highland, but that in order for additional

11      documentation that they needed to also write a

12      mental health referral because clearly -- I

13      think it was probably the first time that I had

14      cried in a meeting, a review, and I was a mess.

15      So they said, "What is wrong with you?  Clearly

16      there's something wrong with you," and that's

17      when they called Miss Naylor in, and Miss Naylor

18      explained to them that I was deteriorating.

19   Q  And that was a review meeting that happened on

20      13 May 2010?

21   A  Yes, and there should be a classification review

22      paper that is signed by those three Defendants

23      that they were present for it.

24   Q  And it would be dated that May 13, 2010, date?

25   A  Yes.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 69 of 112 PageID #: 1016
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 77 of 138 PageID #: 316

77

1   Q   Let me make sure that I'm understanding

2       correctly what you're telling me and before we

3       move on because there's a dozen people and I'm

4       trying to figure out who was where doing what.

5   A   You want me to draw you a diagram?

6   Q   No, that's okay.  We can talk through it.  The

7       way I'm going to ask the questions it'll be like

8       we're making a verbal diagram.

9   A   Okay, all right.  I'm sorry.

10  Q   So you personally witnessed Carol Naylor

11      advising Peckham, Washington and Tolbert about

12      the negative impact on your mental health of

13      your confinement in SHU?

14  A   Correct.

15  Q   You believe Carol Naylor may have also told

16      McCauley and O'Neal about her concerns?

17  A   Correct.

18  Q   But if she did, you weren't part of that

19      conversation?

20  A   Correct.

21  Q   And as far as any of the other Defendants that

22      are named in this lawsuit, other than Peckham,

23      Washington and Tolbert, those are the only three

24      that you can say with certainty were warned

25      about your condition by Carol Naylor?

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 70 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 78 of 138 PageID #: 317
1017

