EXH. 27

Case 1:08-cv-01317-TWP-MJD Document 260-1 Filed 10/27/11 Page 1 of 27 PageID #: 3663

| Number | Description |
|---|---|
| VOL. I | **DEPOSITIONS, DISCOVERY RESPONSES, AND MEDICAL RECORD TEMPLATES** |

*Department of Correction - Statewide Depositions*

1. Deposition of Jamie Wiles Oberholtzer, M.D. (30(b)(6)) (May 6, 2010)
    Dep. Exhibit 1: Notice of Deposition
2. Second Deposition of Jamie Wiles Oberholtzer, M.D. (30(b)(6)) (June 10, 2011)
    Dep. Exhibit 1: Notice of Deposition
    Dep. Exhibit 2: Supplement to Notice of Deposition
    Dep. Exhibit 3: Rule 30(b)(6) Designation
    Dep. Exhibit 7: Publication List
    Dep. Exhibit 11: DOC Previous Mental Health Codes
3. Deposition of James Basinger (30(b)(6)) (June 23, 2011)
    Dep. Exhibit 1: Notice of Deposition
    Dep. Exhibit 2: Rule 30(b)(6) Designation
    Dep. Exhibit 3: Supplement to Notice of Deposition — *staffing levels for (handwritten) ind/ RAHM*
    Dep. Exhibit 4: DOC Population (2000 - 2011) and Budget Appropriations (2000 - 2013)
4. Deposition of Edwin G. Buss (Jan. 25, 2011)
5. Deposition of Rose Vaisvilas (Apr. 29, 2011)
6. Deposition of Bryan Pearson (Apr. 29, 2011)

*Pendleton Correctional Facility Depositions*

7. Deposition of Todd Longstreet Chilton (30(b)(6)) (Sept. 16, 2010)
8. Deposition of Vicki Burdine (30(b)(6)) (Sept. 16, 2010)
9. Deposition of Laurie Johnson (30(b)(6)) (Sept. 16, 2010)
10. Pendleton Depositions Exhibit Index
    Dep. Exhibit 1: Notice of Deposition
    Dep. Exhibit 9: Response to Notice of Deposition Inquiries
    Dep. Exhibit 10: Cell Extractions (Jan 2010 - Sept. 2010)

*Westville Correctional Facility Depositions*

11. Deposition of Thomas Michael Allen, Psy.D. (30(b)(6)) (Sept. 3, 2010)
12. Deposition of Leonard Ball, M.D. (30(b)(6)) (Sept. 3, 2010)
13. Deposition of Gary Brennan (30(b)(6)) (Sept. 3, 2010)
14. Pendleton Depositions Exhibit Index
    Dep. Exhibit 1: Notice of Deposition
    Dep. Exhibit 17: Sample Medical Record of Paul Genrich (918748)
    Dep. Exhibit 18: Sample Medical Record of Elmer Malicoat (141576)
    Dep. Exhibit 19: Response to Notice of Deposition Inquiries
    Dep. Exhibit 20: Cell Extractions (Jan. 2010 - Sept. 2010)

*Wabash Valley Correctional Facility Depositions*

*I. Segregation Unit (CCU) Depositions*
15. Deposition of Mary Ruth Sims (30(b)(6)) (Sept. 7, 2010)
16. Deposition of Brion Bertsche (30(b)(6)) (Sept. 7, 2010)

EXH. 27

| | |
|---|---|
| 17 | Deposition of David Thomson (30(b)(6)) (Sept. 7, 2010) |
| 18 | Deposition of Matthew Leohr (30(b)(6)) (Sept. 7, 2010) |
| 19 | Wabash Valley CCU Depositions Exhibit Index |
| | Dep. Exhibit 1: Notice of Deposition |

*II. Special Needs Unit (SNU) Depositions*

| | |
|---|---|
| 20 | Deposition of Corinne Young (30(b)(6)) (Jan. 18, 2011) |
| 21 | Deposition of Patricia Waltman (30(b)(6)) (Jan. 18, 2011) |
| 22 | Deposition of Laurie Petty (30(b)(6)) (Jan. 18, 2011) |
| 23 | Wabash Valley SNU Depositions Exhibit Index |
| | Dep. Exhibit 1: Notice of Deposition |
| | Dep. Exhibit 8: E-mails |
| | Dep. Exhibit 9: SNU Activity Schedule |
| | Dep. Exhibit 10: SNU Incident Descriptions |
| | Dep. Exhibit 11: Description of SNU Removals |

