Case 1:14-cv-01287-TWP-DML   Document 105-26   Filed 05/02/17   Page 1 of 3 PageID #: 1071

Correspondence from Sarah Pender to Ed Buss dated 13 July 2010

Excerpt:

    After expressing an apology to the Commissioner, Plaintiff writes, "I will not offer excuses or reasons. I often think that if someone can just see things from my point of view that they would be understanding and compassionate. But people are not interested in reasoning or intent; what matters is action and result. I chose to escape and now I am being punished. I request to know when my punishment will cease.

    Since December 2008, my future has been ambiguous. My one year segregation sentence was converted to Administrative Segregation in 2009, and continues indefinitely at each monthly review based on a fear of another escape because of currently insufficient security operations. I am given no certainty about my release despite maintaining exemplary behavior.

    I absolutely do not want to escape again. I learned a lot of lessons while I was out: that the price of betraying my morals and values is not worth any amount of stolen freedom; that physical freedom is not real freedom without the liberty of self-expression and the privilege of sharing it with those that I love. Happiness cannot survive in solitude, and living on the lam is merely exchanging one prison for another. At least in this prison I am free to be myself and have the opportunity to make a real difference in this world.

    I would like to be actively involved in programs and have much needed human interaction, so I request for my living conditions to be altered to either a segregation bed-only status or released into open population. I ask that you please consider my request and communicate to me your intentions for my continued confinement and be straight with me.

    I look forward to your reply."

Exh. 29



Exh 29

Ferner, Sarah #953968 @/wvcf, D/S

FILE
RECEIVED
JUL 28 2010
In the Department of Correction

Received
JUL 19 2010
53922
Office of the Commissioner

DC Knight,
FYI

Commissioner Buss,    13 July 2010

I apologize for taking so long to write. Through my several letters over the past year, you articulated, "He doesn't want to hear from you. He hates you." This is reinforced by administrators who are quick to remind me that I escaped on your first day. Honestly, I didn't know. Still, I would not have wanted to deal with that magnitude of drama on my first day in office, or any day, really. But to think that you have a personal agenda against me, I realize is ridiculous. You have not spent decades working up the command ladder by holding petty grudges. So again, I apologize for the negative impact I caused you, the Department of Corrections, and the numerous people involved in the aftermath of my escape two years ago.

I will not offer excuses or reasons. I often think that if someone can just see things from my point of view that they would be understanding and compassionate. But people are not interested in reasoning or intent; what matters is action and result. I chose to escape and now I am being punished. I request to know when my punishment will cease.

One of the ramifications of my choice is a loss of trust I had earned at Rockville through six years of being heavily involved in positive and productive activities and choosing to regularly follow the rules. I held honor jobs such as GED tutor, law clerk, dog trainer, and was a college student. While I earned my B.S. degree I also worked for ICAN for two years, served on the IWU Student Advisory Committee, tutored college algebra, sang in church choir, performed in musical exhibitions, assisted the Recreation Dept. with guided lessons and sporting events, competed in volleyball tournaments, and completed several health and fitness classes. I stayed busy from 5am to 11pm daily. I look forward to when I can once again be active in programs and be a contribution to others.

[illegible final lines]

(29)B

Exh 29

proposals to the Warden. I hope we will [*illegible*] ideas to improve safety and security. I [*illegible*] hope and desire [*illegible*] on [*illegible*] [*illegible*] [*illegible*] [*illegible*] [*illegible*] that by working together [*illegible*] [*illegible*] [*illegible*] develop solutions to reduce operating cost, improve staff morale, [*illegible*] and efficiently use resources to create programs that heal and restore offenders, reduce recidivism, and contribute to the community.

Since December 2008, my future has been ambiguous. My one year segregation sentence was converted to indefinite administrative segregation in 2009, and continues indefinitely, at six-month reviews based on fear of another escape because of currently insufficient security operations. I am given no certainty about my release despite maintaining exemplary behavior.

I absolutely do not want to escape again. I learned a lot of lessons while I was out: that the price of betraying my morals and values is not worth any amount of stolen freedom; that physical freedom is not real freedom without the liberty of self-expression and the privilege of sharing it with those that I love. Happiness cannot survive in solitude, and living on the lam is merely exchanging one prison for another. At least in this prison I am free to be myself and have the opportunity to make a real difference in this world.

I would like to actively be involved in programs and have much needed human interaction so I request for my living conditions to be altered to either a segregation bed only status or released into open population. I ask that you please consider my request and communicate to me your intentions for my continued confinement and be straight with me.

I look forward to your reply.

Sincerely,

Sara J[*illegible*]

(29)

SARAH JO PENDER 953043

Exh 29