

**STATE OF INDIANA**
Department of Correction
Indiana Government Center – South
302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/

Mitchell E. Daniels, Jr.
Governor

Edwin G. Buss
Commissioner

August 4, 2010

Sarah J. Pender, IDOC #953968
Indiana Women's Prison
2596 Girls School Rd.
Indianapolis, IN 46214

Dear Ms. Pender:

Your July 13, 2010, correspondence addressed to Commissioner Buss requesting to be removed from Disciplinary Segregation (D/S) at the Indiana Women's Prison (IWP) has been received and referred to my office for review and response.

After reviewing your request, it has been determined to not change your segregation status at this time; therefore, you will remain on D/S. This is an issue you should contact and discuss with your Unit Team staff at the IWP. In order for staff to be able to place you on D/S, they had to have had supporting documentation and proof to justify your placement. If you make a request to the Unit Team staff, they will complete a review of your current status. If staff believes it is appropriate, they will forward me a recommendation for your release from Disciplinary Segregation.

Should you have additional questions or concerns with regard to the above, I encourage you to work with appropriate staff at your housing facility.

Sincerely,

Stanley Knight
Interim Deputy Commissioner
Adult Operations

SDK/PA/pa

cc:   Jim Wynn, Director – Classification
      Steve McCauley, Superintendent – IWP/IWW
      Offender Packet #953968 (facility & CO)
      #53922

Exh. 30

EOE

Exh 30