# SEGREGATION/CONFINEMENT REPORT
State Form 39588R2

| | |
|---|---|
| Shift: | |
| Date: 22 Dec 08 | Time: 5:37 pm |

**Offender Name (last, first):** Pender, Sarah
**Offender's No.:** 953968
**Work Assignment:**
**House Unit:** AS/DS

**Reason(s) for Segregation/Confinement:**
- ☐ Segregation Admittance
- ☐ Own Request (PC Status)
- ☐ Safety of Other Offenders
- ☐ Safety/Security of Institution/Facility
- ☑ Investigation — Code Violation: 108 Escape
- ☐ Pending Conduct Board Hearing

**Restrictions:**
- ☐ Restricted to ____
- ☐ Suspension of Recreation
- ☐ Suspension of Commissary
- ☐ Suspension of Phone Privileges
- ☐ Suspension of Countletter(s)

**Effective Dates:** ____ Thru: ____

**Brief description of reason for Segregation/Confinement:**
Investigation — Escape

**Signature of Author of Conduct Report (if applicable):**

**Signature of Officer Transporting Offender's Personal Property:** Cuffed

**Authorized By:**
**Shift Supervisor's Signature:** Major J.D. [illegible]

**Note:** The information below must be completed if Offender intoxicated, under influence of other substance, physically or mentally unable to sign.

**Offender's Signature:**
**Offender's No.:**
**Copy of form delivered by (Signature):**
**Witness's Signature (if any):**
**Note here offender's reason/inability to sign:**

**Distribution:**
White - Offender's Copy
Yellow - Asst. Supt./Custody And Operations, then to Offender Packet
Pink - CAB Screening Officer
Goldenrod - Custody Supervisor
Green - Offender Movement Office, then to Housing Unit

Pender000081

31

Exh 31

**SEGREGATION/CONFINEMENT REPORT**
State Form 39588R2

Shift: 6am-6pm
Date: 12-22-08
Time: 5:37pm

Offender's Name (Last, first): PENDER, SARAH
Offender's No.: 953968
Work Assignment:
House Unit: AS/DS

Reason(s) for Segregation/Confinement:
- [ ] Segregation Admittance
- [ ] Own Request (PC Status)
- [ ] Safety of Other Offenders
- [ ] Safety/Security of Institution/Facility
- [x] Investigation (Code Violation) 108
- [ ] Pending Conduct Board Hearing

Restrictions:
- [ ] Restricted to
- [ ] Suspension of Recreation
- [ ] Suspension of Commissary
- [ ] Suspension of Phone Privileges
- [ ] Suspension of Countletter(s)

Effective Dates: Thru

Brief description of reason for Segregation/Confinement:

Investigation- Escape

To remain on Administrative Segregation until further noticed, per Captain Wilkerson 9-14-11 @ 1:19pm

Authorized By
Shift Supervisor's Signature: Major Ditmer

Offender's Signature: Cuffed

NOTE: The information below must be completed: If Offender is intoxicated, under influence of other substance, physically or mentally unable to sign.

Distribution:
White - Offender's Copy
Green - Offender Movement Office, then to Housing Unit
Yellow - Asst. Supt./Custody And Operations, then to Offender Packet
Pink - CAB Screening Officer
Goldenrod - Custody Supervisor

Pender000080

31

Exh 31