# A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pence  
DOC NUMBER: 953868  
DATE OF ADMITTANCE: 12/22/08

| DATE | | STAFF SIGNATURE |
|---|---|---|
| 1-6-11 | Reading quiet | Rutherford |
| 1/7/11 | Segregation Review | [signature] |
| 1/7/11 | Was okay, still kind of upset feeling overwhelmed about being in lockdown | Bryant |
| 1/7/11 | Talkative this evening. | Parker |
| 1/8/11 | Seems better today | Bryant |
| 1/8/11 | reading on bed, went to rec. no issues | Parker |
| 1/9/11 | Slept more than usual today, talking loops doing strange compulsive like behavior (touching fingers & hair) | Bryant |
| 1/9/11 | Appears to be depressed. Talked to family member | Parker |
| | Reading, writing, ok today. No problems. | Winfrey |
| 1-11-11 | Slept. No problems. | Ofc Colebert |
| 1-11-11 | Sleeping | Winfrey |

DOC000545

Exh. 32

## A/S and D/S OFFENDER TRACKING CHART

**OFFENDER NAME:** Sarah Pender  **DOC NUMBER:** 953968

**DATE OF ADMITTANCE:** 21 Dec 08

| DATE | | STAFF SIGNATURE |
|---|---|---|
| 12/10/10 | 30 day Review | W. [illegible] |
| 12/10/10 | Was upset about review trying to understand why? She can't leave self. | Bryant |
| 12·10·10 | Went to tv room, organized rm, read, slept | M.R. |
| 12·11·10 | Went to [crossed out] took shower, good meal, no issues | Parker |
| 12·12·10 | No problems, slept read listened to radio | Bryant |
| 12·12·10 | Cleaned room. reading, talked some. no issues. | Parker |
| 12·13·10 | Talked w/ Brandenburg today | Whitfield |
| 12-13-10 | listening to her radio. good spirits | Lankford |
| 12·14·10 | No issues | Whitfield |
| 12-14-10 | in good spirits, stay up late | Lankford |
| 12·15·10 | No issues | Bryant |

DOC000543

Exh. 32

# A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pender  
DOC NUMBER: 753968  
DATE OF ADMITTANCE: 12-20-2008

| DATE | Notes | STAFF SIGNATURE |
|---|---|---|
| 8-16-2010 | Mood appears to be okay. Talking to others on hall. | Parker |
| 8-17-2010 | Complained of headache. Light, noise - everything made it hurt. She was medicated. Place very warm towel on her head. It helped along with her medication. No Problem. | Parker |
| 8-18-10 | Quiet | Whitfield |
| 8-18-10 | Quiet | John |
| 8/19/10 | Segregation Review | S. Washington |
| 8-19-10 | Quiet moved to Rm 1601 | Whitfield |
| 8-19-10 | Quiet | Winfrey |
| 8/20/10 | Quiet and respectful | BRYANT |
| 8-20-2010 | States she feels better, but not quite herself. Taking her PRN regularly. | Parker |
| 8-21-10 | Good mood, pull weeds.... No Problem | Jane |
| 8-21-10 | Stood @ door, talked, cleaned room, wrote, read, listen to radio. No problem | Coffey |

DOC000535

Exh. 32

# A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pender    DOC NUMBER: 953968

DATE OF ADMITTANCE: 20 Dec 08

| DATE | | STAFF SIGNATURE |
|---|---|---|
| 7-24-10 | Sitting on bed reading + writing. Cleaned Room | Parker |
| 25 July 10 | Seems to be in a pretty good mood. Wondering when she will be released from lock. | Radford |
| 7-25-2010 | Stated she didn't feel well today. Cleaned Room. | Parker |
| 7/26/10 | Segregation Review | Grasshoff |
| 7-26-10 | Quiet | John |
| 7-27-10 | No problems | Whitfield |
| 7-27-10 | Quiet | John |
| 28 July 10 | Quiet, went to outside rec, had a visit. | Radford |
| 7-28-10 | Cleaned room. Complained of headache. Nurse aware. | Parker |
| 29 July 10 | Wasn't feeling well today. Said she has a headache | Radford |
| 7-29-10 | Stood @ door, talked, signed, read, wrote, slept. No problem. | Conley |

DOC000533

Exh. 32

# A/S and D/S MEDICAL/ADMINISTRATIVE/PSYCHIATRIC ORDERS OR INSTRUCTIONS
(Every entry must bed dated and signed)

OFFENDER NAME: Sarah Pender    DOC NUMBER: 953968

| DATE | ORDER/INSTRUCTION | STAFF SIGNATURE |
|---|---|---|
| 4/20/10 | Mental Health DBT | Carol Naylor LCSW MHP |
| 5/4/10 | Mental Health DBT | Carol Naylor LCSW MHP |
| 5/6/10 | Mental Health | Carol Naylor LCSW MHP |
| 5/10/10 | Mental Health DBT | Carol Naylor LCSW MHP |
| 5/18/10 | Mental Health | Carol Naylor LCSW MHP |
| 5/19/10 | Alert. Calm. Happy to sign Restoration of Time form. Recieved mail from court. Seemed like good news. Did not want anything else. | Martin |
| 5/26/10 | Mental Health | Carol Naylor LCSW MHP |
| 5/26/10 | Segregation Review | [signature] |
| 5/27/10 | Good mood. Joking w/ staff. Asking for Christmas Box. Wants med fact sheets for all her medications. | Martin |
| 5/27/10 | Mental Health | Carol Naylor LCSW MHP |
| 6/4/10 | Mental Health | Carol Naylor LCSW MHP |
| 6/15/10 | Mental Health | Carol Naylor LCSW MHP |

