

**REQUEST FOR HEALTH CARE**
State Form 45913 (R2 / 4-97)
Approved by State Board of Accounts, 1996

INDIANA DEPARTMENT OF CORRECTION

#IWP 10531

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☒ Mental Health   ☐ Other (specify) _____

**Nature of complaint**

Ms. Woody – I've requested information every month for 5 months on how to cope with being released from long term solitary confinement, and you keep forgetting me. Please send me the coping skills info ASAP. Thank you

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

Signature of Offender: Sarah Jo Pender
DOC number: 953968
Date signed (month, day, year): 29 Sept 2013

### TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff: 9/30/13

Ms. Woody is no longer on Behavioral Health staff. Dr. Prorer will meet with you in two or three weeks.

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

Signature of Health Care staff: [signature]
Date signed (Month, day, year): 9/30/13

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?   ☐ Yes   ☒ No

TOTAL AMOUNT OF CO-PAYMENT: $ 0

Amount of Co-Payment:
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

Signature of Health Care staff: [signature]
Date signed (M,D,Y): 9/30/13

### PATIENT IDENTIFICATION

Full name of patient: Sarah Pender
DOC number: 953968
Date of birth (month, day, year): _____

#IWP 10531

DISTRIBUTION: White - Health Care Chart;
Canary - Offender / Business Office

EXH. 33



**REQUEST FOR HEALTH CARE**
State Form 45913 (R2 / 4-97)
Approved by State Board of Accounts, 1996

11

INDIANA DEPARTMENT OF CORRECTION

# IWP  5183

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:
☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☒ Mental Health   ☐ Other (specify) _____

**Nature of complaint**

The last increase in dosage of Wellbutrin, while alleviating some symptoms, seems to be causing body tremors that are most present 2-4 hours after taking medication, particularly in the afternoon. It also coincides with a more general inability to focus and heightened anxiety that peak in the early after- noon. I also am having lapses of logical thinking. I am also having a mix of physical symptoms that Dr. Tanner was unable to attribute to abnormal hormone/organ function.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

**Signature of Offender**: Sarah Jo Pender
SARAH JO PENDER

**DOC number**: 953968

**Date signed**: 20 APRIL 2011

### TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff**: P mc

RECEIVED APR 21 2011

I shared this information with Dr Hyland and requested she be seen.

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

**Signature of Health Care staff**: Carol Naylor LCSW MHP

**Date signed**: 4/27/11

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

**Was a new prescription provided?**  ☐ Yes   ☐ No

**Amount of Co-Payment**
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

**TOTAL AMOUNT OF CO-PAYMENT**: $ _____

**Signature of Health Care staff**: _____    **Date signed (M,D,Y)**: _____

**PATIENT IDENTIFICATION**
Full name of patient: Sarah Pender
DOC number: 953968
Date of birth (month, day, year):

# IWP  5183

DISTRIBUTION: White - Health Care Chart;
Canary - Offender / Business Office

DOC000331

EXH. 33



**REQUEST FOR HEALTH CARE**
State Form 45913 (R2 / 4-97)
Approved by State Board of Accounts, 1996

INDIANA DEPARTMENT OF CORRECTION

# IWP 2958

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:
☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☒ Mental Health   ☐ Other (specify) _____

**Nature of complaint**
I have developed a compelling need to move my body, touch, poke, rub, or scratch myself. It is an uncontrollable issue. I also pull repeatedly on a lock of hair, tap my leg, or get stuck in loops of words or phrases. I rock or sway involuntarily. The need is directly proportionate to my level of emotional anxiety, however, even the lowest level still involves involuntary, repeated movements and touching.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

SARAH JO PENDER    UNIT 11
**Signature of Offender:** Sarah Jo Pender
**DOC number:** 953968
**Date signed:** 10 JAN 2011

### TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff**

Ofd seen. Will f/u in SEG. Refer to Dr Hyland for further assessment.

