

**CLASSIFICATION APPEAL**
State Form 9260 (R2 / 9-93)

DEPARTMENT OF CORRECTION

INSTRUCTIONS: 1. Intra-Facility classification appeals, send to facility head
2. Inter-Facility-Department classification appeals, send to: Director of Classification
302 West Washington Street, Room E334
Indianapolis, Indiana 46204

| Name of offender | Identification number |
|---|---|
| SARAH JO PENDER | 953968 |
| Facility | Housing assignment |
| INDIANA WOMEN's PRISON | UNIT - 11 |

In compliance with Department of Correction procedures, I am submitting this classification appeal with ten (10) working days from the date that I was notified of the classification decision(s) and the other pertinent documents.

I hereby appeal the decision by:

| Name | Title |
|---|---|
| STEVE McCAULEY | SUPERINTEDENT |
| Facility | Date signed |
| INDIANA WOMEN'S PRISON | 14 OCTOBER 2010 |

The decision was:
PENDER TO REMAIN IN ADMINISTRATIVE SEGREGATION; DETERMINED TO BE A THREAT TO THE SAFETY AND SECURITY OF THE FACILITY.

I base my appeal on the following reasons: The process by which I was determined to be a threat to the safety and security of the facility is applied arbitrarily and based on inaccurate evidence and old, static facts. Charging me as a S/S threat is vague and gives no basis other than my inappropriate conduct of escaping over two years ago, which is an unchanging fact that fails to consider my exemplary behavior or character today. Using my 2008 offense as justification for continued segregation is a pretext for vindictive, indefinite punishment, which has already resulted in 668 days of segregation, an atypical length of time.
Furthermore, the unfortunately perpetual staffing exigencies of this prison administration cannot justify such protracted segregation.
I respectfully appeal.

| Signature of offender | Date signed |
|---|---|
| Sarah Jo Pender | 21 OCTOBER 2010 |

Response:
☐ Appeal granted    ☒ Appeal denied

Basis for denial:
MS. PENDER'S PRESENCE IN GENERAL POPULATION IS A THREAT TO THE SAFETY AND SECURITY OF THE FACILITY.

| Signature | Title | Date signed |
|---|---|---|
| McCauley | SUPT | 10-26-10 |

DISTRIBUTION: White - Facility packet; Canary - Offender; Pink - Central office

EXH. 37

Text of Classification Appeal; 21 October 2010

"The process by which I was determined to be a threat to the safety and security of the facility is applied arbitrarily and based on inaccurate evidence and old, static facts. Charging me as a [safety and security] threat is vague and gives no basis other than my inappropriate conduct of escaping over two years ago, which is an unchanging fact that fails to consider my exemplary behavior or character today. Using my 2008 offense as justification for continued segregation is a pretext for vindictive, indefinite punishment, which has already resulted in 668 days of segregation, an atypical length of time.

Furthermore, the unfortunately perpetual staffing exigencies of this prison administration cannot justify such protracted segregation. I respectfully appeal."

**Response** – Basis For Denial: "Ms. Pender's presence in general population is a threat to the safety and security of the facility." Signed Superintendant Steve McCauley

(37A)

Exh 37