

**OFFENDER GRIEVANCE**
State Form 45471 (R2 / 1-10)
INDIANA DEPARTMENT OF CORRECTION

For Official Use Only

Grievance Number: _____

| To: **EXECUTIVE ASSISTANT** | Facility: **IWP** | Date (month, day, year): **November 21, 2010** |
|---|---|---|
| From (name of offender and DOC number): **SARAH JO PENDER 953968** | Signature of Offender: *Sarah Jo Pender* | |
| Housing Assignment: **UNIT II** | Date of Incident (month, day, year): **Ongoing** | |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)

I believe the administrative segregation review and release process is arbitrary and deficient. If I am given any reasons at all, they are not justified by valid penological interests; e.g., "you embarrassed the Commissioner on his first day in office"; "our staff is not ready to deal with your intelligence"; "We don't expect [this behavior] out of women"; or, not just that I escaped, but "because of the method of using an officer" to help me, as if I held a gun to Scott Spitler's head and forced him to commit official misconduct. I should not be held responsible for the actions of anyone other than myself, and I have served well beyond my sanction for escaping: seven hundred (700) days of segregation. Contrast that with the current max sanction in disciplinary segregation being thirty (30) days for an 108-A Escape. Determining me to be a threat to the safety and security of the facility is an unjustified, vague reason to continue my segregation when based not on my exemplary behavior, but only on the instant offense, a nonviolent escape that I committed over two years ago. This rationale is not used to retain other female offenders who have committed egregious offenses, therefore it becomes nothing more than vindictive, indefinite punishment.

State the relief that you are seeking.

To be released from segregation.

**- INFORMAL RESOLUTION -**

| Staff Person(s) Contacted: **Supt. McCauley** | Date Response Received (month, day, year): **10/26/10 ; 11/10/10** |
|---|---|

State the response that was given to you by the staff person contacted. If you received no response, state the date you contacted the staff person and that you have received no response.

"Ms Pender's presence in general population is a threat to the safety and security of the facility."

Continue with administrative segregation status.

Signature of Executive Assistant: *[signature]*

Date (month, day, year): **12/2/10**

EXH. 38

Text of Grievance of Classification; 21 November 2010          Date of Incident: Ongoing

"I believe the administrative segregation review and release process is arbitrary and deficient. If I am given any reasons at all, they are not justified by valid penological interests; eg "You embarrassed the Commissioner on his first day in office," or "Our staff is not ready to deal with your intelligence," or "We don't expect [this behavior] out of women," or not just that I escaped, but "because of the method of using an officer" to help me, as if I held a gun to Scott Spitler's head and forced him to commit official misconduct. I should not be held responsible for the actions of anyone other than myself, and I have served well beyond my sanction for escaping: seven hundred (700) days of segregation. Contrast that with the current maximum sanction in disciplinary segregation being thirty (30) days for an 108 Escape. Determining me to be a threat to the safety and security of the facility is an unjustified, vague reason to continue my segregation when based not on my exemplary behavior, but on the instant offense, a non-violent escape that I committed over two years ago. This rationale is not used to retain other female offenders who have committed egregious offenses, therefore it becomes nothing more than vindictive, indefinite punishment.

Requested relief: To be released from segregation.

Staff contacted: Steve McCauley,  26 October 2010

**Response**: "Ms. Pender's presence in general population is a threat to the safety and security of the facility." Continue with administrative segregation.

(38A)

Exh 38