

**RETURN OF GRIEVANCE**
State Form 45475 (R / 1-10)
INDIANA DEPARTMENT OF CORRECTION

| To (Offender name and DOC number): **Sarah Jo Pender #953968** | Facility **IWP** | Date (month, day, year): **12/2/10** |
|---|---|---|
| Work Assignment: | Housing Assignment: **Unit 11** | |
| Date Grievance Received (month, day, year): **12/2/10** | Date grievance Returned (month, day, year): **12/3/10** | |

The attached grievance has been rejected and is being returned to you because it does not comply in one or more ways with Administrative Procedure 00-02-301, the adult offender grievance procedure. Specifically, the following errors exist:

____ You have submitted the form too early. The situation you describe does not exist yet, or you have not allowed enough time for an informal resolution. If you cannot show good cause for submitting it now, you must wait until the correct time has come.

____ You have submitted the form too late and have not shown any good reason for the delay. Grievance forms must be submitted within the time limits set out in A.P. 00-02-301.

____ There is no indication that you tried to resolve this complaint informally. If you have tried to resolve it informally, please fill out the grievance form to indicate that. If you have not tried to resolve it informally, you have five days to begin that process. (This error is NOT subject to the 5-day return notice at the bottom of this form.)

**XX** Your complaint concerns a Classification or Disciplinary Hearing issue or action. These types of issues or actions are to be appealed through their own appeal process and not through the grievance process.

____ A sex offender may not grieve the denial of visits with minors.

____ There is no indication that you were personally affected by the policy, procedure, or action that you describe.

____ This complaint seems to be submitted on behalf of another person or a group. This type of grievance is not permitted.

____ The grievance form is not completely filled out. Complete the form and submit it again within 5 working days.

____ Your complaint or concern contains multiple issues or events. You may separate the issues and submit a separate form for each one that you wish to grieve.

____ Your statement of complaint or concern is not legible, understandable, or presented in a courteous manner, or it contains excessive legal jargon. It must be written in black, blue, or blue-black ink.

____ Your complaint or concern is about something that cannot be resolved by the Department of Correction. It deals with something that is beyond the authority of the Department.

____ The complaint or concern is about something related to another facility. It must be directed to the facility involved. It is your responsibility to forward the form to the correct facility via the United States mail.

____ The issue in this complaint or concern was addressed previously in Grievance # _____.

____ You are identified as a grievance abuser. This grievance exceeds the number of active grievances you are allowed to have in the system. To proceed with this grievance, you must withdraw at least one active grievance.

____ There is not enough information in this form to warrant an investigation. Please provide this additional information:

____ Other:

| Signature of the Executive Assistant: *[signature]* | Printed Name of the Executive Assistant: **S. Dawn** |
|---|---|

If you choose to correct the problem(s) listed above, you must do so and re-submit this form within 5 working days.

EXH. 39