

**CLASSIFICATION APPEAL**
State Form 9260

DEPARTMENT OF CORRECTION

INSTRUCTIONS:  THIS FORM IS TO BE USED FOR:
1. INTRA - FACITLTY/INSTITUTION CLASSIFICATION APPEALS, SEND TO FACILITY/INSTITUTION HEAD.
2. INTER - FACILITY/INSTITUTION - DEPARTMENT CLASSIFICATION APPEALS, SEND TO:
   DIRECTOR. OFFENDER PLACEMENT SERVICES
   RECEPTION - DIAGNOSTIC CENTER
   P.O. BOX 317
   PLAINFIELD, IN 46168

| Offender Name | Identification No. |
|---|---|
| SARAH JO PENDER | 953968 |
| Facility/Institution | Housing Assignment |
| INDIANA WOMEN'S PRISON | #11 – SEGREGATION |

In Compliance With Department Of Correction Procedures, I Am Submiting This Classification Appeal Within Ten (10) Working Days From The Date That I Was Notified Of The Classification Decision(s). Attached Is A Copy Of The Decision(s) And The Other Pertinent Documents.
   I HEREBY APPEAL THE DECISION BY:

| Name | Title |
|---|---|
| MS. McPHERSON / MS. JOHNSON / MR. McCAULEY | SGT / UTM / SUPT |
| Facility/Institution | Date |
| INDIANA WOMEN'S PRISON | 4 SEPTEMBER 2013 |

THE DECISION WAS:

REMAIN ON ADMINISTRATIVE SEGREGATION.

I BASE MY APPEAL ON THE FOLLOWING REASONS: No one on the review board can tell me why they continually deny recommending my release from segregation, only that it is not up to them, it is up to you. Last week, they were surprised when I repeated the explanation that you gave me in August: that I have 110 years, that I escaped, and that you want to always know where I am within IWP.

While I understand your desire to keep me inside prison, I appeal based on the facts - I've lived 4 years, 9 months in your segregation unit, have no history of violence, + have not shown a desire to escape again nor engaged in misconduct with staff. ~~My escape has~~ I escaped over 5 years ago. How long do I keep paying the penalty for it? What must I do to be released from solitary? Do you have a number of years in mind? I feel that it is unfair to me to be perpetually punished for a set of non-violent acts 5 yrs old.

| Date | Offender Signature |
|---|---|
| 14 Sept 2013 | Sarah Jo Pender |

Response:   ☐ Appeal Granted   ☒ Appeal Denied

BASIS FOR DENIAL:

   Escape from a secure walled/fended facility is grounds for high risk status; and also requires a higher level of custody supervision than general population.

| Date | Signature | Title |
|---|---|---|
| 9-23-13 | LaShelle ? | Asst - Supt. |

DISTRIBUTION:  WHITE - INSTITUTIONAL PACKET,   YELLOW - OFFENDER,   PINK - CENTRAL OFFICE

EXH. 40

Text
Text of Classification Appeal; 4 September 2013

"No one on the review board can tell me why they continually deny recommending my release from segregation, only that it is not up to them, it is up to you. Last week, they were surprised when I repeated the explanation that you gave me in August: that I have 110 years, that I escaped, and that you want to always know where I am within IWP.

While I understand your desire to keep me inside prison, I appeal based on the facts – I've lived 4 years, 9 months in your segregation unit, have no history of violence, & have not shown a desire to escape again nor engaged in misconduct with staff. I escaped over 5 years ago. How long do I keep paying the penalty for it? What must I do to be released from solitary? Do you have a number of years in mind? I feel that it is unfair to me to be perpetually punished for a set of non-violent acts 5 yrs. old."

**Response** – Basis For Denial: "Escape from a secure/walled facility is grounds for high risk status; and also requires a higher level of custody supervision than general population." Signed Asst. Superintendant L. Turner

40A

Exh 40