Sec: 53922

54233

S.Knight



August 6, 2010

Mr. Bryan Pearson
Acting Executive Director of Adult Facilities
Indiana Dept. of Corrections
302 W Washington St, Room E334
Indianapolis, IN 46204

Dear Mr. Pearson:

I am writing to ask you to please reconsider keeping my daughter, Sarah Pender (953968), in segregation. Sarah has been in lock for over a year and a half, during which she has demonstrated exemplary behavior. Her mental health has been deteriorating due to continued isolation. Most importantly, Sarah has learned her lessons and is no longer a flight risk.

I know that resources are limited, but I am asking that her situation be reviewed. If general population is not an option, might there be another way to provide her more stimulus and creative outlet? I understood that the Commissioner had handed down a decision in January that there were to be more program and privileges granted but that there are not sufficient staff to implement the decision. We have been waiting patiently for resources to be allocated or her isolation to be relieved. Since there has been no apparent change I am writing to ask for your help. Talk to Sarah, read her letters, interview those closest to her - I think you'll find sufficient evidence to release her to general population.

If you have any questions please feel free to contact me at 206-491-7054. Thank you for your consideration, and I appreciate your help.

Sincerely yours,

Roland Pender

Cc:  Ms. LaDonna Mitchell, Program Director, Offender Relations
     Mr. Edwin G. Buss, Commissioner
     Mr. Michael Pavese

(41)

Exh 41