

**STATE OF INDIANA**
Department of Correction
Indiana Government Center – South
302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/

Mitchell E. Daniels, Jr.
Governor

Edwin G. Buss
Commissioner

October 5, 2010

Mr. Roland Pender
13204 SE Newport Way, Apt #E102
Bellevue, WA 98006

Dear Mr. Pender:

Your September 20, 2010, correspondence addressed to my office requesting that I allow your daughter, offender Sarah J. Pender #953968, to be placed back in general population at the Indiana Women's Prison (IWP) has been received and reviewed.

To reiterate my statements made in the response submitted to you dated 08/17/2010, it has been determined to not change Sarah's segregation status at this time; therefore, she will remain on D/S. Again, this is an issue for which your daughter must take responsibility. While Sarah may not have a history of violence, she did, as you know, escape from custody.

Your concern is understandable; however, I must advise again that there will be no change in her status at this time.

Sincerely,

Stanley Knight
Interim Deputy Commissioner
Adult Operations

SDK/PA/pa

cc:   Jim Wynn, Director – Classification
      Steve McCauley, Superintendent – IWP
      Offender Packet #953968 (facility & CO)
      #55348



EOE