TWP
57835
due 2-20-1

13204 SE Newport Way
Unit E102
Bellevue, WA 98006
February 2, 2011

Mr. Stanley Knight
Interim Deputy Commissioner - Adult Operations
Office of the Commissioner
Indiana Dept. of Correction
302 W. Washington Street, Room E-334
Indianapolis, IN 46204

Re: Sarah Pender, 953968

Dear Mr. Knight:

Hope ... we all need it. Everybody needs hope. People ... all healthy people need other people to connect and share with.

Mr. Knight, please give Sarah people to share with and hope of a better life.

She is sorry for escaping, having said so to everyone from the Commissioner to me. Sarah can do no more. She is a good person and should not be changed into a shell of a person by taking away her basic needs of people and hope.

Please, help.

*Roland Pender*
Roland Pender

(46)

Exh 46