

| | STATE OF INDIANA<br>Department of Correction<br>Indiana Government Center - South | |
|---|---|---|
| Mitchell E. Daniels, Jr.<br>Governor | 302 W. Washington Street • Indianapolis, Indiana 46204-2738<br>Phone: (317) 232-5727 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/ | Bruce Lemmon<br>Commissioner |

February 14, 2011

Mr. Roland Pender
13204 SE Newport Way, Apt #E102
Bellevue, WA 98006

Dear Mr. Pender:

Your February 2, 2011 letter addressed to my office has been received.
I have taken the opportunity to review your letter and request regarding your daughter Sarah Pender.

Sarah is receiving monthly reviews per the Indiana Department of Correction policies and procedures and there has been no change in her status to date. To reiterate my statements submitted to you dated 08/17/2010 and 10/5/2010, it has been determined not to change Sarah's segregation status at this time.

As this is not the first letter the Department has received from you regarding your concerns and request for change in Sarah's housing assignment all future letters regarding this subject will be noted and filed.

I hope this correspondence adequately addresses your concerns.

Sincerely,

*Michael Osburn*

Michael Osburn
Deputy Commissioner

MO:sl

cc:   Steve McCauley, Superintendent, Indiana Women's Prison
      Offender Packet, Sarah Pender, DOC #953968
      Tracking #57835
      File



Exh 47