Mr. McCauley,                                          22 March 2011

Please tell me, are you in control of my conditions and classification? If so, have you, or will you please consider making changes to one or the other?

I have had no behavioral incidents in the two years and three months I have been caged. Not only do I make this request based on the merits of my behavior, but also in consideration of my mental health.

I look forward to your reply.

Sincerely,
Sarah Jo Pender



Exh 48