

Mitchell E. Daniels, Jr.
Governor

Bruce Lemmon
Commissioner

**STATE OF INDIANA**
**INDIANA WOMEN'S PRISON**
2596 Girls School Road * Indianapolis, Indiana 46214
Phone: (317) 244-3387 * Fax: (317) 244-4670

Stephen McCauley
Superintendent

March 24, 2011

Ms. Sarah Jo Pender, DOC 953968

Dear Ms. Pender;

I am in receipt of your March 22, 2011 letter and I take this as an appeal to your current assignment.

At this time no changes will be made to your assignment as you're still considered a security risk to this facility.

APPEAL DENIED.

Respectfully,

Steve McCauley
Superintendent

STATE OF INDIANA
Department of Correction * Indiana Government Center - South, room E334 - 302 W. Washington Street - Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 - Fax: (317) 232-6798 - Website: www.in.gov/indcorrection/                                             EOE



Exh 49