Ms. Murphy,                                                    5 June 2010

My name is Sarah Pender. I've lived in the segregation unit since December 2008 and have been under the care of Mental Health since July 2009. Generally I see Dr. Hyland every 90 days for a medicine check-in, and breeze through the monthly evaluations by the therapist or Dr. Prober for seg offenders. I'm usually low maintenance.

On 4 May I was seen by the therapist for a new and severe mental health issue and referred to Dr. Prober for evaluation. A week later, referred again, this time to Dr. Hyland. On 13 May I requested to be seen by mental health during a meeting with Ms. Washington and Major Peckham. On 14 May I put in a formal medical request. Again, the next week, the therapist requested that either Dr. Prober or Dr. Hyland meet with me. On 26 May I met again with Ms. Washington and Ms. Peckham, who were very concerned about my mental health and said that they would fill out a formal psych. referral. Yesterday, 4 June, I met again with the therapist, who referred me yet again to the doctorate level staff, without any action being taken. I have not met with either Dr. Prober or Dr. Hyland despite several referrals by staff. Please advise.

                                    Thank you,
                                    Sarah J Pender
                                    953968  Unit 11

Appt. Scheduled for 6/11/10   J. Murphy

DOC000333

EXH. 52

# EXHIBIT 54

# REPORT OF CLASSIFICATION HEARING

# ANNUAL REVIEWS