EXHIBIT 54      ANNUAL CLASSIFICATION REVIEW

**REPORT OF CLASSIFICATION HEARING**
State Form 3412 (R4 / 6-96)

DEPARTMENT OF CORRECTION

| Name of offender (last, first, MI) | DOC number | Facility |
|---|---|---|
| Pender, Sarah | 953968 | 1 up |

| Date (mo., day, yr.) | Current classification designation | Credit class | Earliest projected release date |
|---|---|---|---|
| 10 24 09 | 2 I ▓ A ▓ | 2 | 6-7-59 |

| Housing assignment | Assignment area |
|---|---|
| | |

| Work release | Projected activation date (mo., day, yr.) | Type of classification hearing |
|---|---|---|
| F S | n/a | Annual Review |

I submit this request for reclassification

| Signature | Date signed (mo., day, yr.) |
|---|---|
| | |

**Classification Committee: Recommendation and Basis**  ☐ Approval  ☐ Denial

Annual no changes

| Signature | Title | Date signed (mo., day, yr.) |
|---|---|---|
| S. Bush | Corr. Co | 10/27/09 |

The recommendation has been explained to me.

| Signature of offender | Date signed (mo., day, yr.) |
|---|---|
| Sarah J. Pender | 10~24 09 |

**Supervisor of Classification Decision and Basis**  ☐ Approval  ☐ Denial

Action taken  *(Facility decisions are only a recommendation at facility level)*

| Signature of Supervisor of Classification | Date signed (mo., day, yr.) |
|---|---|
| Janet O'Neil | 10 24 0 |

DISTRIBUTION:  White - Facility packet;   Canary - Offender;   Pink - Central office

EXH. 54

EXHIBIT  54          ANNUAL CLASSIFICATION REVIEW

**REPORT OF CLASSIFICATION HEARING**
State Form 3412 (R6 / 8-12)

DEPARTMENT OF CORRECTION

*11*

| Name of offender *(last, first, middle initial)* | | DOC number | Facility |
|---|---|---|---|
| Pender, Sarah | | 953968 | IWP |

| Date *(month, day, year)* | Current classification designation | Credit class | Earliest projected release date *(month, day, year)* |
|---|---|---|---|
| 12-17 -12 | 3 I ATA AC | I | 1-4-54 |

| Housing assignment | Assignment area |
|---|---|
| | |

| Work release | Projected activation date *(month, day, year)* | Type of classification hearing |
|---|---|---|
| F 5 | NA | ANNUAL |

I submit this request for reclassification

Signature

Date signed *(month, day, year)*

Classification Committee:  Recommendation and Basis    ☐ Approval    ☐ Denial

ANN. REVIEW   NO CHANGES

| Signature | Title | Date signed *(month, day, year)* |
|---|---|---|
| | | |

The recommendation has been explained to me.

Signature of offender

X

Date signed *(month, day, year)*
12-17 -12

Supervisor of Classification: Decision and Basis    ☐ Approval    ☐ Denial

Action taken  *(Facility decisions are only a recommendation at facility level)*

| Signature of Supervisor of Classification | Date signed *(month, day, year)* |
|---|---|
| Janet O'Neal | 12-17 -12 |

DISTRIBUTION:    White - Facility packet;    Canary - Offender;    Pink - Central office

EXH. 54

**REPORT OF CLASSIFICATION HEARING**
State Form 3412 (R6 / 8-12)

DEPARTMENT OF CORRECTION

| Name of offender *(last, first, middle initial)* | | DOC number | Facility |
|---|---|---|---|
| PENDER, SARAH J. | | 953968 | IWP |
| Date *(month, day, year)* | Current classification designation | Credit class | Earliest projected release date *(month, day, year)* |
| 12-20-13 | 3 I A A A C | I | 2-19-54 |

| Housing assignment | Assignment area |
|---|---|
| | |

| Work release | Projected activation date *(month, day, year)* | Type of classification hearing |
|---|---|---|
| F 5 | NA | ANNUAL REVIEW |

**I submit this request for reclassification**

| Signature | Date signed *(month, day, year)* |
|---|---|
| | |

**Classification Committee: Recommendation and Basis**     ☐ Approval     ☐ Denial

ANNUAL                                    NO CHANGE

| Signature | Title | Date signed *(month, day, year)* |
|---|---|---|
| | | |

**The recommendation** *Nit* **has been explained to me.**

| Signature of offender | Date signed *(month, day, year)* |
|---|---|
| X Sarah Jo Pender | 12-20-13 |

