From: Searing, William
Sent: Sun Dec 21 00:35:43 2008
To: McCauley, Steve
Cc: Bonner, David; Cottom, Fred; Bowser, Rodney; Krause, Vanessa; Niewald, Kevin
Subject: Escapee Sarah Pender
Importance: Normal

At approximately 2322 hrs. we received a hit in Idacs from Chicago Illinois Police Department. The hit had indicated that as a result of a traffic stop, after running the information, they found that they had RTC's escapee, Sarah Pender. That is all the information we have at the time of this E-mail, but we are confirming that they **DO HAVE OUR ESCAPEE: SARAH PENDER FROM RTC.** I AM SURE THAT MORE INFORMATION WILL FOLLOW AS IT BECOMES AVAILABLE.

EXH. 108