From: Clifford, Barbara
Sent: Tue Jan 06 13:06:19 2009
To: Alexander, Sina; Atwood, Tammy; Bennett, Beckie; Brown, Jesse; Chandler, Aaron; Cunningham, Betty; Dixon, Barbara A; Hefner, James; Herrmann, Kristin; Jarrett-Rowe, Charlene L; Lenz, Bernard C; McClain, Robert; Murphy, Julie; O'Neal, Janet; Saegesser, Mary; Taylor, Linda K; Turner, LaShelle; Vaughan-Shannon; Washington, Shirley; Wilsie, Kenneth W
Subject: JAN DEPT HEAD MINUTES
Importance: Normal
Attachments: Jan 5 09 DH MTG.doc

JAN DEPT HEAD MINUTES
ATTACHED.   <<...>>

Exh 114

Indiana Women's Prison
Department Head Meeting
January 5, 2009
9:00 a.m. – 11:00 a.m.

Staff Present:

| Tammy Atwood | James Hefner | Julie Murphy | Shannon Vaughan |
|---|---|---|---|
| Beckie Bennett | Kristin Herrmann | ~~Tara Jones~~ | ~~Shirley Washington~~ |
| Brown, Jesse | Charlene Jarrett-Rowe | Mary Saegesser | Ken Wiltsie |
| Aaron Chandler | Bernard Lentz | Linda Taylor | |
| Barry Dixon | Robert McClain | Lashelle Turner | |

The meeting was held in the Multi-Purpose Room of the Education Building and began at 11:15 a.m.

Topics covered:

- Ms. Bennett – 2008 has been an interesting year with positive accomplishments such as the ACA internal audit, the Christmas Stocking project (Ms. Atwood gave a summary), and the canned food drive (100 lbs. of food donated to Gleanor's Food Bank).

    2009 started interestingly also; we have a new Major, Major Peckham, effective today. He and Major Ditmer are at Pendleton today & tomorrow
    and will be here on Wednesday & Thursday. Major Peckham has a long history with the Department and will be a good addition to IWP. Welcome him and offer your assistance.

    Introduced Aaron Chandler, our new Program Coordinator for Re-Entry. His office will be in Education.

    The new Visiting Room: Supplies are coming in such as the x-ray machine and the fence is coming along; we still have to do razor wire over the roof. The ribbon-cutting ceremony has been postponed again.

    Upcoming Events: there will be an Advisory Board Meeting this month; the new trimester started today and college classes will begin on the 12th.

    We still having heard nothing regarding the next Superintendent. Ms. Bennett will pass the info on as soon as she receives it.

    Department Head meeting dates went out via email; meetings will be held on the 1st Monday of the month except for Labor Day; meeting will be on Tues., Sept. 8th.

    Major Peckham will take Major Ditmer's spot on the Duty Roster.

    Metrics are due by the end of this week. Send them to Ms. Alexander.

- Sgt. Lentz – He will be on military leave for one (1) week. He is the Safety Hazard Officer now; Sgt. Ballard will help with CABs. Caustic logs aren't being done. He's giving a log to staff who he finds aren't doing it. Laundry soap is being used for other things. Per Ms. Bennett, he should report these things to the Shift Supervisor.

EXH. 114

- Mr. McClain – Training Academy starts Wednesday. CBTs are going well except that non-custody are not doing theirs. Ms. Bennett stated that Dept. Heads should schedule their staff one (1) at a time. The deadline is June 30, 2009.

- Ms. O'Neal – We've received (2) new offenders from Madison. Her goal for 2009 is to get caught up on filing, both in packets and the boxes in the storage room. She will need help from secretaries and will make out a schedule. Offender releases will be done on Mondays or Thursdays. Will discuss with Dept. Heads about classification needs. (Ms. Bennett: We've signed a contract with OCU to do GEDs. Offenders will have to re-test. Also, 25 staff positions have been moved to Madison).

- Ms. Taylor – Fiscal is undergoing PeopleSoft testing in phases. Staff will be re-training; so, be patient with them. The delayed commissary is in now; there was a shortage of vendor staff. Take a look at your equipment needs and make a wish list with justification. We need to purchase DTV converter boxes for some TVs (Recreation, etc.)

