

| Michael R. Pence<br>Governor | **INDIANA WOMEN'S PRISON**<br>2596 N. Girls' School Road • Indianapolis, Indiana 46214<br>Phone: (317) 244-3387 • Fax: (317) 244-4670 | Bruce Lemmon<br>Commissioner |
|---|---|---|

December 16, 2013

Sarah Jo Pender
#953968
Unit #11

Ms. Pender,

I received your letter regarding telephone privileges dated December 10, 2013. I have determined that you make telephone calls whenever you are authorized to be in the recreation room that houses the telephone. There will be no limits on the amount of telephone calls you place.

Sincerely,

Steve McCauley
Superintendent

C:  Captain Wilkerson
    Ms. Johnson
    Unit #11 Custody Staff
    Packet #953968
    File

EXH. 71         EOE         71