**From:** Ditmer, Joe
**Sent:** Mon Dec 22 13:20:54 2008
**To:** Foster, Donald; Davis, Jerald L; Hefner, James; Wilkerson, Michael; Smith, Virgina G; Tolbert, Vanessa; Williams, Rodney; King, Jeff
**Cc:** Bennett, Beckie; Buss, Ed G; Osburn, Michael J; Knight, Stan; Plank, Willard; Washington, Shirley; Wiltsie, Kenneth W; Cunningham, Betty; Turner, LaShelle
**Subject:** Offender Sarah Pender #053068
**Importance:** Normal
**Attachments:** TO Segregation Staff Reference Offender Sarah Pender.doc

Shift Supervisors & Assistant Shift Supervisors,

Offender Sarah Pender was recaptured in Chicago on Saturday, December 20, 2008. She will be arriving at IWP on Monday, December 22, 2008. Because of the continuing investigation and high risk status of this offender strict rules are to be followed in regards to Offender Pender.

Attached is a memorandum with a list of instructions for the staff working the Segregation Unit to follow.

In addition Shift Supervisors need to be extremely diligent in their supervision. The PM Shift Assistant Shift Supervisor (Lieutenant) is to be on the unit when the Unit Supervisor is not on duty. Only female staff are to be assigned to the Segregation Unit.

Any questions or concerns regarding Offender Pender are to be directed to The Custody Supervisor. Any changes to the above or attached instructions will be made, in writing, from the Superintendent through the Custody Supervisor.

"Accept the challenges, so that you may feel the exhilaration of victory."
-General George S. Patton Jr.-

*Major Joe Ditmer*
**Custody Supervisor**
**Indiana Womens Prison**
401 N. Randolph St.
Indianapolis, IN 46201
317-639-2671 ext. 297

Exh 120

TO:     IWP Segregation Unit Staff

FROM:   Major Joe Ditmer, Custody Supervisor

DATE:   December 22, 2008

SUBJECT:   OFFENDER SARAH PENDER #953968

Offender Pender will be housed in Cell #15 on the South Hall of the Segregation Unit. Staff will strictly follow the below listed instructions:

1. Offender Pender is to be under 24 hour observation. This is done by the use of the camera monitor or direct visual observation through the cell door.

2. **Offender Pender is to have absolutely no contact with any other offender(s). NO EXCEPTIONS!**

3. Offender Cleaners will be directly supervised on the south hall. Anytime the offender cleaner is on either hall all solid doors, on that hall, will be closed.

4. Staff members are **NOT** to engage in one on one communication with Offender Pender. Any time staff needs to communicate with her there will be two staff members present.

5. Anytime she is moved from her cell the Unit Supervisor, Assistant Shift Supervisor or Shift Supervisor will be present. All solid doors on the unit will be closed prior to Offender Pender's cell door being opened. As per current policy and practice she will restrained from behind prior to opening the cell door.

6. ALL of Offender Pender's outgoing and incoming mail must be checked by Mr. Wiltsie prior to going out in the mail or going to Offender Pender.

7. Offender Pender will not be allowed to receive a visit or make telephone calls without written approval from the Custody Supervisor or Superintendent.

Any procedures or issues, in regards to Offender Pender, must be approved by the Superintendent through the Custody Supervisor.

cc:   Mr. E. Buss, Commissioner
      Mr. M. Osborn, Deputy Commissioner/Operations
      Mr. S. Knight, Director of Adult Facilities
      Mr. Willard Plank, IDOC Internal Affairs
      Ms. B. Bennett, Acting Superintendent
      Mr. Ken Wiltsie, IWP Internal Affairs
      Ms. Washington, Unit Team Manager
      Custody Shift Supervisors (4 Captains)
      Sgt. Johnson, Segregation Unit Supervisor
      File

Exh 120