From: Basinger, James
Sent: Fri Aug 09 18:45:59 2013
To: McCauley, Steve
Cc: Lanum, Amy
Subject: Re: Pender/Segregation
Importance: Normal

Nope

James Basinger
Indiana Department of Correction
Operations

On Aug 9, 2013, at 17:08, "McCauley, Steve" <SMcCauley@idoc.IN.gov> wrote:

At IWP she is the offender who has been in seg the longest. I do not know about the other female or male facilities.

From: Lanum, Amy
Sent: Friday, August 09, 2013 4:04 PM
To: Basinger, James; McCauley, Steve
Subject: Pender/Segregation

ED Basinger/ Superintendent McCauley,

Plum Pictures is working through post production on the documentary project filmed at Rockville and IWF this past spring and had a quick follow up question. Is Sarah Pender the longest serving offender in segregation?

Thank you for your assistance.

*Amy Lanum*

Amy Lanum
Media Liaison
Indiana Department of Correction
302 W. Washington St, Rm E-334
Indianapolis, IN 46204
(317) 234-1693
alanum@idoc.in.gov

Stay connected to the Indiana Department of Correction:

<image001.png>   <image002.png>   <image003.png>
www.in.gov/idoc

Exh 125