**From:** Washington, Shirley
**Sent:** Tue Oct 05 12:58:49 2010
**To:** McCauley, Steve
**Cc:** O'Neal, Janet
**Subject:** FW: Attached Image
**Importance:** Normal
**Attachments:** C600_001.pdf

FYI: This request is from Sarah Pender. I recently received a letter from her father, Roland Pender, "begging" me to recommend her release from Admin Seg., per Mr. Knight's letter to her. I guess she believes the Seg Reviews are not "full" classification hearings. She also recently got 57 pages of case law from law library which she plans to use as basis for justifying her release from Admin Seg because it is "cruel and unusual" punishment.

**From:** copier@doc.state.in.us [mailto:copier@doc.state.in.us]
**Sent:** Tuesday, October 05, 2010 12:51 PM
**To:** Washington, Shirley
**Subject:** Attached Image

Exh 128

To: Mr. Brandenbury
From: Sarah Pender
953968 - Unit 11

Date: 29 September 2010
Re: Classification Hearing

When you next visit the unit, if not, please bring me a formal response for a classification hearing. Basically, I want to know the IDOC policies refers to as a "full classification hearing." I'm guessing it requires more than what had to possibility to take it on actual valid reason to be reviewed e.g. if I am still in seg-max-ses etc... I've been here for a new violent offense. I have lived 2 years ago instead of blank spots on the "reports classification sheets"

Thanks,
[signature]

© 2010 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

LNCASES
16

Exh 128