78

```
 1   A   Correct.

 2   Q   For example, Bruce Lemmon, you've never met him

 3       or spoken to him; right?

 4   A   Correct.

 5   Q   You can't say -- you don't know whether Bruce

 6       Lemmon was ever made aware of Carol Naylor's

 7       concerns?

 8   A   Correct.

 9   Q   That's basically where I'm kind of going with

10       this.  Now, did Carol Naylor communicate this

11       information to Peckham, Washington and Tolbert

12       at just the one meeting in May 2010?

13   A   I'm sorry.  I wasn't paying attention.  I just

14       wanted to point out in my filing that I do my

15       best to specify which Defendants relate to which

16       claims so that it didn't look like they were all

17       responsible for all the claims.  I just wanted

18       to make sure.  Go ahead.

19   Q   I forgot what question I was going to ask.

20   A   Did Carol Naylor communicate this information to

21       Peckham, Washington and Tolbert at just the one

22       meeting in May of 2010?

23   Q   Thank you.  Were there any other meetings,

24       classification review sessions where Carol

25       Naylor or Julie Highland made an appearance and
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 71 of 112 PageID #:
1018
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 79 of 138 PageID #: 318

79

1    advised someone in attendance about your mental

2    condition or your illness?   Was it just that

3    one meeting?

4  A   It was just that one meeting.   The mental health

5    providers were not part of the classification

6    review meetings ever.   The only reason that

7    Carol Naylor was there was because those

8    Defendants observed me clearly not mentally well

9    and called her in to speak to her about my

10   mental health, and that's the only reason that I

11   was able to witness it because usually their

12   conversations were private.

13  Q   You told me a little bit about the cell

14   lighting, illumination policy.   I just want to

15   ask you a couple more questions about that.   If

16   I'm understanding correctly, when you first were

17   assigned to the SHU, the policy was basically

18   24-hour-a-day illumination of some level?

19  A   Yes.

20  Q   And there was a period within that 24 hours

21   where it was regular bright lights and then

22   there was a shorter period of they dimmed the

23   lights a little bit?

24  A   Correct.

25  Q   Eventually that policy changed?

80

1   A   Yes.

2   Q   If I'm remembering correctly what you told me

3       was that Peckham was the driver of that change?

4   A   Uh-huh.

5   Q   When did the policy change, by your

6       recollection?

7   A   Shortly after I filed the 2011 complaint.

8   Q   When the policy changed what was the new

9       illumination for residents of the SHU?

10  A   It's still 24-hour illumination, but the

11      prisoner has the choice whether to turn on the

12      bright light or to keep it dim, whereas before

13      it was from 5:00 a.m. until 11:00 p.m. the

14      bright lights were on and we could not turn them

15      off, and then from 11:00 p.m. to 5:00 a.m. for

16      six hours we were allowed to sleep with a dimmer

17      light.

18  Q   And those lights were controlled from outside

19      the cell?

20  A   Yes.

21  Q   The residents had no light switch inside the

22      cell with which to control that?

23  A   We did, but it's electrical so they just

24      disengage that so that we can't have control.

25      Gotta love technology.

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 73 of 112 PageID #: 1020
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 81 of 138 PageID #: 320

81

1   Q   And that illumination applied to all of the

2       offenders in the SHU?

3   A   Correct.

4   Q   And when they changed the policy in 2011 it was

5       changed for all of the offenders that were in

6       SHU?

7   A   Correct, but that was not the policy for general

8       population. General population didn't have the

9       mandatory bright lights.

10   Q   We're moving right along.

11   A   We are doing well. I'm really glad -- I just

12       want to let you both know that I'm really

13       thankful that you are who you are because you

14       make this really easy and there's no, like, bad

15       energy or, you know (descriptive sound). I was

16       nervous, and just thank you. I really

17       appreciate this, especially being such a hard

18       subject. It's like I don't feel like you're

19       over there being judgemental. You know what I

20       mean? You're, like, I'm just typing away, you

21       know, just doing my job. It's Christmastime.

22       Hope to get a little bonus check for this.

23       No? Oh, that's a shame. And thank you for

24       being good, you know, being gentle. This is

25       just an exchange of information.

1   Q   And again, I appreciate the way in which you're

2        answering the questions.  It's helpful to me and

3        I feel like we're moving along well through the

4        topics I wanted to visit with you about today.

5        I think we're again coming to a point in our

6        visit where I'm going to need you to be a little

7        bit specific with me.

8   A   Okay.

9   Q   And this is -- these questions are again so I

10       can be clear as to what your allegations are

11       against each of these individual Defendants by

12       claim.

13   A   Uh-huh.

14   Q   On the subject of your mental health condition

15       and that at least some of the Defendants were

16       deliberately indifferent to your mental health

17       condition and that it was caused by you being

18       placed in SHU, can you tell me -- I'm just going

19       to go down the list.  We'll try to be efficient.

20       Can you tell me are there any facts that you

21       know that would support that contention against

22       Peter Peckham?

23   A   Yes.

24   Q   Backing up, I can be a little bit more specific

25       with you.  Peter Peckham was aware of your

1      condition by Carol Naylor; right?

2  A    Yes.

3  Q    So what other facts support your contention --

4      we won't say allegation.  Let's say contention,

5      what you contend.  That Peter Peckham was

6      deliberately indifferent to your mental health

7      condition?

8  A    When Miss Naylor specifically warned them that

9      the conditions of my confinement were

10     exacerbating my illness and that she was

11     seriously concerned, that the group that was

12     there, again Washington and Peckham and I

13     believe Tolbert, they said that they were

14     working on getting more out-of-cell exercise,

15     getting more things done, what they called some

16     programming, and it became worse after that.

17     That month, that following month, the month

18     after that.  I mean for months it just kept

19     getting worse and she -- and we addressed it.

20     I addressed it in my meetings with them.  "Why

21     am I not getting out of my cell?"  "Well, we're

22     understaffed."  I said, "Well, why are you

23     understaffed?"  "Well, it's Mr. McCauley and

24     Major Peckham."  So it's up to Mr. McCauley and

25     Major Peckham to correctly staff their prison so

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 76 of 112 PageID #: 1023
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 84 of 138 PageID #: 323

84

 1      that there can be two officers on this unit, and

 2      when two officers are present, then we can have

 3      recreation because if there's only one officer,

 4      then everyone has to remain in their cells, and

 5      that was the conversation that I had with -- at

 6      my classification hearing reviews and also in my

 7      conversations with Wiltsie and Peckham and

 8      Tolbert and Shirley Washington was, "Well, we're

 9      understaffed," and I ask, "Well, who's

10      responsible for that?"  "Well, it's because we

11      don't have the staff."  "Who's responsible for

12      staffing this prison?"

13          It did not become a priority, out-of-cell

14      exercise and recreation regularly did not become

15      a priority until late 2011, early 2012.  I

16      documented it.  It's in there which days that I

17      didn't go to recreation because it wasn't

18      offered or understaffed, but it's a very clear

19      pattern, and when it became a priority, then

20      every single day there were two officers in

21      segregation.  So clearly it was within their

22      control.  Then Miss Naylor had communicated to

23      me that she had brought up this issue her

24      concerns about out-of-cell opportunities for

25      exercise and recreation and also other

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 77 of 112 PageID #: 1024
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 85 of 138 PageID #: 324

85

1     activities to be able to increase stimulation

2     regularly with -- at these meetings.  So

3     whomever were present at these meetings.  I

4     don't know if there are minutes from those

5     meetings that could prove who was present and

6     what they spoke on, but that she regularly

7     brought this up and that the answer that she

8     received from various Defendants, but I do know

9     that Major Peckham was one of them was basically

10    that I was -- that Miss Pender is stuck in

11    solitary confinement and she has to deal with

12    it.  Not in those words specifically but

13    generally --

14   Q   That was your interpretation of --

15   A   Of the conversation that we had, yeah.  It was

16    basically, you know, "Tough.  Sorry, we will

17    work on it," which their timeline of working on

18    it took six months after it became a serious

19    issue.  So they didn't do anything -- I mean

20    they could have done a lot of things that were

21    very simple measures that could have helped the

22    situation and they didn't.

23   Q   What would be some examples of those?

24   A   Putting two officers on the unit.  Because if

25    two officers are on the unit, then you have the

1      ability to get people out of cells for showers,

2      for recreation, for whatever.  Including more

3      items allowed within the cell.  Basically I had

4      books, paper, writing materials.  Whenever we

5      would have these review meetings I would be

6      promised, oh, we're going to get this for you

7      and we're going to get that for you.  We're

8      going to get you a guitar and we're going to get