**New Castle Correction Facility Psychiatric Unit Depositions**

| | |
|---|---|
| 24 | Deposition of Dr. Gary Michael Chavoya, Ph.D. (30(b)(6)) (Sept. 21, 2010) |
| 25 | Deposition of Betrina Randall (30(b)(6)) (Sept. 21, 2010) |
| 26 | New Castle Mental Health Unit Depositions Exhibit Index |
| | Dep. Exhibit 1: Notice of Deposition |
| | Dep. Exhibit 5: Sample Mental Health Code |
| | Dep. Exhibit 8: New Castle Mental Health Unit Schedule |
| | Dep. Exhibit 9: New Castle Mental Health Unit Map |
| | Dep. Exhibit 10: New Castle Mental Health Unit Therapy and Recreation Groups |
| | Dep. Exhibit 11: New Castle Mental Health Activity Schedule |
| | Dep. Exhibit 12: New Castle Mental Health Disciplinary Hearings (Jan. 2010 - July 2010) |
| | Dep. Exhibit 13: DOC Policy 04-01-301 (The Development and Delivery of Food Services) |

***Other Facility Depositions***

| | |
|---|---|
| 27 | Correctional Industrial Facility: Dep. of Victoria Voris (30(b)(6)) (Mar. 3, 2011) |
| 28 | Correctional Industrial Facility: Dep. of Lisa Gibson-Pettibon (30(b)(6)) (Mar. 3, 2011) |
| 29 | Indiana State Prison: Dep. of Derek Christopher Boyan (30(b)(6)) (Mar. 4, 2011) |
| 30 | Indiana State Prison: Dep. of Reinaldo Matias, Jr. (30(b)(6)) (Mar. 4, 2011) |
| 31 | Indiana Women's Prison: Dep. of Pete Peckham (30(b)(6)) (Mar. 4, 2011) |
| 32 | Indiana Women's Prison: Dep. of Daniel Prober (30(b)(6)) (Mar. 4, 2011) |
| 33 | Miami Correctional Facility: Dep. of Daryl Walls (30(b)(6)) (Mar. 4, 2011) |
| 34 | Miami Correctional Facility: Dep. of Derek Baume (30(b)(6)) (Mar. 4, 2011) |
| 35 | New Castle Correctional Facility: Dep. of Larry Storms (30(b)(6)) (Mar. 4, 2011) |
| 36 | New Castle Correctional Facility: Dep. of Kimberly Martin (30(b)(6)) (Mar. 4, 2011) |
| 37 | Plainfield Correctional Facility: Dep. of William Hyatte, Sr. (30(b)(6)) (Mar. 3, 2011) |
| 38 | Plainfield Correctional Facility: Dep. of Qaisar Khan (30(b)(6)) (Mar. 3, 2011) |
| 39 | Putnamville Correctional Facility: Dep. of Dushan Zatecky (30(b)(6)) (Mar. 3, 2011) |
| 40 | Putnamville Correctional Facility: Dep. of Charolette Ray (30(b)(6)) (Mar. 3, 2011) |
| 41 | Rockville Correctional Facility: Dep. of Frances Smith (30(b)(6)) (Mar. 3, 2011) |
| 42 | Rockville Correctional Facility: Dep. of Joanne Murney (30(b)(6)) (Mar. 3, 2011) |
| 43 | Other Facility Depositions Exhibit 1: Notice of Deposition |