MAP SHEET

DOC000528

Exh. 32

## A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pender    DOC NUMBER: 953968

DATE OF ADMITTANCE: 12·20·2008

| DATE | | STAFF SIGNATURE |
|---|---|---|
| 4·18·10 | Laid in bed, read, wrote, cleaned room, slept | Conley |
| 4-18-10 | Quiet. Had visits | ok fox |
| 4-19-10 | Quiet. | Van Duyn |
| 4·20·10 | No problems | Whitfield |
| 4·20·10 | Quiet, in a good mood | J Lankford |
| 4·21·10 | Always quiet, reading & sitting at desk.... | Jane |
| 4·21·10 | Cleaned room, sat on bed, read, wrote, no problem | Conley |
| 22 April 10 | Quiet, went to see w/ Young. Seems to be doing okay | Radford |
| 4-22-2010 | Kinda quiet this evening. Sitting on bed writing. | Parker |
| 4·23·10 | Upset about (seg review) status (crying) | Whitfield |
| 4-23-10 | Quiet. | Van Duyn |

DOC000524

Exh. 32

# A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pender  
DOC NUMBER: 953968  
DATE OF ADMITTANCE: 12·20·2008

| DATE | | STAFF SIGNATURE |
|---|---|---|
| 10 May 10 | Still not quite herself but doing better. Quiet. | Stafford |
| 05-10-2010 | Quiet. Cleaned Room | Parker |
| 11 May 10 | Talked to TJ, Whitney. Seems a little better. Quiet. | Rackford |
| 5-11-2010 | She still looks weird or spaced out. Jumps from one thing to another. Cleaned Room. No Problem | Parker |
| 5·12·10 | Laughing @ all of the confiscated notes that were written | Whitfield |
| 5-12-10 | Quiet | OfcYh |
| 5/13/10 | Segregation Review | [illegible] |
| 5-13-10 | Good mood today, painting | Whitfield |
| 5-13-10 | Writing letters, Quiet | Jh |
| 5·14·10 | Seems to be in a better mood, eyes don't look crazy anymore! laughing, talking & painting | Jones |
| 5-14-10 | Cleaned room. rec'd mail. mood okay. | Parker |

EXH. 32

DOC000526

# A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pender  DOC NUMBER: 953968

DATE OF ADMITTANCE: 12-22-08

| DATE | Notes | STAFF SIGNATURE |
|---|---|---|
| 8/29/9 | Pender has had a bad headache for the past week. Was advised to put in a medical slip. Quiet | V. Bey |
| 8/30/09 | Refused outside recreation to use phone. Shortly afterward was crying but did not want to talk and calmed down soon. | Middleton |
| 8/30/9 | had a headache, and was quiet all day | V. Bey |
| 31 Aug 09 | 30 day eval received — States remain the same — the cause of her headache. Refer to nurse to advise | [illegible signature] |
| 31 Aug 09 | Quiet, seems to be okay. Stays to herself. A little quieter than usual. | Radford |
| Aug 31, 09 | Quiet. She appears to be a little depressed. | Parker |
| 1 Sept 09 | Has been quieter than usual. Seems a little depressed and having bad headaches. | Radford |
| Sept 1, 2009 | She is still having headaches. Rec'd medication from nurse. Talked a little more this evening. | Parker |
| 9-2-9 | Complaining to medical staff of a headache. Very quiet. Sleeping | Crutchfield |
| 9-2-9 | Complained about headaches | V. Bey |
| 9-3-9 | had a good day. Went to outside rec | Crutchfield |

Exh. 32

DOC000493

# A/S and D/S OFFENDER TRACKING CHART

OFFENDER NAME: Sarah Pender   DOC NUMBER: 953908

DATE OF ADMITTANCE: 12/25/08

| DATE | Notes | STAFF SIGNATURE |
|---|---|---|
| 12-25-08 | Has been quiet, given ice. Nurse Hatton v/don seems OK. Reading, asked for door to be closed and wanted left alone in her room | Laswell |
| 12-26-08 | No problems. Read most of day | Brown |
| 12-26-08 | Reading most of evening. Something sleepy to herself | [illegible] |
| 12-27-08 | No problem. Read most of day | Brown |
| 12-27-08 | Reading all evening. Given ice. No problem | Parker |
| 12/28/08 | No problem, asked to exchange a book. Read and sleep most of the day. | Munn |
| 12/28/08 | Reading. Didn't ask for anything. Ice was given | Parker |
| 12/29/08 | CAB HOUSING | [illegible] |
| 12-29-8 | Very quiet. | Crutchfield |
| 12-29-08 | Same as above, very quiet at this entry. | Bailey |
| 12-30-08 | No problems, continued to be quiet. | Bailey |

DOC000502

Exh. 30