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

**Signature of Health Care staff:** Carol Naylor LCSW MHP
**Date signed:** 1/10/11

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

**Was a new prescription provided?** ☐ Yes ☐ No

**TOTAL AMOUNT OF CO-PAYMENT** $_____

**Amount of Co-Payment**
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

**Signature of Health Care staff** | **Date signed (M,D,Y)**

### PATIENT IDENTIFICATION
**Full name of patient:** Sarah Pender
**DOC number:** 953968
**Date of birth (month, day, year):**

# IWP 2958

DISTRIBUTION: White - Health Care Chart;
Canary - Offender / Business Office

DOC000332

EXH. 33



**REQUEST FOR HEALTH CARE**
State Form 45913 (R2 / 4-97)
Approved by State Board of Accounts, 1996

INDIANA DEPARTMENT OF CORRECTION

# IWP 0515

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:
☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☒ Mental Health   ☐ Other (specify) _____

**Nature of complaint:** I request mental health treatment from a doctorate-level caregiver regarding the ongoing problem I've been having since 2 May 2010.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

RECEIVED MAY 17 2010

**Signature of Offender:** Sarah G. Pender
**DOC number:** 953968
**Date signed:** 16 May 2010

### TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff:** Probat    7/21/10 meds expire

Offender seen. Will share info w/ Dr. Hyland

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

**Signature of Health Care staff:** Carol Naylor LCSW MHP
**Date signed:** 5/18/10

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

**Was a new prescription provided?** ☐ Yes ☐ No

**TOTAL AMOUNT OF CO-PAYMENT** $ _____

**Amount of Co-Payment**
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

**Signature of Health Care staff:** _____   **Date signed (M,D,Y):** _____

### PATIENT IDENTIFICATION
**Full name of patient:** Sarah Pender
**DOC number:** 953968
**Date of birth:** _____

# IWP 0515

DISTRIBUTION: White - Health Care Chart;
Canary - Offender / Business Office

DOC000334

EXH. 33



**REQUEST FOR HEALTH CARE**
State Form 45913 (R2/ 4-97)
Approved by State Board of Accounts, 1996

INDIANA DEPARTMENT OF CORRECTION

IWP 20464

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:
☐ Sick Call  ☐ Dentist  ☐ Prescription Refill  ☒ Mental Health  ☐ Other (Specify) _____

Nature of complaint
I saw Dr. Highland 2 weeks ago. For the past 10 days I have been upset, irritated, sad, and cried daily. May I please talk to someone?

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

Signature of Offender: Sarah Pender
DOC number: 953968
Date signed (month, day, year): 1-Dec-09

### TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care Staff: Mental Health   DEC - 1 2009

Offender seen on this date

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT

Signature of Health Care Staff: Carol Newton LCSW MHP
Date signed (Month, day, year): 12/4/09

### TO BE COMPLETED BY HEALTH CARE STAFF/ FOR BUSINESS OFFICE USE

Was a new prescription provided?
☐ Yes  ☐ No

Amount of Co-Payment
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

TOTAL AMOUNT OF CO-PAYMENT  $_____

Signature of Health Care Staff  Date signed (M,D,Y)

IWP 20464

DISTRIBUTION: White - Health Care Chart:
Canary - Offender / Business Office

PATIENT IDENTIFICATION
Full name of patient: Sarah Pender
DOC number: 953968
Date of birth (month, day, year):

DOC000335

EXH. 33



**REQUEST FOR HEALTH CARE**
State Form 45913 (R2/ 4-97)
Approved by State Board of Accounts, 1996



INDIANA DEPARTMENT OF CORRECTION

**IWP** 15771

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:
☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☒ Mental Health   ☐ Other (Specify) _____

**Nature of complaint**

Over the past two months I have grown increasingly apathetic. I have little energy, yet don't sleep. I can easily stare blankly for hours when not engaged in a conversation. I cannot motivate myself to do the things I want to do. I exercise, meditate, draw, color, write, read, but force myself to do these things, and when not engaged, I do not feel any better for having done them, and immediately become unhappy. It is difficult to concentrate or think, as if my head is full of cotton. I am a previous patient of Dr. Highland.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

Sarah Pender 953968 2-31

SEP 02 2009

**Signature of Offender:** Sarah Pender
**DOC number:** 953968
**Date signed:** 2 Sept 2009

### TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care Staff:** Triage

Offender seen on this date

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT

**Signature of Health Care Staff:** Carol Naylor LCSW
**Date signed:** 9/14/09

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

**Was a new prescription provided?**  ☐ Yes  ☐ No

**TOTAL AMOUNT OF CO-PAYMENT:** $_____

**Amount of Co-Payment**
☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

**Signature of Health Care Staff:** _____
**Date signed (M,D,Y):** _____

**IWP** 15771

DISTRIBUTION: White - Health Care Chart
Canary - Offender / Business Office

### PATIENT IDENTIFICATION

**Full name of patient:** Sarah Pender
**DOC number:** 953968
**Date of birth (month, day, year):** _____

DOC000336

EXH. 33