**Supervisor of Classification: Decision and Basis**     ☐ Approval     ☐ Denial

**Action taken** *(Facility decisions are only a recommendation at facility level)*

| Signature of Supervisor of Classification | Date signed *(month, day, year)* |
|---|---|
| Janet O'Neal | 12-20-13 |

DISTRIBUTION:   White - Facility packet;   Canary - Offender;   Pink - Central office

EXH. 54

54

**EXHIBIT 54**          **ANNUAL CLASSIFICATION REVIEW**

**REPORT OF CLASSIFICATION HEARING**
State Form 3412 (R6 / 8-12)

DEPARTMENT OF

| Name of offender (last, first, middle initial) PENDER, SARAH | | DOC number 953968 | Facility 1 WP |
|---|---|---|---|
| Date (month, day, year) 12-19-14 | Current classification designation 3 I I A A A ATC | Credit class I | Earliest projected release date (month, day, year) 2-19-54 |
| Housing assignment UNIT 8-8 | | Assignment area SANITATION | |
| Work release F 5 | Projected activation date (month, day, year) NA | Type of classification hearing ANNUAL | |

**I submit this request for reclassification**

| Signature | Date signed (month, day, year) |
|---|---|

**Classification Committee: Recommendation and Basis**   ☒ Approval   ☐ Denial

ANNUAL REVIEW          NO CHANGES

| Signature Janet Oneal | Title Supr Clas | Date signed (month, day, year) 12-19-14 |
|---|---|---|

**The recommendation has been explained to me.**

| Signature of offender ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Date signed (month, day, year) 12-19-14 |
|---|---|

**Supervisor of Classification: Decision and Basis**   ☒ Approval   ☐ Denial

**Action taken** (Facility decisions are only a recommendation at facility level)

| Signature of Supervisor of Classification Janet Oneal | Date signed (month, day, year) 12-19-14 |
|---|---|

DISTRIBUTION:   White - Facility packet;   Canary - Offender;   Pink - Central office

EXH. 54

**REPORT OF CLASSIFICATION HEARING**
State Form 3412 (R6 / 8-12)

DEPARTMENT OF CORRECTION

| Name of offender (last, first, middle initial) | DOC number | Facility |
|---|---|---|
| PLENDER SARAH | 953968 | IWP |

| Date (month, day, year) | Current classification designation | Credit class | Earliest projected release date (month, day, year) |
|---|---|---|---|
| 12-20-15 | 3 I AI AI AIC | 1 | 2-19-54 |

| Housing assignment | Assignment area |
|---|---|
| UNIT 8-8 | VOC C.A. |

| Work release | Projected activation date (month, day, year) | Type of classification hearing |
|---|---|---|
| F 5 | NA | ANNUAL |

I submit this request for reclassification

Signature | Date signed (month, day, year)

Classification Committee: Recommendation and Basis   ☒ Approval  ☐ Denial

ANNUAL REVIEW: NO CHANGE

| Signature | Title | Date signed (month, day, year) |
|---|---|---|
| Janet Oneal | SOC | 12-20-15 |

The recommendation has been explained to me.  NOT

| Signature of offender | Date signed (month, day, year) |
|---|---|
| Sarah Plender | 12-20-15 |

Supervisor of Classification: Decision and Basis   ☒ Approval  ☐ Denial

Action taken (Facility decisions are only a recommendation at facility level)

| Signature of Supervisor of Classification | Date signed (month, day, year) |
|---|---|
| Janet Oneal | 12-20-15 |

DISTRIBUTION:  White - Facility packet;  Canary - Offender;  Pink - Central office