- Mr. Wiltsie – STG: Connie Miller received her tattoo removal kit and has approval papers in case of a property search. Ms. Byrd/Ms. O'Neal made a form for the PSIs which will take care of the missing link for STGs.

    For Internal Affairs, Debbie Green will not be using the Family Preservation Center due to trafficking. Per Ms Herrmann, out-going items will be searched more closely. Escaped offender Sarah Pender is allowed mail; it will be searched first by Mr. Wiltsie. (Ms. Bennett: she's getting fan mail and is very manipulative. She will try to escape again or commit suicide after she's allowed down after her year in segregation. Staff should minimiz discussion w/her).

- Ms. Rowe – Has not rec'd some PARs (current staff) and Work Profiles (new staff hires). The hiring freeze is still on; we were denied on everything; we still need three (3) sergeants. Check your pay-stubs on Wednesday; your benefit information will be on there; check for accuracy.

- Ms. Turner – the next Program Review is September 21 to 23; cover sheets are now green; she will send out deadlines so let her know of problems. She will send out the procedure electronically. She has supplies to get started; if there's no change from '08, add "No Change" to the green sheet. If you can't meet deadlines, let her know.

- Mr. Dixon – We lost a freezer in the kitchen; it will cost $3,000 to repair; so, we will do it in-house. A boiler also needs repair. We also lost two (2) pumps in the kitchen area; he's getting estimates for them. Lela started putting rodent traps down. They are making the changes to officers' desks on the units that were recommended after the staff assault last month. They're also looking into getting beacon lights for all units. Re the power outage, also last month, we're working on getting more generators. Boilers were tuned (had a complaint from a neighbor that they were too loud; no shock absorbers on them. He responded to the complaint).

- Mr. McClain – For CBTs, you are not required to print-off the receipts; just keep them for your records. He offered to stand breakfast mainline since he's here early morning.

- Ms. Vaughan – Has two (2) new staff: Connie Daeger, who is new to DOC; and, Amy Goodbar, from RDC/Plainfield. They will be Kitchen Supervisors. Discussed "hala" diets; most Muslims want the no-meat diets so there won't be a need for extra storage until it's requested (hala diets need to be stored & prepared/cooked separately).

EXH. 114

We will begin to bleach uniforms again. Offenders are going through too many shirts because of stains. It was recommended that they are required to wear their aprons which will cut-down on stains.

- Capt. Hefner – Will call OCU students first for lunch, at 11:00 a.m. He had (7) call-ins today.

- Mr. Brown – OCU went dark during the power outage; only the Multi-Purpose room and a light outside of it stayed lit. Ms. Bennett stated this needs to be recorded (which lights did not work). GED: those who have already tested can resume ; they have a capacity of 80, maximum. We have 100 who are eligible now. He will have dates this week; the tentative times are 8:00 a.m. to 1:45 p.m.

- Ms. Murphy – We have 23 pregnancies currently. The medical treatment line has been changed from 7:30 to 8:00 a.m. Do not allow offenders to go on their own; they will be called from the Infirmary. Also, medical codes cannot be changed for 60-90 days; offenders can't send requests (blue slips) and expect a change. We are getting a new psychologist, Dr. Hyland; he is starting today.

- Ms. Washington – Maintenance is working on the washing machine that are down. Clothing is being sent to the big Laundry. Unit 6 doesn't have any at all.

- Ms. Saegesser – Asked about the fire alarm. Mr. Dixon replied that there is a meeting at 1:00 p.m. today regarding it. Rec had 247 for the New Year's Eve party. Martin Luther King's day will be this month.

- Ms. Herrmann – Ms. Bennett announced that Ms. Herrmann is going to the Sudan with the mosquito net project. Mr. Kerl will assist in her place. Ms. Budwig, her intern, will assist with caregiver/pregnancy issues. Roe Farris and Ruth Winstead, long-time volunteers, will come in Thursday morning to counsel offenders. Fo trimester groups, there is not enough staff to have groups on Monday & Thursday evenings; she will work on Tuesday evenings when she returns to monitor groups. Black History Month: We will again have an art & essay contest. Leah Richmond will do something on the inauguration.

Ms. Bennett read thank you letters from children from School 14 who received the Christmas stockings from IWP.

Meeting ended at 11:00 a.m.

EXH. 114