9      you some -- a whole flower garden and we're

10     going to promise you the sun, moon and the

11     stars, and then it didn't manifest or they'd

12     say, "Well, yeah, you can have yarn but you

13     can't have a crochet hook."  I never got any

14     yarn.  And oh, yes, you can have fill in the

15     blank, but you can't have something that's

16     necessary for you to be able to actually utilize

17     it.

18  Q  I'm listening, even though I'm looking down.

19  A  No problem.

20  Q  Switching gears a little bit and I feel like

21     we're getting close to the end.  I wanted to

22     talk with you a little bit about the issue of

23     the periodic reviews.

24  A  Yes.

25  Q  The periodic classification reviews, of which

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 79 of 112 PageID #: 1026
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 87 of 138 PageID #: 326

87

1   you have already told me a whole lot about the

2   process.  In your complaint it says Defendants

3   Peckham, Johnson, Washington, McCauley, O'Neal,

4   Bainger, Buss, Lemmon, Osburne, Knight,

5   Wilkerson and Tolbert violated Pender's 14th

6   Amendment right to due process when they did not

7   engage in legally sufficient and meaningful

8   reviews of Pender's continued SHU classification

9   which resulted in over five years of segregation

10   depriving her of a liberty interest and

11   deterring unnecessary physical and psychological

12   harm.  Did I read that correctly?

13 A   Absolutely.

14 Q   Going down the list, can you tell me what facts

15   do you know from things you have seen,

16   conversations you have had, documents you have

17   read, conversations you have heard, anything at

18   all, what facts support your contention that

19   Peter Peckham did not engage in meaningful

20   reviews of your SHU classification?

21 A   Okay.  Peckham, Johnson, Washington, McCauley,

22   O'Neal, Wilkerson and Tolbert were all regularly

23   signing the classification hearing review

24   reports that were written out every month that I

25   had a review, and so by signing it, each one of

1   those persons were saying we are keeping her in

2   segregation.  That is the whole purpose of that

3   report is to say we are keeping her in

4   segregation.  We recommend it and we approve it,

5   and so that is how each of those -- there's

6   documentation that they're responsible that they

7   signed we're keeping her in there.

8        The reason why it was not legally

9   sufficient is because it did not meet any

10  requirements of what is supposed to be, and I'm

11  supposed to have the right to due process, and

12  the law says that due process doesn't have to be

13  very much.  It's basically that I have to give

14  -- they are supposed to give me notice that a

15  hearing is going to take place, that I'm

16  supposed to be able to be told why I'm in there.

17  I'm supposed to be able to know what evidence

18  they're using to prove why -- to base their

19  decision that I should still be in there, that

20  I'm supposed to be able to present my opinion or

21  statement, some sort of defense, something to

22  the person who is tasked with making the

23  decision to keep me in there, and then once they

24  made a decision, I'm supposed to get written

25  notice of their findings and why.  That's it.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 81 of 112 PageID #: 1028
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 89 of 138 PageID #: 328

89

1    That's all I ever wanted.  I could not get it.

2    Never did I get notice.  Only once did I get a

3    written reason, which didn't make any sense

4    because it's not supposed to be vague.  It's not

5    supposed to be "well, I have a feeling maybe."

6    No, I think that might be indigestion.  "I have

7    a gut that you're just going to escape again."

8    That's not a real reason.  And that they can't

9    just keep using the fact that I escaped as

10   justification for keeping me in solitary

11   confinement for five years.  At some point in

12   time you have to give that up because you don't

13   say -- if you say to me you escaped once and so

14   I think you're a high risk for escaping again so

15   I'm going to keep you in solitary confinement.

16   Because this whole place is full of people

17   convicted of murder, but you don't say "You

18   committed murder and I think that makes you

19   capable of committing murder again so I'm going

20   to lock in you solitary confinement so you can't

21   murder anymore."

22       So the logic that they used for me was

23   only for me.  It wasn't for anyone else.  No one

24   else that escaped was set in solitary

25   confinement because they might be a risk.  No

1    one else who committed assault against officers,

2    against other people.  It didn't matter what

3    they did.  No one else was held in solitary

4    confinement continuously for that act.  So that

5    was just a thin, flimsy excuse that's not

6    legally sufficient.  You can't do it.  The law

7    doesn't say you're allowed to do it.

8            Furthermore, other than the two answers

9    that Peckham and Washington gave, which was

10   "I'm not convinced she's not an escape risk."

11   Well, what convinces you?  Because at that time

12   I had perfect behavior.  I had not had one

13   write-up in over two years that I was back there

14   when she told me that.  Well, what is it?  Am I

15   having conversations?  Am I writing something?

16   Am I getting caught doing things that would

17   convince you of this?  What is it?  She could

18   not give -- "I have a gut feeling."  That's what

19   she told me.  Major Peckham wrote that our

20   facility is not ready for her release.  What he

21   meant by that, what he told me with his own

22   mouth was that he did not trust his staff.  So

23   because their story line is that I manipulated

24   this male guard into helping me escape that they

25   are uncomfortable with their own staff and do

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 83 of 112 PageID #:
1030
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 91 of 138 PageID #: 330

91

1       not have faith in the employees of the

2       Department of Corrections that they will not

3       commit prohibited acts with me.

4    Q  They were concerned the same thing might happen

5       again with the staff?

6    A  Yes, and I asked him, I said, "I don't

7       understand.  How can you hold me responsible for

8       possible acts of your staff that they can do

9       with anyone?" and he said, "Well, you're a very

10      smart individual and I just don't think my staff

11      are ready for you."  I said, "So you hire idiots

12      to work here?   Is that what you're telling me?"

13      and he said, "You said that.  I didn't."

14           When my mother called Major Peckham -- I

15      tell you what.  Major Peckham, he's a good man.

16      He's always been straightforward with me, and

17      despite everybody else pointing fingers, he has

18      been one of the most transparent people, and I

19      appreciate that.  When my mother called him and

20      asked him why are you still holding my daughter

21      in solitary confinement, he said because your

22      daughter is too smart.  How can you put someone

23      -- how can you lock them in a room because

24      they're too smart?   That's not a reason.

25      That's why these reviews were bogus because it

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 84 of 112 PageID #: 1031
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 92 of 138 PageID #: 331

92

1    never mattered.  Nothing that the law says is

2    supposed to matter.  It didn't matter, and the

3    law says that I'm supposed to be able -- you're

4    supposed to tell me why I'm in there.  What am I

5    supposed to do different in order to get out of

6    here?   And they couldn't give it to me because

7    it was all a sham.  It had nothing to do with

8    what I did.  It was all based on their own fear,

9    their own egos, and then every time that I would

10   ask who is really responsible, I could never get

11   a straight answer until Jim Basinger told me

12   after I had been there for four years.  So I

13   never knew who it was that I was supposed to be

14   petitioning.  I never got a chance to meet with

15   the person who was tasked with the decision-

16   making capability.  The person who says "Yes,

17   I'm the one that says you're supposed to be in

18   here."  They wouldn't even identify him except

19   it's downtown, it's the commissioner.  Oh, no,

20   it's him, it's her.  No, it's not me; it's you.

21       So that's why they were bogus because I'm

22   supposed to be able to meet with the person or

23   at least have an opportunity to present my views

24   to that person and get someone to take

25   responsibility for this decision.  I want

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 85 of 112 PageID #: 1032
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 93 of 138 PageID #: 332

93

1    someone to be held accountable.  That's it.  And

2    they wouldn't give it to me.  Not only would

3    they not give it to me, but they gave my family

4    the run-around and it just became a game.  That

5    is why the Defendants that work in central

6    office, Ed Buss, Bruce Lemmon, Michael Osburne,

7    Stanley Knight and Jim Basinger, that's why they

8    are on there because, according to their own

9    staff, particularly Major Wiltsie and Major

10   Peckham, who would be the two men with the most

11   information, identified those men downtown, the

12   executive directors, the deputy commissioner,

13   the commissioner, they identified those men as

14   being the decision-makers.  They're the ones

15   dictating that I had to stay in lock, and so,

16   therefore, if these men are the ones dictating

17   it, then these reviews mean nothing, they mean

18   nothing, and that's why they were never

19   meaningful.  So every single person who was in

20   there and signing off on this and saying, no,

21   she's not going to get out of lock today, they

22   were just rubber-stamping for these people

23   downtown who are really running the show.

24   That's not meaningful and that's not legally

25   sufficient, and they owe me more than that, and

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 86 of 112 PageID #:
1033
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 94 of 138 PageID #: 333

94