Exh 27

**Defendant's Discovery Responses**
44   Dft's Answers to Pltfs' First Set of Interrogatories (attached response to Interr. No. 4 omitted)
45   Dft's Answers to Pltfs' Second Set of Interrogatories
    Attachment A(1): Offenders Confined to New Castle Mental Health Unit (June 14, 2010)
    Attachment A(2): Offenders Confined to Wabash Valley Special Needs Unit (June 15, 2010)
    Attachment B(1): Offenders with Mental Health Diagnoses Confined to Segregation (June 30, 2010)
46   Dft's Answers to Pltfs' Third Set of Interrogatories
    Attached Response 2: Offenders with MH Diagnoses Confined to Segregation by Unit (Jan. 3, 2011)
    Attached Response 3: Offenders in Segregation by Assigned Disability Code by Unit (Jan. 3, 2011)
    Attached Response 4: Mental Health Staffing in Selected Segregation Units
47   Dft's Response to Pltfs' First Set of Request for Production
48   Dft's Response to Pltfs' Amended Second Set of Request for Production
49   Dft's Supplemental Response to Pltfs' Amended Second Set of Request for Production No. 3
157   Number of Offenders Housed in DOC Segregation and Mental Health Units with Diagnosed Axis I and/or Axis II Disorders (Mar. 17, 2010)

**Roster of Inmates in Mental Health Units**
158   New Castle Correctional Facility Psychiatric Unit (Mar. 24, 2011)
159   Wabash Valley Correctional Facility Special Needs Unit (SNU) (Mar. 23, 2011)

**DOC Mental Health Staffing**
50   DOC Mental Health Staffing Chart (by segregation unit)

**DOC Medical and Mental Health Intake Forms**
51   Electronic Screen Shots: Intake Assessment Performed by Nursing Staff Upon Patient Arrival
52   Electronic Screen Shots: Intake Assessment Performed by Medical Provider Upon Patient Arrival
53   State Form 45999: Prisoner Health History
54   Electronic Screen Shots: Intake Screening Performed by Mental Health Staff Upon Patient Arrival

**DOC Electronic Medical Record Templates**
55   Electronic Medical Record Screen Shot: Behavioral Health Segregation Visit Template and Mental Status Exam Template
56   Electronic Medical Record Screen Shot: Treatment Plan Template
57   Electronic Medical Record Screen Shot: Treatment Plan Review Template
58   Electronic Medical Record Screen Shot: Mental Status Classification

**VOL. II   POLICIES**

**Department of Correction - Statewide Policies**
59   Executive Directive #07-49 (Assignments to Segregation for Mentally Ill Offenders) (Aug. 23, 2007)
    Attached: Criteria/Procedure for Assignment to Long-Term Disciplinary Segregation Units
60   Executive Directive #07-58 (Revisions to Assignments to Segregation) (Oct. 12, 2007)
    Attached: Criteria/Procedure for Assignment to Long-Term Disciplinary Segregation Units
160   Executive Directive #08-07 (Mar. 24, 2008)
    Attached: Suicide Watch Companion Program

Exh 27

| | |
|---|---|
| 61 | Executive Directive #08-18 (June 18, 2008) |
| | Attached: Mental Health Services Plan for Adult Offenders |
| 62 | Executive Directive #08-42 (Aug. 4, 2008) |
| | Attached: Administrative Procedure 02-01-111 (The Use and Operation of Admin. Segregation) |
| 63 | Executive Directive #09-74 (Mental Health Reviews of Offenders in Segregation) (Dec. 29, 2009) |
| 64 | Executive Directive #10-01 (Jan. 12, 2010) |
| | Attached: Health Care Services Directive 4.03 (Mental Health Services Plan) |
| 65 | Executive Directive #10-32 (June 2, 2010) |
| | Attached: Health Care Services Directive 4.06 (Suicide and Self-Mutilation Prevention) |
| 66 | Executive Directive #10-37 (June 8, 2010) |
| | Attached: Health Care Services Directive 2.25 (Health Evaluation of Offenders in Segregation) |
| 67 | Health Care Services Directive 2.14 (Disability Status Classification Assignments) (May 15, 2003) |
| 68 | Health Care Services Directive 2.15 (Medical Status Classification Assignments) (May 15, 2003) |
| 69 | Health Care Services Directive 4.02 (Therapeutic Seclusion and Restraint in MH Care) (Nov. 30, 2009) |
| 70 | Health Care Services Directive 4.07 (Mental Health Emergency Services Plan) (May 15, 2003) |
| 71 | Health Care Services Directive 4.08 (Emergency Involuntary Psychotropic Medications) (May 15, 2003) |
| 72 | Health Care Services Directive 4.10 (Involuntary Psych. Med. Admin. -- Non Emergent) (May 15, 2003) |
| 73 | Health Care Services Directive 4.11 (Referral of Mentally Ill Offenders Upon Release) (May 15, 2003) |
| 74 | Administrative Procedure 02-01-109 (The Use of Physical Force) (Nov. 15, 2006) |
| 75 | Administrative Procedure 02-01-109 (The Use of Physical Force) (May 1, 2009) |
| 76 | Administrative Procedure 02-01-112 (The Use of Restraint Equipment) (June 1, 2008) |
| 77 | Administrative Procedure 02-01-113 (The Use of Firearms and Chemical Agents) (June 25, 2003) |
| 78 | Administrative Procedure 02-01-113 (The Use of Firearms and Chemical Agents) (Aug. 1, 2003) |
| 79 | Administrative Procedure 02-04-102 (The Use and Operation of Disciplinary Seg. Units) (Jan. 2, 2001) |
| 80 | Criteria/Procedure for Assignment to Department-Wide Disciplinary Segregation (Revised 02-10) |
| 81 | Criteria/Procedure for Assignment to Department-Wide Administrative Segregation (Revised 02-10) |
| 82 | Adult Facility Use of Force Continuum Scale |
| 161 | Suicide Prevention Manual (Feb. 26, 2001) |
| 162 | Suicide Companion Program -- Companion Watch Report Form |