EXH. 54



```
          C L A S S I F I C A T I O N    D E S I G N A T I O N
             CURRENT DATE: 12/20/13  TIME: 15:01:26  FACILITY: IWP
-------------------- DEMOGRAPHIC DATA SECTION I ------------------------
DOC NO: 953968 NAME: PENDER, SARAH J.                    DOB: 05/29/1979
                 SEX: F                      CLASSIFICATION: 3-I-A-A-A-C
SENTENCE RESTRICTION:|CONSEC|
ADDNL CONSIDERATION:|ESCAPE|DETAINER|
MONITOR CASE: 1

JUDICIAL RECOMMENDATION:|NONE|

-------------------- SECURITY LEVEL SECTION II -------------------------
SEVERITY OF CURRENT OFFENSE:              HIGH                        7
SEVERITY OF PRIOR OFFENSE HISTORY:        OVER 10/NONE                0
HISTORY OF ESCAPE/ATTEMPTS:               PAST SERIOUS                4
HISTORY OF INSTITUTIONAL VIOLENCE:        NONE                        0
DOC CONFINEMENT RECORD (PAST FIVE YEARS): NONE                        0

CURRENT AGE:                              22-39                       1
TYPE OF MOST SERIOUS CONDUCT REPORT:      HIGH                        3
FREQUENCY OF CONDUCT REPORT:              4 - 7                       4

RECCOM LEVEL: MEDIUM            SECURITY ACTION: NO SECURITY CHANGE
----------------- CASE MANAGER RECOMMENDATIONS SECTION III -------------

RECOMMENDED WORK RELEASE/RCA CATEGORY: INELIGIBLE FELON             F5
P.A.D:          EPRD: 02/19/2054    CREDIT CLASS: 1      FACILITY: IWP
RECOMMENDED CLASSIFICATION DESIGNATION:                  3-I-A-A-A-C
OVERRIDE RECOMMENDATIONS:
   TIME RESTRICTION




RECOMM COMMENTS:
  A/R  NO CHANGE

PREPARED BY:                      REVIEW DATE: 12/20/2013  TYPE: ANNUAL




PAGE 1 OF 2
STATE FORM 7263C
```

CLASSIFICATION   DESIGNATION

DOC NO: 953968 NAME: PENDER, SARAH J.                         REV: 12/20/2013

------------ CLASSIFICATION SUPERVISOR RECOMMENDATIONS SECTION V ------------
RECOMMENDED WORK RELEASE/RCA CATEGORY: INELIGIBLE FELON                    F5
P.A.D:                       LITERATE: Y   EXEMPT REASON:
OUTSIDE ASSIGN APPROVAL: N
CLASSIFICATION RESULTS:                                       3-I-A-A-A-C
OVERRIDE RESULTS:
   TIME RESTRICTION




CLS SUPV COMMENTS:


APPROVED BY CLASS SUPV: IWP121

------------------------- CO STAFF ACTION SECTION VI -------------------------

CLASSIFICATION RESULTS:
LAST ANNUAL REVIEW DATE: 12/17/2012      NEXT ANNUAL REVIEW DATE: 12/20/2014
                                         NEXT 6-MNTH REVIEW DATE: 06/20/2014
CO COMMENTS:

APPROVED BY: _____ DATE:/2/20/13  OFFENDER NOTIFIED: √   DATE: _____


PAGE 2 OF 2
STATE FORM 7263C

```
              C L A S S I F I C A T I O N   D E S I G N A T I O N
              CURRENT DATE: 12/17/12  TIME: 15:22:43  FACILITY: IWP

------------------------ DEMOGRAPHIC DATA SECTION I -----------------------

DOC NO: 953968 NAME: PENDER, SARAH J.                  DOB: 05/29/1979
               SEX: F                    CLASSIFICATION: 3-I-A-A-A-C
SENTENCE RESTRICTION:|CONSEC|
ADDNL CONSIDERATION:|ESCAPE|DETAINER|
MONITOR CASE: 1

JUDICIAL RECOMMENDATION:|NONE|

------------------------ SECURITY LEVEL SECTION II -----------------------
SEVERITY OF CURRENT OFFENSE:            HIGH                      7
SEVERITY OF PRIOR OFFENSE HISTORY:      OVER 10/LOW               0
HISTORY OF ESCAPE/ATTEMPTS:             PAST SERIOUS              4
HISTORY OF INSTITUTIONAL VIOLENCE:      NONE                      0
DOC CONFINEMENT RECORD (PAST FIVE YEARS): NONE                    0

CURRENT AGE:                            22-39                     1
TYPE OF MOST SERIOUS CONDUCT REPORT:    MODERATE                  2
FREQUENCY OF CONDUCT REPORT:            1 - 3                     2

RECCOM LEVEL: MEDIUM             SECURITY ACTION: NO SECURITY CHANGE

------------------ CASE MANAGER RECOMMENDATIONS SECTION III ----------------

RECOMMENDED WORK RELEASE/RCA CATEGORY: INELIGIBLE FELON           F5
P.A.D:            EPRD: 01/04/2054   CREDIT CLASS: 1    FACILITY: IWP
RECOMMENDED CLASSIFICATION DESIGNATION:                  3-I-A-A-A-C
OVERRIDE RECOMMENDATIONS:
   TIME RESTRICTION




RECOMM COMMENTS:

PREPARED BY                          REVIEW DATE: 12/17/2012  TYPE: ANNUAL




PAGE 1 OF 2
STATE FORM 7263C
```