```
 1        they owe all the other women back there that
 2        because a lot of times they don't give them the
 3        reasons that they're down there or what they can
 4        do to get out.  I know this case is about me,
 5        but it's not really just about me.  It's about
 6        everyone who's stuck in solitary confinement.
 7        It's a horrible place and it does horrible
 8        things to you, and they should not be able to
 9        put you in there and just leave you there
10        because they want to, because they said so.
11   Q    If I'm understanding correctly -- and again,
12        as you told me about a couple hours ago, the
13        central office -- what did we call them?  The
14        downtown guys?
15   A    Yeah, downtown, it's all about downtown.
16   Q    Let me back up.  Restart the question.  The
17        downtown guys, in particular Ed Buss and Bruce
18        Lemmon, were not people that you spoke with or
19        dealt with because they were downtown?
20   A    Correct.
21   Q    Are based on things certain IWP staff members
22        would tell you is how you have come to
23        understand that Lemmon, Osburne, Knight, Buss,
24        Basinger -- forgetting anyone of the downtown
25        guys?  Did I forget anyone?
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 87 of 112 PageID #: 1034
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 95 of 138 PageID #: 334

95

1   A   I always look.

2   Q   I'll back up again.  If I'm understanding

3       correctly, the reason that you know the downtown

4       guys played a role in there not being meaningful

5       reviews of your classification status is because

6       of statements made to you by other IWP staff

7       members?

8   A   Correct, and through correspondence -- I

9       actually had correspondence with -- although I

10      sent it to the commissioner, the responses came

11      from Michael Osburne, Stanley Knight and --

12      there's another guy.  Michael Pavese maybe, but

13      he wasn't part of the decision-making crew.

14      Then Jim Basinger, he told me himself, which

15      just gave credibility to everything the rest of

16      the staff was telling me.  Stanley Knight,

17      Michael Osburne and James Basinger, they have

18      all switched positions within downtown.  Just

19      like we went from Ed Buss to Bruce Lemmon.  I

20      think that the reason that one or two of them is

21      even involved is because they were in that

22      position at the time.  I don't know what their

23      specific involvement was except for what they

24      returned to me in correspondence, but someone

25      knows other than just them.

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 88 of 112 PageID #:
1935
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 96 of 138 PageID #: 335

96

1    Q    Presumably somebody knows?

2    A    People know, yeah, somebody knows.

3    Q    But as you sit here today, you can't say who?

4    A    Right because I can't get out to go interview

5         them and say, hey, what do you know about this

6         or what have you.  I don't have access to these

7         people or the people that they work with or no

8         one's going to tell a prisoner, yeah, I had

9         lunch with so-and-so the other day and he said

10        he can't wait to see you come out.

11   Q    Why were you released from SHU?

12   A    I have no idea.

13   Q    When you were released, you had to go to the --

14   A    Grace.

15   Q    The bad girls' dorm?

16   A    Yes, they call it ironically grace.

17   Q    Which is the transitional dorm; right?

18   A    Sort of.  It's kind of like purgatory.

19   Q    When you moved from SHU to the transitional

20        dorm, did anyone at IWP tell you the reason that

21        you were getting to go to the transitional dorm?

22   A    Mr. McCauley came.  It was time for my 30-day

23        review.  I had been there for five years and a

24        month.  When I went into my review, he asked me

25        if I was ready to take the next step.  I said,

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 89 of 112 PageID #: 1036
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 97 of 138 PageID #: 336

97

1    well, that depends on what the next step looks

2    like.  He said it looks like grace.  I said yes,

3    and then he explained to me what grace was, how

4    it worked basically and that I would be

5    monitored and then we would see about

6    transitioning to the next step into general

7    population, but never once did he tell why it

8    was time for me to get out because he never told

9    me why I was in there in the first place.

10   Q   And since you were moved out of SHU you haven't

11       had to go back into SHU for a disciplinary

12       violation or anything like that?

13   A   I did once.  I had to go back for two weeks

14       because I made a flower and vegetable seed bank

15       when I was working on the gardening crew and I

16       improperly stored the seeds.  Instead of in the

17       closet, they were in my room.  So they sent me

18       to lock for a couple weeks, and then I went back

19       through grace and went back to open population,

20       but it was -- I would be gracious to say that it

21       was a miscommunication between myself and

22       another person when really that person was not

23       willing to take responsibility for what came out

24       of their mouth.  "Oh, I don't know.  I didn't

25       give her permission."  So just more of the same.

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 90 of 112 PageID #: 1037
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 98 of 138 PageID #: 337

98

1    Q    When was that --

2    A    Miscommunication.

3    Q    The two-week, I guess, detour back to SHU.

4    A    Maybe September of 2014, I think.  Since then

5         I've learned my lesson that I must always ask

6         explicit permission for everything and get it in

7         writing before I do something that's out of the

8         ordinary, and that's how I've not been back to

9         SHU.

10   Q    The periodic classification reviews that IWP did

11        when you were a resident of the SHU, was it your

12        understanding they were required to do that by

13        policy?