**Westville Correctional Facility Policies**

| | |
|---|---|
| 83 | Westville Correctional Facility Operational Procedures for 02-04-102 (D/S) (Feb. 2, 2009) |
| 84 | Westville Correctional Facility Operational Procedures for 02-01-111 (A/S) (July 30, 2003) |
| 85 | Westville Control Unit: Disciplinary Segregation Handbook (Sept. 18, 2009) |
| 86 | Westville Control Unit: Administrative Segregation Handbook (Sept. 18, 2009) |
| 87 | Westville Control Unit: Brochure for the ACT Program |

**Wabash Valley Correctional Facility Policies**

*I. Segregation Unit (CCU) Policies*

| | |
|---|---|
| 88 | Wabash Valley Correctional Facility Operational Procedures for 02-04-102 (D/S) (June 1, 2005) |
| 89 | Wabash Valley Correctional Facility Operational Procedures for 02-01-111 (A/S) (Dec. 1, 2000) |

*II. Special Needs Unit (SNU) Policies*

| | |
|---|---|
| 90 | Wabash Valley Correctional Facility Directive #09-02: Special Needs Unit Operations (July 1, 2010) |
| 91 | Wabash Valley Correctional Facility: Special Needs Unit (SNU) Checklist |
| 92 | Wabash Valley Correctional Facility: Special Needs Unit (SNU) Resident Handbook (July 17, 2009) |

Exh 27

*New Castle Correction Facility Mental Health Unit Policies*

| | |
|---|---|
| 93 | New Castle Correctional Facility: Mental Health Unit Specific Guidelines (Jan. 15, 2010) |
| 94 | New Castle Correctional Facility: Mental Health Unit Specific Guidelines (Mar. 29, 2010) |
| 95 | New Castle Correctional Facility: Offender Handbook (June 4, 2010) |
| 96 | New Castle Correctional Facility: Mental Health Unit Description |
| 163 | New Castle Correctional Facility: Mental Health and Criminal Justice Training Agenda (Feb. 22-23, 2011) |

**VOL. III**  **EXPERT REPORTS AND RELATED MATERIALS**

*Expert Reports*

| | |
|---|---|
| 97 | Expert Report of Dr. Kathryn Burns, M.D., M.P.H. |
| | Attached: Curriculum Vitae |
| | Attached: List of Inmates Interviewed |
| 165 | Supplemental Expert Report of Dr. Kathryn Burns, M.D., M.P.H. |
| | Expert Report of Dr. Robert R. Walsh, Ph.D. |
| | Attachment A: Curriculum Vitae |
| | Attachment B: Description of Inmates Interviewed |
| | Attachment C: List of Inmates Interviewed |
| 99 | Expert Report of Edward L. Cohn, Criminal Justice Consultant |
| | Attached: Curriculum Vitae |