# C L A S S I F I C A T I O N   D E S I G N A T I O N

DOC NO: 953968 NAME: PENDER, SARAH J.                          REV: 12/17/2012


------------ CLASSIFICATION SUPERVISOR RECOMMENDATIONS SECTION V ------------
RECOMMENDED WORK RELEASE/RCA CATEGORY: INELIGIBLE FELON                    F5
P.A.D:                      LITERATE: Y   EXEMPT REASON:
OUTSIDE ASSIGN APPROVAL: N
CLASSIFICATION RESULTS:                                        3-I-A-A-C
OVERRIDE RESULTS:
  TIME RESTRICTION




CLS SUPV COMMENTS:


APPROVED BY CLASS SUPV: IWP121

------------------------- CO STAFF ACTION SECTION VI -------------------------
CLASSIFICATION RESULTS:
LAST ANNUAL REVIEW DATE: 12/18/2011        NEXT ANNUAL REVIEW DATE: 12/17/2013
                                           NEXT 6-MNTH REVIEW DATE: 06/17/2013
CO COMMENTS:

APPROVED BY: _____ DATE: 12/17/12  OFFENDER NOTIFIED: _____ DATE: _____


PAGE 2 OF 2
STATE FORM 7263C

Exh 54

```
              C L A S S I F I C A T I O N   D E S I G N A T I O N
              CURRENT DATE: 12/19/14  TIME: 11:52:52  FACILITY: IWP
-------------------------- DEMOGRAPHIC DATA SECTION I --------------------------

DOC NO: 953968 NAME: PENDER, SARAH J.                    DOB: 05/29/1979
                     SEX: F              CLASSIFICATION: 3-I-A-A-A-C
SENTENCE RESTRICTION:|CONSEC|
ADDNL CONSIDERATION:|ESCAPE|DETAINER|
MONITOR CASE: 1

JUDICIAL RECOMMENDATION:|NONE|

-------------------------- SECURITY LEVEL SECTION II ---------------------------

SEVERITY OF CURRENT OFFENSE:               HIGH                  7
SEVERITY OF PRIOR OFFENSE HISTORY:         0-10/NONE             0
HISTORY OF ESCAPE/ATTEMPTS:                PAST SERIOUS          4
HISTORY OF INSTITUTIONAL VIOLENCE:         NONE                  0
DOC CONFINEMENT RECORD (PAST FIVE YEARS):  NONE                  0

CURRENT AGE:                               22-39                 1
TYPE OF MOST SERIOUS CONDUCT REPORT:       HIGH                  3
FREQUENCY OF CONDUCT REPORT:               1 - 3                 2

RECCOM LEVEL: MEDIUM                   SECURITY ACTION: NO SECURITY CHANGE

----------------- CASE MANAGER RECOMMENDATIONS SECTION III -----------------

RECOMMENDED WORK RELEASE/RCA CATEGORY: INELIGIBLE FELON          F5
P.A.D:              EPRD: 02/19/2054   CREDIT CLASS: 1    FACILITY: IWP
RECOMMENDED CLASSIFICATION DESIGNATION:                   3-I-A-A-A-C
OVERRIDE RECOMMENDATIONS:
    TIME RESTRICTION




RECOMM COMMENTS:

PREPARED BY: _____    REVIEW DATE: 12/19/2014  TYPE: ANNUAL
```

PAGE 1 OF 2
STATE FORM 7263C

Exh
54

C L A S S I F I C A T I O N   D E S I G N A T I O N

DOC NO: 953968 NAME: PENDER, SARAH J.                          REV: 12/19/2014


------------ CLASSIFICATION SUPERVISOR RECOMMENDATIONS SECTION V -------------
RECOMMENDED WORK RELEASE/RCA CATEGORY: INELIGIBLE FELON                    F5
P.A.D:                       LITERATE: Y   EXEMPT REASON:
OUTSIDE ASSIGN APPROVAL: N
CLASSIFICATION RESULTS:                                        3-I-A-A-A-C
OVERRIDE RESULTS:
   TIME RESTRICTION



CLS SUPV COMMENTS:


APPROVED BY CLASS SUPV: IWP121

------------------------- CO STAFF ACTION SECTION VI -------------------------

CLASSIFICATION RESULTS:
LAST ANNUAL REVIEW DATE: 12/20/2013       NEXT ANNUAL REVIEW DATE: 12/19/2015
                                          NEXT 6-MNTH REVIEW DATE: 06/19/2015
CO COMMENTS:


APPROVED BY: _____ DATE: 121514   OFFENDER NOTIFIED: _____   DATE: _____


PAGE 2 OF 2
STATE FORM 7263C