14   A    Yes, by policy and also by state law and federal

15        law.  The Department of Corrections has a legal

16        unit and, of course, they know what the laws

17        are, and then they write policies based on what

18        those laws are, and they also design the forms

19        that the Department of Corrections uses for

20        various things, including these classification

21        reviews, and so there is a form.  It is called

22        Notice of Classification Hearing.  They only do

23        this once a year, and on this little piece of

24        paper it says that you're to get a

25        classification review hearing once a year for

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 91 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 99 of 138 PageID #: 338

1038

99

1    everybody in the prison, and that you have a

2    right -- you have all these rights, and it says

3    you have a right to have fair notice, you have a

4    right to attend the hearing, you have a right to

5    present evidence on your behalf, you have a

6    right to be notified in writing of the basis of

7    the decision.   All of these things that our

8    wonderful legislature has said these are the

9    things that you must have to have a meaningful

10    classification review.   So these forms are only

11    distributed with our annual reviews, but it also

12    has to be signed by the officials.   So they have

13    fair notice of what our rights are and, yet,

14    they still choose to violate them.

15  Q   So in addition to the monthly classification

16    review meetings, you and everybody else also had

17    a separate annual evaluation?

18  A   Yes, and that's done by the unit team manager,

19    which would be either Shirley Washington or

20    Leslie Johnson and then whoever our case worker

21    would be and Miss O'Neal who is the head of

22    classification.   And on these forms, on these

23    classification forms they have boxes for the

24    officers or classification review people to fill

25    in and there are instructions that go with

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 92 of 112 PageID #:
1039
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 100 of 138 PageID #:
339

100

1    these.  One of those instructions on the

2    classification report specifically says decision

3    and basis.  So if you look up our policy, which

4    Mr. McCauley signs every year and Miss O'Neal is

5    responsible for maintaining, it specifically

6    says in there how to fill out these forms.  So

7    it has on there that you're supposed to put your

8    decision and the basis for your decision, and I

9    could not get it, not in five years could I get

10   it.

11 Q   So if I'm understanding correctly, in the five

12   years you were in SHU for each of the monthly

13   review committee meetings there were only two

14   committee reports that contained an explanation

15   of the reason for why they were keeping you in

16   SHU?

17 A   There was only one report, but it was signed by

18   two Defendants and they each put their

19   reasoning.

20 Q   Which two Defendants was that?

21 A   That would be Shirley Washington and Major

22   Peckham.

23 Q   I know you don't have any of the stuff in front

24   of you.  Can you tell me, to the best of your

25   recollection, about when that report would be?

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 93 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 101 of 138 PageID #:
340

101

1   A   Maybe March of 2011, February or March 2011.   It
2       was the basis for my appeal, my classification
3       appeal, which then became the basis for my
4       classification.
5   Q   We're not going to mark those as an exhibit, but
6       do some of these look familiar?
7   A   Yeah, I really tried to make this work before.
8       So it would be attached to the classification
9       appeal that I filed which then became the basis
10      for this complaint.   The appeal goes to
11      Superintendent McCauley, who is a Defendant, and
12      when I appealed the classification, the
13      recommendation of Peckham and Washington and his
14      agreement or approval at the bottom, the
15      classification appeal went to Mr. McCauley and
16      his answer was threat to safety and security of
17      the facility.   When I tried to get clarification
18      of that, I got no answer.   So anytime that I was
19      asked -- that I asked Mr. McCauley or wrote Mr.
20      McCauley, the answer was threat to safety and
21      security of the facility.
22  Q   That was consistently the response that you
23      received?
24  A   From Mr. McCauley, yes, which I have no idea
25      what that can entail.   That encompasses a very

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 94 of 112 PageID #:
1041
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 102 of 138 PageID #:
341

102

1      large amount of threats and is also legally
2      deficient.  You can't just make some vague
3      accusation that I'm a threat and not have some
4      explanation, something, anything.
5    Q   You have explained a little bit of this to me,
6      and I ask this with the understanding that you
7      are not a lawyer; right?
8    A   Right.
9    Q   But can you tell me -- I'm kind of separating
10     what the policy says from what you might know
11     about the law from doing legal research.  Can
12     you tell me what is your understanding of what
13     the policy required the IWP staff to do to
14     properly conduct and then render a decision on a
15     classification review?  Just in your own words,
16     this is just based on your understanding.  Can
17     you tell me what your understanding is of what
18     the policy requires them to do?
19   A   For the classification 30-day reviews?
20   Q   Yeah, and you had mentioned some things in other
21     answers like notice, opportunity to present
22     evidence, that kind of thing.
23   A   Their classification policy, I brought a copy.
24     I can mail you a copy so you don't have to
25     search through it, but it --

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 95 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML  Document 94-12  Filed 02/13/17  Page 103 of 138 PageID #:
342
103

```
 1   Q   Did you get it online or did you get it from --
 2   A   Law library.  There's a giant catalog of all the
 3       policies, and I spent two days reading through
 4       the classification policy looking specifically
 5       for explanations on what they're supposed to do
 6       and what information they have instead of trying
 7       to assume you should know.  The policy
 8       specifically says that when you have a
 9       classification review -- and it can be for
10       various reasons, and they list the reasons why
11       you might have one, and one of them is
12       administrative segregation.  That you are
13       supposed to fill out this form, which is the
14       form that they always use, and that's the
15       classification hearing report, and that you're
16       supposed to -- I think the notice part is
17       actually in the annual notification
18       instructions, but the rest of it is which is
19       meet with the inmate, fill out this form, note
20       the reasons for your decision, communicate that
21       decision in writing with stated reasons to
22       inmate, provide a copy to the inmate, things
23       like that.  It's very clear that they're
24       supposed to give you reasons and document them.
25   Q   IWP, through the Defendants you've named in this
```

Case 1:14-cv-01287-TWP-DML Document 105-23 Filed 05/02/17 Page 96 of 112 PageID #: 1043
Case 1:14-cv-01287-TWP-DML Document 94-1 Filed 02/13/17 Page 104 of 138 PageID #: 343

104

1      lawsuit that were IWP staff members, didn't do

2      that?