*Related Materials*

| | |
|---|---|
| 100 | Human Rights Watch, Cold Storage: Super-Maximum Security Confinement in Indiana (Oct. 1997) |
| 101 | Terry A. Kupers, M.D., Prison Madness: The Mental Health Crisis Behind Bars and What We Must Do About It (San Francisco 1999) (excerpts) |
| 102 | Hans Toch, Mosaic of Despair: Human Breakdowns in Prison (Washington, D.C. 1992) (excerpts) |
| 103 | Hans Toch & Kenneth Adams, Acting Out: Maladaptive Behavior in Confinement (Washington, D.C. 2002) (excerpts) |
| 104 | Craig Haney, Reforming Punishment: Psychological Limits to the Pains of Imprisonment (Washington, D.C. 2006) (excerpts) |
| 105 | Stuart Grassian, M.D., *Psychopathological Effects of Solitary Confinement*, 140 Am. J. of Psychiatry 1450 (1983) |
| 106 | Craig Haney, *Mental Health Issues in Long-Term Solitary and "Supermax" Confinement*, 49 Crime & Delinq. 124 (2003) |
| 107 | Craig Haney & Mona Lynch, *Regulating Prisons of the Future: A Psychological Analysis of Supermax and Solitary Confinement*, 23 N.Y.U. Rev. L. & Soc. Change 477 (1997) |
| 108 | Sheilagh Hodgins & Gilles Cote, *The Mental Health of Penitentiary Inmates in Isolation*, 33 Canadian J. Criminology 175 (1991) |
| 109 | Craig Haney, *"Infamous Punishment": The Psychological Consequences of Isolation*, The Nat'l Prison Project J. (Vol. 8, No. 2) (Spring 1993) |
| 110 | Craig Haney, et al., *Interpersonal Dynamics in a Simulated Prison*, 1 Int'l J. of Criminology & Penology 69 (1973) |
| 111 | David Lovell, et al., *Who Lives in Super-Maximum Custody? A Washington State Study*, Federal Probation (Vol. 64) (2000) |

Exh 27

| | |
|---|---|
| 112 | *Suicide Risk Despite Denial*, Jail Suicide/Mental Health Update (Vol. 16, No. 1) (Summer 2007) |
| 113 | *Looking Ahead Toward a Better Understanding of Suicide Prevention in Correctional Facility*, Jail Suicide/Mental Health Update (Vol. 17, No. 1) (Summer 2008) |
| 114 | U.S. Department of Justice, Prison Suicide: An Overview and Guide to Prevention (June 1995) |
| 115 | Lance Tapley, *Are Doctors Complicit in Prison Torture? The Maine Medical Community Looks at Solitary Confinement*, Prison Legal News (Vol. 21, No. 10) (Oct. 2010) |
| 116 | Michigan Department of Corrections, *Michigan Department of Corrections Turns 50*, FYI: A News Bulletin (Vol. 14, No. 1) (Jan. 2003) |
| 117 | George F. Parker, M.D., *Impact of a Mental Health Training Course for Correctional Officers on a Special Housing Unit*, Psychiatric Services (Vol. 60, No. 5) (May 2009) |
| 118 | Craig Haney & Philip Zimbardo, *The Past and Future of U.S. Prison Policy: Twenty-Five Years After the Stanford Prison Experiment*, American Psychologist (Vol. 53, No. 7) (July 1998) |
| 164 | Maureen L. O'Keefe, M.A., et al., One Year Longitudinal Study of the Psychological Effects of Administrative Segregation (Oct. 2010) |

**VOL. IV      SUICIDES AND SELF INJURY**

*List of DOC Suicides and Self-Injury*
| | |
|---|---|
| 119 | List of DOC Suicides from 2007 - 2010 |
| 120 | DOC Self-Injury and Suicide Attempt List from July 1, 2010 through December 31, 2010 (by facility) |

*DOC Reports of Completed Suicides*
| | |
|---|---|
| 121 | Debriefing: Suicide of Michael **** (******) - May 12, 2011 |
| 122 | Report: Suicide of Walker **** (******) - Feb. 4, 2011 |
| 123 | Internal Affairs Investigation: Suicide of Norren **** (******) - Dec. 26, 2010 |
| 124 | Critical Incident Report: Suicide of Troy **** (******) - Dec. 19, 2009 |
| 125 | Critical Incident Report: Suicide of Darrell **** (******) - Oct. 7, 2009 |
| 126 | Critical Incident Report: Suicide of Michael **** (******) - June 22, 2009 |