3  A  No, and the people downtown that the IWP staff

4      identified as being responsible for my

5      classification to SHU never did those things

6      either because it's my understanding that since

7      they were in charge of my classification, then

8      it was their responsibility to bring someone

9      here or to -- even if they hold a meeting

10     without my presence, that is okay as long as

11     they do the rest of it, which is give notice

12     that this hearing is going to be there, give me

13     the reasons and the evidence it's based on, what

14     they're accusing -- this is why we're keeping

15     you, give me an opportunity to present in

16     writing my defense of it or my explanation and

17     then for them to make a decision and to tell me

18     what it is and why they've made it and then give

19     that to me in writing.

20         So they could have very easily followed

21     the law and did the classification reviews

22     downtown as long as they just follow these basic

23     rules. All I wanted was an explanation and an

24     opportunity to talk to somebody who was keeping

25     me locked in this room, but they didn't have to

1    see me.  They didn't want to see me because they
2    didn't care.  They don't care what it does to
3    your mind.  They don't care that they've locked
4    you in this room.  They don't care what it does
5    or how it affects you.  I don't know what they
6    care about, but they certainly didn't care about
7    how it raped me of my sanity, and I never would
8    believe how horrible it is unless I went through
9    it because I used to think people were being
10   dramatic whenever they would have panic attacks.
11   I'm like "Oh, my gosh, she's so dramatic."
12   Until it happened to me and I realized how
13   involuntary and awful it was.  I didn't realize
14   how awful the pressure was until I want to die.
15   I didn't realize how awful it was to be stuck by
16   yourself with nothing but your thoughts and
17   books and whatever, and then talk to people.
18   Whenever I would be able to talk to someone, I
19   was so slobber and happy to talk to them.  You
20   couldn't get me to shut up.  And then all the
21   negative effects that come with it.  It's like
22   whenever people come back from war and they seem
23   okay most of the time but then there's things
24   that are wrong with them.  That's what it does.
25   It does bad things to your brain.

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 98 of 112 PageID #: 1045
Case 1:14-cv-01287-TWP-DML  Document 94-1  Filed 02/13/17  Page 106 of 138 PageID #: 345

106

1     More and more and more the judicial

2     system is recognizing this because you can't

3     ignore it forever, and the people who are in

4     power to change it, some of them are listening

5     and some of them don't care because we're

6     prisoners, we're inmates, we've offended the

7     law, and so I am so grateful for the Indiana

8     Protective Agency Services that I think our

9     Congress was the one that created the funding

10    for these committees.  They said people are

11    going to be abused if they have mental illness.

12    So you make a group of people who are going to

13    advocate for them.  So someone probably back in

14    the seventies when everybody was feeling good

15    about life was, like, we should take care of the

16    people who can't take care of themselves.  If it

17    wasn't for them and the ACLU, then all of the

18    evidence that they collected and all of the

19    experts and all of the people in the other

20    solitary confinement like Pelican Bay down there

21    in Louisiana, if they didn't do all these things

22    on behalf of us prisoners in solitary

23    confinement, then none of us would be in the

24    court systems, it wouldn't be in the public eye

25    and people wouldn't take it seriously.  So I am

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 99 of 112 PageID #:
1046
Case 1:14-cv-01287-TWP-DML   Document 94-1   Filed 02/13/17   Page 107 of 138 PageID #:
346

107

1      grateful because now my case is -- my medical

2      records were part of that class action lawsuit

3      and I met with Ken Falk, and I was so grateful

4      that someone cared.  That was it.  I just want

5      someone to care, and they're supposed to, and

6      the law says you're supposed to care, and if you

7      don't, at least you're supposed to follow along

8      these rules so you can't lock somebody in a room

9      just because you said so.  You can actually.

10     They can do it for, like, up to a year, just

11     regular administrative segregation.  They get

12     enough leeway, but after that you've got to have

13     a reason.  You've got to have these due process

14     protections because it's cruel and it's wrong,

15     and that's why I have this lawsuit.  It's not

16     because I thought it would be fun to sue the

17     state, you know.

18  Q  Let me ask you this.

19  A  Sure.

20  Q  What would you like to see -- what are you

21     asking for in terms of relief, whether it's a

22     change in policy or some dollar amount, damages?

23  A  I get it.

24  Q  For you if you had it your way, what would you

25     consider a positive outcome for you from this

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 100 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-17   Filed 02/13/17   Page 108 of 138 PageID #:
347

108

1        lawsuit?

2    A   First I would want for the Department of

3        Corrections to make it important to follow the

4        rules, to hold the employees whom are in charge

5        of prisoners in solitary confinement, to hold

6        them accountable and to make it important that

7        they follow due process rules so that it

8        protects what little tiny rights that we still

9        have.   I would like for all the people who had

10       the power to do something, I want them -- I want

11       the courts to tell them that they were wrong,

12       that their actions were wrong.   I think they

13       call it declaratory relief where the court makes

14       a declaration that says you were wrong, this is

15       why you were wrong and this is what you should

16       have done, so that they can have -- one, so that

17       they can have a reason for -- they can be given

18       a reason why I'm suing them.   Here's the reason.

19       You were wrong and here's how fix it.   That's

20       what I want the court to do.   Because obviously

21       it being policy didn't make them do it, and I

22       want the people that were in power downtown, I

23       don't want them to be able to do this to anybody

24       else, and I don't know what that looks like,

25       like what that really looks like, but I don't

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 101 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-48   Filed 02/13/17   Page 109 of 138 PageID #:
348

109

1       think that they should be able to micromanage an

2       individual's life in the way that they did me

3       beyond just locking me in solitary confinement,

4       but I mean singling me out and making my life

5       hell because it's not right.  Maybe because

6       their ego was bruised or because they just felt

7       like they could.  I don't know why, I don't know

8       why they did what they did, but they shouldn't

9       be able to do it.  They need to treat people who

10      have mental illness or who are exhibiting mental

11      illness, treat them better, give them better

12      treatment because I don't know what they're

13      doing back there now.  I know that they have

14      more mental health staff back there now, but I

15      don't -- and I know that it was in response to

16      the lawsuit, but people are still going crazy.