*DOC Medical Records of Offenders who Completed Suicide*
| | |
|---|---|
| 127 | Medical Records of Michael **** (******) |
| 128 | Medical Records of Walker **** (******) |
| 129 | Medical Records of Norren **** (******) |
| 130 | Medical Records of Darrell **** (******) |

**VOL. V       USE OF FORCE**

*Use of Force Reports*
| | |
|---|---|
| 131 | Branchville Correctional Facility (BCF) |
| 132 | Correctional Industrial Facility (CIF) |
| 133 | Indiana State Prison (ISP) |
| 134 | Indiana Women's Prison (IWP) |
| 135 | Miami Correctional Facility (MCF) |
| 136 | New Castle Correctional Facility (NCCF) |
| 137 | Pendleton Correctional Facility (ISR) |

EXH. 27

| | |
|---|---|
| 138 | Plainfield Correctional Facility (IYC) |
| 139 | Putnamville Correctional Facility (ISF) |
| 140 | Rockville Correctional Facility (RCF) |
| 141 | Wabash Valley Correctional Facility (WVCF) |
| 142 | Wabash Valley Correctional Facility - Chronic Care Unit (WVCF - CCU) |
| 143 | Westville Correctional Facility (WCF) |

144 *Use of Force Inmate Medical Records - Demonstration of Diagnoses*
- 144-A ****, William (******)
- 144-B ****, Justin (******)
- 144-C ****, Kenneth (******)
- 144-D ****, Arian (******)
- 144-E ****, Stefon (******)
- 144-F ****, Tereal (******)
- 144-G ****, Joshua (******)
- 144-H ****, John (******)
- 144-I ****, Finas (******)

**VOL. VI   MEDICAL RECORDS OF SEGREGATED INMATES - Part I**

145 *Branchville Correctional Facility (BCF)*
- 145-A ****, Jeffrey (******)
  Supp.

146 *Correctional Industrial Facility (CIF)*
- 146-A ****, Anthony (******)
  Supp.
- 146-B ****, Jeffrey (******)
  Supp.
- 146-C ****, DeAngelo (******)
- 146-D ****, Curtis (******)
- 146-E ****, Thomas (******)
  Supp.
- 146-F ****, Frank Jr. (******)
- 146-G ****, Eric (******)
  Supp.
- 146-H ****, Robert Jr. (******)
- 146-I ****, Michael (******)
- 146-J ****, Dustin (******)
  Supp.
- 146-K ****, Joshua (******)
  Supp.

147 *Indiana Women's Prison (IWP)*
- 147-A ****, Rene (******)

EXH. 27

| | | |
|---|---|---|
| 147-B | ****, Shmeka (******) | |
| 147-C | ****, Sarah (******) | |
| 147-D | ****, Bonita (******) | |

**VOL. VII    MEDICAL RECORDS OF SEGREGATED INMATES - Part II**

148 *New Castle Correctional Facility (Non-Mental Health Unit) (NCF)*
- 148-A    ****, Marvin (******)
           Supp.
- 148-B    ****, Rodney (*****)
           Supp.
- 148-C    ****, William (******)
           Supp.
- 148-D    ****, Taurus (******)
           Supp.
- 148-E    ****, Steven (******)
           Supp.
- 148-F    ****, Jeremiah (******)
- 148-G    ****, Derek (******)
           Supp.
- 148-H    ****, Michael (******)
- 148-I    ****, Jerry Jr. (******)
- 148-J    ****, Paul (******)
           Supp.
- 148-K    ****, Dean (******)
           Supp.
- 148-L    ****, James Jr. (******)
           Supp.
- 148-M    ****, Jesse (******)
           Supp.
- 148-N    ****, Jaxon (******)
- 148-O    ****, Jeffery (******)
           Supp.
- 148-P    ****, Jason (******)
           Supp.
- 148-Q    ****, Marion (******)

149 *Rockville Correctional Facility (RCF)*
- 149-A    ****, Angelicia (******)
           Supp.
- 149-B    NO SUCH EXHIBIT
- 149-C    ****, Damira (******)
           Supp.
- 149-D    ****, Delia (******)
           Supp.
- 149-E    ****, Angela (******)

EXH. 27