17      There was a girl who just killed herself back

18      there four months ago, hung herself in the

19      shower, and they knew she was -- she told them

20      she was suicidal.  There's a girl who just cut

21      her wrists and had to go out to the hospital to

22      get stitched up from her wrist to her elbow

23      three days ago.  There are people back there

24      that are hurting themselves, and they don't --

25      you lock them in a room and it just makes it

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 102 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-49   Filed 02/13/17   Page 110 of 138 PageID #:
349

110

1    worse.

2  Q  So we've --

3  A  And the other thing is I want them to make me

4    better.  I want better mental health treatment.

5    I want to be better.  I want myself back.  I

6    don't get treatment.  I get a pill.  That

7    doesn't help.  Whenever I go to see mental

8    health, they're like, "Well, you're doing so

9    good and you have all the coping skills.

10    There's nothing we can help you with."  That's

11    not true and shouldn't be.  I want them to make

12    me better.  I want that part they stole from me,

13    that part that ripped off and floated away.

14    That's still out there.  I am not the same

15    person I was.  I want that part of me back.  I

16    want to be whole.  That's what -- I want to be

17    made whole.  I don't know how that's going to

18    happen, but I want to be made whole.  I don't

19    know if they can ever take that back.  I don't

20    want to suffer anymore.  That's it.  And they

21    should have to pay some sort of price.  I don't

22    know what it is, but they should have to pay a

23    price too.  They shouldn't be able to get away

24    with stuff like that.

25  Q  Sarah, in the three and a half hours that you

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 103 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-30   Filed 02/13/17   Page 111 of 138 PageID #:
350

111

1      and I have spent together talking about this

2      case, we've covered a lot of different topics,

3      talked about a lot of different people.  I am

4      close to the end of the questions that I have

5      for you, but I wanted to give you the

6      opportunity, based on the things that we have

7      discussed today, is there anything that you

8      would like to add to your testimony, anything

9      you want to make me aware of or expand on a

10     little bit?   I wanted to give you that

11     opportunity now.  And if not, you don't have to.

12     That's fine.

13  A  I was just trying to think.  It was in my notes

14     that they took away.  I did my best to organize

15     my complaint to be legally sufficient, but the

16     two parallel issues for me are discrimination

17     because they intentionally treated me different

18     in order to punish me, and in the law's eyes,

19     that's -- they deprived me of a constitutional

20     right, which was my right to be free of that

21     intense confinement, and that the people

22     downtown knew what they were doing.  Everybody

23     in this knew what they were doing.  Every time

24     that they signed a piece of paper, every time

25     that they had a conversation about it and didn't

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 104 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-51   Filed 02/13/17   Page 112 of 138 PageID #:
351

112

1   do anything.  There are a lot of people here

2   with a lot of power who didn't do anything.

3   Maybe they really didn't have any power and

4   maybe it really was the commissioner that said

5   this is the way it is and this is the way it's

6   going to be until I say so, or maybe he just

7   said stick her in there for five years, see how

8   she likes it.  I have no idea how that

9   conversation happened, but there are people

10  along the way that are under him or that work

11  with him who knew that was wrong.  There are

12  other people that are part of the Defendants

13  themselves, but these people, they know that

14  it's wrong and they don't do anything about it.

15  Carol Naylor tried to do something about it.

16  She was one of the little people on the totem

17  pole and she was willing to voice that it was

18  wrong, and it's really sad that it takes someone

19  who has almost no power to stand up and say this

20  person with even less power is being abused.

21       So my allegation is that they did this

22  with full understanding what they were doing,

23  and because I don't have access to them, I can't

24  prove it very well, but if I have to go through

25  all the motions and beg the courts for an

Case 1:14-cv-01287-TWP-DML  Document 105-23  Filed 05/02/17  Page 105 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML  Document 94-52 Filed 02/13/17  Page 113 of 138 PageID #:
352

113

1     attorney and the resources to go interview

2     people, somebody is going to tell the truth,

3     and I want that on record that I know there are

4     people that are willing to tell the truth.

5     That's all I want.  And the equal protection is

6     -- they're supposed to treat people who are

7     similarly situated alike.  That other women in

8     that segregation unit were -- I was treated

9     differently than them.  Other people who have

10    escaped, I was treated differently than them.

11    Any group of people that you compare me to that

12    are similarly situated, I was treated

13    differently with the express intent that I be

14    punished in this way, which happens to be either

15    cruel and unusual punishment or depriving me of

16    my liberty interest through lack of due process.

17         I know it's all interconnected, and maybe

18    I didn't do the greatest job of putting it in

19    the way that it should be and maybe the court

20    will give me an attorney that can do that, but I

21    feel like with everything we've talked about

22    today, I believe that I've communicated to you

23    to the best of my ability and given you every

24    last supporting document and note that I've made

25    that I've tried to do everything the right way,

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 106 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-53   Filed 02/13/17   Page 114 of 138 PageID #:
353

114

1    and I've been as transparent as possible.  I

2    have avoided talking about unflattering things

3    so my fears about retaliation, I don't have them

4    at the end of this conversation, and I

5    appreciate you making that easy for me.  We've

6    stuck to the facts and I'm grateful for how well

7    this went, and I feel like I've said what needs

8    to be said, and I hope that if you have

9    additional questions that we can do this through

10   interrogatories, and I know that when I sent my

11   interrogatories for the Defendants that I got

12   more avoidance and more vague answers, and so

13   all I can do is hope for a little bit of

14   transparency from them, but I know that most of

15   them are just -- they're just out to protect

16   themselves.

17 Q  Let me ask you this.  You gave the Attorney

18   General's Office a bunch of documents in

19   discovery responses for the 2011 lawsuit; right?

20 A  Yes.

21 Q  Is there anything that you have now that is

22   different than or in addition to those documents

23   that you produced in the 2011 suit that support

24   your claims in this lawsuit, or did that

25   production pretty much cover everything?

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 107 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-14 Filed 02/13/17   Page 115 of 138 PageID #:
354

115

```
 1   A   I think it pretty much covered everything.  I
 2       know that when I re-filed this in 2014 that I
 3       took out some of the issues because they have
 4       been resolved and then I added a couple of
 5       people because of the conversations.  After I
 6       filed -- re-filed in 2014 I remember sending a
 7       packet maybe it was to Wade Hornbacher or some
 8       lady that was on it really shortly and then took
 9       her -- and she was off.  She was on, then she
10       was off.  She recently left in, I think,
11       February, this past February.  So I haven't had
12       a lot of communication with any of the attorney
13       generals, but I can go through my stuff, and if
14       I have additional -- whatever additional notes
15       I've taken since then that have supported it, I
16       can send you.  I know that most everything that
17       happened happened in 2011 before, and then since
18       then it was just more of the same, just more of
19       the same.  I don't know if I have any more
20       notes, but if I do, I will send them to you.
21   Q   And that was kind of just a fancy way,
22       unnecessarily fancy way of me asking you is
23       there anything you didn't give the state before
24       in the last year that relate to the claims.  I
25       understand the fact that you are no longer in
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 108 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-15   Filed 02/13/17   Page 116 of 138 PageID #:
355

116

| | | |
|---|---|---|
| 1 | | SHU means there's no -- there's a certain type |
| 2 | | of documentation that would no longer be taking |
| 3 | | place. |
| 4 | A | Right. |
| 5 | Q | If you could look, if it's something that you |
| 6 | | feel like I don't have based on what you gave |
| 7 | | Wade in the other lawsuit and that it relates to |
| 8 | | your claims, if you could -- I could send you a |
| 9 | | request for production. |
| 10 | A | No. |
| 11 | Q | Otherwise, I think -- |
| 12 | A | Do you have access to my medical record?  Well, |
| 13 | | I wrote a release form to Wade for access to my |
| 14 | | medical records, and that's electronic.  So you |
| 15 | | should also have access to my medical records so |
| 16 | | you should be able to see the mental health |
| 17 | | stuff in there that's been continuing since |
| 18 | | then.  Most of it's just wasting trees anyway. |
| 19 | Q | As you noticed, I tried to not send you back all |
| 20 | | the stuff you had given us so that you had more |
| 21 | | copies. |
| 22 | A | What happens next? |
| 23 | Q | I think for today that's all the questions that |
| 24 | | I have for you.  Why don't we go ahead and we'll |
| 25 | | consider the deposition formally ended and go |

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 109 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-16   Filed 02/13/17   Page 117 of 138 PageID #:
356

117

```
 1          off the record, if that's okay.

 2     A    Yes, thank you.

 3

 4

 5

 6

 7              AND  FURTHER  THE  DEPONENT  SAITH  NOT.

 8

 9

10

11          _____

12          SARAH  JO  PENDER

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 110 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94957 Filed 02/13/17   Page 118 of 138 PageID #:
357

118

1 | STATE OF INDIANA   )
                    )  SS:
2 | COUNTY OF MARION  )

3

4     I, Deanne S. Hutson, a Notary Public in and for

5 said county and state, do hereby certify that SARAH

6 JO PENDER, the deponent herein, was by me first duly

7 sworn to tell the truth, the whole truth and nothing

8 but the truth in the aforementioned matter;

9     That the foregoing deposition was taken on

10 behalf of the Defendants at the Indiana Women's

11 Prison, 2596 Girls School Road, Indianapolis, Marion

12 County, Indiana, on the 15th day of December, 2015,

13 pursuant to the Applicable Rules;

14     That said deposition was taken down in

15 Stenograph notes and afterwards reduced to

16 typewriting under my direction; and that the

17 typewritten transcript is a true record of the

18 testimony given by said deponent;

19     And that the deposition upon oral examination

20 was taken down in Stenograph notes and afterwards

21 reduced to typewriting under my direction and

22 thereafter presented to said witness for signature;

23     I do further certify that I am a disinterested

24 person in this cause of action; that I am not a

25 relative or attorney of any of the parties.

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 111 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-18   Filed 02/13/17   Page 119 of 138 PageID #:
358

119

1        IN WITNESS WHEREOF, I have hereunto set my hand

2   and affixed my notarial seal this _____ day of

3   _____, 2015.

4

5

6

7

8                    _____

9                    Deanne S. Hutson, Notary Public

10

11

12  My Commission Expires:
    October 21, 2022
13  Residing in Marion County, Indiana

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:14-cv-01287-TWP-DML   Document 105-23   Filed 05/02/17   Page 112 of 112 PageID #:
Case 1:14-cv-01287-TWP-DML   Document 94-59   Filed 02/13/17   Page 120 of 138 PageID #:
359

```
 1   (Originating Party)
     Jonathan P. Nagy
 2   OFFICE OF THE INDIANA ATTORNEY GENERAL
     Indiana Government Center South, 5th Floor
 3   302 West Washington Street
     Indianapolis, Indiana 46204
 4
                  NOTICE OF DEPOSITION FILING
 5
           IN THE UNITED STATES DISTRICT COURT
 6              SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION
 7
     SARAH JO PENDER,              )
 8                                 )
               Plaintiff,          )
 9                                 )
          v.                       )
10                                 )
     PETER PECKHAM, JAMES          )
11   BASINGER, ED BUSS, STEVE      )      CASE NO.
     MCCAULEY, JANET O'NEAL,       )1:14-CV-01287-TWP-DML
12   LESLIE JOHNSON, SHIRLEY       )
     WASHINGTON, VANESSA TOLBERT,  )
13   MICHAEL WILKERSON, STANLEY    )
     KNIGHT, MICHAEL OSBURNE and   )
14   BRUCE LEMMON,                 )
                                   )
15             Defendants.         )

16
          In compliance with the Indiana Rules of
17   Procedure, Federal Rules of Civil Procedures and/or
     the rules of the Industrial Board, you are notified
18   that the signed original deposition of SARAH JO
     PENDER, taken on the 15th day of December, 2015, has
19   been sealed and submitted to the originating party,
     along with the attached Errata Sheet(s), if
20   applicable.

21

22             _____
               (Date received by Circle City Reporting)
23
                    CIRCLE CITY REPORTING
24              135 North Pennsylvania Street
                    Indianapolis, IN 46204
25                    (317) 635-7857
```